**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TROOPER 1,

              Plaintiff,

            v.

NEW YORK STATE POLICE, ANDREW CUOMO and MELISSA DEROSA,

              Defendants.
-----------------------------------------------------------X

Case No.: 22-cv-00893

**NOTICE OF APPEARANCE OF JOHN S. CRAIN**

**PLEASE TAKE NOTICE** that John S. Crain of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Trooper 1 in the above-captioned matter.

Dated: February 17, 2022
       New York, New York

**WIGDOR LLP**

By: _____
     John S. Crain

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jcrain@wigdorlaw.com

*Counsel for Plaintiff*