UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TROOPER 1,

                Plaintiff,

      v.

NEW YORK STATE POLICE, ANDREW CUOMO and MELISSA DEROSA,

                Defendants.
------------------------------------------------------------X

Case No.: 22-cv-00893

**NOTICE OF PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY PURSUANT TO FRCP RULE 10(a)**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated February 17, 2022, Plaintiff Trooper 1, by and through undersigned counsel, respectfully seeks an Order from this Court at the 225 Cadman Plaza East, Brooklyn, NY 11201, to proceed anonymously under a pseudonym in this action pursuant to Rule 10(a) of the Federal Rules of Civil Procedure.

Dated: February 17, 2022
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Valdi Licul
     John S. Crain

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Counsel for Plaintiff*