UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TROOPER 1,                                                :
                                                          :   Case No.: 22-cv-00893
                                        Plaintiff,        :
                                                          :
                v.                                        :
                                                          :
NEW YORK STATE POLICE, ANDREW                             :
CUOMO and MELISSA DEROSA,                                 :
                                                          :
                                        Defendants.       :
-----------------------------------------------------------X

# DECLARATION OF VALDI LICUL IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY

I, Valdi Licul, hereby declare as follows:

1. I am a partner at the law firm Wigdor LLP and counsel for Plaintiff Trooper 1 ("Plaintiff"). I make this Declaration in support of Plaintiff's motion to proceed anonymously.

2. Defendants New York State Police, Andrew Cuomo and Melissa DeRosa (collectively, "Defendants") are aware of Plaintiff's true identity.

3. Plaintiff has to date declined to identify herself publicly.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 17, 2022
       New York, New York

                                                      _____
                                                              Valdi Licul