UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>        Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul Shechtman of the law firm Bracewell LLP, with offices at 1251 Avenue of the Americas, 49th Floor, New York, NY 10020, hereby appears as counsel for Defendant Melissa DeRosa. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated: New York, New York
    March 7, 2022

                     Respectfully submitted,

                     /s/ Paul Shechtman_____
                     Paul Shechtman
                     BRACEWELL LLP
                     1251 Avenue of the Americas, 49th Floor
                     New York, NY 10020
                     Tel: (212)508-6100
                     Fax: (212)508-6101
                     Paul.shechtman@bracewell.com

                     *Counsel for Defendant Melissa DeRosa*