UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                              Plaintiff,<br><br>                     v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>                              Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Paul Shechtman of the law firm Bracewell LLP, with offices at 1251 Avenue of the Americas, 49th Floor, New York, NY 10020, hereby appears as counsel for Defendant Richard Azzopardi. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated:  New York, New York
            March 7, 2022

                                                                            Respectfully submitted,

                                                                            /s/ Paul Shechtman
                                                                            Paul Shechtman
                                                                            BRACEWELL LLP
                                                                            1251 Avenue of the Americas, 49th Floor
                                                                            New York, NY 10020
                                                                            Tel: (212)508-6100
                                                                            Fax: (212)508-6101
                                                                            Paul.shechtman@bracewell.com

                                                                            *Counsel for Defendant Richard Azzopardi*