# BRACEWELL

March 7, 2022

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Trooper 1 v. New York State Police, et al., No: 22-cv-00893 (LDH)(TAM)</u>

Dear Judge DeArcy Hall:

      Plaintiff has filed a motion to proceed anonymously pursuant to FRCP 10(a). The thrust of the motion is that defendants, including Melissa DeRosa and Rich Azzopardi whom we represent, "will continue to retaliate against Trooper 1" unless constrained to maintain her anonymity.[1] (Mem. 2). Defendants DeRosa and Azzopardi have known Trooper 1's identity for some time and have never disclosed it. They have no intention of disclosing it now. Accordingly, they consent to plaintiff's motion.

      Defendants DeRosa and Azzopardi will be seeking a pre-motion conference in anticipation of moving to dismiss the amended complaint for failure to state a claim.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner

PS:wr

---

[1] Mr. Azzopardi was named in an amended complaint, but his name is not included in the caption to plaintiff's motion papers. We assume that the request for anonymity was intended to run to him.

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC