UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

                Plaintiff,

  v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, AND RICHARD AZZOPARDI,

                Defendants.

**NOTICE OF APPEARANCE**
Case No. 22-CV-00893-LDH-TAM

---

      Please enter the appearance of Joshua D. Steele as an attorney of record for Defendant NEW YORK STATE POLICE in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated: March 15, 2022
       Pittsford, New York

                                                    HARRIS BEACH PLLC

                                                    s/Joshua D. Steele
                                                    Joshua D. Steele
                                                    *Attorneys for Defendants*
                                                    99 Garnsey Road
                                                    Pittsford, New York 14534
                                                    Tel:    585-419-8846
                                                    Fax:   585-419-8817
                                                    Email:  JSteele@harrisbeach.com

TO:  WIGDOR LLP
       Valdi Licul, Esq.
       John S. Crain, Esq.
       *Attorneys for Plaintiff*
       85 Fifth Avenue
       New York, NY 10003
       Phone:  212-257-6800
       Fax:  212-257-6845
       vlicul@wigdorlaw.com
       jcrain@widdorlaw.com