UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

                Plaintiff,

v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, AND RICHARD AZZOPARDI,

                Defendants.

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**
Case No. 22-CV-00893-LDH-TAM

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to the above action that the time for the Defendant, NEW YORK STATE POLICE to answer or otherwise respond to the Amended Complaint in this action be, and the same hereby is, extended until and through April 18, 2022.

| | |
|---|---|
| Dated: March 15, 2022 | Dated: March 15, 2022 |
| WIGDOR LLP | HARRIS BEACH PLLC |
| *s/Valdi Licul* | *s/Daniel J. Moore* |
| Valdi Licul, Esq. | Daniel J. Moore, Esq. |
| John S. Crain, Esq. | Joshua D. Steele, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 85 Fifth Avenue | 99 Garnsey Road |
| New York, NY 10003 | Pittsford, NY 14534 |
| Phone: (212) 257-6800 | (585) 419-8800 |
| Fax: (212) 257-6845 | dmoore@harrisbeach.com |
| vlicul@wigdorlaw.com | jsteele@harrisbeach.com |
| jcrain@wigdorlaw.com | |

**SO ORDERED:**

---

Hon. Taryn A. Merkl
United States Magistrate Judge