UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1<br><br>          Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>          Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Rita Glavin of the law firm Glavin PLLC hereby appears as counsel for former Governor Andrew Cuomo. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated:  New York, New York
      March 22, 2022

                  Respectfully submitted,

             By:  *s/ Rita M. Glavin*
                 Rita M. Glavin
                 Glavin PLLC
                 2585 Broadway #211
                 New York, New York 10025
                 (646) 693-5505
                 rglavin@glavinpllc.com

                 *Counsel for former Governor Andrew Cuomo*