UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1<br><br>         Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>         Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties to the above action that the time for the Defendant, GOVERNOR ANDREW CUOMO to answer or otherwise respond to the Amended Complaint and Motion to Proceed Anonymously in this action be, and the same hereby is, extended until and through April 18, 2022.

| | |
|---|---|
| Dated: March 21, 2022 | Dated: March 16, 2022 |
| WIGDOR LLP | GLAVIN PLLC |
| <br>_____<br>Valdi Licul, Esq.<br>John S. Crain, Esq.<br>*Attorneys for Plaintiff*<br>85 Fifth Avenue<br>New York, NY 10003<br>Phone: (212) 257-6800<br>Fax: (212) 257-6845<br>vlicul@wigdorlaw.com<br>jcrain@wigdorlaw.com | *s/ Rita M. Glavin*<br>Rita M. Glavin<br>Glavin PLLC<br>*Attorney for Defendant*<br>2585 Broadway #211<br>New York, New York 10025<br>(646) 693-5505<br>rglavin@glavinpllc.com |

**SO ORDERED:**

_____
Hon. Taryn A. Merkl
United States Magistrate Judge