HARRIS BEACH PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

DANIEL J. MOORE
MEMBER
DIRECT: 585.419.8626
FAX: 585.419.8801
DMOORE@HARRISBEACH.COM

April 7, 2022

VIA CM/ECF

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Trooper 1 v. New York State Police, *et al*
                USDC-EDNY Case No. 22-cv-00893 (LDH)(TAM)

Dear Judge DeArcy Hall:

      This firm represents Defendant New York State Police ("NYSP") with respect to the above matter and we submit this letter to request permission to withdraw our letter request dated March 31, 2022 asking for a pre-motion conference (Dkt. No. 20). Following discussion with counsel for Plaintiff, we have agreed to withdraw this request in exchange for Plaintiff's counsel's agreement to extend the time to answer the Amended Complaint by 30 days or until May 6, 2022 pending the Court's approval. A Stipulation and Proposed Order will be filed separately.

      We thank the Court for its consideration of this request.

                                            Respectfully,

                                            *s/Daniel J. Moore*

                                            Daniel J. Moore

DJM:ac
cc: All counsel of record – via CM/ECF