UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TROOPER 1,

           Plaintiff,

v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

           Defendants.

Case No.: 22-cv-00893 (LDH) (TAM)

NOTICE OF SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED that the law firm of Morvillo Abramowitz Grand Iason & Anello P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, be substituted as attorneys of record for defendants, MELISSA DEROSA and RICHARD AZZOPARDI, in the above-entitled action, in place and stead of Bracewell LLP with offices located at 31 W. 52nd Street, Suite 1900, New York, New York 10019, as of the date hereof, and that the substitution is effective without further notice.

Dated: May 23, 2022

By: _____
Paul Shechtman, Esq.
Bracewell LLP
Outgoing Attorney for Defendants
Melissa DeRosa and Richard Azzopardi
31 W. 52nd Street
Suite 1900
New York, NY 10019

By: /s/ Elkan Abramowitz
Elkan Abramowitz, Esq.
Catherine M. Foti, Esq.
Morvillo Abramowitz Grand Iason & Anello P.C.
Incoming Attorneys for Defendants
Melissa DeRosa and Richard Azzopardi
565 Fifth Avenue
New York, New York 10017
Phone: 212.856.9600
Fax: 212.856.9494
eabramowitz@maglaw.com
cfoti@maglaw.com

By: _____
Melissa DeRosa

By: _____
Richard Azzopardi