UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>                Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Catherine M. Foti, Esq., a member of this Court in good standing, respectfully enters her appearance as counsel for Defendants Melissa DeRosa and Richard Azzopardi, in the above-captioned action. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated: May 23, 2022

                                                                         Respectfully Submitted,
                                                                         /s/ Catherine M. Foti
                                                                         Catherine M. Foti

                                                                         MORVILLO ABRAMOWITZ GRAND
                                                                         IASON & ANELLO P.C.
                                                                         565 Fifth Avenue
                                                                         New York, New York 10017
                                                                         Telephone: 212.856.9530
                                                                         Facsimile: 212.856.9494
                                                                         cfoti@maglaw.com

                                                                         Attorneys for Defendants Melissa DeRosa
                                                                         and Richard Azzopardi