**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

TROOPER 1,

                    Plaintiff,

       v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA and RICHARD
AZZOPARDI,

                    Defendants.

22-cv-00893 (LDH) (TAM)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joseph Stern, Esq., a member of this Court in good standing, respectfully enters his appearance as counsel for Defendants Melissa DeRosa and Richard Azzopardi, in the above-captioned action.  The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated: May 23, 2022

Respectfully Submitted,
/s/  Joseph Stern
Joseph Stern

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Telephone: 212.856.9523
Facsimile: 212.856.9494
jstern@maglaw.com

Attorneys for Defendants Melissa DeRosa
and Richard Azzopardi