UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>     Plaintiff,<br><br>  v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>     Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rachel M. Fleig-Goldstein, Esq., a member of this Court in good standing, respectfully enters her appearance as counsel for Defendants Melissa DeRosa and Richard Azzopardi, in the above-captioned action. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated: May 23, 2022

                     Respectfully Submitted,
                     /s/  Rachel M. Fleig-Goldstein
                     Rachel M. Fleig-Goldstein

                     MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
                     565 Fifth Avenue
                     New York, New York 10017
                     Telephone: 212.856.9542
                     Facsimile: 212.856.9494
                     rfleig-goldstein@maglaw.com

                     Attorneys for Defendants Melissa DeRosa and Richard Azzopardi