# GLAVIN PLLC
156 West 56th Street, #2004
New York, NY 10019
646-693-5505

May 31, 2022

**VIA ECF**
Honorable LaShann DeArcy Hall
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>Trooper 1 v. New York State Police, et al.</u>, 22-CV-893(LDH)(TAM)

Judge Hall:

      I represent former Governor Andrew M. Cuomo, a defendant in the above-referenced matter, and write on behalf of all counsel—Plaintiff's counsel and counsel for each of the defendants—to request an adjournment of the June 14, 2022 pre-motion conference to either June 17 or June 20, 2022.  Counsel for two defendants had scheduling conflicts with the June 14, 2022 conference date.

                                        Respectfully submitted,

                                               /s/ Rita M. Glavin
                                            Rita M. Glavin

cc:  All Counsel via ECF