Case Name: __Trooper 1 v. New York State Police, et al.__   Case Number: **22**-CV-**893** (**LDH**) (TAM)

# CASE MANAGEMENT WORKSHEET

## Preparation for Initial Conference

| | |
|---|---|
| **Rule 26(f) conference held?** | Date: 05/24/2022 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | 06/13/2022 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ■   No ☐   N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ■   No ☐   N/A |
| **Anticipated number of depositions:** | Plaintiff(s): 5  <br>Defendant(s): |
| **First requests for production of documents and for interrogatories due by:** | 06/27/2022 |

## Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:** (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 07/29/2022 |
| **Date for pre-settlement conference:** (Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability.) | 08/12/2022 |

## Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| **Motion to join new parties or amend the pleadings:** (Presumptively 15 days post initial settlement conference) | 06/13/2022 |
| **All fact discovery completed by:** (Presumptively 3.5 months post first requests for documents/interrogatories) | 01/11/2023 |
| **Joint status report certifying close of fact discovery:** | 01/16/2023 |
| **Anticipated number of expert reports:** | Plaintiff(s): 0  <br>Defendant(s): 0 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:** (Presumptively 30 days after fact discovery) | 02/10/2023 |
| **Expert depositions completed by:** (Presumptively 30 days after initial expert disclosures) | 03/13/2023 |
| **Exchange of rebuttal expert disclosures by:** (Presumptively 30–45 days after initial expert disclosures) | 04/12/2023 |
| **All expert discovery completed by:** | 04/12/2023 |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** (Presumptively 9 months after Initial Conference) | 04/12/2023 |
| **Final date to take first step in dispositive motion practice:** (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery.) | 05/12/2023 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐   No ☒ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-referencecivil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐   No ☒ |

SO ORDERED:

_____                                              _____

**TARYN A. MERKL**                                                                            DATE
United States Magistrate Judge