# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

eabramowitz@maglaw.com
212-880-9500

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 6, 2022

**By ECF**

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Trooper 1 v. New York State Police, et al.*, 22-cv-00893 (LDH) (TAM)

Dear Judge Merkl:

As agreed during today's conference, we write to update the Court with respect to Melissa DeRosa and Richard Azzopardi's position regarding Plaintiff's motion to proceed anonymously pursuant to FRCP 10(a). Defendants DeRosa and Azzopardi vigorously deny any acts of retaliation against the Plaintiff and thus disagree with the premise of the Plaintiff's motion to the effect that anonymity will prevent "further" retaliation. Nonetheless, they consent to the continuation of Plaintiff's anonymous status for the foreseeable future without prejudice to subsequently objecting should the facts and circumstances warrant.

Sincerely,

/s/ Elkan Abramowitz
Elkan Abramowitz

CC: Counsel of Record (by ECF)