**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

TROOPER 1,

           Plaintiff,

    v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA, and
RICHARD AZZOPARDI,

           Defendants.

Case No. 22-cv-00893 (LDH) (TAM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Theresa Trzaskoma of the law firm Sher Tremonte LLP, with offices at 90 Broad Street, 23rd Floor, New York, New York 10004, hereby appears as counsel for former Governor Andrew Cuomo. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated: New York, New York
      June 24, 2022

                             Respectfully submitted,

By:    */s/ Theresa Trzaskoma*
       Theresa Trzaskoma (Bar No. TT4175)
       SHER TREMONTE LLP
       90 Broad Street, 23rd Floor
       New York, New York 10004
       Tel.: (212) 202-2600
       Fax: (212) 202-4156
       ttrzaskoma@shertremonte.com

       *Counsel for former Governor Andrew*
       *Cuomo*