# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

eabramowitz@maglaw.com
212-880-9500

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

July 11, 2022

**By ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Trooper 1 v. New York State Police, et al.*, 22-cv-00893 (LDH) (TAM)

Dear Judge DeArcy Hall:

  I am writing on behalf of all the individual defendants in the above-referenced matter and respectfully request four additional days to finalize their motions to dismiss. The motions to dismiss were originally scheduled to be served on Plaintiff today and thus we are requesting an extension to July 15, 2022. Plaintiff's counsel consents to this request and Defendants and Plaintiff's counsel agree to a corresponding extension for Plaintiff's opposition and Defendants' reply. Opposition papers were due on August 12, 2022 and would now be due on August 16, 2022. Defendants' replies were due on August 26, 2022 and would now be due on August 30, 2022. This is our first request for an extension of time.

  The briefing schedule would therefore be modified as follows: Defendants shall serve Plaintiff with any motions to dismiss on or before July 15, 2022. Plaintiff shall serve Defendants with any opposition papers on or before August 16, 2022. Defendants shall serve any replies on or before August 30, 2022.

            Sincerely,

            /s/ Elkan Abramowitz
            Elkan Abramowitz

CC: Counsel of Record (by ECF)