# SHER TREMONTE LLP

August 30, 2022

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Trooper 1 v. New York State Police et al.*, 22-cv-00893

Dear Judge DeArcy Hall:

    I write on behalf of our client Governor Andrew Cuomo in the above-referenced matter to respectfully request a brief extension of time for the individual Defendants to serve reply briefs in further support of their motions to dismiss. The replies were originally scheduled to be served upon Plaintiff today, August 30, 2022, and we are requesting an extension of three days, to Friday, September 2, 2022. At that point, the motions will be fully briefed and we will file the papers with the Court.

    This is our second request for an extension of time in connection with the motions to dismiss, and Plaintiff's counsel consents to this request.

                                   Sincerely,

                                   *s/ Theresa Trzaskoma*

                                   Theresa Trzaskoma

cc:     Counsel of Record (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156