UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>         Plaintiff,<br><br>   v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>         Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that upon the Memorandum of Law in support of Motion to Dismiss; and all prior pleadings and proceedings herein, Defendant former Governor Andrew M. Cuomo, by and through his counsel, hereby moves this Court, before the Honorable LaShann DeArcy Hall, United States District Judge, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by this Court, to dismiss the Fourth and Sixth causes of action of the Amended Complaint, and for such other relief as the Court deems just and proper. Governor Cuomo intends to serve reply papers in further support of his motion on August 30, 2022 or at a time otherwise set by the Court.

Date of Service: July 15, 2022

                            Respectfully submitted,

                            */s/ Rita M. Glavin*
                            Rita M. Glavin
                            GLAVIN PLLC
                            156 West 56th Street, Ste. 2004
                            New York, NY 10019
                            Tel: (646) 693-5505
                            rglavin@glavinpllc.com

                            Theresa Trzaskoma
                            SHER TREMONTE LLP

90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
ttrzaskoma@shertremonte.com