**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

TROOPER 1,

                    Plaintiff,

      v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA and RICHARD
AZZOPARDI,

                    Defendants.

DEFENDANTS MELISSA DEROSA
AND RICHARD AZZOPARDI'S
NOTICE OF MOTION TO DISMISS

Case No.: 22-cv-00893 (LDH) (TAM)

 

**PLEASE TAKE NOTICE** that upon the (i) Declaration of Catherine M. Foti dated July 15, 2022, together with the exhibits annexed thereto, and the accompanying (ii) Memorandum of Law, Defendants Melissa DeRosa and Richard Azzopardi through their undersigned counsel, will move this Court, at such date and time as the Court may direct, for an Order dismissing the Complaint as against Ms. DeRosa and Mr. Azzopardi, pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems just and proper.

Dated:  July 15, 2022
        New York, New York

Respectfully submitted,

**MORVILLO ABRAMOWITZ GRAND**
**IASON & ANELLO P.C.**

By:  /s/  Elkan Abramowitz

    Elkan Abramowitz
    Catherine M. Foti
    Rachel Fleig-Goldstein
    Joseph Stern

    565 Fifth Avenue
    New York, New York 10017
    Phone: 212.856.9600
    Fax: 212.856.9494

eabramowitz@maglaw.com
cfoti@maglaw.com
rfleig-goldstein@maglaw.com
jstern@maglaw.com


*Attorneys for Defendants Melissa DeRosa*
*and Richard Azzopardi*