# Exhibit 1

Page 1

1

2

-------------------------------------x

3    IN THE MATTER OF INDEPENDENT INVESTIGATION

UNDER EXECUTIVE LAW 63(8)

4    -------------------------------------x

5

May 19, 2021

6                    1:00 p.m.

7

8

9          VIDEOTAPED ZOOM TESTIMONY of  Trooper #1

10    Trooper #1 , in the above-titled action,

11    pursuant to order and stipulations between

12    Counsel, before Anthony Giarro, a

13    Registered Professional Reporter, a

14    Certified Realtime Reporter and a Notary

15    Public of the State of New York.

16

17

18

19

20

21

22

23

24

25

Page 2

1

2    A P P E A R A N C E S :

3

4    VLADECK, RASKIN & CLARK, PC
      Attorneys Representing the New York
5     Attorney General's Office
      565 5th Avenue
6     New York, New York 10017
      (212)403-7300

7

     BY:   ANNE CLARK, ESQ.
8          EMILY MILLER, ESQ.

9

10

     GLEASON, DUNN, WALSH & O'SHEA
11    Attorneys for Witness
      40 Beaver Street
12    Albany, New York 12207

13   BY:   LISA F. JOSLIN, ESQ.

14

15

16   ALSO PRESENT:

17        GEOFF C. BASSETT, Videographer

18

19

20

21

22

23

24

25

Page 3

```
 1
 2              THE VIDEOGRAPHER:  Good
 3      afternoon, everyone.  This is the
 4      videographer speaking, Geoffrey S.
 5      Bassett, Veritext Legal Solutions.
 6      Today's date is May 19th, 2021.  And
 7      the time is now 1 p.m.  We are here
 8      to take a remote video deposition of
 9      Witness May 19th, 2021 in the matter
10      of Independent Investigation under
11      New York State Executive Law Section
12      63(8).
13              Would counsel please
14      introduce themselves for the record.
15              MS. CLARK:  I'm Anne Clark.
16      I'm with the law firm of Vladeck,
17      Raskin & Clark.  I'm here today on
18      behalf of the Attorney General's
19      Office.
20              MS. MILLER:  I'm Emily
21      Miller, also with the law firm of
22      Vladeck, Raskin & Clark, and here on
23      behalf of the Attorney General's
24      Office as well.
25              MS. JOSLIN:  I am Lisa
```

Page 4

1

2          Joslin from Gleason, Dunn, Walsh

3          O'Shea on behalf of the deponent.

4                    THE VIDEOGRAPHER:  Would the

5          court reporter please swear in the

6          witness.

7          Trooper #1, after

8     having first been duly sworn by a Notary

9     Public of the State of New York, was

10    examined and testified as follows:

11     EXAMINATION BY

12     MS. CLARK:

13        Q        Thank you for meeting with

14    us again today.  I know I've introduced

15    myself a few times.  But I'll do it

16    again.

17                    My name is Anne Clark.  Feel

18    free to call me Anne.  I have been

19    appointed as a special deputy to the

20    First Deputy Attorney General.  Emily

21    introduced herself.  She's with my firm

22    and also appointed by the Attorney

23    General's Office.  Our firm, Vladeck,

24    Raskin & Clark, and the law firm of

25    Cleary, Gottlieb, Steen & Hamilton have

1          Trooper #1
2    been appointed by the New York Attorney
3    General to conduct an independent
4    investigation under New York Executive
5    Law Section 63(8) into allegations of
6    sexual harassment brought against
7    Governor Andrew Cuomo, as well as the
8    surrounding circumstances.  And you are
9    here today pursuant to a subpoena, issued
10   in connection with this investigation.
11              As you just heard from the
12   videographer, today's proceeding is being
13   video recorded.  And there's also a court
14   reporter taking down what we say.  You
15   are under oath, which means you must
16   testify truthfully and fully, just as if
17   you were in a court of law sitting in
18   front of a judge and jury.  And your
19   testimony is subject to penalty of
20   perjury.
21              Under the Executive Law, if
22   at the end there's any statement that you
23   would like to make under oath, you're
24   welcome to do so.  And I'll remind you at
25   the end if there's anything you want to

Page 6

1                    Trooper #1  Trooper #1
2     add, that you'll have that opportunity.
3                    Although this is a civil
4     investigation, the Attorney General's
5     Office also has criminal enforcement
6     powers.  So you do have the right to
7     refuse to answer a question if to do so
8     would incriminate you; however, failure
9     to answer can be used against you in a
10    court of law in a civil non-criminal
11    proceeding.  You're here today with your
12    attorney present.  You may consult with
13    your attorney about any privilege
14    matters.  But your attorney cannot
15    otherwise make objections or interject.
16                    And as you see, in addition
17    to the videographer, we have a court
18    reporter.  And he needs to take down both
19    my questions and your answers.  So we'll
20    get a transcript at the end.  In order to
21    have a clean record and make his job
22    easier, it's very important that you give
23    a verbal response.  So if you gesture or
24    shake your head or say uh-huh, it does
25    not come out very well on the transcript.

1            Trooper #1  Trooper #1

2     I will do my very best to make sure --

3     sometimes there's a little lag with the

4     video -- that you are finished answering

5     before I ask my next question.  And I

6     would ask that even if you think you know

7     where my question is heading that you let

8     me get the whole question out because if

9     we speak at the same time, it makes the

10    court reporter's life very difficult.

11              If I ask a question and you

12    don't understand it, let me know, and

13    I'll try to rephrase it in a way that

14    makes sense and just answer truthfully to

15    the best of your ability.  If you don't

16    know something, just let us know that you

17    don't know.  Do you understand all that

18    so far?

19          A       Yes.

20          Q       As we were discussing off

21    the record before we started, you will

22    not be permitted to review a transcript

23    of this proceeding.  But if at any time

24    you want to clarify a question, even if

25    it's something we talked about earlier,

Page 8

1          ██████████ ██████████

2 just let me know now that we're talking

3 about something else, it reminds you of

4 something additional or you want to

5 clarify something that you said before.

6 If you need a break at any point, we can

7 certainly take a break.  I would just ask

8 that you answer any pending questions

9 before we take a break.  And they'll be

10 times that I might be asking you about

11 very specific things, like names and

12 dates.  If you remember them, that's

13 great.  If you don't, I might ask you to

14 approximate.  So if you don't remember if

15 it was May, if you remember that it was

16 springtime, things along those lines.

17            And I just want to confirm

18 that other than with your attorney,

19 there's no one else in the room right

20 now; is that correct?

21     A      That's correct.

22     Q      And can you confirm that

23 neither you, nor your counsel are using

24 any technology to create your own

25 recording of this proceeding, including

Page 9

1       ███████  ███████

2       through any screen capturing tools?

3           A        That's correct.

4           Q        And I need to confirm that

5       neither you, nor your lawyer are allowing

6       anyone else to listen in, including

7       through any devices; is that correct?

8           A        That's correct.

9           Q        And we will also direct you

10      and your attorney not to communicate in

11      realtime or during breaks with anyone

12      about the substance of your testimony.

13                   And I want to advise you

14      that under the Executive Law

15      Section 63(8), the provision under which

16      we're conducting this investigation, it

17      prohibits you and your attorney from

18      revealing anything about what we ask you

19      or what you testified about to anyone.

20      Obviously, the underlying events, it's up

21      to you whether you talk about them.  But

22      in terms of saying whether we talked

23      about it, the law prohibits that.  If at

24      any point anyone asks you what we talked

25      about -- and that includes anyone within

```
                                              Page 10
 1                    ████████  ███████

 2    your chain of command -- let Ms. Joslin

 3    know, and she will let us know because

 4    that would not be appropriate.

 5                    Are you on any medication

 6    that would affect your ability to

 7    understand my questions and testify

 8    truthfully today?

 9         A      No medication.

10         Q      Have you had any alcohol

11    today?

12         A      No.

13         Q      We usually ask that in the

14    morning depositions.

15                    Is there any reason why you

16    wouldn't be able to answer my questions

17    fully and truthfully today?

18         A      No reason.

19         Q      For the record, could you

20    state your name, date of birth and

21    current home and business address?

22         A      My name is  Trooper #1   ██

23    Trooper #1   Birthdate, ████████.

24    Residence, ██  ████████  ██████████

25    █████  ██████  ███████.
```

Page 11

1       ███████████  ████████

2       Q       And do you have a business

3   address?

4       A       ████  ████  ████████  ████  ██████

5   ████  ██████  ████  ██████.

6       Q       Have you ever given

7   testimony before, either at a deposition

8   or any sort of hearing or trial?

9       A       Trial.

10      Q       And what sort of trial was

11  it?

12      A       ████  ████  █  ████████  ██████,

13  ████████████  ████████████  ██  ████████  ████████

14  ████████

15      Q       So you testified in your

16  position with the state police?

17      A       Correct.

18      Q       And was it just the one time

19  or have you spoken -- testified on any

20  other occasions?

21      A       I believe that's the only

22  one that I can remember.

23      Q       Now, I don't want you to

24  reveal any communications you had with

25  Ms. Joslin, but did you do anything to

1

2    prepare for today, other than speak with

3    Ms. Joslin?

4         A        Just review some dates that

5    I wrote down.

6         Q        And those dates that you

7    wrote down, was that in some sort of

8    calendar that you keep?

9         A        Just a piece of paper.

10        Q        And how did you come up with

11   the dates?  Were you looking at any other

12   documents to try to confirm the dates?

13        A        I reviewed the Governor's

14   past schedule to help remember the dates.

15        Q        Have you spoken to anyone

16   about your testimony today, other than

17   Ms. Joslin?

18        A        No.

19                 MS. CLARK:  Emily, if you

20       could share the subpoena.

21                 (The above-referred-to

22       document was marked as Exhibit 1 for

23       identification, as of this date.)

24        Q        Do you recognize this as the

25   subpoena that we served on you before the

```
                                            Page 13

 1                    ███████  ████████

 2     first time that we spoke?

 3          A        Correct.

 4          Q        And you understand that

 5     you're here today with the continuation

 6     of that; correct?

 7          A        Correct.

 8          Q        And that obligates that it's

 9     all under oath; correct?

10          A        Correct.

11                   MS. CLARK:  Emily, you could

12        take that down.

13          Q        Done with the preliminary

14     formal stuff.

15                   Did you attend college?

16          A        I did.

17          Q        What college did you attend?

18          A        ████████  ██████████.

19          Q        And did you get a degree

20     from  ████████

21          A        I did.

22          Q        What was your degree in?

23          A        ████████  ██  ████████  ███

24     ████████  ████████

25          Q        What year did you get your
```

Page 14

1     ███████████  ████████████

2     bachelor's?

3          A      ████████

4          Q          And could you walk us

5     through your employment history between

6     getting your bachelor's degree and

7     joining the state police?

8          A      ████████ █ ██████████ ████████ █

9     ████████ ████ █████ █████ █████ ████ █████ █████

10    ██████ ██████ ██████ ███████ ██████ █████ █

11    ██████ ██████ ██████ ██████ ███████,

12    ████ █ █████ ██████ █████ █████ ██████

13    █████ █ ██████ █ █████ █ █ ██████ █████

14    █████ ███ ██████ █████ █ ████ █ █ ██████

15    █████ ███ █████ █████ █████ █████ ██████

16    ██████ █████ ██████ █████ █████ █████ █

17    ██████ █████ ██████ █████ █████ ██████

18    ██████ ██████ ██████ █ ██ █████ █ █████

19    ██████████ ███████

20                     MS. JOSLIN:  Sorry.  Hold

21         on, Anne.  We're having some

22         technical difficulty here.

23                     MS. CLARK:  That's okay.

24         Not a problem.  The other day, we

25         started over half an hour late

Page 15

1        ███████ ████████

2      because of technical difficulties.

3      Today has been a breeze so far. I

4      don't want to jinx us.

5          MS. JOSLIN:  I'm sorry.

6      Give me one second.

7      A    ██ █ ████ ████ ████

8 ████ ████ ████ ████ ██ ██ █ ████

9 ████ ████ ████ █ ████ █ ████

10 ████ ███ ████ ███ ████ ██ █ ███

11 ████ ████ █ ███ █ ███ ████ █ ███

12 ████ ████ ████ ████ ████ ████

13      Q     So what year was it that you

14 started at the state police?

15      A     March ████ 2015.

16      Q     And what was the first

17 position you held with the state police?

18      A     Trooper.

19      Q     And where were you posted?

20      A     When I started, I was in the

21 academy for six months in Albany.  And

22 then I went on to FTO where I worked in

23 ████ ████ ████ I then worked

24 in ████ ████ ████ And then after

25 I completed my FTO, I went to ████

Page 16

1      ████████   ████████

2      ████████  ███████.    Then I got transferred

3      to Troop NYC.

4           Q        So you made reference to

5      FTO.

6                    What is that?

7           A        Field training.

8           Q        And so that, you did in

9      ████████   ████  ████████?

10          A        Correct.

11          Q        What did you do during your

12     field training?

13          A        You basically learn the

14     ropes, how to do accident reports,

15     writing tickets for traffic enforcement,

16     domestic violence calls, you name it.  We

17     basically have an experienced trooper

18     with us giving us advice and guidance.

19          Q        And how long does the FTO

20     last?

21          A        It's approximately -- I

22     think it's ten weeks, but I'm not sure.

23          Q        And then you were based --

24     were you based in ████████  ████  ████████

25     ████████ at the same time or ████████

Page 17

1    ███████████  ███████████

2    first and then ██████████?

3        A      ██████████ ██ ██ ██████████

4    ███████

5        Q      I'm sorry.  I'm one of those

6    people that lives in New York City and

7    doesn't know anything above the Bronx.

8        A      That was me before I became

9    a trooper.  So I get it.

10       Q      How long were you posted in

11   ███████?

12       A      For a year.

13       Q      What were your

14   responsibilities when you were in

15   ███████?

16       A      It was the same situation.

17   I worked the road, answered radio calls.

18   You're just alone as opposed to having an

19   FTO there.

20       Q      And then you got posted to

21   Troop NYC.

22              How did that come about?

23       A      So they were canvassing for

24   individuals to transfer either to the

25   thruway or Troop NYC.  I was contacted by

1      ███████  ███████

2      a supervisor, saying, hey, you're

3      basically being involuntarily transferred

4      to one of these two, where do you prefer

5      to go.  Basically, how it works is when a

6      class graduates and then transfers go

7      through, you're most junior.  So that's

8      basically how they come out,

9      involuntarily transfers.  So I chose

10     Troop NYC just because I worked in the

11     city previously.

12          Q       And how long were you in

13     Troop NYC?

14          A       For a year.

15          Q       And what were your duties

16     when you were in Troop NYC?

17          A       We patrol the bridges and

18     tunnels and the airports as

19     counterterrorism and traffic enforcement.

20          Q       Who did you report to when

21     you were in Troop NYC?

22          A       Who did I report to?

23          Q       Yes.

24          A       Well, I reported to my

25     station, which was on Randall's Island,

Page 19

1      ██████████  ██████████

2    which there are supervisors that I

3    answered to.

4         Q        Was there more than one

5    supervisor at Randall's Island that you

6    reported up to?

7         A        There was a bunch of them.

8    It was a very transient station.  When

9    new sergeants got promoted, a lot of them

10   got transferred to Troop NYC until they

11   got more seniority or another class went

12   through, and then movement can happen

13   within a division.

14        Q        And what was your next

15   posting after Troop NYC?

16        A        PSU NYC.

17        Q        And how did it come about

18   that you got moved from Troop NYC to the

19   PSU?

20        A        So it was November 4th,

21   2017.  I was working the Henry Hudson

22   post in Manhattan.  And I got a phone

23   call from a supervisor, saying, hey, the

24   Governor's coming in, he's doing an event

25   on the RFK Bridge, they want a bunch of

1       ███████   ████████

2    troopers to be basically the backdrop of

3    his press conference, I need you here at

4    a specific time.  That specific time, I

5    don't remember at this time.  And I

6    reported to the RFK Bridge.  They're

7    replacing people.  That's when PSU was

8    there.  It's called an advance person.

9    So they basically catch the Governor and

10   bring him where he needs to go at events.

11        Q       Let me pause you there.

12                Who was the supervisor who

13   told you that you needed to go to the RFK

14   Bridge to be part of the photo backdrop?

15        A       That, I don't recall who the

16   supervisor was.

17        Q       Do you recall who the

18   advanced person was?

19        A       Investigator ████   █████████

20   and also ████ Senior Investigator #1 ████████

21   was there as well.

22        Q       Continue the story there.

23        A       So while I was there, they

24   were talking about where they're placing

25   the podium, where the Governor was going

Page 21

1   ████████  ████████

2   to enter and exit.  At that time, a PSU

3   member, I believe was █████████████ [Senior Investigator #1], made the

4   call that we need to have a lead car to

5   basically catch the motorcade while

6   they're coming off the bridge.  We would

7   circle down on to Randall's Island and

8   drop them on the Manhattan side of the

9   RFK Bridge.  So ████ Senior Investigator #1 ████

10  ████ gets in the vehicle with myself,

11  the supervisor that was on scene from

12  Troop NYC, delegated myself to be in the

13  car with ████ Senior Investigator #1 ████

14  because I'm an experienced trooper.  I'm

15  pretty squared away.  And I also know the

16  city pretty well out of the troopers that

17  were there.  So they had confidence in me

18  to be the lead car.  Myself and ████████

19  ████ Senior Investigator #1 ████, we ran the route

20  on to Randall's, basically looking for a

21  hold spot in case they wanted a pause or

22  prepare before the event.  ████████

23  ████ Senior Investigator #1 ████, myself, when the

24  time came, we caught the motorcade, the

25  motorcade, which I believe was a charger

Page 22

1   ████████  ████████

2   at the time or a suburban.  I don't

3   recall.  We caught them off the bridge.

4   We led them down to Randall's Island.  We

5   held by the baseball field.  The Governor

6   exited the vehicle behind me.  ████████

7   ████ Senior Investigator #1 ████ exited my vehicle.

8                So I thought to myself, I

9   should probably get out of the car.  So I

10  got out of the vehicle.  I had a

11  conversation with the Governor, small

12  talk, you know, what's your name, how

13  long have you been on the job, where did

14  you work previously.  And that was

15  basically it.

16      Q        How long was your

17  conversation with the Governor?

18      A        I would say maybe

19  approximately two to three minutes.

20  Nothing out of the ordinary, just small

21  talk.  I got in the vehicle,  ████████

22  ████ Senior Investigator #1 ████ got in the vehicle

23  and stated to me, What did you say to

24  him?  And I was like, What do you mean?

25  He said, Well, the Governor wants you on

1    ██████████  ██████████

2    the detail tomorrow, would you come?  I

3    said, I don't know what you guys do, what

4    PSU entails, but, sure, I'm interested.

5              And that was basically it.

6    We drove up to the Manhattan side of the

7    RFK Bridge.  We continued on.  The

8    Governor got out.  And that was basically

9    it for me.  I maybe talked to Jim for a

10   little bit after.  We exchanged

11   information.  He said, Reach out to me,

12   you know, if you're interested.

13             So that's what I did.  I'm

14   not sure if I -- I'm pretty sure I

15   e-mailed him, saying, Hey, this is me,

16   I'm interested, which I think I gave him

17   my phone number.  We spoke on the phone.

18   He basically gave me a little bit more

19   in-depth detail of what PSU entails in

20   dignitary protection for the Governor and

21   other VIPs that visit New York State.  He

22   then told me after that I didn't have

23   enough time on.  At the time, you needed

24   a three-year minimum to put in for the

25   detail for PSU.  I had two and a half

Page 24

1            ████████  ██████

2   years short.  So this happened in

3   November.  I would have hit my three

4   years in March.  So he said, Hey, you

5   don't have enough time on.  I ran it by

6   the detail commander, who was Vincent J.

7   Straface at the time, and he said, you

8   know, Just reach out to me when you hit

9   your three years, and we'll go from

10  there.  So I moved on.

11              A few weeks later, I got a

12  phone call from ███████ Senior Investigator #1 ███████

13  ██████, saying, Hey, I need your abstract

14  and your transfer memo, they changed the

15  manual for you.  So they put out a File

16  14 canvass for anyone who's interested in

17  PSU.  And the minimum was changed from

18  three years to two years.

19              So I believe it was the next

20  day.  This change to the manual or

21  notification -- excuse me -- announcement

22  was November 17th, I believe, maybe 16th.

23  We have documentation for that.  He

24  responded, saying, Ha-ha, they changed

25  the manual just for you, send me your

Page 25

1        ████████   ████████
2    abstract, basically.  So that's basically
3    what I did.  I put in my transfer for
4    PSU.  I had --
5        Q        Before we get to the
6    interviews, the conversation you had with
7    ████ Senior Investigator #1 ████, that was
8    the -- the next day is when he sent the
9    e-mail saying, ha-ha, they changed it
10   just for you?
11       A        Well, whenever the
12   announcement came out, he replied to that
13   e-mail I believe that day, saying they
14   changed the manual for you, send me your
15   abstract.  Complete is better than
16   perfect.
17       Q        And we're going to pause.
18               MS. CLARK:  Emily, if you
19       could put that up.
20               (The above-referred-to
21       document was marked as Exhibit 2 for
22       identification, as of this date.)
23       Q        So the second page, is that
24   the announcement that went out to all
25   troops?

Page 26

1          ████████   ████████

2      A          Correct.

3                  MS. CLARK:  Emily, could you

4      go to the first page?

5      Q          And that was sent on

6   November 17th, and then it looks like the

7   same day,  ████Senior Investigator #1████

8   forwarded it to you, saying, "ha-ha, they

9   changed the minimum from three years to

10  two just for you"?

11     A          Correct.

12     Q          And did you -- this change

13  from three years to two, did you ever

14  discuss this with anyone, other than

15  ████Senior Investigator #1████  about how this

16  change was made?

17     A          It was -- well, after the

18  fact, yeah.  It was kind of like known in

19  PSU that, oh, they changed this

20  announcement just for this girl to come

21  here.  So it's no secret to a lot of

22  people in state police or PSU.

23                 MS. CLARK:  Emily, you could

24      take that down.

25     Q          Did you ever have any

Page 27

1       ████████  ████████
2    discussion with anyone in any leadership
3    in the state police about how this change
4    came about?
5         A        Not that I recall.
6         Q        Did you ever discuss with
7    the Governor this change to the
8    requirement for years of service for PSU?
9         A        No.
10        Q        And you said it was sort of
11   widely known within the PSU.
12                 Did you tell people after
13   you got there or were there other
14   troopers coming up to you and saying,
15   hey, I heard they changed the rules for
16   you, or how did that come about?
17        A        Well, people just knew
18   before I got there.  So I'm sure ████████
19   ███ Senior Investigator #1 ███ had mentioned it
20   to some people.  I'm sure I've had a
21   conversation.  I don't remember any
22   specific conversation with specific
23   people.  But, yeah, there are people who
24   knew.  And I'm pretty sure there were
25   people in Troop NYC knew as well.

Page 28

1   ███████  ████████

2       Q          So he asked you to send

3   along your materials, and you did so?

4       A          Correct.

5       Q          And then what happened next

6   in the process for applying for the PSU?

7       A          So I submitted my transfer

8   memo, requesting to transfer to PSU NYC.

9   I also submitted an abstract which is

10  sent with a routing split through the

11  chain of command within the state police.

12  So it goes to your sergeant, your station

13  commander, your zone sergeant and up the

14  line, all the way up to the major, to the

15  first deputy.

16      Q          What's in the abstract?

17      A          Just a basic overall

18  composition of your history within work,

19  your evaluation, your training and

20  credentials, specific cases that you feel

21  stand out to your work ethic.

22      Q          Were there any interviews as

23  part of the process?

24      A          Yes.

25      Q          Who did you interview with?

Page 29

```
 1                          ████████  ████████
 2       A           My interview was March 13th,
 3   2017.  I interviewed with Sergeant
 4   ████████████  ████████Station Commander --
 5   Sergeant Station Commander  ██████
 6   ██████████, Zone Sergeant  ██████████
 7   ██████████, and I believe he was a tech
 8   lieutenant at the time, the detail
 9   commander, Vincent J. Straface.
10       Q           You submitted your
11   material -- the e-mail was dated
12   November 17th.
13               How long after November 17th
14   did you submit your transfer memo in your
15   abstract?
16       A           I believe the transfer memo
17   request was the following day, which was
18   November 18th, and through the process of
19   us sending in the abstract because it
20   goes through a chain of command, it kind
21   of takes a little bit, or they want to
22   tweak some errors, or they have some
23   input that you might have forgotten.  So
24   that might have been a few days after.
25       Q           Did anyone tell you why
```

```
                                                Page 30
 1                    ████████  ████████
 2    there was any lag in time between you
 3    sending in these materials and the
 4    interview that took place in March?
 5         A        Can you repeat that?  I'm
 6    sorry.
 7         Q        Sure.  Let me ask it a
 8    different way.
 9                  After you sent in your
10    morales, did anyone get back to you and
11    tell you what the next step was?
12         A        No.  It was just -- they
13    acknowledged that they received it.  They
14    were sending it to the lieutenant or
15    captain for approval, I believe in the
16    announcement or it was just known that
17    there was an interview process to get
18    selected.  My sergeant station commander
19    at the time was ████  ████████████.  He
20    sent an e-mail, saying your interview is
21    on December 13th, and that was basically
22    it.
23         Q        I thought earlier, you said
24    March 13th.
25         A        Oh, I'm sorry.  I meant
```

Page 31

1        ██████████  ██████████

2    December.

3        Q        And other than the

4    conversation you had with ██████

5    ██Senior Investigator #1██ where he told you a

6    little bit more about what the PSU did,

7    did you talk to anyone about what the PSU

8    was like before agreeing to make the move

9    to the PSU?

10       A        I actually spoke to a

11   sergeant in Troop NYC, it's a traffic

12   sergeant, Sergeant ████  ██████████.  He

13   used to be on PSU.  He actually advised

14   me not to go to PSU.  And then I also

15   spoke with First Sergeant██████  ████.  He

16   was also at the time, a senior

17   investigator with PSU.  And they told me

18   not to come here.

19       Q        Did Sergeant██████████ tell

20   you why you shouldn't go to the PSU?

21       A        Sergeant██████████ advised

22   me not to because he said I was ruining

23   my career.  And once you leave PSU, you

24   kind of have like a target on your back.

25   And it was better because I didn't have

1          ████████   ███████

2    that much time on the job to just stay

3    out in the field and get a little bit

4    more experience.   And First Sergeant

5    ████████ basically said the same thing.

6    He told me I was never going to get

7    promoted if I came to PSU, and I was --

8    my classmates get promoted before me, and

9    I was ruining my career.

10                   And at the time when First

11   Sergeant ██████████ advised me not to

12   come, I took it almost because I had a

13   lot of activity when I worked in Troop

14   NYC.  And sometimes when you had a lot of

15   high activity, the supervisors don't want

16   to let you go because you make the troop

17   look good.  So that's kind of like how I

18   felt at the time.  So, yeah, I decided to

19   go for it.

20        Q        Did either of them tell you

21   about any negative experiences they had

22   at PSU?

23        A        No.

24        Q        Did you speak to anyone who

25   recommended that you go to the PSU, other

Page 33

1          ~~Senior Investigator #1~~

2     than -- did Senior Investigator #1

3     encourage you to go to the PSU?

4          A          Yeah.  I would say so.  He

5     was positive about it.  I had a few

6     coworkers who bounced the idea of, Hey,

7     what do you think?  They said, Go for it.

8     And I also felt like it was an

9     opportunity to try something different as

10    opposed to just working the road for

11    however long.  So I just saw it as an

12    opportunity.  And it was only a one-year

13    minimum.  So if I didn't like it, I would

14    just go back to the road.

15         Q          So your interviews were

16    December 13th.

17                    When did you hear whether

18    you were accepted or not?

19         A          There was a File 14, which

20    is a transfer list, that came out

21    January 8th, 2018.  And it was effective

22    January 25th, that myself and two other

23    troopers were transferred to PSU.  It was

24    only a PSU transfer.

25         Q          Who else was transferred at

```
                                        Page 34

 1                    ███████  ██████

 2    the same time as you?

 3         A         Trooper  █████████.  And

 4    I don't recall the other name.  But we

 5    could provide documentation on that.

 6         Q         And so it was effective on

 7    January 25th?

 8         A         Correct.

 9         Q         And on January 25th, where

10    were you posted at that point?

11         A         I was working in Troop NYC

12    when the 14 -- File 14 came out.

13         Q         So it was effective

14    January 25th at that point.

15                   Did you move to the PSU?

16         A         Correct.

17         Q         And what was your first role

18    within the PSU?

19         A         When I went to the PSU, my

20    first post was sitting in the house, the

21    resident's detail.  That basically

22    entails perimeter security of the

23    Governor's home which was ████████████

24    ████  in Mount Kisco.  We sat in a Tahoe

25    by ourselves, basically looking for any
```

Page 35

1 ████████   ████████

2 suspicious activity.  If there were

3 packages that were delivered, we would

4 scan them to make sure that they were

5 safe and document guests that came in and

6 out of the residence.

7        Q        And on the shift, were you

8 alone or did you work with other

9 troopers?

10        A        Yup.  So I was by myself in

11 Tahoe in front of the residence.  When we

12 had a heightened security, we would also

13 add an additional post, which was in the

14 church parking lot, which was bordering

15 the Governor's residence.

16        Q        How long were you posted to

17 Mount Kisco?

18        A        I worked the house from

19 January -- well, from when I got there,

20 January 25th, 2018.  And then I moved to

21 the travel team sometime in April of

22 2019.

23        Q        And when you joined the PSU,

24 did you get any training, particular to

25 working on the PSU?

Page 36

1   ████████  ████████

2       A        When I got to PSU, they held

3   like a little orientation, I guess you

4   would say, of like a PowerPoint.  And

5   there's a book of our procedures that we

6   should know of our duties.  So they did

7   hold a little orientation.  And I also

8   received training with NYPD dignitary

9   protection school at their academy.

10      Q        How long did that training

11  last?

12      A        I believe it was three days.

13      Q        And what were the things

14  that were sort of different about working

15  on the PSU than from other posts that you

16  had with the state police?

17      A         It was very different.  So

18  I'm working the road and interacting with

19  the public and enforcing the law, I guess

20  you could say.  This was more of like

21  revolving around the individual.  It's a

22  different type of security.  It's not --

23  it's police work.  But it's not the

24  typical police work that you would see on

25  TV or the regular person would know

1 ██████████ ██████████

2  about.

3      Q      Did you receive any training

4  about sexual harassment when you joined

5  the PSU or at any time after joining the

6  PSU?

7      A      For New York State, we have

8  to complete the New York State sexual

9  harassment course.  I believe that's once

10 every year.  And I've done that since

11 I've gotten on the job.

12     Q      And have you done that

13 through a video or some other means?

14     A      It's online SLMS training.

15 So you log in, and you complete it.

16     Q      Did the training cover how

17 one can report sexual harassment?

18     A      Yes.

19     Q      And for someone who works

20 with state police, what's the procedure

21 for reporting sexual harassment?

22     A      I would go to my direct

23 supervisor and notify them.

24     Q      And when you joined the PSU

25 and you were being told about all the

Page 38

1    ███████ ████████

2    responsibilities and requirements, were

3    you told anything about confidentiality?

4         A         Yes.   We are to sign a

5    confidentiality agreement, basically not

6    to speak about anything that goes on

7    there with anybody outside the detail,

8    including family members or friends.

9         Q         When you were stationed at

10   Mount Kisco, to whom did you report?

11        A         I reported to Sergeant

12   ████████ █████ and Sergeant/Station

13   Commander █████ █████████████ ██████ ██

14   ████████

15        Q         Were there other troopers

16   that you interacted with when you were

17   stationed at Mount Kisco, people that

18   worked on other shifts or people that

19   might be stationed in the church parking

20   lot or others that you've sort of dealt

21   with on a day-to-day basis?

22        A         Yes.   So it's face-to-face,

23   really.   You cannot leave your post until

24   someone relieves you.

25        Q         And so who were the other

Page 39

```
 1   ████████████  ████████████
 2   troopers that you were dealing with when
 3   you were at Mount Kisco?
 4        A        Members that were on my
 5   platoon would be ████████████████████████
 6   ████████████████████████████████████████████
 7   █████████████ .  ████████████████████████████
 8   transferred out.  ████████████████████████████
 9   ████████████████████████████████████████████
10   █████████████████ .  And that's all I could
11   recall at this moment.
12        Q        When you were stationed at
13   Mount Kisco, how often would you interact
14   with the Governor?
15        A        It wasn't that often.  He
16   was kind of in transition from being at
17   █████████████████  in Mount Kisco and going back
18   and forth to the executive mansion in
19   Albany.  I did have few interactions with
20   him, whether he was pulling in, you know,
21   just coming home, or there were a few
22   times when he wanted to go down to the
23   office early, he would jump in the Tahoe,
24   and you're expected to drive him down to
25   633 3rd Avenue.
```

Page 40

1          ████████  ████████

2          Q          During the time that you

3     were stationed at Mount Kisco, did you

4     ever see any employees from the executive

5     chamber come to the house?

6          A          Yes.

7          Q          And which executive chamber

8     employees visited the Governor in Mount

9     Kisco?

10         A          The only one I could recall

11    at this time would be Annabel Walsh

12    because we have to log who shows up.  And

13    I remember asking her, her name.  And she

14    had an attitude when I asked her what's

15    her name, like she expected me to just

16    know who she was.  But granted, I was

17    new, and I don't interact with the

18    executive chamber at all.  And I believe

19    there was a male there.  They were

20    shooting a campaign for the upcoming

21    election.  So a video or something.

22         Q          Did you ever observe, when

23    you were stationed in Mount Kisco, any

24    executive chamber employees spending the

25    night in Mount Kisco?

```
                                        Page 41
```

1          ████████████  ████████████

2          A          No.

3          Q          Now, I believe you said it

4     was April of 2019 that you left the post

5     in Mount Kisco?

6          A          Correct.

7          Q          And what was the next role

8     that you had?

9          A          So I was assigned to the

10    travel team.  And that entails, you are

11    the motorcade for the Governor.  You

12    could either be the driver, the tail

13    driver, advancing events, perimeter

14    security or undercover intel for pop-up

15    protests.

16         Q          And how did it come about

17    that you moved from Mount Kisco to the

18    travel team?

19         A          I would say I put the time

20    in and the work.  There were times where

21    we would be assigned to assist the travel

22    team.  And it's almost like a tryout.  So

23    you had to prove that you were capable of

24    functioning and performing under

25    high-pressure situations and also the

```
                                        Page 42
```

1          ███████  ███████

2     type of personality that the Governor

3     has.

4          Q         When you say "the type of

5     personality that the Governor has," what

6     do you mean by that?

7          A         So he's very demanding.  And

8     when he expects something to be done, it

9     needs to get done.  And there can't be

10    any little hiccups, if you will.  So

11    everything needs to go smooth without

12    upsetting him, per se.

13         Q         And why did you want to move

14    from being the house trooper to on the

15    travel team?

16         A         I wanted something

17    different.  I wanted to be active.  Just

18    sitting at the house doing perimeter

19    security was not really what I thought I

20    was signing up for; you know, I was out

21    on the road interacting with the public,

22    whether it was writing tickets or

23    assisting in accidents.

24                   So I enjoy that high pace.

25    And when I went to the house, it's kind

```
                                          Page 43
 1                    ████████   ███████

 2   of like, okay, now what, you know.  So

 3   the travel team was the next move for me

 4   personally, I felt.

 5        Q        And did you speak to anyone

 6   either on the travel team or higher up in

 7   the chain of command about your interest

 8   in switching to the travel team?

 9        A        Yup.  So I would say I

10   expressed interest to my sergeant,

11   ████████████  █████, at the time and Station

12   Commander  ██████  ████████████  that I was

13   interested in going to the travel team.

14   I'm sure there were times where the

15   detail commander, Vincent J. Straface,

16   would -- you know, How's it going, do you

17   want to go on the travel team? -- try to

18   pick your brain of what your aspirations

19   were for PSU.

20        Q        And when you moved to the

21   travel team, to whom did you report to?

22        A             Senior Investigator #2

23   ████████████.

24        Q        Why don't you spell that

25   last name for the court reporter.
```

Page 44

1      ███████  █████████

2          A          I don't know how to spell

3      it.

4          Q          And were you based in --

5      were there two travel teams?  One in New

6      York City and one in Albany?

7          A          That's correct.  So I would

8      report to Chappaqua which was our

9      station.  We also had a city office as

10     well with the motorcade.  And for the

11     most part, the travel team would report

12     to Chappaqua.

13         Q          When you switched from Mount

14     Kisco to the travel team, did you receive

15     any additional training of any kind,

16     orientation in terms of what the

17     difference would be in responsibilities?

18         A          Yes.  So within that

19     orientation, they go through your role,

20     whether you're at the house and what the

21     travel team requires.  Again, when I was

22     on the house assisting the travel team,

23     you kind of get a feel for -- and you

24     would get guidance from members on the

25     travel team of what's expected and, you

```
                                    Page 45
```

1  ███████████  ████████████

2  know, just little pointers.

3      Q       And do you recall any

4  pointers you got from members of the

5  travel team about how to keep the

6  Governor happy?

7      A       Yeah.  Let me just try to

8  think.  It was basically -- always have

9  an answer, don't tell him no and whatever

10 he wants, make it happen and just in

11 general, expectations for us as things

12 needed to be smooth.  So when he arrives

13 at the city office, the elevator needs to

14 be there.  If he gets there and the

15 elevator's not there, that's a problem

16 from a security standpoint and also

17 dealing with him, feeling the wrath of

18 that.

19     Q       And do you recall who gave

20 you the pointers of how to make things

21 run smoothly or what to do to keep the

22 Governor happy?

23     A       I would just say everybody.

24 So at the time, it was ███████

25 ████ Senior Investigator #2 ███████████ and

Page 46

1   ████████████ ████████████

2   Investigator ████████████, Investigator

3   ████████████, ████████████, just sort

4   of little things that maybe they messed

5   up on, said, Hey, don't do this or try to

6   do this, you know, don't depend on

7   somebody to get the elevator, open the

8   gate for you, make sure you have a card

9   or a contact number or who to contact at

10  Port Authority when you're using

11  LaGuardia or JFK for an escort, just

12  little things like that.

13      Q        And you described some of

14  the various roles that people do on the

15  travel team.

16               When you joined the travel

17  team, were you assigned any particular

18  role or did you cover all sorts of roles?

19      A        I would say a whole bunch.

20  But when I first got there, I would say I

21  was probably tailing a good amount of

22  time and maybe advancing 633 which was

23  his office.  I've done that before.  So

24  that was in April.  I would say in June,

25  I made the transition to driver because

Page 47

1         ██████████  ████████

2   Investigator  ████████  had retired.  When

3   it comes to drivers, the Governor is

4   extremely particular about who drives him

5   because there's an expectation when you

6   drive him.  He's a car guy.  He doesn't

7   want anyone passing him, yeah.

8        Q        We'll come to the driving in

9   a minute.

10       A        Okay.

11       Q        When you're tailing, what do

12  you do when you're tailing?

13       A        So when you're tailing, you

14  basically -- the Governor doesn't want

15  passengers, whether it's his staff in the

16  car with him, they'll jump in the car

17  with you.  You make communication with

18  the advance person and notifications

19  about, you know, Hey, we're two minutes

20  out, we're a block out, we're coming at

21  you, things like that.

22       Q        And when you are catching

23  the Governor at 633, what does that

24  involve?

25       A        So you're coordinating with

Page 48

███████  ███████

2  your team.  So there's a person who

3  catches the Governor which means that the

4  Governor is following them.  And also

5  when you're advancing, there's perimeter

6  security holding up traffic because you

7  go counterflow on the tunnel exit in

8  Manhattan.  And they go counterflow down

9  40th Street and load it to the loading

10  dock.  The elevators, just making sure

11  your keycard works to get him upstairs to

12  the 39th floor where his office is

13  located.

14      Q       And who was it who asked you

15  to switch to being the driver?

16      A       That would be  ███████

17  ███ Senior Investigator #2 ███████.

18      Q       And before you became the

19  driver for the Governor, did anyone --

20  you said the Governor's very particular.

21              Did you get any pointers

22  from people as to what to do or not to do

23  when driving for the Governor?

24      A       Yeah.  It's kind of like a

25  known.  So when we do the orientation,

Page 49

1        ████████   ████████

2    they kind of give us a rundown of how you

3    should be driving and also to -- it's

4    also to take evasive action in case

5    there's a threat.  You never really want

6    to be stopped at a red light.  You're

7    kind of like a sitting duck.  So there's

8    different tactics and skills that we

9    learn.  We also did like a course of

10   EVOC, just certain things to protect the

11   Governor.

12        Q       A course of what?

13        A       It's called EVOC.  It's a

14   course basically where you -- we go up to

15   Oriskany and do like serpentines and

16   different speeds.  All emergency

17   personnel basically take it, basically

18   hitting the brakes, swerving, driving

19   skills.  But when you drive the Governor,

20   it's kind of like you're bobbing and

21   weaving through cars because you don't

22   want anyone passing you.  And he wants to

23   get where he wants to go very quickly.

24        Q       Did the Governor direct

25   people driving him to drive above the

1       ███████   ████████

2    speed limit?

3        A       He never said it.  But you

4    know what's expected of you.  So it's

5    kind of like an unwritten rule.  And he

6    will never say that he told you to drive

7    that fast.  And I'm sure if something

8    happened, he would say his eyes were

9    closed.  So it's no matter what, whether

10    you're driving the Governor or if you're

11    responding to a domestic call, it's

12    always going to be on the driver.

13    Doesn't matter if he told you to.  You're

14    driving the vehicle.  So if something

15    happens, it's on you.

16        Q       And what was the practice

17    for sort of how fast, whoever was driving

18    the Governor would be driving him within

19    New York City?

20        A       Can you repeat that?  I'm

21    sorry.

22        Q       I thought you said it was

23    sort of an unspoken rule.

24                When people were driving the

25    Governor in New York City, traffic

1         ████████  ████████

2    permitting, how fast were you driving?

3         A         I mean if there's an open

4    road, I would say maybe like 70, maybe

5    80, let's say, on the FDR.  But when it

6    came to driving, especially leaving the

7    Mount Kisco house getting to the city,

8    there were times when you would use your

9    lights to push people, you know, to the

10   right lane.  So you have a clear path to

11   get to where you want to go.

12              And I think for a lot of us,

13   especially someone like me when I was

14   tailing, I basically went off of what the

15   person driving was doing because that's

16   the expectation.  And as the tail car,

17   you have to keep up with the limo, is

18   what we call it, the suburban, a charger,

19   whatever vehicle the Governor's in.  So

20   you're expected to keep up.  And if

21   they're taking holes or riding the

22   shoulder, you're right there behind them.

23   So when you become a driver, you're

24   expected to drive like that.

25        Q         And how long were you -- let

Page 52

```
 1                          ████████   ████████
 2    me back up.
 3                    When you were a driver for
 4    the Governor, you're in the car in the
 5    driver's seat.  Where does the Governor
 6    sit?
 7         A          So when you're in the
 8    driver's seat, the Governor is next to
 9    you in the front passenger seat.  And the
10    senior investigator is behind the driver.
11         Q          And during the time that you
12    were driving for the Governor, who was
13    the senior investigator?
14         A          ██████Senior Investigator #2████
15    ████████████.  And there were also times
16    where the detail commander, Vincent J.
17    Straface, would also be -- it's called
18    the body.  Let's say ███Senior Investigator #2███
19    ████████████████████ was advancing an
20    event or if, let's say, Vincent J.
21    Straface was flying with the Governor, he
22    would be the body getting in the car.  So
23    there would never really be two
24    supervisors in the car.  It was either
25    one or the other or whoever was covering
```

1        ███████████  ██████████

2    that day.

3        Q       Were there ever any other

4    passengers in the car, other than you,

5    the Governor and a senior person?

6        A       Maybe one of his staff

7    members, Melissa DeRosa, Stephanie

8    Benton, has been in the car with him

9    before.

10       Q       And the Governor sitting in

11   the front passenger's seat from the

12   training you received about providing

13   effective services, was that the norm?

14       A       No.  He should be in the

15   backseat.  But the Governor wants to sit

16   where he wants to seat.  And there's no

17   telling him different.

18       Q       How long were you a driver

19   for the Governor?

20       A       I would say from end of June

21   2019 to early mid September of 2019.

22       Q       And did you do driving for

23   him up in Albany or did you stay in New

24   York City and different people would

25   drive for him if he went up to Albany?

Page 54

1      ████████████   ████████████

2      A        The first time I actually

3 ever drove was in Albany.  It was from

4 the executive mansion to Albany Airport.

5 And, again, being the driver is like a

6 high-stress situation because he is

7 particular.  And you need to basically

8 have the routes memorized in the car.

9 There's no radio on.  Your GPS is off.

10 And there's silence in the car unless he

11 speaks to you.  It's again an unwritten

12 rule.  And PSU is, you only speak when

13 you're spoken to.  So the first time I

14 drove was in Albany.  And then from

15 there, I've driven out in Long Island,

16 Lower Hudson Valley and NYC.

17      Q       And why did you stop being a

18 driver for the Governor?

19      A       So there was one time that I

20 stopped short, getting off the FDR, which

21 I wasn't a fan of, and I had a

22 conversation with my senior -- there was

23 one day, there was a Farmingdale event in

24 September.  And Vinny -- can I use first

25 names?  Is that okay?

Page 55

1      █████████   █████████

2      Q       Sure.  That's fine.

3      A      Okay.  So Vinny and  SI#2

4 had a conversation with the Governor.  So

5 at the Farmingdale event, SI#2 was the

6 driver.  And Vinny was the body.  They

7 had a conversation.  The Governor said,

8 Hey, you know I had too many close calls

9 with her driving, you know, I want

10 someone with a little bit more experience

11 because traditionally, the driver is a

12 senior position but someone with more

13 experience in the sense of senior

14 position.

15         So that was basically it.  I

16 had a conversation with SI#2 .  He

17 said, hey -- he said he had too many

18 close calls, you're still allowed to

19 drive, but you're not going to be the

20 primary driver.  So we have a Number One

21 driver and a Number Two.  So if it's a

22 two motorcade day, like I was allowed to

23 drive.

24      Q      I'm sorry.  There's massive

25 sirens.  I just muted myself.

Page 56

```
 1                    ████████  ████████
 2              Who replaced you as the
 3    Number One driver?
 4         A         Investigator ████████.
 5         Q         Did ████████ ever tell you
 6    what he was told as to why he was
 7    becoming the Number One driver?
 8         A         I never had a conversation
 9    of why.  But to me, the writing was on
10    the wall.  So at the end of August that
11    year, there was a fire a few blocks from
12    the Governor's mansion.  There was some
13    transfers that took place.  I believe at
14    that time, ████, who was on the
15    Lieutenant Governor detail, had gotten
16    switched over to our detail with the
17    Governor.
18                   So, again, I don't have that
19    much experience.  Majority of the people
20    who were on my team were not allowed to
21    drive or just did not want to drive.  So
22    they brought ████ over.  ████ has been
23    with multiple governors before, has
24    driven them.  So he's more qualified and
25    experienced than I am.  So I totally
```

1        ████████  ████████

2   understand that.  So to me without him

3   even saying, I said this is going to be

4   Vinny's plan.  I totally understand why

5   they would want ████  to drive.

6        Q        Did anyone ever tell you

7   that Vinny wanted you removed as a driver

8   because of any inappropriate comments the

9   Governor had made to you?

10       A        I had heard a rumor that

11  Vinny made that comment to ████.  I never

12  asked ████ about it.  I never asked Vinny

13  about it.  But there was a time when to

14  me, the Governor made kind of an

15  inappropriate comment, or questions were

16  made when Vinny was in the car.  So you

17  could speculate why I think it was

18  experienced.  And I also think that Vinny

19  was either trying to protect me or he was

20  most likely trying to protect the

21  Governor.

22       Q        What was the comment that

23  Vinny was present for that the Governor

24  made?

25       A        So there was an event --

```
                                    Page 58
```

1　　　　　　　　　████████  ██████

2　this -- I believe the date was

3　August 13th.  And it was an event --

4　　　　Q　　　2019?

5　　　　A　　　2019, yup.  And the event

6　was at Baldwin High School.  I was the

7　driver.  ████████████████████  was

8　the tail.  Captain Vincent J. Straface

9　was the body.  I believe he flew with the

10　Governor down -- they were wheels down at

11　Nassau Coliseum landing zone.  We get in

12　the car.  And the Governor asks, Why

13　don't you wear a dress?  And I looked at

14　him and said, Where would I put my gun?

15　I wear a gun.  And he was like, You know,

16　you wear all black, Why do you wear dark

17　colors?  And I heard -- Vinny interjected

18　and said, You know, we wear business

19　attire, we're supposed to wear dark

20　colors.  I don't remember much, other

21　than that part of the conversation

22　because when you're driving, you're kind

23　of like in the zone, focusing on your

24　routes and, you know, other vehicles.

25　　　　　　　　　And so that happened.  And

Page 59

1     ███████████  ████████████

2     after he went wheels up to fly to -- I

3     believe it was Camp David, there was an

4     event in Peekskill.  So it was a two

5     motorcade day.  I remember driving over

6     the Whitestone or the Throgs Neck Bridge.

7     And I get a pin from Vinny, saying "stays

8     in truck."

9               And I didn't know what that

10    meant at first.  I was looking around the

11    vehicle.  I'm like, Did they leave

12    something?  And then he sent another pin,

13    being like -- I don't remember exactly

14    what it said.  But it was basically like

15    keep it between us or stays in truck,

16    don't repeat.  And that's when I was

17    like, oh, okay.  And I remember thinking,

18    oh, no, I must have messed up because

19    when we got to the Baldwin event, I

20    remember using the restroom, ██████ used

21    the restroom, and I was like, Oh, my God,

22    can you believe the Governor asked me why

23    I don't wear a dress?  And I remember

24    bits and pieces.  Vinny and the Governor

25    were having a conversation about movement

Page 60

1          ██████████ ██████████

2     in PSU, about maybe bringing in seniors

3     or promoting someone to senior.  So I

4     told ██████ that too.  And once I got that

5     pin of, you know, stays in truck, don't

6     repeat, I was like, Oh.

7                    So that was kind of like --

8     you know, silenced me.  And it's also

9     kind of like a known thing, whatever

10    conversation takes place in the truck,

11    you don't repeat it because you're

12    supposed to have like a trust and like a

13    bond; you know, sometimes the Governor

14    has personal conversations, or there's

15    things that you just shouldn't repeat.

16    Sorry.

17        Q        And the pins, that's sort of

18    the BlackBerry version text message?

19        A        Yeah.  So it's basically

20    encrypted.  Each cell phone has a pin

21    number.  It's composed of letters and

22    numbers.  And it's specific for that

23    phone.  And everyone just speculates they

24    don't want a paper trail.  That's why

25    they choose pins as opposed to text

Page 61

1       ████████  ████████

2    messages.  And for pins, most

3    communications is for the movement of the

4    Governor, just little things like that.

5          Q       And when you say "they," was

6    it just the PSU that used pins or was it

7    used in other parts of the state police?

8          A       State policewise, to my

9    knowledge, it's just PSU.  I do know that

10   the Governor and us communicate with

11   executive chamber via pin as well.

12         Q       And do you recall anyone

13   telling you what the reason was, that it

14   doesn't create a paper trail?

15         A       I don't remember anyone

16   specifically.  It was kind of just like a

17   known thing.

18         Q       And the pins, if you didn't

19   affirmatively delete a pin, did it

20   disappear after a certain period of time?

21         A       I'm not a tech guy.  But I

22   would assume so.

23         Q       Do you still have the

24   BlackBerry that you used back in 2019?

25         A       No.  They made us turn it in

Page 62

1    ▇▇▇▇▇▇▇   ▇▇▇▇▇▇

2    when we switched over to the iPhones.

3        Q       And when did you switch over

4    to the iPhone?

5        A        I would probably say maybe

6    that like October of 2019.  The whole

7    thing was we all want to be on the same

8    type of communication.  So when some of

9    the executive chamber were transferring

10   over to iPhones, we started too.  But

11   only supervisors had the BlackBerry.  I

12   remember Stephanie Benton being in the

13   car with me, being like, Oh, we almost

14   got him -- referring to the Governor --

15   to switch over to the iPhone.  But he

16   doesn't want to give up the BlackBerry.

17   Then they were saying it was kind of

18   becoming obsolete because it's 3G, and

19   technology is changing.

20              So the Governor at the

21   time -- or I don't know if he still

22   does -- but he, you know, didn't switch

23   over to the iPhone.  All of our

24   supervisors still had the BlackBerry.

25   Eventually, they gave the supervisors

1 ███████  ████████

2 iPhones.  But they still had BlackBerry

3 to communicate with whoever else had

4 BlackBerries.

5      Q      Who were the people who kept

6 the BlackBerries after the switch to the

7 iPhone within the state police?

8      A      Senior investigators.  I'm

9 not sure if sergeants -- those are

10 supervisors.  So I'm pretty sure they

11 were as well, tech lieutenants, the

12 captain.  And that's all I could think

13 of.

14      Q      When the switch to the

15 iPhone happened, did you use a text

16 function of the iPhone?  What replaced

17 the pins?

18      A      So it was basically just a

19 text group.  And I think allegedly, those

20 were supposed to be encrypted.  That's

21 why we were allowed to switch over to the

22 iPhone.  It's just basically a group chat

23 of everyone for the movements.

24      Q      And do you know if there's

25 any setting that auto deletes the texts

Page 64

1      ██████████  ██████████

2      after any period of time?

3           A          With the iPhone, not to my

4      knowledge.  I'm pretty sure if you don't

5      delete the group, the message is still

6      there.

7           Q          And do you still have text

8      messages going back to when the

9      switchover happened?

10          A          Yeah.  I haven't deleted the

11     group since we got it.  I think if you

12     try to scroll up, I think it does stop

13     you at one point.  But I'm sure with

14     technology these days, you could probably

15     get it off the phone.

16          Q          Did you ever hear about the

17     Governor complaining about anyone else's

18     driving, any other incidents?

19          A          I heard that -- I haven't

20     heard the Governor specifically say, Hey,

21     this person's not allowed to drive me.

22     But it was kind of known that ██████

23     ██████████████████████████████████, he

24     wasn't allowed to drive because he

25     stopped short on the Bronx River Parkway.

Page 65

1    ████████   ████████

2    ████████████, he wasn't allowed to

3    drive at the time because he might have

4    stopped short for a cyclist when he was

5    making a left turn to East 34th helipad.

6    The Governor allegedly complained to

7    Vinny.  Trooper ████████████, it was

8    known that he was basically left on the

9    side of the road.  I don't know what

10   transpired in the car.  He wasn't allowed

11   to drive.  He was left on the side of the

12   road.  Investigator ████████, he had

13   driven the Governor.  And I don't think

14   he could take the high stress and just

15   didn't even want to put himself in the

16   situation.  So he said, I'm not driving

17   him.  And ████████, she never drove.

18   She was very good at advance work.  So

19   they kind of just left her.  That was

20   like her niche.

21        Q      And ████████, do you

22   know where he was left on the side of the

23   road?

24        A      I don't remember what

25   parkway or highway.  I wasn't working.  I

Page 66

1     ██████████  ██████████

2     heard about it after the fact.

3          Q       But it was a highway or

4     parkway; it wasn't somewhere in Midtown

5     Manhattan?

6          A       No.  It wasn't like a

7     residential, like suburban street.  It

8     was a busy 55-mile-per-hour highway or

9     parkway.

10         Q       And where did you hear about

11    that incident from?

12         A       I do know ██████ mentioned it

13    to me.  Again, I don't remember the

14    details.  I think even later that day, I

15    was like the talk of the town, if you

16    will, like, Hey, can you believe it?  And

17    we've also heard stories.  On the other

18    platoon, it was Investigator ██████

19    ██████.  He stopped short in a crosswalk

20    to let pedestrians walk by.  And the

21    Governor got upset because, you know,

22    people could look in the cars.  And after

23    that, he wasn't allowed to drive.  It was

24    just like little things here and there

25    that upset him, you know, I don't want

Page 67

1          ██████████  ██████████

2     them driving me.

3          Q        Did you ever observe or hear

4     the Governor yell at anyone?

5          A         There was a time when I was

6     driving in Jones Beach, we were heading

7     to an event in Brooklyn.  And I don't

8     know who the Governor was on the phone

9     with.  But he was upset that we were

10    driving from Jones Beach to the Brooklyn

11    event instead of flying in the

12    helicopter.  So he was yelling, It's my

13    life, if I want to fly, I can fly, who

14    made the call to drive and not fly?

15    Vinny was in the car while this

16    conversation was taking place.

17         Q        Any other times that you

18    heard the Governor yell at anyone?

19         A         Not to my recollection at

20    this time, no.

21         Q        Do you recall any incidents

22    where the Governor was sort of going down

23    a line of PSU members and yelling at them

24    but then didn't yell at you?

25         A        No.

```
                                            Page 68
```

1   ███████████  ████████████

2        Q         Has the Governor ever yelled

3   at you?

4        A         No.

5        Q         When you were removed as

6   driver, what role were you put in?

7        A         I was just put as the tail

8   driver.  And I also advanced.  For the

9   most part, the tail driver is like the

10  Number Two driver, just in case, let's

11  say there's an accident or he needs to

12  get in your car, you need to be

13  dependable to drive him.  So I did

14  advancing and also tail driving.

15       Q         And are those your current

16  responsibilities or has your role changed

17  again?

18       A         So now I'm still a tail

19  driver advance.  As someone on the travel

20  team, I will assist with security for his

21  daughters.

22       Q         And you assist with security

23  for his daughters when they're in the

24  city or do you go up to Albany for that

25  or something else?

Page 69

1  ██████████ █████████

2       A       A bunch of things.  So if

3  they want to leave their apartment in the

4  city and want a ride to JFK or Newark,

5  they want to go from the city to Albany

6  or vice versa, there had been times where

7  I've picked them up in Hyannis Port,

8  Massachusetts, driven them to the

9  executive mansion or the mansion to

10  Hyannis Port, Massachusetts.

11       Q       Is it typically a female

12  trooper who provides coverage for his

13  daughters?

14       A       So back in May 2020, there

15  was a little incident where █ ████

16  ██████ ████████ ███ ███ ██████ ███████

17  ██████ ██ ████ █ █████ ████ ████ ████

18  █████ █████████ █████████

19              And after that happened,

20  which was completely unprofessional, I'm

21  pretty sure -- I don't know if it was

22  division's call or the Governor's or

23  Melissa DeRosa's, but it was known that

24  now from this point on, females will be

25  driving the daughters.  And let's say

```
                                    Page 70

 1      ███████████    ████████

 2      it's a long trip, like to Hyannis Port,

 3      I'd be accompanied with a male trooper,

 4      investigator, just because it's a long

 5      drive.  So you kind of like break it up.

 6      But it's kind of like, if a male's

 7      driving, female needs to be in the car.

 8           Q      Are you -- do you still have

 9      the title of trooper?

10           A      No.  I'm currently an

11      investigator.

12           Q      Congratulations.

13                  When did you become an

14      investigator?

15           A      ██████████████████████.

16           Q      And is there an average

17      period of time that someone is a trooper

18      before they become an investigator?

19           A      So for our job, you need to

20      have a minimum of two years and a

21      bachelor's degree.  And if you don't have

22      a bachelor's degree, it's a four-year

23      minimum as the rank of trooper.

24           Q      To get promoted from trooper

25      to investigator, is that something you
```

Page 71

1          ███████  ████████

2    apply for, do your supervisors just

3    determine that you're ready or how does

4    that work?

5          A          A little bit of both.  I

6    mean if you're interested, you put in.

7    Sometimes like you made a supervisor's

8    blessing, if you will, or they just

9    recommend you.  I know when I put in at

10   the time, I was driving the Governor, and

11   there was a canvass that put out for

12   investigators to come to PSU.

13                    Now, normally, you promote

14   with in-house, they call it.  So if

15   you've done your time on the detail, you

16   should get promoted.  But there was a

17   canvass basically asking outside

18   investigators to put in for PSU.  So when

19   that came out, I remember I was at Hudson

20   Yards, Vinny was there, ███████████  was

21   there.  And we were talking about the

22   canvass.  A lot of people were upset,

23   including myself.  But Vinny was like,

24   Oh, you know, you should put in for an

25   investigator, you know, you've been

```
                                         Page 72
1      ██████████   ██████████
2   driving, you've done a great job, just
3   make sure you don't tell ████████
4   ██████████ Senior Investigator #2 ██████████ that
5   you're putting in, like we never had this
6   conversation.  So I was like okay.  So,
7   of course, I told SI #2 .
8        Q        Do you have any idea why
9   Vinny told you not to tell SI #2 about it?
10       A        I don't know.  It just
11  didn't sit right with me.  He was my
12  direct supervisor.  SI #2 would have told
13  me to put it in any way.  He was even
14  upset that they put that canvass out.
15                But also, too, there was
16  another trooper with me, ████████
17  ████████.  And I didn't want to put in
18  for something and him like not have the
19  opportunity as well.  We were both doing
20  the same job.  There's no reason why I
21  should have an opportunity and ████████
22  shouldn't.
23                So I wanted to make sure I
24  expressed that to SI #2 .  I expressed it to
25  ████████ as well.  And SI #2 said, Yeah, I
```

Page 73

1          ████████  ████████

2     was going to tell both of you guys to put

3     in, like it's not fair that they're

4     canvassing investigators outside this

5     detail when you guys have put in the

6     work.  So, yeah, after that, I submitted

7     my memo and abstract to become an

8     investigator.

9          Q          And is there an interview

10    process or do you just put in your

11    paperwork and the people above you decide

12    whether you deserve it or not or how does

13    it work?

14         A          By the book, you do an

15    interview process.  You submit your memo

16    and your abstract through the chain of

17    command.  And I did my interview with

18    Tech Lieutenant ████████ and Senior

19    Investigator ████████, did the interview,

20    and then a File 14 -- excuse me.  A

21    promotion list came out I think a few

22    months after.  But within PSU, it's kind

23    of known that the Governor gives the seal

24    of approval who gets promoted and who

25    doesn't within PSU.

```
                                              Page 74

 1              ████████  ████████

 2       Q         Did anyone else get promoted

 3   to investigator at the same time as you

 4   within the PSU?

 5       A         Yes.  So I got promoted,

 6   ████████████████.  And I believe at the

 7   time, ████Senior Investigator #2████

 8   was transferring out to Troop NYC, and

 9   ████████████  got promoted to senior

10   investigator I believe on that transfer

11   list or promotion list.

12       Q         Did you ever have any

13   discussions with the Governor about

14   getting promoted?

15       A         No.  I never had a specific

16   conversation.  There was a time when I

17   was driving, I remember it was on the

18   FDR, he said something that he thought

19   was funny and goes -- and I didn't

20   respond.  And he's like, Ha-ha, isn't

21   that funny, Trooper?  Excuse me, Ha-ha,

22   isn't that funny, Investigator?  And I

23   corrected him.  I said, I'm not an

24   investigator, I'm a trooper.

25                 And that was it.  I don't
```

Page 75

1      ██████████   ██████████

2      know if that somehow got back to

3      somebody, being like, Hey, promote her.

4      I don't know what transpired.  You'd

5      probably have to ask Vinny about that.

6          Q       The time where the Governor

7      called you investigator, was that before

8      the time that Vinny had the conversation

9      with you, saying you should put in for

10     it?

11         A       I don't remember the

12     specific timeline.

13         Q       Who's your supervisor

14     currently?

15         A       Senior Investigator ██████

16     ██████.

17              MS. CLARK:  Why don't we

18          take like a ten-minute break.  We'll

19          come back at like 2:25.

20              THE VIDEOGRAPHER:  The time

21          is now 2:15 p.m.  And we are off the

22          record.

23              (A short recess was taken.).

24              THE VIDEOGRAPHER:  The time

25          is now 2:30 p.m.  And we are on the

Page 76

1

2       record.

3           Q        If you could just describe

4       for us how the Governor acted when he

5       interacted with you.

6           A        He was very positive, nice,

7       flirtatious, joking around a lot,

8       playful.

9           Q        Did you observe how he

10      interacted with male troopers?

11          A        Yes.  Not as flirtatious.

12      He would be friendly and not give them

13      the time of day, maybe acknowledge them

14      some days, maybe not others.

15          Q        When you say "flirtatious,"

16      can you describe any -- all the incidents

17      you can recall where you thought the

18      Governor was being flirtatious?

19          A        Yeah.  He tried to be

20      flirtatious.  A lot of times, it came off

21      creepy.  So I would say -- let's go back.

22      So one of the first moments that kind of

23      like made me feel uncomfortable or

24      creeped out where he was trying to be

25      flirtatious, I was sitting at the house.

Page 77

█████████  █████████

He was walking around his yard.  He has a
pond there he would clean up.  So when
the Governor's outside, you get out of
the truck.  So you're standing out there,
he would come over to me, Hey, how's it
going?  Just small talk.  Any plans for
this weekend?  And I said, Yeah, my
sister's wedding.  Actually, it's in
Albany.  And he was like, Oh, have you
ever been to the mansion?  I said no.
And he said, Oh, you know, I could give
you a tour, unless it's against any
protocols, and like snickered and walked
off.  And I was like -- so, to me,
granted, they do tours at the executive
mansion.  But you knew exactly what he
was saying.

     Q        What did you understand he
was saying?

     A        That he wanted to personally
walk me around to the mansion inside.
And that made me uncomfortable because
what are you alluding to or insinuating?
So it was kind of like up to your

Page 78

1          ████████   ████████

2    interpretation.  But you knew clearly

3    what he was trying to convey in his

4    message.

5          Q          When did this occur?

6          A          So my sister got married in

7    September of 2018.  The exact date, I

8    don't recall.  But it was prior to that.

9    ████████████, she got married.

10         Q          Did you tell anyone else in

11   and around that time period about the

12   Governor's comment about giving you that

13   tour of the mansion?

14         A          Yeah.  I confronted a few

15   people at the time, maybe one of my

16   friends that may be worked in the city.

17   She's a trooper.  And I wasn't really too

18   close with anyone.  So at the time, I

19   didn't tell them that.  I think after the

20   fact when I got on the travel team and

21   got like closer with some of my

22   coworkers, I ended up telling them at

23   some point.  But in that exact moment, I

24   kind of like kept it to myself and was

25   like woah.

Page 79

1    ████████  ████████

2        Q         Who was the friend who was

3    the trooper who you told at the time?

4        A         Trooper ████████.

5    She's stationed in Troop NYC.

6        Q         Who were the coworkers that

7    you told later?

8        A         I'm pretty sure I told ████

9    ████████ and Investigator ████

10    ████  and Investigator ████████.

11        Q         Were there any other times

12    when the Governor offered to give you a

13    tour of the mansion?

14        A         That's all I can remember.

15    It was brought to my attention later on,

16    which I didn't really recall too well

17    because, again, he was always trying to

18    be playful.  And I kind of just like

19    brushed it off because to me, like I'm a

20    trooper.  I could handle anything that's

21    put in front of me, whether it's a

22    high-stress situation.

23                 So when he made these

24    comments, it was like off-putting, and I

25    kind of rolled them off.  But there was a

Page 80

1       ██████████  ████████

2       time when I was working in Albany that

3       the Governor invited me upstairs.  Again,

4       I don't recall this.  Someone brought it

5       to my recollection, like you don't

6       remember that time.  I'm like -- again,

7       because it happened so frequent and it

8       was like normalized that it wasn't even,

9       you know, a train of thought or, you

10      know.

11          Q       When you say he invited you

12      upstairs, upstairs in the mansion?

13          A       Yeah.  And I was in Albany.

14      I think he had come back from Mount Kisco

15      up to Albany.  I saw him in the parking

16      lot, the motorcade was exiting, walking

17      into the command center.  And he invited

18      me, Oh, why don't you come upstairs.  And

19      obviously, I politely declined.  Again, I

20      don't recall that incident too well.  But

21      another investigator, ██████████████,

22      mentioned it to me, you know, when all

23      the stuff started coming out.

24          Q       Is upstairs where the

25      Governor's sleeping quarters are?

```
                                            Page 81

1                    ████████  ████████

2         A          Well, within the parking

3    lot, there's two different like levels

4    where the station -- excuse me -- the

5    command center is.  And there's kind of

6    like an upper level where the Governor's

7    mansion is.  So, again, you could say

8    upstairs and just come inside and have

9    lunch or just look around or does that

10   mean come upstairs to my bedroom, which

11   his room is on the second floor.  I don't

12   know.  Again, up to your interpretation.

13        Q          And when did ████████

14   ████████  remind you of this event?

15        A          I would say like a few

16   months ago.  I don't remember the exact

17   date.  But we were just, you know,

18   talking about everything that was going

19   on before obviously I got involved in

20   this.  We were just saying how, you know,

21   he has a habit of being creepy or

22   flirtatious, you know.  So ████████

23   brought that up.  And, again, I didn't

24   recall.

25        Q          Did ████████  remind you of
```

Page 82

1                    ████████  ████████

2    any other incidents in that conversation?

3          A        No.

4          Q        Have you ever been inside

5    the mansion?

6          A        I have in December of 2019

7    when I was fairly new to PSU.  I became

8    close with Investigator ████████.

9    She encouraged me.  They have -- every

10   December, they have like a Christmas

11   party for executive chamber and PSU

12   members, just for comradery and support.

13   ██████  suggested that I go to the holiday

14   party with her, just because it's a good

15   look, you know, you want to get on the

16   travel team.  It shows morale.  It's

17   politics.

18               So I went to the PSU holiday

19   party with her where you're basically on

20   the first level of the mansion.  There's

21   the kitchen, there's, you know, a little

22   dining area, a living area.  They have an

23   area where there's a Christmas tree.  I

24   also worked at a few other receptions

25   that the Governor has held there.  So

Page 83

1    ████████  ████████

2    that's the only few times that I've been

3    inside the mansion.

4         Q       Have you ever been in the

5    mansion when it wasn't some event with

6    lots of other people around?

7         A       No.  I might have dropped

8    off -- sometimes the staff members will

9    drop off a folder or something for the

10   Governor.  So I might have went inside to

11   drop off a folder, where there's like a

12   table, or we go to ████████ and give

13   it to him.  But I never walked in there.

14        Q       At the holiday party that

15   you went to with ████████, did the

16   Governor speak to you guys at the party?

17        A       Yes.  So the Governor gives

18   a speech.  There's like a little fun

19   video that they play.  And the Governor

20   basically works the room, takes a picture

21   with everyone who's there, no one

22   special, literally takes a picture with

23   everyone.  There's a picture of me with

24   him, there's one with him, ██████ and

25   myself.  So just small talk, hey, how are

Page 84

1        ████████    ████████

2   you, take a picture and keep it moving.

3        Q        Did you have any

4   conversations with the Governor after the

5   holiday party about ████████████?

6        A        Yes.  So one day when I was

7   working the house, I was an overnight

8   shift.  And I remember the Governor came

9   out of the residence early.  So normally,

10  the travel team will work from 6 to 6 in

11  the morning, 6 in the morning until 6 at

12  night or 7 in the morning to 7 at night.

13  They adjust the tours, depending on what

14  his schedule was.

15             But I remember the Governor

16  came out early, just wanting to go to the

17  city.  So the Governor hopped in the

18  Tahoe with me.  We drive down to 633

19  3rd Avenue.  He asked me, Who are you

20  close with on the detail?  And I knew

21  what he was referring to because he

22  clearly saw me with ██████.  I said ██████

23  ████████.  And he goes, Yeah, don't

24  repeat our conversations with her, don't

25  tell her anything we talk about, as a

Page 85

1    ▇▇▇▇▇▇   ▇▇▇▇▇▇

2    matter of fact, don't tell anyone about

3    our conversations.  And I was like, I

4    won't.

5              And I know prior to this,

6    when I was going down to the city with

7    him sitting at the house, you know, he

8    was asking about relationships.  And he

9    asked me, Why would you want to get

10   married?  And I was like, Oh, you know

11   because you love somebody.  And he goes,

12   Oh, but it always ends in divorce, and

13   you lose money, and your sex drive goes

14   down.

15             And to me, it was almost

16   like he wanted me to elaborate on my sex

17   life which I didn't.  I started talking

18   about marriage and the reason why you get

19   married.  And that was kind of it.  So

20   that was an uncomfortable conversation.

21             And then I felt like once I

22   went to the Christmas party, he realized

23   that I was close with ▇▇▇▇, he tried to

24   like backtrack and say, basically, Don't

25   tell her anything that we talk about.

1       ███████████   ███████████

2       And that kind of like resonated with me.

3       Obviously, once we dropped him off at the

4       city, I called ███████.  She's like, Oh,

5       you know, how was it?  And I told her.  I

6       was like, He asked me who I'm close with

7       and told me not to tell you anything.

8       She said, Why would he say that?

9           Q       Are there any other times

10      the Governor told you not to talk about

11      anything he said to you?

12          A       No.  Just that one time, I

13      would say, stands out to me.

14          Q       Were there any other times

15      where he spoke to you about your

16      relationship status or asked about it?

17          A       Yeah.  He would inquire, try

18      to be like joking or playful.  I never

19      took it as anything serious.  I just felt

20      like he didn't know what else to like

21      talk about.

22          Q       Are there any times that the

23      Governor touched you?

24          A       Yes.  So there were two

25      significant incidents that really stand

Page 87

1   ████████  ████████

2   out to me.  I don't know the exact date.

3   But I know when I was sitting on the

4   house and I was kind of assisting the

5   travel team to try out, let's say, I was

6   advancing 633, I had caught the Governor.

7   So he walked behind me.  I went on an

8   elevator with him.  And I was like very

9   focused on what I was doing.  So I might

10  had been like, Hey, good morning, sir,

11  walked in front of him, brought him to

12  the elevator.  He walks into the

13  elevator.  ████ Senior Investigator #1 ████

14  follows him into the elevator.  I walk in

15  the elevator.  The elevator door closes.

16  When you're in the elevator with the

17  Governor, you stand in front of the door

18  because if the elevator stops, I don't

19  want anyone else to get it.

20          So we ride the elevator up.

21  And while we're heading from the first

22  floor to the 39th floor, he runs his

23  finger down the center of like my back on

24  my spine, basically from the top of my

25  neck, basically midway down with his

Page 88

1    ███████ ████████

2    pointer finger and just said, Hey, you.

3    So I turned around and said, Oh, hey, how

4    are you, sir?  And that was basically it.

5    I kind of was like freaked out.  I got a

6    little bit hot and nervous.  We exit the

7    elevator.  I opened the door to the 39th

8    floor, walked into his office.  And that

9    was basically it.  I walked down to the

10   38th floor where we have someone sitting

11   at the desk.  At the time, it was Trooper

12   ███████████.  And he goes, What was

13   that?  That was creepy.  I said, Yeah,

14   that was creepy.  I don't know what that

15   was and kind of played it off.  ██████

16   ██ Senior Investigator #1 ██ at some point was

17   near the 38th floor desk.  And I said

18   something to ██████.  I wouldn't say I was

19   reporting it.  But I was kind of like,

20   Hey, did you see that?  And he goes, Oh,

21   no.  I was like, What?  He just ran his

22   finger down the center of my spine, like

23   down my back.  And he was like, Oh, no, I

24   didn't see it, I was sending a pin.

25              So like I stated earlier, we

Page 89

1      ████████  ██████████

2    sent pins of the Governor's movements.

3    So it's out of the 633 or wherever he is.

4    So he was, I believe, sending a pin

5    because when I turned around, he said,

6    Hey, you.  He was on the phone.

7               Now, did he see it out of

8    the corner of his eye?  I don't know.  At

9    the time, he stated that he didn't see

10   it.  And that was kind of where it left

11   off.

12       Q      Other than the conversations

13   you just described, did you talk to

14   anyone else about it around the time that

15   happened?

16       A      Yeah.  I told ████████████

17   after.  We were both like, that was

18   creepy.  I think later on, I might have

19   mentioned it to a few teammates of just

20   like his behavior.  But I don't really

21   remember, other than mentioning it to

22   ███████  and  ██████  at the time.

23       Q      And you said there was

24   another significant incident where the

25   Governor touched you?

Page 90

1        ████████████   ████████████

2        A         Yes.   So it was September, I

3     believe it was the 23rd, 2019.  This is

4     shortly after that I had been replaced by

5     ████████████  as a driver.  So I was

6     advancing Belmont in Long Island.  It was

7     breaking ground for an Islanders event.

8     And the Governor was leaving the event.

9     And like I said, everything with the

10    Governor is a very smooth transition.

11    The doors are already open, the

12    elevator's already there.

13              So I was holding a door for

14    the Governor to exit back into the

15    building.  And as I'm holding the door,

16    the Governor is walking almost through

17    the door.  And I think we might have had

18    small words.  I might have been like,

19    Hey, have a good one.  We acknowledged

20    each other.  And while he's walking and

21    we're in motion, while he's walking into

22    the door, he takes his left hand and

23    basically like thumb facing down, I felt

24    the palm of his hand in the center of my

25    stomach on my bellybutton and like pushed

```
                                    Page 91

 1              ██████████  █████████

 2    back towards my right hip like where my

 3    gun is.  So he's walking one way, his

 4    hand is running across my stomach in the

 5    opposite direction.  And  ████████

 6    ██████████ Senior Investigator #2 ██████████ was

 7    the body guy that day and witnessed it.

 8         Q       And so the Governor was

 9    coming, and you were facing the Governor

10    when this happened?

11         A       I'm off to one side.  And

12    the Governor -- we're not like

13    face-to-face.  We're kind of just like

14    passing each other.  I don't know if that

15    makes sense.

16         Q       Were you on his left or his

17    right side?

18         A       I'm on his left side.

19         Q       He took his left hand and --

20         A       Yeah, like pushed it this

21    way while he's walking the other

22    direction.  So I felt like the palm of

23    his hand on my bellybutton and like

24    pushed back towards my right hip where my

25    gun is.
```

Page 92

1　　　　　　　███████    ███████

2　　　　Q　　　When you say on your

3　　bellybutton, was your bellybutton in the

4　　center of his palm, below or above?

5　　　　A　　　No.  I would say it was

6　　probably in like the center of his palm.

7　　And I felt the whole like hand almost on

8　　my stomach.  And I felt like completely

9　　violated because to me, like that's

10　　between my chest and my privates, which,

11　　you know, if he was a little bit north or

12　　a little bit south, it's not good.

13　　　　Q　　　And you said that SI #2 was

14　　right behind him?

15　　　　A　　　Yes.　SI #2 was the body that

16　　day and witnessed the incident.

17　　　　Q　　　And did you speak to SI #2

18　　about it?

19　　　　A　　　Yes.  We communicated after

20　　he checked on me.  We were both like,

21　　What was that?  I was like, I don't know.

22　　He asked me if I'm okay, if I wanted to

23　　do anything.  I said, No, I'm all good.

24　　And that was it.  I think we might have

25　　had a conversation the next day, again,

Page 93

1    ██████████    ██████████

2    kind of both still in shock about what

3    happened.  And that was really it.  I

4    left it at that.  I wasn't saying

5    anything else, other than what it was.

6         Q        Did  SI #2  tell you

7    whether you should or shouldn't report

8    this?

9         A        He left it up to me,

10   whatever you want to do.  And from my

11   point of view, I'm a trooper, newly

12   assigned to the travel team.  Do I want

13   to make waves?  No.

14                 And also, in the back of my

15   head, you know, Vinny had already

16   previously witnessed me being asked why I

17   don't wear a dress.  So if the detail

18   commander is basically okay with that

19   behavior, you know, Vinny never even

20   checked on me or even said anything to me

21   after that, other than stays in truck,

22   don't repeat.  I wasn't even trying to

23   put SI #2 in a position where -- you know,

24   I've heard horror stories about people

25   getting kicked off the detail or

1       ████████  ██████████

2    transferred over like little things, like

3    I'm not -- I had no plans to report it.

4         Q        Did you discuss it at the

5    time with anyone else?

6         A        Yeah.  After the incident, I

7    told ██████ .

8         Q        What was her reaction?

9         A        She thought it was

10   disgusting.  We were creeped out.  But,

11   you know, I think for me, I kind of like

12   compartmentalized, it happened, I felt

13   uncomfortable, I felt completely

14   violated.  But, you know, I'm here to do

15   a job.

16                 Like I said, I'm a trooper.

17   I've been through high-stress, difficult

18   situations; you know, I wasn't going to

19   let that really, you know -- I tried to

20   brush it off and not let it affect me.

21        Q        So you said you heard horror

22   stories of people being removed from the

23   detail over small things.

24                 What horror stories had you

25   heard?

Page 95

1 ████████  ████████

2      A          I have heard -- again,

3 rumor.  I heard that there was a

4 senior -- I don't know what year.  But

5 back in the day, there was a senior who

6 again asked the Governor, Hey, do you

7 have any plans later?  And the Governor

8 was like, Don't ask me what I plan on

9 doing later.  And then the senior tried

10 to ask him another way, Hey, do you have

11 plans later or whatever.  And the senior

12 was basically bounced out of the truck to

13 like the tail com which is basically the

14 person who works the radio in the tail

15 car and transferred out.  You hear people

16 getting yelled at.  It's just not

17 something I was trying to explore.

18          And also, too, that August,

19 there were troopers that were transferred

20 out of PSU because they didn't report a

21 fire to a sergeant, and the Governor

22 kicked them off.  And this is obviously a

23 more serious situation.  I just didn't

24 want to put myself or SI #2 in a situation

25 that we could be kicked off; you know,

Page 96

1          ████████████   ████████████

2    that's kind of like the culture that's

3    created within PSU.

4          Q          Where was the fire?

5          A          It was a few blocks from the

6    Governor's mansion.  I don't know, the

7    trooper was going to send a notification

8    or if the Governor never found out about

9    it until it was on the news.  And he got

10   upset that there was a fire a few blocks

11   away from the mansion.  And he didn't

12   respond or do anything about it.

13         Q          Did the Governor ever ask

14   you if you were pregnant?

15         A          No.

16         Q          Any other times that the

17   Giarro touched you?

18         A          There was a time where the

19   Governor asked if he could kiss me.  It

20   was in the summer.  I believe I was still

21   the driver at the time.  We were at the

22   Mount Kisco house.  ██SI #2██ was the senior

23   that day.  There was a house trooper

24   there, Trooper ████████████.  The

25   Governor's walking down the driveway.  I

Page 97

1      ████████  ████████

2      got out of the car to see if he needed

3      anything.  And he just goes, Can I kiss

4      you?  And I remember just freezing,

5      being -- in the back of my head, I'm

6      like, Oh, how do I say no politely

7      because in my head if I said no, he's

8      going to take it out on the detail.  And

9      now I'm on the bad list.

10                  So I kind of like froze and

11     just said sure and hesitated.  He kissed

12     me on the cheek and just said after, Oh,

13     I'm not supposed to do that or unless

14     that's against the rules or something.

15     And I was like okay.

16                  So after -- I don't know

17     where SI #2 was.  I know ███████████████

18     witnessed it because after the fact, he

19     like made a joke, trying to play it off,

20     like, you know, I've been here for so

21     many years, and the Governor's never

22     asked to kiss me.

23                  And after the incident, I

24     remember I told ██████.  I said, Can you

25     believe that he asked to kiss me?  Like I

Page 98

1          ████████  ████████

2     didn't know how to say no.  And she was

3     like, Just tell him next time that you're

4     sick and you don't feel well.  And I was

5     like, Oh, that's smart.  I didn't even

6     think of that because it's kind of known

7     the Governor is a germophobe or doesn't

8     want to get sick.  So I kind of kept that

9     in like the back of my head.

10         Q       When he kissed you on the

11    cheek, did he put his hands on you

12    anywhere?

13         A       No, not that I recall.

14    Maybe like my hands were on my side.

15    Maybe he like touched my forearms.  I

16    don't recall.  I know it wasn't on my

17    face or anything like that.  It was just

18    a kiss on the cheek.  And he kept walking

19    in, you know, the other direction.

20         Q       So  ████  then gave you this

21    advice for next time.

22              What happened then?

23         A       So I kept that in the back

24    of my head.  There was an event in

25    October.  I forgot the exact date.  I

Page 99

1 ███████████ ████████

2 think it was approximately around like

3 the 23rd or somewhere around there.  I

4 remember I had just gotten back from █

5 ████████ █████ █ ████████.  I was the tail

6 car.  There was an event on West 116th.

7 I believe it was Low Memorial Library.

8 If we look up the Governor's schedule,

9 you could find it.  I had just gotten

10 back from a trip from Croatia for two

11 weeks.  The Governor gets out of the

12 suburban, I'm in the tail Tahoe; you

13 know, I gave the Governor like a little

14 wave of acknowledgment.  And he comes

15 over to the Tahoe.  I'm sitting in the

16 driver's seat.  He's at the window; you

17 know, Where had you been?  Told him I was

18 in Croatia.  How was it?  Small talk.

19 And he just goes, like looks at me and

20 says, Can I kiss you?  And I said, No,

21 sir, I'm actually not feeling well.  And

22 he looked at me, almost in disgust that I

23 had denied him.  So he looks at me and

24 just like walks off.  And I was like,

25 Okay, it is what it is.  At least I got

Page 100

1   ████████ ████████

2   out of that one.  And I actually was sick

3   at the time.

4        Q        Were there any other

5   troopers standing around when that

6   happened?

7        A        I don't think anyone

8   witnessed or heard the conversation.  The

9   advance guy was definitely outside, like

10  by the gate waiting for him.  But he

11  wasn't within like an earshot of our

12  conversation.  I don't remember who that

13  was.  It might have actually been ████

14  ████████ because he had driven the

15  Governor from HPN Airport down to the

16  city.  So I think it was a few days

17  before.  And the Governor was like, Good

18  job driving the other day.  So I'm pretty

19  sure ████████████ was advancing that

20  event and maybe a few other guys.

21       Q        And did you say when that

22  was?

23       A        I believe it was October

24  23rd in 2019, somewhere around that time.

25       Q        Of 2019?

Page 101

1        ████████  ████████

2        A          Correct.

3        Q          Did you tell ████ about

4    that?

5        A          I did; you know, we just

6    like played it off.  She was like, Oh, it

7    actually worked.  She was like, you know,

8    Don't worry about him.

9        Q          Did you tell anyone else

10   about it?

11       A          That specific incident, I

12   don't recall.  I might have mentioned it

13   to a few people.  I might have even told

14   ████, like, hey, yeah, he asked me again.

15   But I don't recall.

16       Q          Any other times where the

17   Governor touched you?

18       A          I believe he had like hugged

19   me or like kissed me a few times, like in

20   passing, but nothing that was like crazy

21   that made me so uncomfortable.  It might

22   have just been like a greet when he was

23   walking past me or something like that.

24   But those were like the two significant

25   that made me, you know, extremely

1        ██████████  ████████

2    uncomfortable and violated.

3        Q        Other than in Belmont, any

4    other times where he touched you in your

5    midsection or on your stomach?

6        A        No.

7        Q        Any conversations, other

8    than what you've already described, where

9    the Governor said something that you

10   thought was not professional or

11   unappropriate?

12       A        Yes.  So there was one time

13   where I was running errands with him

14   within Mount Kisco.  So it was after ████

15   ████  had transferred over to be the

16   driver because I remember they said, Hey,

17   Trooper #1, he wants to run errands in

18   town, can you drive?  Because I worked

19   the Mount Kisco residents.  So I knew it

20   better than ████ who had been working

21   with the Lieutenant Governor.  So if he

22   wanted to go to a store, I knew where it

23   was.  I remember we were leaving the auto

24   parts store, and he said, How old are

25   you?  Just looks at me and says, How old

1  ████████  ████████

2  are you?  I said, I'm 28, I'll be 29 in

3  ████████  And he was like, Ha-ha, you

4  know, you're too old for me.  Then he

5  asked, What age difference can I date

6  before people start saying things?

7  Meaning like age gap.  And I said,

8  Probably older than your daughters.  And

9  he said something that was kind of like

10 deflecting towards me.  And I brushed it

11 off.  And, you know, I said, I could be

12 your matchmaker, basically to take the

13 attention -- I don't remember what he

14 said exactly.  But I wanted to deflect

15 the attention from me to something else.

16 And I said, I could be your matchmaker,

17 what are the requirements?  Good-looking,

18 well-educated?  And his response was, Can

19 handle pain.  Then he stated, Oh, did you

20 see ████████ and I broke up?  There was

21 an article I believe in the New York Post

22 on page 6.  And everyone knew they had

23 basically been done for a very long time.

24 But it was now out there in public.  And

25 he's like, Did you see the article?  You

Page 104

1     ███████████ ████████

2     know, ███████ and I broke up.  I said, Oh,

3     I didn't see it, I didn't know, sometimes

4     change is good, try to play it off, and

5     he's like, What are the guys saying, you

6     know, about he and her breaking up?  I'm

7     like, I haven't heard anything.  And then

8     we were basically at the Mount Kisco

9     residence, and, like, that was it.  But I

10    was like creeped out when he said "can

11    handle pain."

12         Q     And what had you heard about

13    from the guys or the other female

14    troopers about his breakup?  Anything

15    other than that they had broken up?

16         A     So basically, even when I

17    got there in 2018, the relationship

18    between ███████████ and the Governor was

19    basically non-existing.  ████ ████ ████

20    ████ ██ ██ ████████ ██████ ████ ██ ████

21    ████ ████ ████ ██ ██ ████ ████ ███

22    █████████ ██ █████ ████ █████ █ █████

23    ███ ████ ████ ████ █████ █

24    ████████ ██████ █████ █████ █████ ██

25    ████ ████ ████ ██ ████ ██ ████ ████ ███

Page 105

1  ████████████   ████████████

2  ██████ ████ ████ ████████ ████ █ ████████   So it

3  was really no surprise to any of us.  It

4  was just, like I said, out in the public.

5       Q       Did any of the other

6  troopers tell you about anything why they

7  had broken up or anything along those

8  lines?

9       A        No.  It was just, they have

10 a very weird relationship.  And I also

11 heard that there were times where -- I

12 believe ████████████ had an incident

13 where she had to pick up ████████████.

14 There was an event at One World Trade

15 Center, I think, for the anniversary for

16 9/11.  And ████████████ was yelling at

17 ██████ to bring her to Andrew, bring me to

18 him now.  She notified whatever

19 supervisor was working and said, Hey,

20 ████████ wants to see the Governor now.

21 The senior relayed that message to the

22 Governor.  And he said, No, I don't want

23 her here, like I'll see her there, like

24 purposely staying apart or keeping her at

25 bay.  Again, ██████ had told me this.

Page 106

1   ███████  ██████████

2   Some of the details might be a little bit

3   different, but that's what I heard.

4        Q        And did you tell anyone

5   about the conversation where the Governor

6   asked you about the age difference and he

7   wanted somebody who could handle pain?

8        A        I had mentioned it to a few

9   people because I was like, I can't

10  believe this just happened.  Again,

11  ██████, I probably told, █████, ██████ and a

12  few other people because, again, I just

13  couldn't -- like if I would tell

14  somebody, no one would believe this just

15  happened.

16       Q        And when you told people,

17  did anyone tell you that they had

18  experienced anything similar or heard of

19  something similar?

20       A        No.

21       Q        Any other times the Governor

22  said something to you that you considered

23  unprofessional, inappropriate that

24  creeped you out, any or all of the above?

25       A        I think that's the bulk of

1        ███████████  ████████████

2    things that creeped me out.  There might

3    be some things that I might be

4    forgetting.

5        Q        Did the Governor ever make

6    any comments to you about tattoos?

7        A        No.

8        Q        And when you were covering

9    an event, did the Governor ever come over

10   to you or seek you out at events?

11       A        Yeah.  So there was an

12   event -- this was like fairly recently.

13   I think it was this past January.  It was

14   the Moynihan opening.  It's connected to

15   Penn Station.  I was advancing.  I did

16   security because it was an active like

17   construction site.  So there were still

18   like workers.  There wasn't a part that

19   was finished.  But I was on the upper

20   level, just, you know, doing securities,

21   making sure there was no pop-up protests

22   or anything like that.  ███████████████

23   was advancing.  They were coming up the

24   stairs.  I was off to the side because

25   there were a few workers there.  So I

Page 108

1

2    just want to, you know, keep them at bay

3    and making sure that they had a clear

4    exit.  And the Governor like purposely

5    was like, Oh, hey you, Happy New Year,

6    and gave me like an elbow bump because

7    it's COVID time, and he's in front of

8    people.  So he gave me like an elbow

9    bump.  So that was that.  He, again, went

10   out of his way to say hi.

11              There was also an event in

12   York College.  I believe it was either

13   October or November.  I can't remember

14   the day.  It was this past winter.  But

15   they opened up like a COVID vaccination

16   site.  And I was outside security, making

17   sure that the motorcade had a clear exit

18   outside the drop.  And I was on the

19   pedestrian path, again, making sure no

20   one walks in the way.  And there was a

21   photographer there from The New York

22   Post.  And as the motorcade's leaving,

23   now he drives himself.  So you have the

24   lead car, and then you have the Governor

25   driving himself and then like a tail car.

1   ███████   ███████

2   So the lead car leaves.  I'm outside the

3   gate with the photographer.  And the

4   Governor just stops.  He was like, Hey,

5   you, and I like acknowledged him, Hey,

6   how are you, sir?  And turned opposite of

7   him because that's where the photographer

8   was.  I want to keep my eyes on a

9   potential threat, and he's still trying

10  to talk to me.  And, again, this is the

11  New York Post who's not a fan of the

12  Governor.

13            So, again, if a photographer

14  can't get a good shot of him, like, you

15  know, we did a good job.  And he's just

16  sitting there and just says, again, you

17  know, Is he your own personal

18  photographer?  And I was like, No, sir.

19  And he gave like The New York Post

20  photographer a thumbs up and kept on

21  driving.

22       Q       Since COVID, has the

23  Governor hugged or kissed you since the

24  COVID restrictions came into play?

25       A        Yes.  Actually, this was

1   ███████████  ████████████

2   like beginning of COVID.  It was sometime

3   in March of 2020 before like the lockdown

4   and they really knew what COVID was.  He

5   was landing at Farmingdale Republic

6   Airport.  And the senior who basically

7   greeted him when he got off the plane

8   said that -- he went on the radio and

9   said, you know, he needs the restroom.

10  So  ███████████  the driver, I'm in the

11  tail truck.

12              So the Governor follows me

13  to go into the bathroom, basically just

14  walk him there so he knows where he's

15  going.  And he greets me with like an

16  awkward like half hug and like kiss on

17  the cheek.  And I like joked and said,

18  You don't have COVID; right?  And he was

19  like, Oh, no, stop.  And then like, you

20  know, I walked him to the bathroom and

21  walked away.  Again, this is before we

22  even really knew what COVID was.  And

23  it's funny because I said something to

24  like  ██████.  And the Governor like

25  tweeted that day, Oh, I'm a hugger.  And

1

2   we're like, Oh, is that in reference to

3   me because like he literally hugged me,

4   and COVID's going on.  I forgot what

5   exact date it was.  But it was sometime

6   in March.  Again, it was an event in

7   Farmingdale or he landed in Farmingdale.

8   I don't know where the event was.

9        Q        Do you recall what his tweet

10  was other than I'm a hugger?

11       A        Yeah.  I think it was trying

12  to calm people down about COVID, and

13  everything's okay.  And he said something

14  like, Oh, I'm a hugger.  It was like in a

15  tweet.

16       Q        Any other incidents that we

17  haven't talked about yet that you can

18  recall?

19       A        No.  I know I saw him a few

20  times in like the summer at the mansion

21  during COVID.  And, like, he'd be leaving

22  in his Bronco or whatever car it was.  I

23  would be in the parking lot, maybe

24  leaving my car, like walking into the

25  command center.  And, like, as he was

Page 112

1        ████████  ████████

2     leaving, he would like reverse to like

3     come say hi to me, you know, so...

4          Q        Have you seen him do that

5     with any of the male troopers, like at an

6     event, head toward them or reverse course

7     to go chat with them?

8          A        No.

9          Q        Have any other troopers ever

10    commented to you that they noticed the

11    Governor seems to seek you out at events?

12         A        I don't think anyone

13    really -- well, actually, I remember that

14    event at Moynihan, Lieutenant ████████

15    was like, Oh, as soon as he sees you,

16    like he's in a good mood, or he'd beeline

17    right towards you, like he referenced

18    that he noticed it as well.  And it's

19    kind of just like a known thing if he

20    sees a good-looking female, it like puts

21    him in a good mood.  And within PSU, like

22    as soon as he gets in the car, how's his

23    mood today, how's his mood?  Because, you

24    know, depending on his mood, it's going

25    to dictate how our day operates around

```
                                        Page 113

1           ██████████  ████████

2   him.

3        Q       Was there ever any talk,

4   anyone ever say to you that if he's in a

5   bad mood, it would be helpful to get him

6   to see an attractive woman?

7        A          No.  I never heard that.  No

8   one said that directly to me.  I know

9   ██████████ did make that comment to

10  █████ before because they used to call

11  her like the fourth daughter because the

12  Governor would give her a lot of

13  attention, like there were times when I

14  heard that she drove in his like GTO from

15  the Hamptons back to Mount Kisco, like

16  just them two, or he would just want to

17  drive in the tail car with her.  So it

18  was kind of like, you know, she was on

19  the travel team for a while.  Now she's

20  doing ████ ██████ ████.  And I was kind

21  of like, you know, the new █████, someone

22  that he took a liking to or was on PSU

23  and put him in like a good mood or happy.

24       Q       Who's ██████ ██████?

25       A       He's with -- I would say
```

Page 114

```
 1          ████████████  ████████████
 2    he's part of chamber.  But he's kind of
 3    like -- he does a lot of like personal
 4    things for the Governor.  I don't know
 5    what his exact title is.  But he does
 6    like, let's say the Governor's having a
 7    dinner at a restaurant, ████████████████
 8    would basically be like the catch guy or
 9    like walk him to his table, just kind of
10    like personal things for him.  So, again,
11    ████████  told me that information.
12          Q        Did you ever observe
13    anything that would lead you to believe
14    that the Governor was having any romantic
15    or sexual relationship with anyone in the
16    executive chamber?
17          A        I never witnessed any sexual
18    relationship or kissing like that.  But
19    during COVID, Senior Staffer #1 ████████ and
20    Senior Staffer #2 ████████ were basically living at
21    the mansion.  They were there from
22    basically March until that article about
23    the trooper dating ████ ████████ came out.
24                So it was kind of like, I
25    think they were worried that people were
```

Page 115

1          ███████   ███████

2   going to start documenting or noticing

3   who's coming in and out.  If they're not

4   leaving, you know, they're sleeping

5   there.

6                 Again, could they had had

7   their own bedrooms?  Of course.  But no

8   one knows what's going on behind closed

9   doors.  I know that they would be up at

10  the poolhouse in bikinis and bathing

11  suits.  I don't really know anyone who

12  stays at their boss's house like that.

13       Q       Did any other troopers ever

14  tell you they observed anything between

15  the Governor and Senior Staffer #1 ███████ ,

16  Senior Staffer #2 ███████ or anyone else in the

17  chamber?

18       A       I had heard from ███████

19  Senior Investigator #1 ███████ ███████ that he once

20  witnessed the Governor and Senior Staffer #1 ███████

21  like making out on the sidewalk like they

22  were high schoolers.  Again, he told me

23  this.  I didn't witness this.  I wasn't

24  even here at the time.  But that's what I

25  had heard.

Page 116

1   ███████████ ██████████

2       Q        Anything else you heard?

3       A        I had also heard that -- I

4   don't remember who it was from.  I heard

5   a rumor that before  Senior Staffer #1   ████████████

6   ███████████  that the Governor and her were in

7   a hotel room by themselves for like an

8   hour.  And then one of the two left the

9   room.

10      Q        And when you say ██████████ ████

11  ███████████  do you mean like just before

12  ████ ██████████

13      A        Like the night before.  And

14  I think ███ ██████████████ ███.  I'm not really

15  sure.  Again, I wasn't working here at

16  the time.  But I heard that.

17      Q        Anything else you heard

18  along those lines?

19      A        I had also heard that --

20  again, rumor -- I heard that there was a

21  guy named ██████████ here.  I don't know

22  how to spell his last name.  But he was

23  driving once and saw  Senior Staffer #1   ███████████  and

24  the Governor like making out.  He was in

25  the front seat.  And  Senior Staffer #1   ████████████  was

Page 117

1    ███████████  ████████████

2    like sitting on the console kissing him.

3         Q        Anything else?

4         A        Not -- not much.  I think

5    everyone kind of like assumes or thinks

6    that there's something going on between

7    them.  Again, I never witnessed anything.

8    I'm sure there's other things out there.

9    But those are like the significant ones

10   that stand out to me that I had heard.

11        Q        And have you had

12   interactions with Melissa DeRosa?

13        A        Yeah.  A few.

14        Q        And what have your

15   interactions with her been like?

16        A        For the most part, it was

17   just hi and bye.  There was one time that

18   bothered me.  I was the tail driver.  The

19   Governor was going to an event at ████

20   ████████'s house.  He's like a big donor

21   for the Governor.  He lives on like ██████

22   ████ ███ ███ ██████ ███ ███ ██ █████.

23   And there's two entrances.  There's an

24   entrance on one block and an entrance on

25   another.  And at one entrance, there were

1         ███████████   █████████

2    protesters there.  The other entrance was

3    secured where we could get to the

4    Governor in and out pretty safely.  The

5    Governor was holding a few blocks away,

6    which means like, you know, he's not

7    ready yet.  They pull the car over.  And

8    they told me to go ahead with Melissa

9    DeRosa and Robert Mujica, who was in the

10   car with me.  They said, Hey, drop them

11   off.  They said drop them off where the

12   protesters are, basically to not give up

13   our secured location.  So if I drop

14   Melissa and Mujica off at the secure

15   locations and a protester sees me, we

16   just gave away our secure entrance.

17              So I'm in the car with them.

18   And I think I might have mentioned, Hey,

19   there's protesters here or something.

20   We're going to use this entrance which I

21   probably shouldn't have even told her

22   that.  But I was trying to be nice and

23   give her a heads up.  And she goes, Why

24   are we using that entrance?  Let's go to

25   the other one, basically trying to tell

1
2    me how to do my job.  My advanced guy,

3    who was ████████, told me, like

4    they're using the protest entrance, the

5    Governor's using the safe one.  And she

6    was questioning me.  And she's like, Who

7    was advancing over there?  Is the Wall

8    Street Journal or New York Times there?

9    We didn't know, like we can't have them

10   getting a picture of, you know, me and

11   Mujica walking in because he's the budget

12   guy going into the campaign event.  It's

13   not a good look.  It's optics.

14                So I'm like, I don't know

15   who's there.  She's like, Get ████ on the

16   phone, like bossing me around.  And I

17   felt annoyed because Number One, I heard

18   that you can't upset Melissa because if

19   you upset Melissa, the Governor's going

20   to take her side.  And, again, you could

21   get shipped out.  You don't know where

22   you're going to stand.  So I'm like,

23   Okay, let's keep her happy so I stay in

24   the Governor's good graces.  She told me,

25   Get the ████ on the phone.  So now I'm

1    ████████████ ████████████

2    thinking, oh, I don't want put ████ in --

3    you know, he sees  Trooper #1  ████████████

4    calling and Melissa DeRosa's on the

5    phone, that's not cool.  So I think I

6    might have went on the phone before ████,

7    or I just gave Melissa DeRosa my phone,

8    and, you know, she had a conversation

9    with ████.  We ended up using the secure

10   entrance that was supposed to be for the

11   Governor.  And that was really it; you

12   know, I called ████████████ after.  And I

13   apologized and said, Hey, like, I didn't

14   want to put you in that situation.  But,

15   like, I didn't know what else to do

16   without upsetting her.  And he's like,

17   No, it's okay, I've dealt with her.  He's

18   been around for a while.  And he does a

19   lot of advances.  He was okay with it.

20   But still, a civilian is telling me how

21   to do dignitary protection.  So I, again,

22   felt like I was in an uncomfortable

23   situation where I had to basically choose

24   what I should be doing just to make this

25   woman happy.

1

2      Q        Any other incidents with

3  Ms. DeRosa where she was behaving

4  similarly or in some way that made you

5  uncomfortable?

6      A        No.  For the most part, like

7  I said, it was very like short, sweet to

8  the point, not much conversation, other

9  than that one situation.

10     Q        Did you ever have any

11  interactions with Stephanie Benton?

12     A        Yes.

13     Q        And what were your

14  interactions with her like?

15     A        She was always polite and

16  kind to me.  She's never given me

17  attitude or bullied me in any sense.  She

18  was always very kind to me.

19     Q        Did you ever hear anyone use

20  the term "mean girls"?

21     A        Yes.

22     Q        And in what context did you

23  hear that?

24     A        I think when I first got to

25  the travel team and I was trying to

1 ██████████ ████████

2    figure out who was who with staff, you

3    know, what their job was, it was kind of

4    known that Melissa DeRosa, Stephanie

5    Benton, Annabel Walsh and I believe

6    Jill -- I forgot her last name.

7         Q        DesRosiers?

8         A        Yes, DesRosiers.  They were

9    like the four -- they were like a clique

10   referenced as the mean girls.  It was

11   known they would kind of like bully and

12   try to get what they want.  Even on our

13   side of things, I heard Annabel would

14   always try to push for aviation to fly

15   when they said it wasn't safe.

16        Q        Did you ever hear the

17   Governor refer to them or any of them as

18   mean girls?

19        A        No.

20        Q        Since December of 2020, have

21   any members of the executive chamber

22   staff reached out to you to talk to you

23   about working with the Governor?

24        A        No.

25        Q        Have any lawyers from the

1               ███████  ████████

2    executive chamber reached out to you at

3    any point?

4        A       No.

5        Q       Other than discussions with

6    Ms. Joslin or me, has anyone talked to

7    you about this investigation?

8        A       No.

9        Q       Has anyone else ever told

10   you that they had unpleasant or

11   inappropriate experiences with the

12   Governor?

13       A       Nobody directly conveyed

14   that to me.  I did hear that there was a

15   trooper here, ██████████.  I think

16   when she was standing outside the booth,

17   outside the Governor's mansion, you know,

18   she was relatively new.  I heard the

19   Governor made a comment, you know, If you

20   ever need anything, my bedroom's right

21   there, pointing to his room.

22           So I think that's a little

23   bit inappropriate.  Again, is his bedroom

24   up there?  Sure.  But he didn't have to

25   say it the way that he did.  Again, she

Page 124

1          ██████████  ████████
2    never told that to me.  I had heard that
3    through other people.  And I know that he
4    took a lot of liking or gave Trooper
5    █████████████ a lot of attention, would
6    always stop the car and talk to her.  I
7    was never a witness to any of those
8    conversations.  But pretty trooper,
9    that's squared away.
10         Q         Is ██████████ still on the
11   PSU?
12         A         No.
13         Q         Had you ever talked to her
14   about leaving the PSU?
15         A         I might have asked her why
16   she wants to leave.  From what I had
17   heard, when she put in to come to PSU, I
18   believe Vinny Straface and other
19   commissioned officers promised her the
20   travel team.  But she was assigned to the
21   command center in Albany.  And I heard
22   that she had a desk job before becoming a
23   trooper.
24                   So, again, she didn't get
25   the travel team like she was promised,

1   ██████████  ██████████

2   and, you know, she didn't want to sit

3   behind the desk for her career, wanted to

4   go back out on the road.

5        Q       Had you ever seen the

6   Governor hug or kiss any members of the

7   executive chambers staff?

8        A       Not that I recall.

9        Q       Had you ever seen the

10  Governor hug or kiss members of the

11  public?

12       A       I don't remember any

13  specific incidents.  I do know when I was

14  working the Puerto Rican Day Parade, he

15  interacts a lot with the crowd.  So he

16  might have kissed a few people on the

17  cheek, taken a few photos, waved the

18  flag.

19       Q       Did you ever see him do it

20  where some of the persons he was hugging

21  or kissing seemed uncomfortable?

22       A       No.

23       Q       Did you ever see anyone sit

24  on the Governor's lap?

25       A       No.

Page 126

███████████  ███████████

```
 1

 2        Q          Did you ever hear any

 3   stories about any women sitting on the

 4   Governor's lap?

 5        A          No.

 6        Q          Did you ever witness or hear

 7   about the Governor requiring staff

 8   members to sing to him or memorize song

 9   lyrics?

10        A          No.  There was a time that

11   the Governor was singing in the car with

12   me a few times.  But he's never asked me,

13   or I never witnessed him ask anybody to

14   sing.

15        Q          What was the Governor

16   singing when he was in the car with you?

17        A          We were -- I was driving.

18   It was an event in Times Square.  I don't

19   remember what the event was.  There was

20   no supervisor in the car because the

21   Governor was finishing a speech.  So it

22   was him and a staff member.  And I

23   believe ████████████ was the body guy that

24   day.  He was in the tail car.  And he was

25   asking me -- there's a light that's in
```

1   ███████  ████████

2   the suburban that's on the console.  But

3   you can kind of like rotate it.  And he

4   was asking me if I knew how to like dim

5   the lights or change it.  And I was like,

6   You could only like manipulate or change

7   the lighting on the dashboard.  And he

8   was singing that Meatloaf song, Paradise

9   by the Dashboard Light.  And then he was

10  like teasing me that I was young, and I

11  didn't know the song.  And, again, I was

12  focused on my task of driving, getting

13  him there quickly.

14              So I wasn't really paying

15  attention to what he was saying.  I think

16  he was trying to be funny.  Again, if you

17  actually think about the lyrics, it's

18  kind of like explicit or sexual.

19      Q       Did you ever hear the

20  Governor saying anything to somebody else

21  that was sexually suggestive?

22      A       No.

23      Q       Did anyone ever tell you

24  about him doing that with either other

25  troopers or staff members?

Page 128

1    ██████████  ██████████

2       A        I only heard that he really

3    liked ██████ and would kiss her on the

4    cheek.  But other than that, no.

5       Q        Other than asking why you

6    didn't wear a dress, did you ever hear

7    the Governor making comments about other

8    people's clothing or appearance?

9       A        No.  I remember one time --

10   because I was wearing a black suit, he

11   told me I looked like an Amish person.

12   This is in the elevator when I was

13   catching him.  Stephanie Benton was

14   there.  And he was like joking that my

15   suit jacket was too big.  And, you know,

16   Stephanie was like, Oh, her jacket has to

17   be big, she has her gun and radio and

18   played it off that way.  But, you know,

19   you could also interpret it, Are you

20   suggesting I wear tighter clothes?

21            So those were probably, you

22   know, a few times he commented on

23   clothing.  And I remember one time when I

24   was on the 39th floor with him, I was

25   wearing a black suit, I said, Hey, do I

1

2     look Amish today?  You know.  But him

3     commenting on anybody else's clothing,

4     you know...

5          Q       And did you notice that

6     there was any similar -- did the senior

7     women in the executive chamber dress

8     similarly or did they all have their own

9     style or did you make any observations

10    about that?

11         A       I would say for the most

12    part -- I mean I know Melissa DeRosa wore

13    a lot of dresses and heels.  Stephanie

14    wore heels.  Annabel was always wearing

15    heels and, you know, like tight pencil

16    pants.  But other than that, it was kind

17    of like businessy heels.

18         Q       Did you ever have any

19    interactions or know Charlotte Bennett?

20         A       Yes.  I do know her.  She

21    sat at the desk outside the Governor's

22    office.  And she was a very sweet girl.

23    A few interactions, but nothing like too

24    personal.  Maybe small talk about his

25    schedule, things like that.

Page 130

█████████  ██████████

1

2      Q       Did she ever say anything to
3   you about what she was experiencing with
4   the Governor?
5      A       No.
6      Q       Did you know or ever
7   interact with Lindsey Boylan?
8      A       No.  I never met her.
9      Q       Did you ever know or
10   interact with Ana Liss?
11      A       No.
12      Q       Did you know or interact
13   with anyone with the first name of
14   Kaitlin?
15      A       No.
16      Q       Did you interact with any of
17   the Governor's executive assistants,
18   other than Ms. Bennett?
19      A       No, not that I could recall.
20      Q       After the stories started
21   coming out in the press about the
22   Governor's interactions with women, did
23   anyone tell you any stories about
24   anything else they had heard about?
25      A       No.  I mean when it first

Page 131

1      ████████    ████████

2      came out, I immediately, you know,

3      thought of myself.  I was like, oh, no.

4      But it kind of brought me back to when

5      the Governor told me, you know, don't

6      tell ████ anything I say.  It was almost

7      like, What is he worried about, like a Me

8      Too movement?  If I told her, she would

9      have a similar story?  Or what the deal

10     was.  But I didn't really think of

11     anybody else or hear of anything else.

12         Q       After the stories came out

13     in the press, did any of your coworkers

14     reach out to you to say like, hey,

15     Trooper #1, this sounds like some of the

16     things I've heard, are you okay?

17         A        Yeah.  I know like ████

18     ████, she reached out to me, ████

19     ██████████, because I told him a lot of

20     my situations and like confided in him.

21     Obviously, ████, SI #2 and like SI #1.  We

22     were just like, I can't believe this is

23     happening, you know.  And I was like

24     hoping I wouldn't be, you know, put in

25     the situation because I was so worried

1          ██████████  ██████████

2     about exposing like myself and like my

3     privacy.  But, you know, at the end of

4     the day, if I could help validate these

5     women, I think that's more important than

6     like my own, you know, personal life, I

7     guess.

8          Q          And just so you know -- and

9     I told this to Ms. Joslin beforehand --

10    what we told you the first time, we still

11    do not intend to use your name unless you

12    reach out to us and tell us you'd like us

13    to or you're going to The New York Times

14    or something else, we still have

15    discretion to try to keep some things

16    confidential.

17         A          Thank you.

18         Q          You mentioned that the

19    Governor now drives himself.

20                    When did that start?

21         A          The beginning of COVID when

22    the lockdown I guess started.

23         Q          Were there any other

24    situations you witnessed or heard about

25    where the Governor declined PSU coverage?

1      ████████  ████████

2         A          Yeah.   There were a few

3      times.   I remember he left early, the

4      Mount Kisco house, to go to the Hamptons.

5      And I followed him to the Mobil gas

6      station when he first left.   So

7      basically, he pulls out of the driveway.

8      He comes to the Tahoe and says, Hey, I'm

9      good, you know, I don't want coverage.

10     So it puts us in a position where we're

11     like, well, we know what our job is.   But

12     this guy is telling you not to.

13                   And at the time, we didn't

14     really have a procedure or anything in

15     writing about what our protocol was going

16     to be.   So, of course, I followed him to

17     the Mobil.   I was switching.   We kind of

18     like rotate, like, you know, we may sit

19     for three hours, get a little break or do

20     admin stuff.   And I remember I was

21     supposed to switch with ████████████.

22     So I think she met me at the Mobil while

23     he was gassing up.   And he apparently

24     started driving to the Hamptons and told

25     ████████, I told you not to follow me.

Page 134

1        ████████   ████████

2                 There are a few other

3    situations I heard that, you know, when

4    he was leaving Mount Kisco, decline

5    coverage, people still did it anyway.

6    And there was a bunch of times now here,

7    he'd be walking his dog, Captain, and

8    decline coverage.  And now it's kind of

9    like he had a conversation with the

10   superintendent at the time, Vinny

11   Straface, you know, about signing off

12   that -- I guess liability in a sense.

13        Q       Is there a procedure in

14   place now for when the Governor declines

15   coverage?

16        A       Yup.  So if he declines

17   coverage, you don't follow him.  You

18   notify your supervisor.  And I believe

19   they log it somewhere and who was

20   notified about the decline of coverage.

21        Q       And has he ever declined

22   coverage when he was with anybody else?

23        A       I believe with his daughters

24   for a few times, just for like privacy

25   purposes.  But I've never seen him with

1        ███████   ████████

2    like a staffer or anything like that

3    where he had declined coverage.

4        Q        And have any of the troopers

5    who had been around for a long time told

6    you whether any other prior governors

7    ever declined coverage?

8        A        Not to my knowledge, no.

9        Q        When the stories first

10   started coming out about the Governor,

11   did anyone in sort of your chain of

12   command reach out to you to ask you about

13   any experiences you've had with the

14   Governor?

15       A        No.

16       Q        Since the stories came out

17   in the press, have you interacted with

18   the Governor?

19       A        No.  I don't believe so.  I

20   think I've been in the Tahoe car for the

21   most part.  And when I see him, I

22   purposely put my head down.  I don't know

23   if I'm just like paranoid.  But I'd

24   rather just not engage with him while all

25   this stuff's going on.  If I could stay

Page 136

1      ███████████  ████████████

2    off his radar, the better.

3         Q        Since all the stories broke,

4    any incidents where he tried to seek you

5    out at any time?

6         A        No.  And actually, the day

7    with the New York Post reporter where he

8    was like, Hey, is he your personal

9    photographer, that was the day that

10   Lindsey Boylan's like op-ed, like

11   explaining the details of her sexual

12   harassment about the poker -- the strip

13   poker on the state jet came out.  It was

14   that day.  So since then, he was seeking

15   me out when the photographer was there.

16   I haven't spoken to him or like

17   interacted with him.

18        Q        And if I told you that

19   Ms. Boylan's detailed account came out on

20   February 24th, does that sound about

21   right when that event was?

22        A        Yes.

23        Q        Is there anything you'd like

24   to clarify or add to from the things

25   we've talked about today?

1        █████████  ████████

2        A        No.  I do know that -- well,

3     there's an Investigator ███████████.  I

4     don't know what her -- she never confided

5     in me.  I don't know what her

6     interactions were with the Governor.  But

7     I do know when she was a house trooper, I

8     think she had like a problem with ████████

9     ████.  But she was basically sent from the

10    house residence to the 633 office sitting

11    at the desk.  And then she got promoted

12    to investigator, went to the dignitary

13    squad which is basically visiting

14    governors and VIPs.  So I don't know.

15    There's some whispers that she can't be

16    around the Governor, what the situation

17    is.  I mean you would have to ask her.

18    But, again, if something happened to her,

19    she doesn't want to get involved.  Just

20    putting it out there.

21        Q        Anything we asked about or

22    not today, is there any statement you

23    want to make on the record, something

24    that we offer everybody, if you want to

25    add anything?

1 ██████████  ████████████

2       A        Not that I could think of.

3       Q        I want to thank you for your

4  time once again.  If you come across any

5  other documents -- we'll touch base with

6  Lisa -- that would be relevant, we will

7  be asking for those.  And I hope we don't

8  have to bother you again.

9       A        I'm happy I could help.

10      Q        This is nobody's idea of

11 fun.  So we thank you for your time.

12 And, again, if anyone reaches out to ask

13 you what we talked about, just let Lisa

14 know.

15      A        Yeah.  I know before I did

16 this interview and when Lisa originally,

17 you know, said, hey, you're going to go

18 under oath, I did have to notify my

19 supervisor.  And I told him.  I said,

20 Hey, you know, I have to speak with the

21 AG again.  And he was inquiring, Hey,

22 what's it about, did they tell you?  And

23 I didn't go into detail.  I just said, I

24 don't know, they just want to ask me a

25 few more questions.  And he was like, Oh,

Page 139

1    ████████  ████████

2    maybe you'll be the one who brings him

3    down.

4              So I think people kind of

5    have an idea that something happened.  I

6    feel like they don't even want to ask

7    because nobody wants to be in the line of

8    fire of the Governor.  Everyone knows

9    he's very vindictive.  And, you know, he

10   hasn't met a grudge.  I don't know.

11   What's the saying?

12        Q     Who was the supervisor who

13   asked what else we wanted to ask you

14   about?

15        A         Senior Investigator ████

16   ██████.  And I already told Lisa.  And

17   I'm sure you've probably even heard it

18   before.  Everyone's just nervous,

19   especially like even me.  I'm nervous

20   that the Governor's going to know I spoke

21   out, and I'm going to be retaliated

22   against; you know, I don't even trust my

23   supervisors.  And everybody, for the most

24   part, gets promoted because they're in

25   the good graces of the Governor.

Page 140

1                    ██████████  ████████

2                    So if they stay quiet or

3      give him information, they'll get

4      promoted, or something good will happen

5      to them.  That's just like the culture

6      again in PSU.  So it's very like

7      backstabbing, politics, so yeah.

8          Q      I think we said this the

9      first time around, whether I did or not,

10     if anything happens to you, that you even

11     wonder if it's retaliation, let Lisa

12     know, and she will let us know because we

13     take that very seriously.

14         A      Thank you.

15     (Continued on the following page.)

16

17

18

19

20

21

22

23

24

25

Page 141

1

2              MS. CLARK:  Emily, is there

3      anything I missed?

4              MS. MILLER:  I don't think

5      so.

6              MS. CLARK:  Thank you again

7      so much.  And good luck.

8              THE WITNESS:  Thanks.

9              MS. CLARK:  Bye.

10              THE VIDEOGRAPHER:  The time

11      is now 3:36 p.m.  And we are off the

12      record.

13                  (Time noted:  3:36 p.m.)

14

15              _____

                  Trooper #1 ████████

16

17

18      Subscribed and sworn to

19      before me on this _____day

20      of _____, 2021.

21

        _____

22              NOTARY PUBLIC

23

24

25

Page 142

1

2                    **I N D E X**

3

4              **E X A M I N A T I O N**

5    EXAMINATION

6     Ms. Clark               4

7

8              **E X H I B I T S**

9

10   Exhibit                Description          Page

11   Exhibit 1              Subpoena             12

12   Exhibit 2              Announcement         25

13

14

15

16

17

18

19

20

21

22   *Exhibits retained by counsel

23

24

25

Page 143

**1**

**2**                    C E R T I F I C A T I O N

**3**

**4**

**5**       I, ANTHONY GIARRO, a Shorthand

**6**   Reporter and a Notary Public, do hereby

**7**   certify that the foregoing witness,

**8**   Trooper #1, Trooper #1 was duly sworn on the

**9**   date indicated, and that the foregoing, to

**10**   the best of my ability, is a true and

**11**   accurate transcription of my stenographic

**12**   notes.

**13**       I further certify that I am not

**14**   employed by nor related to any party to

**15**   this action.

**16**

**17**

**18**

                _____

**19**              ANTHONY GIARRO

**20**

**21**

**22**

**23**

**24**

**25**