# Exhibit 2
# Part 2

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1            got guidance of.  This isn't one of

 2            them.

 3                 Could we put a pin in this and

 4            come back to it after we get an answer?

 5            We already have an inquiry in, but we

 6            don't have an answer yet.

 7                 MS. KENNEDY PARK:  Okay.  Let's

 8            put a pin in it.

 9  BY MS. KENNEDY PARK:

10       Q.    So after the conversation with

11  the governor and Mr. David, did you have any

12  conversations with the governor one-on-one

13  after that about Lindsey Boylan and her

14  quitting?

15       A.    Yes.  She called the office and

16  attempted to talk to the governor, I think

17  twice, and Stephanie didn't know what to do.

18  And so Stephanie sought advice from Alphonso

19  and -- okay.

20                 So I flagged for him, "FYI, it

21  sounds like Lindsey has called a couple of

22  times, and Stephanie is dealing with it with

23  Alphonso."

24                 And then she sent Stephanie an

25  e-mail saying, "I love the governor.  Please
```

Melissa DeRosa  Highly Confidential
July 05, 2021

 1   let me talk to him.  I'm the only one who has

 2   his best interest at heart."

 3          Q.    What happened after that e-mail?

 4          A.    Stephanie forwarded the e-mail to

 5   Alphonso and copied me.

 6          Q.    Other than in preparation for

 7   today's meeting, when was the last time you

 8   saw that e-mail?

 9          A.    Not -- back then.  I looked for

10   it.

11          Q.    Were you able to find it?

12          A.    No.

13          Q.    Do you know if Ms. Benton -- did

14   you ask Ms. Benton to look for it?

15          A.    We both looked for it.

16          Q.    Was anyone able to find it?

17          A.    No.

18          Q.    After the e-mail, did you have

19   any conversations with the governor after that

20   e-mail came in about the e-mail?

21          A.    We had a conversation about the

22   advice we received from counsel on how to deal

23   with it.

24              MS. KENNEDY PARK:  And we're

25          putting a pin in that.

```
 1          Q.    Any other conversations with the

 2   governor about Ms. Boylan in September of 2018

 3   about Lindsey Boylan?

 4          A.    No.

 5          Q.    Other than what you've just

 6   described in terms of the incident in July,

 7   the incidents that led to the September

 8   attempt at counseling, and your concerns about

 9   Ms. Boylan's breach of protocol, did you have

10   any other concerns about Ms. Boylan's

11   performance in the executive chamber?

12          A.    No.  No.

13          Q.    Did you have any other concerns

14   about Ms. Boylan's behavior in the executive

15   chamber that you haven't raised to our

16   attention?

17          A.    No, it's -- she was just

18   incredibly ornery.  And it was -- it, for me,

19   just became a headache.  Like, every time I

20   turned around, someone was complaining to me

21   about Lindsey.

22          Q.    Did you ever have any concerns

23   that she had behaved inappropriately from a

24   sexual perspective in the executive chamber?

25          A.    Not in the executive chamber, no.
```

```
 1            Q.    Okay.  Did you have any concerns

 2    that she had behaved inappropriately outside

 3    the executive chamber?

 4            A.    When she was at ESD.

 5            Q.    Okay.

 6            A.    And I wouldn't characterize it as

 7    inappropriately.

 8            Q.    Tell us about that.

 9            A.    I heard, I believe, from -- this

10    is going to be tricky again -- ███████ who is

11    counsel at ESD.

12                  THE WITNESS:  Can I keep going?

13                  MR. HECKER:  You learned just

14        facts from ███████?

15                  THE WITNESS:  So --

16                  MR. HECKER:  Was it a discussion

17        of -- did it include legal advice from

18        ███████

19                  THE WITNESS:  It -- well, she

20        was, like, reporting it up.

21                  MS. KENNEDY PARK:  Do you want to

22        go off the record?

23                  MR. HECKER:  Yeah.

24                  MS. KENNEDY PARK:  Can we go off

25        the record?
```

```
 1              THE VIDEOGRAPHER:  The time is

 2         2:13 p.m.  This concludes Media 5.  Off

 3         the record.

 4              (Recess taken from 2:14 p.m. to

 5         2:24 p.m.)

 6              THE VIDEOGRAPHER:  The time now

 7         is 2:24 p.m.  This begins Media 6.  On

 8         the record.

 9    BY MS. KENNEDY PARK:

10         Q.   So earlier you told me that you

11    had a conversation with Alphonso David and the

12    governor about Lindsey Boylan.

13              Can you tell us the part of that

14    conversation that did not involve the

15    provision of legal advice by Mr. David?

16         A.   We let the governor know that

17    Lindsey had obviously, like, in the aftermath

18    of her resignation, reached back out to get

19    her job back, and following that, had been

20    attempting to contact the governor directly.

21         Q.   And what did the governor say?

22         A.   "How should I handle this?"

23         Q.   And then Mr. David provided legal

24    advice?

25         A.   Yes.
```

```
 1              MS. KENNEDY PARK:  As to which
 2        your counsel instructed you not to
 3        testify?
 4              MR. HECKER:  Well, the chamber
 5        has instructed us that they're not
 6        waiving privilege as to that advice.
 7              MS. KENNEDY PARK:  Okay.
 8        Q.    And how did you come to know that
 9   Ms. Boylan had reached out to get her job
10   back?
11        A.    Alphonso called me that weekend.
12        Q.    And what did he tell you?
13        A.    Exactly that, that she had
14   reached out, I think that Sunday morning, and
15   said that she --
16              THE WITNESS:  I'm fine with this
17        stuff.  Right?
18        A.    Okay.  So she said that she
19   acknowledged that her behave -- some of the
20   things from the complaints were accurate, that
21   she thought that the Senior Staffer #2/Senior Staffer #3 stuff
22   went both ways.  It wasn't just one-sided,
23   that she felt like they also were difficult
24   with her.
25              And that -- I think she was
```

```
 1   surprised by the ▮▮▮▮▮▮ complaints,

 2   which was interesting to me because ▮▮▮ was,

 3   like, the most vocal.  And that she wanted to

 4   come back to the chamber.  She wanted her job

 5   back.

 6           Q.    And what did you tell Mr. David?

 7           A.    We discussed whether or not it

 8   was a good idea.

 9           Q.    And did Mr. David provide you

10   with legal advice?

11           A.    Yes.

12                 MS. KENNEDY PARK:  And I'm

13           guessing the executive chamber is

14           instructing you not to answer questions

15           about what that legal advice was?

16                 MR. HECKER:  About legal advice.

17           Right.

18           Q.    And going back to the

19   conversation between you, the governor, and

20   Mr. David, anything else that the governor

21   said other than asking what we should do?

22           A.    No.

23           Q.    Was the governor surprised at any

24   of the information that you conveyed to him?

25           A.    I think that he was surprised at
```

Melissa DeRosa  Highly Confidential
July 05, 2021

1    the ultimate -- you know, her storming out

2    while Alphonso was counseling her.  I try to

3    keep stuff off his desk that he doesn't need

4    to be -- to know about.  There's, like, so

5    many important things going on.

6              So I think that he was aware that

7    there had been complaints about Lindsey, that

8    Lindsey had had altercations with members of

9    the staff, but I don't think necessarily

10   realized that it had reached that point.

11       Q.   How did you come to understand

12   that the governor was aware that there had

13   been complaints about Lindsey before the

14   September 28 incident?

15       A.   I think that Stephanie had said

16   something at some point.  I think that I had

17   said something at some point.  I think Robert

18   said something at some point.

19       Q.   To the governor?

20       A.   Yes.

21       Q.   What did you say to the governor

22   prior to September 2018 about Ms. Boylan?

23       A.   I think I told him about the

24   incident that I had with her, because I didn't

25   know if she would go to him directly about it,

Melissa DeRosa  Highly Confidential
July 05, 2021

1    and so I wanted to make sure he wasn't

2    blindsided.

3         Q.    So earlier I asked you if you had

4    talked to anybody else about that incident,

5    and you didn't say the governor was one of the

6    people you talked to.  But now you're

7    remembering you spoke to the governor?

8         A.    Yes, I think.

9         Q.    And what was the governor's

10   reaction to you telling him about that

11   incident?

12        A.    He doesn't -- he traditionally

13   doesn't like to weigh in on, like --

14             MR. HECKER:  Just, do you

15        remember that conversation and what --

16             THE WITNESS:  Not specifically.

17        A.    Except that he didn't engage it.

18        Q.    Meaning you told him and he

19   didn't react, to your recollection?

20        A.    Right.

21        Q.    And can you remind me again --

22   I'm sorry -- why did you decide to give him a

23   heads up about the July 2018 incident?

24        A.    Because she would potentially go

25   to him directly.

1        Q.    Had she told you she was going to

2   go to the governor?

3        A.    No.

4        Q.    And you said you think Ms. Benton

5   had a conversation with the governor prior to

6   September 2018 about Ms. Boylan.

7              What do you understand about

8   those conversations?

9        A.    I don't have any specific

10  knowledge, but I know that the Lindsey/Senior Staffer #3

11  stuff with Lindsey was pretty intolerable.

12  And it -- I assume that Stephanie would have

13  talked to him about it.

14       Q.    Okay.  Don't assume.

15       A.    Okay.

16       Q.    Do you know that Stephanie Benton

17  spoke to --

18       A.    No, I think --

19       Q.    We just can't talk over each

20  other.  Okay?

21       A.    Sorry.

22       Q.    That's okay.

23              So do you know that the

24  Ms. Benton spoke to the governor about Lindsey

25  Boylan prior to September of 2018?

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1          A.    No.

 2          Q.    Do you know if at any time

 3   Ms. Benton spoke to the governor about

 4   Lindsey Boylan?

 5          A.    No.

 6          Q.    And then I think --

 7          A.    Well -- I'm sorry.

 8          Q.    Go ahead.

 9          A.    Not to speak over you.  I don't

10   know if she told him about that e-mail that

11   she received, separate from the conversation

12   that Alphonso and I had with him.

13          Q.    Okay.  And you say "that e-mail."

14   What e-mail are you referring to?

15          A.    The one that she said, "I love

16   him.  I'm the only one who has his best

17   interest at heart.  Please let me talk to

18   him."

19          Q.    Okay.  So are you aware of

20   whether Ms. Benton told the governor the

21   existence of that e-mail?

22          A.    I don't.  That's what I'm saying,

23   I -- that would be something where I would

24   think that that could have come up.

25          Q.    And what about Mr. Mujica?  What
```

```
 1   do you know about his conversations with the

 2   governor about Lindsey Boylan prior to

 3   September 2018?

 4          A.    I was in the room one time when

 5   there was a difficult conversation on the

 6   phone that Lindsey was a part of.  And Lindsey

 7   got vocal, like, got her voice raised.  And

 8   when the governor hung up, Robert was like,

 9   "It'll be okay, you know.  I'll talk to her,"

10   like, "It's fine," kind of thing.

11          Q.    And do you remember why

12   Ms. Boylan's voice was getting raised?

13          A.    I believe it's because the

14   governor was asking her questions about a

15   project and she got offended.

16          Q.    Well, what did you

17   understand -- how did you come to understand

18   that she got offended?

19          A.    By her reaction.

20          Q.    How did you come to --

21          A.    I shouldn't characterize it.  Her

22   voice raised.  She was clearly frustrated.

23          Q.    Okay.  Why don't we do this:  You

24   tell me what Mr. Mujica told you about that

25   meeting.  Were you there?
```

```
 1          A.    Yes.

 2          Q.    Okay.  So what happened in the

 3   meeting?

 4          A.    There was a call on speaker phone

 5   with a group of people about a project.  I

 6   think it was an MTA project.  This was around

 7   the time that I was telling you about, the

 8   █████ -- how Lindsey got upset because the

 9   governor said, "Speak to Rob and █████ about

10   it."

11          And on the phone, the governor

12   was doing what he generally does, which he,

13   like, refers to as "peeling the onion" where

14   he asks a million questions.  And as he was

15   asking questions, she didn't have the answers.

16          And then he would ask the next

17   question, and she was getting increasingly

18   aggravated, which was obvious by her raising

19   her voice and getting frustrated.

20          And then the call ended, and it

21   was, like, one of those situations -- I'm sure

22   we've all been in these moments where you're

23   in a -- like, a meeting with the room, and

24   everyone looks at each other like -- and Rob

25   was like, "I'll talk to her.  It'll be fine.
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
1   I'll talk to her."
2          Q.    Was that the end -- that was the
3   end of the meeting?
4          A.    Yes.
5          Q.    Okay.  Do you have an
6   understanding as to whether Mr. Mujica
7   reported back to the governor on his
8   conversation with Ms. Boylan after that?
9          A.    I don't know.
10         Q.    Do you know if Mr. Mujica did, in
11  fact, speak to Ms. Boylan about that incident?
12         A.    I believe, based on the text
13  messages that I saw in -- what month are we
14  in?
15         Q.    I don't know.  July.
16         A.    -- in February, that, yes, that
17  he had talked to her and attempted to calm her
18  down.
19         Q.    Okay.  And what was the context
20  in which you saw text messages in February
21  between Mr. Mujica and Ms. Boylan?
22         A.    It was December, I'm sorry.
23               When Lindsey made her anybody
24  else claims on Twitter, Rob came to see me and
25  said, "Melissa, you have to see this."
```

```
1                    He recalled that in the prior

2      March, she had made pretty direct threats

3      against the administration, and he believed

4      she was making good on the threats.  And so he

5      came to show me the text message.

6                    And in the course of that, I

7      said, "Is there anything else I should know?"

8      And he, like, scrolled back and was just

9      reading a bunch of them out loud.

10          Q.    Okay.  Let's put a pin in that

11     and come back to that in a few minutes.

12          A.    Okay.

13          Q.    And then you said that in the

14     course of this incident, you learned that

15     Ms. Boylan had told Mr. David that she

16     believed the conduct with Senior Staffer #2 and

17     Senior Staffer #3 went both ways.  Is that right?

18          A.    Yes.

19          Q.    Okay.  So were Senior Staffer #2 and

20     Senior Staffer #3 ever counseled after that?

21          A.    I don't know.

22          Q.    Who would have done that

23     counseling?

24          A.    Alphonso.

25          Q.    Did you ever ask for them to be
```

1  counseled?

2        A.    No.

3        Q.    Did you ever inquire as to what

4  Ms. Boylan meant that it went both ways

5  between her and Senior Staffer #2 and Senior Staffer #3 ?

6        A.    No, but I understood it to mean

7  that to the extent that she thought

8  that -- that they thought that she was

9  disrespectful, she thought that they were

10  disrespectful.

11        Q.    Right.  So -- but you didn't

12  inquire as to what she -- what the basis was

13  for her believing they were disrespectful to

14  her?

15        A.    No.  At that point --

16        Q.    Didn't ask anybody -- didn't ask

17  anybody to investigate that?

18        A.    No.  At that point she had quit.

19        Q.    Right.  But were you comfortable

20  with the idea that Senior Staffer #2 could have

21  been -- was potentially being disrespectful to

22  people?

23        A.    Based on Lindsey's behavior

24  towards her assistants, her boss, people she

25  viewed as beneath her, people she viewed as

```
 1   her contemporaries, I did not believe that

 2   Senior Staffer #2 was the problem.

 3        Q.    Okay.  So you just decided that

 4   Ms. Boylan was not right about that?

 5        A.    It wasn't my place to do that one

 6   way or another.  This was in the hands of

 7   counsel.

 8        Q.    So would you have an expectation

 9   that counsel was going to look into that

10   allegation?

11        A.    If there was warranted follow-up,

12   I believe that they would do it, yes.

13        Q.    Are you aware that they did look

14   into it?

15        A.    I don't know.

16        Q.    Did you ever ask?

17        A.    No.

18        Q.    Circling back, we had put a pin

19   in a conversation you had with ▇▇▇▇▇▇

20   related to Ms. Boylan ▇▇▇▇▇▇▇▇▇.

21             Tell us about that conversation.

22        A.    I didn't have the direct

23   conversation with ▇▇▇▇▇.  I don't remember

24   if it was Linda or Alphonso, but one of them

25   told me that ▇▇▇▇▇ had received a complaint
```

1 ████████████████████████████████████

2 ███████████████████████

3      Q.    So that was reported to you

4 either by Ms. Lacewell or Mr. David?

5      A.    One of the two of them.

6      Q.    Okay.  And what were you told

7 about what was going to happen with that

8 allegation?

9      A.    The concern at that point was,

10 █████████████████████████████

11 ████████████████████████████████████

12 ████████████████████████

13 ████████████████████████████████████

14 ████████████

15           And so we thought it was

16 important to ask the direct question and make

17 sure that she was aware of her rights.

18      Q.    Did that happen?

19      A.    Yes.

20      Q.    And how do you know that that

21 happened?

22      A.    Because it was reported back to

23 me.

24      Q.    Okay.  Who reported it back to

25 you?

1          A.     Alphonso.

2          Q.     What did he tell you?

3          A.     ███████████████████

4    ██████████████████████████████████

5    and that he counseled Lindsey as to what was

6    in the employee handbook, places that she

7    could go to report, asked the direct question

8    if she had ever been the subject of harassment

9    ████████████████████████████

10   ██████████, to which she unequivocally said

11   no, and wanted to make sure that she

12   understood that if there was any situation

13   going on that she had a safe space to report,

14   either through Alphonso, through ESD's

15   counsel, or directly to GOER.

16          Q.     Have you seen any documents

17   related to that conversation?

18          A.     Yes.

19          Q.     And what documents have you seen?

20          A.     There was a memo that was done

21   memorializing it.

22          Q.     And who has that memo?

23   Mr. David?

24          A.     The chamber.  I don't know that

25   it's in Alphonso's possession.

```
1          Q.    And you said ██████████████
2    the incident.  Right?
3          A.    Yes.
4          Q.    And did ████████████      the
5    incident?
6          A.    Yes.
7          Q.    ███████████████████████
8          A.    Yes.
9          Q.    Did he speak to anyone else?
10         A.    I don't think so.
11         Q.    You don't think so, but are you
12   sure?
13         A.    I don't think so.
14         Q.    You're sure they spoke to -- they
15   didn't speak to anybody else?
16         A.    That's not what I said.  I said,
17   "I don't think so."
18         Q.    Was that the end of that?
19         A.    Yes.
20         Q.    Did you ever have any
21   conversations with the governor about that?
22         A.    No.
23         Q.    Ever speak to anyone else in the
24   executive chamber about it?
25         A.    No.
```

```
 1            Q.     Ever speak to anyone outside the

 2     executive chamber about it?

 3            A.     No.

 4                   Are you talking about the rumors

 5     about ██████████████     or about that

 6     specific incident?

 7            Q.     I'm talking about that specific

 8     incident.

 9            A.     No.

10            Q.     And when was that?

11            A.     Actually, I don't know that

12     that's right.

13            Q.     Let's pause and we'll come back

14     to that.

15                   When was that incident when

16     Mr. David told you that there -- or

17     Ms. Lacewell told you that there was this

18     allegation made about ███████████████

19     ███████████

20            A.     It was either December or January

21     of 2017, 2018.  Whatever the date is on the

22     memo, they were -- we took action pretty

23     quickly.

24            Q.     When was the last time you looked

25     at that memo, other than with your counsel in
```

```
1    preparing for today?

2          A.    Not in years.  I don't even know

3    that I saw it at the time.

4          Q.    When was the first time you saw

5    it?

6          A.    In preparation.

7          Q.    You just made reference to rumors

8    ████████████████████████████████████

9                What are those rumors?

10         A.    There were rumors that ███████

11   ██████████

12         Q.    Okay.  Did you do anything about

13   those rumors?

14         A.    Exactly what I just told you.

15         Q.    Other than the incident involving

16   ███████, was -- did the rumor have any facts

17   to it?

18         A.    No, it was just general chatter.

19         Q.    Okay.  So what led to the

20   conversation about -- with Mr. David was

21   actually a report from someone else?

22         A.    Yes.

23         Q.    Right?  So did you ever do

24   anything about the rumors about ████████████

25   ██████████
```

```
 1          A.     No.   I frankly thought that they
 2    were mean.
 3          Q.     During Ms. Boylan's time in the
 4    executive chamber or at ESD, were you aware
 5    that she got flowers from the governor?
 6          A.     No.
 7                 MR. KIM:   Can I ask a follow-up
 8          question?
 9                 You had said that you might want
10          to correct something when Jen asked
11          whether you had spoken to anyone about
12          that incident.
13                 THE WITNESS:   When Lindsey
14          started tweeting in December, ████
15          ███████████████████████.   I believe a
16          reporter from the New York Post asked
17          about it.
18                 And Azzopardi and I spoke about
19          it and said we're absolutely not
20          engaging in this.
21                 MR. KIM:   About what?   About
22          the --
23                 THE WITNESS:   ███████
24                 MR. KIM:   They raised it, and you
25          said, "We're not talking about it"?
```

1         THE WITNESS:  Yes.

2         MR. KIM:  Had you spoken to

3    anyone else within the executive chamber

4    about the rumors generally ███████████

5    ████████████████████████?

6         THE WITNESS:  No.  I thought it

7    was really mean.

8         MR. KIM:  Mean in what way?

9         THE WITNESS:  Mean in the way

10   that who knows if it was true or not

11   true.  ████████████████████████

12   ███████████████████████████

13          ███████████████

14   ████████████████████████████████

15   ████████████████████████████████

16   ███████████████  And I didn't want to

17   be a part of spreading that.

18 BY MS. KENNEDY PARK:

19        Q.   So I think before Mr. Kim asked

20   you those questions, I'd asked you if you're

21   aware that Ms. Boylan ever received flowers

22   from the governor.

23        A.   Can I answer that question in a

24   nuanced way?

25        Q.   Sure.

Melissa DeRosa  Highly Confidential
July 05, 2021

1                MR. HECKER:  Just the answer.

2          A.    I did not know specifically

3    Lindsey, but he has a tradition of sending out

4    flowers to the women on the second floor on

5    Valentine's Day.

6          Q.    Prior to February 22 --

7    February 24 of 2021, were you aware that

8    Ms. Boylan was a recipient of flowers from the

9    governor --

10         A.    Not specifically.

11         Q.    You've got let me finish.

12         A.    Oh, I'm sorry.

13         Q.    It's okay.

14         A.    Not specifically.

15         Q.    And you said he has a tradition

16   of sending flowers to everyone on the second

17   floor on Valentine's Day?

18         A.    Yeah.

19         Q.    Everyone or just women?

20         A.    Women.  The mansion staff does it

21   pretty automatically at this point.  I think

22   it was actually a Sandra idea at the

23   beginning.

24         Q.    There's actually no question

25   pending.  So just hold up, okay?

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1              A.    Sorry.

 2              Q.    During Ms. Boylan's time at the

 3   executive chamber or at ESD, were you aware

 4   that she had traveled to Puerto Rico with the

 5   governor?

 6              A.    I think I was on that trip.

 7              Q.    Okay.  And what was that trip

 8   for?

 9              A.    I don't remember.  Hurricane

10   recovery, I'm sure.

11              Q.    Did you see her engage with the

12   governor on that trip?

13              A.    Not that I recall.

14              Q.    Did she fly with you?

15              A.    I don't remember.

16              Q.    Any other occasions in which

17   you're aware that Ms. Boylan traveled with the

18   governor?

19              A.    I don't think so.  I mean, other

20   than, like, when he would fly to Buffalo to do

21   a press conference.

22              Q.    Are you aware that Ms. Boylan

23   flew to Buffalo with the governor for press

24   conferences?

25              A.    Yes, she flew all over the state
```

 1    for press conferences.

 2         Q.    And some of those trips were with

 3    the governor?

 4         A.    Yes.

 5         Q.    In the helicopter?

 6         A.    Some in the helicopter, some in

 7    the King Air.

 8         Q.    When you say "King Air," you mean

 9    the plane?

10         A.    It's a prop plane, generously.

11         Q.    How many times are you aware of

12    Ms. Boylan traveling with the governor either

13    on the helicopter or on the plane?

14         A.    I don't know.

15         Q.    More than a dozen?

16         A.    Probably.  The governor travels a

17    lot.

18         Q.    Are you aware of an occasion on

19    which Ms. Boylan was involved in planning an

20    event for the Regional Economic Development

21    Awards?

22         A.    I am.

23         Q.    Okay.  And what was her role in

24    that?

25         A.    She was the dep sec for economic

```
 1    development.  She was Howard's chief of staff.

 2    So as a result, she would be playing a lead

 3    role in that.

 4         Q.    So by "lead role," do you mean

 5    she was, kind of, planning and organizing the

 6    event?

 7         A.    Not the logistics, per se, but

 8    the substance.

 9         Q.    By "substance," who gets the

10    awards?

11         A.    There's a grading process.  Each

12    region of the state has to turn in their list

13    of projects, and then each region is awarded a

14    certain amount of money based on the substance

15    of the project, how many jobs they believe

16    they're going to create, et cetera.

17         Q.    Where are the awards hosted?

18         A.    In Albany.

19         Q.    And when Ms. Boylan was there,

20    who was the MC or host of the awards?

21         A.    There's a different one every

22    year.

23         Q.    Okay.  Who was the -- who were

24    the ones that hosted when Ms. Boylan was a

25    member of the ESD or the executive chamber?
```

1          A.     Generally speaking, it would be a

2     news anchor.  One time it was a local person

3     from the Albany area.  One -- I think one or

4     two times it was Maria Bartiromo.  And I don't

5     remember the rest.

6          Q.     Do you remember who the local

7     person was?

8          A.     I don't.  Teresa something, I

9     think.

10          Q.     Do you remember whether

11     Ms. Boylan traveled with the governor and

12     Ms. Bartiromo for that event?

13          A.     Only in the context of a recent

14     news inquiry.

15          Q.     And tell us about that news

16     inquiry.

17          A.     Ronan Farrow -- I believe it was

18     Ronan Farrow; there were a lot of press

19     stories in the spring -- said that she claimed

20     that she felt degraded, that she was going to

21     fly on the plane instead of stay back and talk

22     to people.

23          Q.     And, sorry, just to flesh that

24     out.  She felt -- she -- Mr. Farrow told you

25     that Ms. Boylan felt degraded that she was

```
 1   going to fly on the plane back from Albany?

 2        A.    Yes.

 3        Q.    To New York City?

 4        A.    To be clear, I never had a direct

 5   conversation with Ronan Farrow.  He had that

 6   conversation with Peter Ajemian.

 7        Q.    And then it was related to you?

 8        A.    Yes.

 9        Q.    Okay.  And after that

10   conversation was related to you -- by

11   Mr. Ajemian.  Is that right?

12        A.    Mm-hmm.

13        Q.    -- what did you do to look into

14   that allegation?

15        A.    Asked Annabel.  And -- I don't

16   think we talked to Jill about it.  Asked

17   Annabel.

18        Q.    Annabel Walsh?

19        A.    Yes.

20        Q.    Why'd you ask Annabel?

21        A.    I believe her allegation in the

22   Ronan Farrow article was specific to Annabel,

23   that Annabel had made her fly on the plane.

24        Q.    That Annabel --

25        A.    Or had told her she was supposed
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
1    to fly on the plane, and that she was upset
2    about that and let that be known.
3           Q.    Okay.  And who spoke to
4    Ms. Walsh?
5           A.    I did.  Peter did.  I think we
6    conferenced her into a call we were doing
7    about the article.
8           Q.    Who else was on the call?
9           A.    There was sort of a revolving
10   group of people that were involved in press
11   responses, so I don't want to give you a
12   complete list because I may be wrong, but
13   certainly me, Peter, Rich, probably Lis,
14   probably Jeff -- and I'm sorry.  Lis Smith,
15   Jeff Pollack.  Probably Josh Vlasto.  Some
16   iteration of that group.
17               Probably -- and then we would
18   always have the lawyers on, so either Linda,
19   Beth, Judy, some iteration of the legal team.
20          Q.    And what did Ms. Walsh say about
21   that allegation?
22          A.    That she didn't -- I don't
23   remember.  I don't remember specifically.  I
24   can tell you what my takeaway was, but I don't
25   remember what words she used.
```

```
 1            Q.    Okay.  Do you remember any words
 2     she used?
 3            A.    I don't.  I don't.
 4            Q.    How about any documents she
 5     pointed you to?
 6            A.    I think that we pulled the flight
 7     log to see if she was even on the plane, and
 8     she wasn't even on the plane, and so we were
 9     all sort of confused by that.
10            Q.    Was the allegation that she had
11     been on the plane?
12            A.    The way it was presented by Ronan
13     Farrow led us to believe that that's what she
14     was saying.
15            Q.    That's not ultimately what she
16     said.  Right?
17            A.    Well, we went back and said, "She
18     wasn't even on the plane, so what are you
19     talking about?"
20                  And then I think he came back and
21     said, "Well, that wasn't the issue.  It was
22     that she was being told that she was supposed
23     to fly on the plane."
24            Q.    Okay.  And so what was your
25     takeaway from Ms. Walsh?
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
1          A.    That it was not an issue.

2          Q.    And what do you mean by "it was

3    not an issue"?

4          A.    It wasn't something that rose to

5    a level where she even remembered the

6    conversation, that it's possible that she said

7    to Lindsey, "I need you on standby potentially

8    to fly with the governor and Maria down to the

9    city."

10               She was the substance lead, it

11   was economic development.  "You're with a very

12   important person who just hosted these

13   awards."  But, ultimately, the governor

14   decided who was flying and didn't ask for

15   Lindsey.

16         Q.    And that's what Ms. Walsh

17   reported to you?

18         A.    That was her recollection.

19         Q.    That she didn't really remember

20   it?

21         A.    It was like we were putting it

22   together based on the flight logs and trying

23   to think back through how it would have gone.

24         Q.    Okay.  So you thought about how

25   it would have gone, but she -- did Ms. Walsh
```

Melissa DeRosa  Highly Confidential
July 05, 2021

1  actually remember how it did go?

2          A.    I don't -- that's what I'm

3  telling you.  I don't remember specifically

4  the words that she used, but that was the

5  takeaway from it.

6          Q.    Has there ever been, to your

7  knowledge, any concern expressed by anyone

8  about the governor being alone on a flight

9  with Ms. Baroma -- or I'm sorry, I can't

10  remember her name.

11          A.    Bartiromo?

12          Q.    Bartiromo.

13          A.    Not that I recall specifically.

14  They were good friends.

15          Q.    Okay.  Was there --

16          A.    They are good friends.

17          Q.    Was there any concern expressed

18  ever, to your knowledge, about Sandra Lee

19  finding out that the governor had traveled

20  with Maria Bartiromo?

21          A.    No.  And the flight logs are

22  public.

23          Q.    Are you aware of any documents

24  that expressed a concern about Sandra Lee

25  finding out that the governor was traveling

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1   with Ms. Bartiromo?

 2          A.    I don't think so.

 3          Q.    You said your takeaway was that

 4   the governor ultimately decided who traveled

 5   with him.  Is that because the governor always

 6   decides who travels with him?

 7          A.    He can have opinions, cannot have

 8   opinions.  It depends on the day.

 9          Q.    Okay.  And did Ms. Walsh convey

10   to you that she had a specific recollection of

11   the governor having an opinion about the

12   flight from Albany to New York with

13   Ms. Bartiromo?

14          A.    What I remember was that she had

15   what she thought -- again, and I don't

16   remember if this was a specific

17   recollection -- that she had asked Lindsey to

18   be on standby just in case, but then,

19   ultimately, the governor didn't ask anyone

20   else to fly.

21          Q.    Okay.  After Ms. Boylan left --

22                MS. KENNEDY PARK:  Well, before I

23          transition to asking about after she

24          left the executive chamber, Ms. Clark or

25          Mr. Kim, do you have any questions about
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1              her time during the executive chamber?

 2              Okay.

 3       Q.     After Ms. Boylan left the

 4  executive chamber, she ran for congress.

 5  Right?

 6       A.     Yes.

 7       Q.     What seat did she run for?

 8       A.     I don't know the number.  I think

 9  it's New York 18.  It was against Jerry

10  Nadler.

11       Q.     Okay.  How did you become aware

12  that Ms. Boylan was intending to run for Jerry

13  Nadler's seat?

14       A.     I don't remember.  It may have

15  just been on Twitter.  I don't remember.

16       Q.     Okay.  Did you ever speak to

17  anyone about the fact that Lindsey Boylan was

18  running for Mr. Nadler's seat?

19       A.     I'm sure I did.

20       Q.     Okay.  Who did you talk to?

21       A.     I don't remem- -- like no one

22  conversation sticks out specifically.

23       Q.     Did you talk to anybody in -- I'm

24  going to call it Nadler's camp -- about

25  Ms. Boylan?
```

```
 1          A.    Yes.

 2          Q.    Okay.  Who did you talk to?

 3          A.    ███████.

 4          Q.    Can you spell her last name for

 5     the court reporter?

 6          A.    ████████████

 7          Q.    Okay.  And who's ███████?

 8          A.    Jerry Nadler's chief of staff.

 9          Q.    Okay.  When was this

10     conversation?

11          A.    I don't remember.  I imagine

12     either right before or shortly after she

13     declared.  But I don't remember what month

14     that was.

15          Q.    So you were aware before she

16     declared that she was seeking --

17          A.    I don't -- I don't remember.  I

18     think that was --

19                MR. HECKER:  Wait.

20          A.    Sorry.

21          Q.    It's okay.  Were you aware before

22     Ms. Boylan declared she was running for

23     Mr. Nadler's seat that she was intending to

24     declare?

25          A.    I don't remember, because
```

```
 1    oftentimes what happens is people will put

 2    out, you know, leaks on purpose so that you,

 3    like, draw out a press cycle.  And that will

 4    happen before someone officially does the

 5    podium press conference I'm running.

 6                So I just don't remember where in

 7    that calendar that happened.

 8         Q.    Okay.  So tell us what you

 9    remember about the conversation with

10    ████████.

11         A.    That ███ reached out and asked

12    what I -- if I knew what was going on, why was

13    a Cuomo person running against Jerry?  Were we

14    going to get involved in the race?

15         Q.    ████████ reached out to you?

16         A.    Yes.

17         Q.    Okay.  What did you tell her?

18         A.    I said, "I don't know what to

19    tell you, ███ like, I can't tell Lindsey not

20    to run.  I wouldn't tell Lindsey not to run.

21    I don't have any sort of relationship with

22    her."

23         Q.    Did you say anything else about

24    her?

25         A.    That was basically it, that I
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1    recall.
 2          Q.    Do you recall speaking at all
 3    about Ms. Boylan's competency?
 4          A.    No.
 5          Q.    Speaking about her character?
 6          A.    No.
 7          Q.    Speaking about the circumstances
 8    under which she left the executive chamber?
 9          A.    No.
10          Q.    Speaking about the fact that
11    there was a file?
12          A.    No.
13          Q.    Did you speak to anyone else who
14    had connections --
15          A.    Wait, let me back up.  I think I
16    said to her -- in the context of me saying,
17    like, look, I can't get involved, like she --
18    like, she didn't leave on great terms, like,
19    this isn't the kind of thing where I can,
20    like, pick up the phone.
21          Q.    Did you say anything else about
22    the circumstances under which Ms. Boylan left
23    the executive chamber?
24          A.    Not that I recall.
25          Q.    After the conversation with
```

```
 1        ████████, did you relay that information --

 2   or that conversation to anybody in the

 3   executive chamber?

 4        A.    I don't remember if I said

 5   something to -- no, I didn't.  I was thinking

 6   if I said something to someone at the state

 7   party, but that's not the executive chamber.

 8        Q.    Did you say something to somebody

 9   at the state party?

10             MR. HECKER:  See what you did

11        there?

12        A.    I may have.  I may have said

13   something to the executive director.

14        Q.    Okay.  Who is the executive

15   director?

16        A.    Now, it's Jay Jacobs.  I can't

17   remember who it was at the time.

18        Q.    Okay.  And what do you recall you

19   may have said?

20        A.    There's always conversations

21   about the interparty challenges.  And so I

22   think I said something to the effect of,

23   "Heads up, Jerry's not happy."

24        Q.    And how did you come to

25   understand that Jerry Nadler wasn't happy?
```

```
 1          A.    It was the conclusion I drew

 2   based on my conversation with ███.

 3          Q.    Is there something specific

 4   ██████ had said that made you understand

 5   that Mr. Nadler wasn't happy?

 6          A.    I don't think anyone likes --

 7          Q.    -- Mr. Nadler?

 8          A.    -- a primary challenge.  It had

 9   nothing to do specifically with Lindsey.

10          Q.    Do you recall speaking to anybody

11   else about Ms. Boylan's run for congress?

12          A.    I spoke to ███████████

13   because he told me she came to see him and ask

14   his advice.  Other than that, nothing

15   specific.

16          Q.    And what did you talk about with

17   ███████████?

18          A.    He said, "She came to see me and

19   asked for advice.  I said, 'Jerry' -- like,

20   "'tell me your justification.  Why are you

21   running?  Like Jerry's a good member of

22   congress.'"

23                Like convince me, you know, pitch

24   me kind of thing.  And that she just kept

25   coming back to it's time for new energy and
```

1    fresh blood.  And he was like, "That's not

2    enough for me."

3              And so he just relayed back to me

4    that he wasn't particularly impressed, and

5    that it didn't seem like there was a real

6    justification that would be sellable in a

7    campaign.

8         Q.    Is your recollection that

9    ████████████████ reached out to you to convey

10   this conversation?

11        A.    Not specifically.  ████████ and I

12   are good friends, we talk all the time.

13        Q.    Do you remember how Ms. Boylan

14   came up in the conversation?

15        A.    I think he said, "Oh, hey, I sat

16   with Lindsey Boylan, and she used to work for

17   you."

18        Q.    And did you say anything in

19   response?

20        A.    No.

21        Q.    Did you tell him anything about

22   Ms Boylan's time in the executive chamber?

23        A.    No.

24        Q.    Did you tell him any of your

25   personal opinions about Ms. Boylan?

```
1            A.    No.

2            Q.    In the context of Ms. Boylan

3    running for congress, did you share your

4    personal opinions of her with anyone?

5            A.    Not that I recall.

6            Q.    And in the context of Ms. Boylan

7    running for congress, other than telling

8    ████████████  that she didn't leave the executive

9    chamber on the best terms, did you share any

10   opinions about her work performance with

11   anyone?

12           A.    No, not that I recall.

13           Q.    Let's look at Tab 10 in your

14   binder.

15                 MS. KENNEDY PARK:  We're marking

16           this as the next exhibit.

17                 (Exhibit 10, Text message

18           including Melissa DeRosa, Rich

19           Azzopardi, and Annabel Walsh dated April

20           20, 2019, marked for identification, as

21           of this date.)

22           Q.    So if I've done this right, this

23   is a text message from you to Jill DesRosiers,

24   Rich Azzopardi, Annabel Walsh, Stephanie

25   Benton, Jim Malatras, Dani Lever, Robert
```

Melissa DeRosa  Highly Confidential
July 05, 2021

1   Mujica, Beth Garvey, Peter --

2         A.    I don't know that I'm looking at

3   the right thing.  I'm sorry.

4         Q.    I think you are.  Yup, look at

5   the first page.

6         A.    Okay.

7         Q.    Flip back.

8               MR. HECKER:  She's asking you to

9         look at the first page.

10        Q.    Flip back.  Right at the top.

11  See it?

12        A.    Okay.

13        Q.    There you go.  That's what I was

14  looking at.

15        A.    Okay.

16        Q.    So we're agreed that this is a

17  text message from you to that group I just

18  named?

19        A.    Yes.

20        Q.    And this is from April 20, 2019.

21        A.    Okay.

22        Q.    And you appear to have attached a

23  screenshot that has been heavily redacted.

24              Who are the parties in this

25  e-mail?

```
 1          A.     I have no idea.  I have no idea.

 2          Q.     The bottom e-mail on February 28,

 3   2019, where it says:

 4                 "I was disappointed to read that

 5          you floated your name as a primary

 6          opponent to Jerry Nadler.  It's a shame

 7          that you did not listen to me."

 8          A.     I don't know who sent that.

 9          Q.     Is that you who sent it?

10          A.     I don't think so.  I don't think

11   so.

12          Q.     Okay.  Is it ██████████?

13          A.     I don't think so.

14          Q.     It says:

15                 "If you run, I seriously doubt

16          you will reach the 11 percent level his

17          last opponent did."

18                 Do you understand what that

19   meant?

20          A.     I understand what it means based

21   on reading this text, but ...

22          Q.     How did this get to you?

23          A.     I don't know.

24          Q.     Well, did you -- do you recall

25   why you sent it to this group?
```

```
1          A.    I don't.
2          Q.    Did you ask anybody in this group
3   to do anything in response to this e-mail?
4          A.    I don't think so.
5          Q.    You can put that aside.
6          A.    Did I send this text message?
7          Q.    This is a text message on the
8   first page, it's from you.
9          A.    No, I get it, but I'm saying
10  this.
11         Q.    This is the attachment you sent.
12         A.    But I don't know who sent it -- I
13  don't recall who sent it.
14         Q.    Right.  That's why I'm asking you
15  because I don't know either.
16         A.    Yeah, I don't know.  No, and
17  certainly not ██████.  I don't know.
18         Q.    Why do you say it's certainly not
19  ██████
20         A.    Because that's not his style.
21  That's -- he would never write something like
22  that.
23         Q.    What do you mean "he would never
24  write something like that"?
25         A.    He's like a very classy, nice
```

1    guy.  He wouldn't write that.

2         Q.    So you think this is not classy?

3         A.    I just -- he wouldn't ever

4    communicate with her like that.  He -- I don't

5    think he ever communicated with her again.  I

6    have no idea who that's from.

7              MR. HECKER:  That's the question.

8              MS. KENNEDY PARK:  I have no

9         sense of what time it is.  Okay, it's

10        3 o'clock.  So we've been going for -- I

11        don't know how long.  Do you want to

12        take a break?  We're going to shift.

13             MR. HECKER:  Do you want to take

14        a break?

15             THE WITNESS:  Do you want take

16        like three minutes, just run to the

17        bathroom?

18             THE VIDEOGRAPHER:  The time is

19        2:59 p.m.  This concludes Media 6.  Off

20        the record.

21             (Recess taken from 2:59 p.m. to

22        3:08 p.m.)

23             THE VIDEOGRAPHER:  The time now

24        is 3:08 p.m.  This begins Media 7.  On

25        the record.

Melissa DeRosa  Highly Confidential
July 05, 2021

1   BY MS. KENNEDY PARK:

2        Q.    Ms. DeRosa, do you know someone

3   by the name of Charlotte Bennett?

4        A.    Yes.

5        Q.    How did you know Ms. Bennett?

6        A.    She worked in the executive

7   chamber.

8        Q.    How did she come to work in the

9   executive chamber?

10       A.    I don't know.

11       Q.    Do you know who hired her?

12       A.    I don't -- I don't know.

13       Q.    What was her first role in the

14  executive chamber?

15       A.    I believe it was briefer.

16       Q.    Did she ever change roles?

17       A.    Yes.

18       Q.    And what role did she change to?

19       A.    She went to go work on the health

20  team.

21       Q.    Before she went to work on the

22  health team, did she have any role other than

23  briefer?

24       A.    I don't think so.

25       Q.    Was she ever a senior briefer?

1       A.     I don't know.

2       Q.     Did she ever staff the governor?

3       A.     Yes.

4       Q.     Okay.  And then was that a

5  different role than being a briefer?

6       A.     They're, sort of,

7  interchangeable.

8       Q.     Okay.  Can you explain that to

9  me?  What are the responsibilities of a

10  briefer?

11       A.     A briefer is someone who compiles

12  research, documents, relevant information for

13  the governor, for events, phone calls,

14  meetings.

15            So they're relatively junior but

16  generally smart, ambitious, hard-working, and,

17  if need be, if there are certain people

18  that -- certain of the briefers that -- I

19  don't really know how to say this, who are

20  just generally, like, do well with the

21  governor, then we'll ask them to help pitch in

22  and staff if we're short-staffed with the

23  executive assistant pool.

24       Q.     You said you weren't sure how to

25  say it, but you said, "do well with the

1    governor."

2              Can you help me understand what

3    that means?

4         A.    Sure.  It's, sort of, what I said

5    to you before, there are certain people that

6    do interact better with the governor, people

7    who are assertive, people who are obviously

8    competent, people who, if he gives a task to,

9    they perform the task diligently and well.

10             And so if there are people like

11   that, who at different times EA#2   or

12   EA#3  -- Executive Assistant #2 or Executive Assistant #3 or

13   Stephanie Benton, if they were short-staffed

14   and they would, you know, need to pull

15   someone, occasionally, a briefer would come

16   help the staff, which meant answering the

17   phones, taking dictation, you know, running

18   down documents, typical administrative work.

19        Q.    So when I used the term staffing

20   the governor, did you understand me to mean

21   doing that typical administrative work?

22        A.    Yes.

23        Q.    So at some point, did you

24   understand that Mr. Bennett was both a briefer

25   and doing that typical administrative work?

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1          A.    Yes.

 2          Q.    And did that mean that

 3   Mr. Bennett was one of the people that

 4   interacted well with the governor?

 5          A.    Yes.

 6          Q.    Did you ever observe her

 7   interacting with the governor?

 8          A.    Yes -- yes and no.  I would -- we

 9   would generally cross paths.

10          Q.    By "cross paths," you mean, she's

11   coming out of the office, you're going into

12   the office kind of thing?

13          A.    Exactly.

14          Q.    Were you ever in the governor's

15   office at the same time as Ms. Bennett?

16          A.    Not that I recall specifically.

17   Once during COVID, I got there at like seven

18   in the morning, and she was in the office, and

19   I walked in to say hello, and as I was walking

20   in to say hello, she was leaving.

21          Q.    So your typical crossing paths?

22          A.    Yes.

23          Q.    So there were no occasions in

24   which you were -- observed in any meaningful

25   way Charlotte Bennett interacting with the
```

1  governor?

2      A.    Not that I recall.

3      Q.    Did you ever talk to the governor

4  prior to December of 2020 about Charlotte

5  Bennett?

6      A.    Yes.

7      Q.    And tell us about those

8  conversations.

9      A.    Charlotte, on that instance that

10  I mentioned when I was walked into the office

11  as she was walking out, he said to me, "Did

12  you know that she started a sexual assault

13  nonprofit?  You should get her involved in the

14  Council on Women and Girls."

15      Q.    And that was on the occasion when

16  it was 7 a.m.?  This was during COVID?

17      A.    Yes.

18      Q.    And did you ask him how he came

19  to understand that Ms. Bennett had started a

20  sexual assault nonprofit?

21      A.    No.

22      Q.    Are there any other occasions on

23  which you, prior to December of 2020, spoke to

24  the governor about Charlotte Bennett?

25      A.    Prior to December of 2020?  In

Melissa DeRosa  Highly Confidential
July 05, 2021

1   June of 2020, end of June, early July.

2          Q.    Prior to June, July of 2020, did

3   you have any conversations with the governor

4   about Charlotte Bennett?

5          A.    Not that I recall.

6          Q.    At some point, did Ms. Bennett --

7   Ms. Bennett worked in which office when she

8   started?

9          A.    I don't know.

10         Q.    Do you generally know where the

11  briefers are located?

12         A.    No.

13         Q.    Do the briefers deliver a

14  briefing book to the governor?

15         A.    Yes.

16         Q.    Is that something that happens

17  daily?

18         A.    Yes.

19         Q.    Is that dropped off wherever the

20  governor is located when the briefing book is

21  completed?

22         A.    Yes.

23         Q.    Does that mean it can be dropped

24  off at the mansion sometimes?

25         A.    Yes.

1      Q.    Is there a protocol -- prior to

2   June or July of 2020, was there a protocol for

3   dropping off anything at the executive mansion

4   for the governor?

5      A.    Not that I was aware of

6   specifically.

7      Q.    Okay.  Were you aware generally

8   of a protocol for dropping things off at the

9   executive mansion for the governor prior to

10  June or July of 2020?

11     A.    Not really.  It wasn't really my

12  lane.

13     Q.    You were generally aware of any

14  protocols about staff going to the executive

15  mansion prior to June or July of 2020?

16     A.    So there was one instance in

17  which the governor reached out to Jill, and

18  Stephanie was upset that he had been in the

19  mansion alone and he just, like, happened upon

20  a briefer dropping off a binder.

21          And so, at that time, Annabel --

22  he basically said, this can never happen

23  again.  So Annabel, Stephanie, and Jill came

24  up with a protocol where, if any staff came to

25  the mansion, they would pin Jill, Annabel,

Melissa DeRosa  Highly Confidential
July 05, 2021

1   Stephanie, me, and CC the detail and say, such

2   and such is here, permission to enter.  And

3   generally, either Stephanie or I would respond

4   and say, you know, permission to enter.

5              And the assumption was that one

6   of us would give the governor a heads up so

7   that he knew if there was someone on the

8   premises so that that incident wouldn't happen

9   again.

10        Q.   When was that incident?

11        A.   I don't remember.

12        Q.   But it was before June or July of

13   2020?

14        A.   Yes.

15        Q.   So what was the concern that the

16   governor had?

17        A.   He's like, you know, this is my

18   house.  If I'm wandering around my house, it's

19   not appropriate that I just bump into a staff

20   person.

21        Q.   Okay.  So the protocol became

22   that when any staff went to the mansion, you,

23   Annabel, Stephanie, and Jill DesRosiers would

24   get a pin from the PSU to alert you to that

25   happening?

```
 1          A.     Whoever was in the front gate.

 2          Q.     Did that protocol cover every

 3   staff member?

 4          A.     No.

 5          Q.     Who didn't it cover?

 6          A.     It didn't cover me.  It didn't

 7   cover Stephanie.  It didn't cover the mansion

 8   staff, so ████████, ██████████, whichever

 9   chefs were on.

10              When Larry Schwartz was living in

11   the mansion during COVID, it didn't cover him.

12   When ██████████ was living in the mansion

13   during COVID, it didn't cover him.

14              The rationale was these were

15   people that he needed to be aware were on the

16   premises.  Stephanie and I were the ones

17   generally granting the permission and being

18   the go-between, so it wasn't necessary with

19   the two of us.

20              When Larry was living there, the

21   assumption was he was constantly coming and

22   going.  And the same with █████.  So the

23   governor didn't need to be made aware as they

24   were coming in and going out.

25              And the mansion staff had a set
```

1    schedule, so he knew when to expect that they

2    would arrive and leave.

3         Q.    So was the premise then that if

4    you were going to the executive mansion, you

5    would alert the governor yourself to that?

6         A.    Correct.  And same thing with

7    Stephanie.

8         Q.    And were there discussions with

9    any members of the PSU about this protocol?

10        A.    I believe Annabel and Stephanie

11   and Jill when we put it in place.

12        Q.    And did you have any discussions

13   with the PSU about this protocol?

14        A.    I don't think I did directly.

15        Q.    Did you have any communications

16   with the PSU about this protocol?

17        A.    I don't think directly.  I think

18   it went through Stephanie, Annabel, and Jill,

19   some iteration of that group.  I was obviously

20   aware of it.

21        Q.    Did you become aware of any

22   concerns that the PSU had expressed to

23   Stephanie, Annabel, or Jill about this

24   protocol?

25        A.    No.

Melissa DeRosa  Highly Confidential
July 05, 2021

1          Q.     Did you become aware ever that

2     the PSU had expressed that they should be

3     pinning about your and Ms. Benton's entries

4     and exits to the executive mansion as well?

5          A.     No.

6          Q.     We went on a little tangent

7     there, so let's go back to Charlotte Bennett.

8                 So there were occasions in which

9     Ms. Bennett dropped off the briefing book at

10    the mansion.  Is that right?

11         A.     Yes.

12         Q.     So you didn't know where her

13    office was.

14                Did you understand that at some

15    point she had moved to Albany during COVID?

16         A.     Not at the time.

17         Q.     When did you come to that

18    understanding?

19         A.     In June.

20         Q.     Okay.  Prior to June, July of

21    2020, had anyone raised any concerns to your

22    attention about Ms. Bennett's interactions

23    with the governor?

24         A.     No.

25         Q.     Had anyone told you that the

```
 1    governor was flirting with Ms. Bennett?

 2         A.    No.

 3         Q.    Had anyone told you that the

 4    governor had been observed flirting and

 5    giggling with Ms. Bennett in his office?

 6         A.    No.

 7         Q.    Had anyone told you that the

 8    governor was alone in his office with

 9    Ms. Bennett?

10         A.    No, but I'm generally pretty

11    observant.  I know when people are back there

12    because we share an office suite.

13         Q.    Are you always in your office

14    when the governor is in the office?

15         A.    Most -- 99 percent of the time.

16         Q.    Were there occasions in which you

17    knew that Ms. Bennett was alone with the

18    governor in his office?

19         A.    Yes.

20         Q.    Who are the other people who you

21    have observed or come to know were alone in

22    the governor's office with him other than

23    yourself and Ms. Bennett?

24         A.    Rob Mujica, Beth Garvey, ██████

25    ██████  Rich Azzopardi, Dani Lever.  I mean,
```

```
 1   Peter Ajemian.  All senior staff at various

 2   points, and sometimes support staff when they

 3   are taking dictation.

 4          Q.    By "support staff," you mean the

 5   briefers or the executive assistants?

 6          A.    Correct.

 7          Q.    Okay.  So it sounds like it's not

 8   uncommon for members of the staff to be alone

 9   with the governor in his office?

10          A.    Correct.

11          Q.    Did you ever prior to June or

12   July of 2020 observe an occasion on which

13   Ms. Bennett was upset in the office?

14          A.    No.

15          Q.    Did you ever observe her crying?

16          A.    No.

17          Q.    Did you ever hear Ms. Bennett

18   sing?

19          A.    Not that I recall.

20          Q.    Did you ever hear the governor

21   sing in the office?

22          A.    Constantly.

23          Q.    Constantly.  What does he sing?

24          A.    Random Italian songs.  He sings

25   Billy Joel.  He sings, you know, a million
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1    different songs.  He has this, like, baritone

 2    voice.

 3            Q.    Does he sing Meat Loaf songs?

 4            A.    Yes.

 5            Q.    "Paradise by the Dashboard

 6    Light?"

 7            A.    Yes.

 8                  MR. HECKER:  Is that what it's

 9          called?

10                  MS. KENNEDY PARK:  Yes.  I'm that

11          good.

12            Q.    Does he sing Danny Boy?

13            A.    Yes.

14            Q.    Often?

15            A.    It was a thing with him and Dani

16    Lever, but yes.

17            Q.    And tell us what the thing was

18    with him and Dani Lever?

19            A.    He would sing it to her, and she

20    would sing it back to him and, you know, that

21    was, like, their -- it was just, like, a

22    little thing between the two of them.

23            Q.    Did you ever observe anyone else

24    singing Danny Boy with the governor?

25            A.    Sure.
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1         Q.    Who?

 2         A.    I can't remember anyone

 3    specifically.

 4         Q.    But you're sure you have, other

 5    than Ms. Lever?

 6         A.    He just sang it all the time.  So

 7    I don't remember a specific person.  I know

 8    obviously from press inquiries, but ...

 9         Q.    Any occasions in which you

10    observed the governor asking someone to sing

11    for him?

12         A.    Not that I recall.  Nothing

13    specific.

14         Q.    So I'm guessing you do not recall

15    an occasion in which the governor asked

16    Ms. Bennett to memorize the lyrics to Danny

17    Boy and to sing it?

18         A.    Not that I recall.

19         Q.    And it sounds like you don't

20    recall watching that occasion and describing

21    it as hazing?

22         A.    No.

23         Q.    Is there any occasion in which

24    you've observed something in the executive

25    chamber that you would describe as hazing?
```

```
 1            A.    No, not specifically.

 2            Q.    Generally?

 3            A.    No.

 4            Q.    Can you recall any occasion on

 5   which you used the word "hazing" to describe

 6   something you witnessed in the executive

 7   chamber?

 8            A.    No, not that I recall.

 9            Q.    Were there any concerns raised

10   about Ms. Bennett having too many

11   responsibilities?

12            A.    Not to me.

13            Q.    Would you have been the person to

14   whom those concerns were raised?

15            A.    Nope.

16            Q.    Did Ms. DesRosiers ever speak to

17   you about Ms. Bennett having too many

18   responsibilities in the chamber?

19            A.    Not that I recall.

20            Q.    Did Ms. Walsh ever raise that

21   concern to your attention?

22            A.    No.

23            Q.    Did Ms. DesRosiers ever complain

24   to you about any of Ms. Bennett's job

25   performance?
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1          A.    Not that I recall.

 2          Q.    Did Ms. Walsh ever complain to

 3   you about Ms. Bennett's job performance?

 4          A.    Not that I recall.

 5          Q.    Let's look at what's at Tab 14.

 6                MR. HECKER:  Which tab?

 7                MS. KENNEDY PARK:  Tab 14.

 8                (Exhibit 11, Text message change

 9          including Melissa DeRosa, Stephanie

10          Benton, and Ms. DesRosiers dated

11          November 6, 2019, marked for

12          identification, as of this date.)

13          Q.    So this is a text message chain

14   between you, Ms. Benton, Ms. DesRosiers, and

15   Ms. Walsh, on November 6, 2019.  Do you see

16   that?

17          A.    I do.

18          Q.    And you see that it begins with

19   Ms. Benton saying, "Who can go with MCU

20   tomorrow?"  Is MCU a reference to the

21   governor?

22          A.    It's -- I'm trying to remember

23   what it stands for.  Mobile control unit.

24          Q.    Is it a reference to the

25   governor?
```

1      A.    It's -- yes.  When you travel

2   with the governor and he's still doing remarks

3   or preparing for a PowerPoint, it means that

4   you are responsible for bringing a laptop,

5   taking the dictation, and also bringing a

6   printer in case you need to print the document

7   out upon arrival.

8      Q.    And so as you flip through this,

9   you will see it says, "To Puerto Rico or to

10  the plane?"  It says "PR," meaning Puerto

11  Rico.  And then Ms. Walsh says:

12           "I mean, I assume me because we

13        can't work Charlotte too hard, and S#3

14        is working on 57 PowerPoints, PPTs."

15           Do you see that?

16      A.    I do.

17      Q.    What did you understand about

18  Ms. Walsh's comment that, "We can't work

19  Charlotte too hard?"

20      A.    I'm sure I didn't give two

21  seconds of thought to that text message.

22      Q.    Do you ever hear anyone -- you

23  can put that away -- raise any concerns about

24  working Ms. Bennett too hard?

25           A.    Not that I recall.

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1              Q.    Did you ever hear the governor
 2    raise concerns about how hard Ms. Bennett was
 3    working?
 4              A.    Not that I recall.
 5              Q.    Did you ever hear about the
 6    governor raising concerns about how hard
 7    Ms. Bennett was working?
 8              A.    Not that I recall.
 9              Q.    Have you ever had anyone raise to
10    your attention concerns about anyone in the
11    executive chamber working too hard?
12              A.    Sure.
13              Q.    Who?
14              A.    Brittany Commisso, Dani Lever,
15    Rob -- I mean, everyone.
16              Q.    Everybody except Ms. Bennett?
17              A.    Charlotte was not on my radar.
18    So to the extent that anyone was concerned
19    about how hard she was working, it wasn't
20    being conveyed to me in a meaningful way.
21              Q.    And why was how hard Mr. Commisso
22    was working on your radar?
23              A.    There was a pin conversation
24    about it that, frankly, I didn't think about
25    it at all at that time I previewed before
```

Melissa DeRosa  Highly Confidential
July 05, 2021

1    coming here.

2          Q.    But other than that pin

3    conversation, was Ms. Commisso on your radar?

4          A.    In the last several months of

5    2020, yes, because she came to be one of my

6    executive assistants.

7          Q.    Let's go back to Ms. Bennett.  So

8    you said -- earlier, you told us that in June

9    or July, you became aware of concerns

10   Ms. Bennett was raising about interactions

11   with the governor.

12                How did you become aware of that?

13         A.    Jill DesRosiers.

14         Q.    And when was that?

15         A.    Middle of June -- middle of June.

16   I don't remember the specific day.

17         Q.    Middle of June 2020?

18         A.    Yes.

19         Q.    And how did Ms. DesRosiers

20   approach you?  Was it phone, in person,

21   e-mail?

22         A.    It wasn't e-mail.  It was either

23   phone or in person, but I don't recall.

24         Q.    Tell us what you recall about the

25   conversation with Ms. DesRosiers.

1       A.     That she reached out and said

2  that Charlotte had -- I don't remember if it

3  was came to see her or spoke to her, but said

4  that she was uncomfortable continuing to be a

5  briefer and that she wanted to move to the

6  health team to work on health policy.

7       Q.     What else did Ms. DesRosiers tell

8  you?

9       A.     That was it.

10      Q.     Did she tell you why Ms. Bennett

11 was uncomfortable?

12      A.     No.

13      Q.     Did she tell you she was

14 uncomfortable being around the governor?

15      A.     No.

16      Q.     Did you ask her what she meant by

17 "uncomfortable"?

18      A.     No.

19      Q.     Why not?

20      A.     It was COVID.  There were a

21 million things going on, as I said.  Like,

22 this is a very junior person, and so I didn't

23 spend any time on it.  In retrospect, I should

24 have.

25      Q.     And what did Ms. DesRosiers tell

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1   you she was going to do?
 2        A.   She said that she wanted to move
 3   to a job on the health team that she had
 4   previously experience in, and that she was
 5   going to facilitate the transfer.
 6        Q.   And what did you say?
 7        A.   Okay.
 8        Q.   What did you understand about why
 9   Ms. DesRosiers was bringing this to your
10   attention?
11        A.   Jill generally makes me aware of
12   personnel changes in the chamber as like an
13   FYI.
14        Q.   Even for someone who is not on
15   your radar?
16        A.   Yeah.
17             MR. KIM:  Can I ask a follow-up
18        question?
19             THE WITNESS:  Sure.
20             MR. KIM:  You said she didn't
21        tell you that she was uncomfortable
22        being around the governor.  Is that
23        right?
24             THE WITNESS:  Not that I recall.
25             MR. KIM:  So you were just told
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1          that she was uncomfortable, period?
 2               THE WITNESS:  Yes.  That she was
 3          uncomfortable in her job.
 4               MR. KIM:  And that it had nothing
 5          to do with the governor?
 6               THE WITNESS:  Not that I recall.
 7               MR. KIM:  So you -- to your
 8          knowledge, your testimony is you had no
 9          idea one way or the other whether it had
10          anything to do with the governor?
11               THE WITNESS:  I didn't think
12          about it.  I should have.  I should have
13          asked.
14               MR. KIM:  Whether you should have
15          or not, the question is simply:  Your
16          testimony is that you had no idea one
17          way or the other whether her being
18          uncomfortable had anything to do with
19          the governor?
20               THE WITNESS:  Not that I recall.
21               MR. KIM:  And Ms. DesRosiers
22          didn't tell you that?
23               THE WITNESS:  No, not that I
24          recall.
25   BY MS. KENNEDY PARK:
```

Melissa DeRosa  Highly Confidential
July 05, 2021

1          Q.     Ms. DesRosiers says that she did

2    in fact tell you that Ms. Bennett had said she

3    had an awkward encounter with the governor

4    that make her uncomfortable.

5                 Was she telling the truth?

6          A.     I don't think of Jill as a liar,

7    but I don't remember that.

8          Q.     Do you have any reason to believe

9    that she would be lying about that?

10         A.     I don't, but that's something

11   that I think I would have followed up on.

12         Q.     Well, what did you do after you

13   had this conversation with Jill?

14         A.     Nothing.  She said she wanted to

15   transfer her, and I said okay.

16         Q.     You didn't speak to the governor?

17         A.     No, not that I recall.

18         Q.     Were you aware that Judy Mogul

19   was involved at the time?

20         A.     I came to know that.  In real

21   time, I don't remember if I knew.

22         Q.     So that conversation in mid-June,

23   the only person you talked to is Jill

24   DesRosiers?  You don't ask anybody else what

25   happened with Charlotte Bennett?

Melissa DeRosa  Highly Confidential
July 05, 2021

```
1           A.    No.

2           Q.    You don't tell anybody else that

3    Charlotte Bennett is transferring to the

4    policy team?

5           A.    I think I mentioned it to

6    Stephanie.

7           Q.    And what did you tell Stephanie?

8           A.    FYI, Jill said that she -- that

9    Charlotte is moving over to the health team,

10   because she was someone that Stephanie would

11   sometimes pull in to do administrative work.

12          Q.    Did Ms. DesRosiers ask you to

13   tell Ms. Benton?

14          A.    I don't think so.

15          Q.    Did you tell Ms. Benton why

16   Ms. Bennett was transferring to the health

17   policy team?

18          A.    I don't think so.

19          Q.    Did she ask you?

20          A.    No, I don't think so.  But it

21   wasn't uncommon for the briefers to -- like,

22   briefing was like a stepping stone to

23   someplace else.  Nobody stayed in those jobs

24   forever.

25          Q.    How long did you understand it
```

1   was going to be between the conversation you

2   had with Ms. DesRosiers and when Ms. Bennett

3   was transferred?

4          A.     I didn't.

5          Q.     Did Ms. Benton ask you that?

6          A.     I don't think so.

7          Q.     After that conversation with

8   Ms. Benton, did you have any other

9   conversations about what you learned from

10  Ms. DesRosiers about Charlotte Bennett wanting

11  to transfer to the health policy team?

12         A.     Not until weeks later, that I

13  recall.

14         Q.     To your understanding, between

15  June 12 and June 29 of 2020, was the governor

16  informed about Ms. Bennett's transfer?

17         A.     I believe he was, but I don't

18  remember how.

19         Q.     And why do you believe that he

20  was?

21         A.     Because we were doing a party for

22  the 111th briefing, and we were going through

23  who was going to be included on the list, and

24  he wanted to make sure that the kids were

25  invited, and I think Stephanie said she's not

1   working on the floor anyways.

2            She was a big part of COVID.

3   Include her, include S#2  include S#3

4   include �the

5        Q.    When was this conversation?

6        A.    Either the day of or the day

7   before the last briefing.  So call it June 18,

8   June 19.

9        Q.    So it's your impression that as

10  of June 18 and June 19, the governor was not

11  aware that Ms. Bennett had left the briefing

12  team?

13       A.    No.  That's what I'm saying, I

14  think he was aware, but was saying, like, in

15  any event, make sure to include the people who

16  worked hard on COVID.

17       Q.    And what is your understanding of

18  how he became aware that Ms. Bennett had moved

19  to the health policy team?

20       A.    I don't remember.  I don't know.

21       Q.    You said -- someone said, "make

22  sure the kids were invited."

23            Who were "the kids"?

24       A.    Like the young -- the junior

25  staffers.  So Staffer #2 , Staffer #3 .  It

```
 1    wasn't just Charlotte, ███████.  I think there

 2    were a handful of the briefers.

 3         Q.    And, to your knowledge, was

 4    Ms. Bennett invited to the party that

 5    celebrated the 111th briefing?

 6         A.    Yes.

 7         Q.    You saw her there?

 8         A.    Yes.

 9         Q.    Did you interact with her there?

10         A.    Yes.

11         Q.    Tell us about that interaction.

12         A.    After the governor and his

13    daughter went into the main house, a bunch of

14    senior staff left.  And some people lingered,

15    and I stayed back and sat at a table outside

16    the pool house, and there were a handful of

17    people, and she was there.

18         Q.    You sat at a table with her?

19         A.    Mm-hmm.

20         Q.    Okay.  And tell us about what you

21    talked about.

22         A.    We were joking around about the

23    last briefing, what was in the shot -- there

24    was a bobble head in the shot; everybody was

25    trying to figure out whose idea that was.  It
```

```
 1    was, like, very lighthearted conversation.
 2         Q.    Prior to that event, how many
 3    times had you actually spoken to Ms. Bennett?
 4         A.    A handful.
 5         Q.    How long did your conversation
 6    with her that evening last?
 7         A.    It wasn't with her.  It was with
 8    a group.  And it was probably ten minutes.
 9         Q.    Where does Executive Assistant #2 sit in
10    relation to your office?
11         A.    Outside my office.
12         Q.    Was she one of your executive
13    assistants?
14         A.    Yes.
15         Q.    And when you say outside your
16    office, how many feet are we talking?
17         A.    30.  There's a good distance
18    between my desk to the door and then more
19    distance between the door to her.
20         Q.    Do you know if she can hear you
21    on the phone?
22         A.    I don't know.  Sometimes I know
23    they listen in.
24         Q.    When do they listen in?
25         A.    If they connect a call, sometimes
```

1    they listen.

2         Q.    Do you know if EA#2

3    connected you to the call you had with Jill

4    DesRosiers in the middle of June about

5    Charlotte Bennett?

6         A.    I don't.  I don't think she was

7    sitting outside then, but she was probably

8    sitting across the hall.  For COVID, we had no

9    one sitting in that pen.

10        Q.    What's the next involvement you

11   had with Charlotte Bennett after the party for

12   the 111th briefing?

13        A.    I had a phone call from Jill

14   June 29 or 30 saying that a bunch of the

15   junior staffers, the kids, had been out the

16   night before, and Charlotte cried and said

17   something about the governor being

18   inappropriate with her.  I don't remember if

19   the words were that she thought he hit on her,

20   but something to that extent.

21        Q.    And what else did Ms. DesRosiers

22   tell you?

23        A.    That's all that I remember,

24   specifically.

25        Q.    And what did you say in that

```
 1   conversation?

 2        A.    "Get Judy and figure out what's

 3   going on."

 4        Q.    Did you ask her who else had been

 5   with the kids that night?

 6        A.    I don't remember if I did in that

 7   conversation, but I think I have a rough idea

 8   of who was there.  I don't remember in which

 9   conversation I gleaned that information.

10        Q.    Okay.  Who was there?

11        A.    Staffer #2  , I think Staffer #3  ,

12   Staffer #4    I think        .  I think some of

13   the younger female briefers.

14        Q.    Who are the younger female

15   briefers that you think were there?

16        A.    I don't know their names.  But

17          is one of them.

18        Q.    What is        's last name?

19        A.    I don't know.

20        Q.    Is it                ?

21        A.    Yes.

22        Q.    How did you come to learn that

23   S#2   S#3   S#4   and          were with

24   Ms. Bennett that evening?

25        A.    S#4  told Jill.
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
1          Q.    And then Jill told you?

2          A.    Yes.

3          Q.    So let's dial this back.  So you

4    have a conversation with Jill, she says that

5    Charlotte had been with a group of people, and

6    said that the governor had been inappropriate

7    with her, and she may have said that the

8    governor hit on her.  You told her to get Judy

9    and figure out what was going on.

10               Anything else you remember about

11   that conversation?

12         A.    No.

13         Q.    After that conversation, what did

14   you do next?

15         A.    I don't remember if I spoke to

16   Judy also.  I may have called Judy.  I think I

17   called Judy.

18         Q.    And what did you tell Judy?

19               MR. HECKER:  I think that is

20         privileged.

21         Q.    Were you asking Judy for legal

22   advice?

23         A.    Yes.

24         Q.    Who else did you call after that?

25         A.    I don't think anyone else at that
```

```
 1    point.  I -- I don't think anyone else at that
 2    point.
 3         Q.    What happens next?
 4         A.    Jill and Judy sat with -- I don't
 5    know if it was on the phone or in person, but
 6    they spoke to Charlotte for a number of hours.
 7         Q.    How did you come to know that?
 8         A.    Because they called me
 9    afterwards.
10         Q.    And in between them calling you
11    to tell you that they had met with Charlotte
12    Bennett for a number of hours and your
13    conversation with Judy Mogul that you've been
14    directed not to convey the substance of, did
15    you speak to anybody else about Charlotte
16    Bennett?
17         A.    I think Stephanie.
18         Q.    And what did you discuss with
19    Ms. Benton?
20         A.    I told her about the S#4
21    conversation.
22         Q.    So now let's go back.  So how did
23    you learn about the S#4 conversation?
24         A.    From Jill.
25         Q.    And what did Jill tell you?
```

```
1            A.     Exactly what I just told you,

2    that S#4 called her and said that they had

3    been out the night before, that Charlotte had

4    started to cry and said something about being

5    inappropriate and maybe that -- I can't

6    remember if she used the word "hit" on her,

7    but that's how I heard it.

8            Q.     Did you take notes?

9            A.     No.

10           Q.     And what did Ms. Benton say?

11           A.     She was shocked.

12           Q.     And can you tell me what she said

13   that made you understand that she was shocked?

14           A.     "What are you talking about?

15   That's crazy."

16           Q.     Those were her words?

17           A.     That was the sum and substance.

18   I don't remember verbatim.

19           Q.     What was your reaction to being

20   told that Charlotte Bennett --

21           A.     I was shocked.

22           Q.     Can I finish the question?

23           A.     Sorry.

24           Q.     What was your reaction to being

25   told that Charlotte Bennett had said the
```

Melissa DeRosa   Highly Confidential
July 05, 2021

```
1   governor had been inappropriate with her and

2   conveyed in substance that the governor had

3   hit on her?

4           A.    I was shocked.

5           Q.    Did you express that shock to

6   anyone?

7           A.    To Jill, Judy, and Stephanie.

8           Q.    What did you say to Jill?

9           A.    "What's going on?  I can't

10  believe this."

11          Q.    What did you say to Stephanie?

12          A.    Similar.

13          Q.    Did you tell either of them that

14  it was ridiculous?

15          A.    I don't think in that

16  conversation.

17          Q.    Was there another conversation in

18  which you described it as ridiculous?

19          A.    I don't know if I used that word,

20  but I had doubts.

21          Q.    Why don't we get to the point

22  where you had doubts and you may have

23  described it as ridiculous.

24                So after -- anyone else?  You

25  spoke to Stephanie Benton, you spoke to Jill
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1  DesRosiers, you spoke to Judy Mogul.

 2            Did you speak to anyone else

 3  between, let's call it mid-June and June 29

 4  about Charlotte Bennett?

 5       A.    Linda.

 6       Q.    What did you discuss with Linda?

 7       A.    I don't remember where she fell

 8  in the timeline.  I think I spoke to her after

 9  Judy and Jill had the first conversation.  I

10  think that's when we looped her in, the

11  June 30.

12       Q.    So let's come back to that in a

13  second.  Between the middle of June and the

14  conversation that you became aware of that

15  Jill and Judy had with Charlotte, did you

16  speak to anybody else about Charlotte Bennett?

17       A.    Not that I recall.

18       Q.    Did you speak to the governor?

19       A.    Not that I recall.

20       Q.    Do you understand that anyone

21  spoke to the governor between mid-June and

22  June 29 about Charlotte Bennett?

23       A.    Between mid-June and June 29

24  about Charlotte Bennett, that she had moved.

25       Q.    Other than that?
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1          A.    Not that I recall.

 2          Q.    Did you speak to Lis Smith?

 3          A.    No.

 4          Q.    Jeff Pollack?

 5          A.    No.

 6          Q.    Chris Cuomo?

 7          A.    No.

 8          Q.    Alphonso David?

 9          A.    Alphonso was looped in after the

10    Judy/Jill conversation with Charlotte.

11          Q.    So You get a report on the

12    meeting between Charlotte Bennett and Judy and

13    Jill.  What's the report?

14          A.    I don't think I'm allowed to talk

15    about that.

16                MR. HECKER:  Any discussion with

17          counsel, then the chamber is asserting

18          privilege.

19                MS. KENNEDY PARK:  So our

20          understanding is that to the extent

21          you're seeking legal advice and legal

22          advice was conveyed, that you will not

23          disclose that, but to the extent that

24          facts were conveyed that had been

25          learned from Ms. Benton, that those are
```

```
 1           not privileged.
 2                 MR. HECKER:  So that's fine.  So
 3           just stick to the facts part.
 4                 THE WITNESS:  Okay.
 5           Q.    So what did you learn from Judy
 6     and Jill that Ms. Bennett had said happened
 7     between her and the governor?
 8           A.    It was a very long resuscitation,
 9     but essentially, that she had told the
10     governor that she was a victim of sexual
11     assault, that after she told him that she was
12     a victim of sexual assault, that they had a
13     long conversation in which the governor
14     disclosed that he had experience dealing with
15     sexual assault in his own family.
16                 And she told him that she was --
17     I don't remember exactly the timeline, but
18     this is what I walked away with.  She told him
19     that she had moved up for COVID, that she
20     didn't see her parents, that ███████████████
21     ███████████████████, that Hamilton college
22     rejected her claim around sexual harass --
23     around sexual assault, excuse me -- and that
24     she was in Albany and she was by herself and,
25     like, very isolated.
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1            And then it was, like,

 2   fast-forward May, June, that they had had two

 3   conversations that she felt uncomfortable

 4   with, one was when she was writing a speech to

 5   give at Hamilton college, and he said -- she

 6   told him about the speech and then he said,

 7   "I'm happy to look at it or read it or

 8   something."

 9            And she -- I don't know if she

10   showed him a printed copy or if she read it to

11   him, but that he listened to it, and that he

12   felt that she wasn't owning her story in a way

13   that she should be.

14            And she said -- or he said --

15   like, "You were raped, you were raped, you

16   were raped."  And that she felt like he wasn't

17   saying it for her benefit, and that she was

18   shaken by that.

19            And that he said something to the

20   effect of, like, "I'll help you rewrite it,"

21   and that she didn't appreciate that.  It felt,

22   like, he was mansplaining to her or, like,

23   condescending.

24            And then that they had another

25   conversation where she talked about getting
```

```
1    mail, incoming mail, and that she was sorting

2    through his mail, and there were all these

3    love letters, and that he had said to her,

4    "Okay, good, you can be in charge of finding

5    me a girlfriend."

6              And she said, "Oh, what's the age

7    range that you're comfortable with?"  And he

8    was, like, "I don't know, anything over 22."

9    And that he asked her about being lonely and

10   COVID, and that she said she was lonely, and

11   he said that he was lonely.

12             And I'm trying to think if I'm

13   missing any salient points.

14             In the course of that

15   conversation, Judy said to me that she said

16   that Charlotte said, "The governor asked who I

17   was sleeping with," and that Judy said, "He

18   asked you who you were sleeping with?"  And

19   she said, "Well, no, he asked me who I was

20   hanging out with, but I knew what he meant."

21             And at that moment, a light went

22   off in my brain.  I have ███████ that have been

23   sexually assaulted, and I understand how, when

24   you've gone through that kind of traumatic

25   experience, that you can perceive things
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1   through a certain lens.

 2        Q.    I want you to put that aside and

 3   just convey to me what it is that Ms. Mogul

 4   and Ms. DesRosiers told you Ms. Bennett said.

 5        A.    Those things.  I mean, I'm

 6   summarizing.  It was a very long conversation.

 7        Q.    Were they reading to you from

 8   notes?

 9        A.    I think Judy was.

10        Q.    Do you recall them telling you

11   that Ms. Bennett had said that the governor

12   had asked her about monogamy?

13        A.    Yes.

14        Q.    And that that asking her about

15   monogamy occurred after the governor asked her

16   who she was hanging out with?

17        A.    I don't remember the order in

18   which it was conveyed, but I do remember the

19   monogamy comment.

20        Q.    And do you remember them telling

21   you that the governor had referred to her as

22   Daisy Duke?

23        A.    I don't know if I remember them

24   telling me that at the time, but I know that

25   now.
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
1          Q.    What was your reaction to hearing
2    this?
3          A.    Shock.
4          Q.    And why?
5          A.    Because it didn't sound to me
6    like the person that I knew.  I mean, pieces
7    of it I could see happening.  But the way that
8    it was being conveyed was not consistent.
9                I can see a conversation where
10   she says I checked the mail, "You've got all
11   these love letters from Cuomosexuals," and
12   that he said, "Great, you sort the mail, you
13   can find me the girlfriend."
14               When she said that he said, "Who
15   are you sleeping with?"  And this exchange
16   which was very -- like in my mind, that these
17   two were on different -- they were having
18   different conversations when she said the,
19   "Who are you sleeping with?  Who are you
20   hanging out with?"
21               And I know that he will ask
22   people, "Who are you going out with at night?
23   What are you doing to keep yourself busy?  Are
24   you okay?  Is everyone being inclusive?"
25   Like, he would have those conversations.
```

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1                    But then like the monogamy piece,
 2     and I was just, like, digesting everything.
 3                    MR. KIM:  Did they convey to you
 4          that Charlotte Bennett said the governor
 5          asked her whether she had been with an
 6          older man?
 7                    THE WITNESS:  I don't remember in
 8          that conversation, but at some point, I
 9          came to know that she had said that.
10                    MR. KIM:  Is that something you
11          had heard the governor ask people?
12                    THE WITNESS:  No.
13                    MS. CLARK:  Did they tell you
14          that the governor had said he wanted to
15          get on a motorcycle with a woman on the
16          back and ride off into the mountains?
17                    THE WITNESS:  Yes.
18     BY MS. KENNEDY PARK:
19          Q.    Did they tell you that he had
20     said that more than once?
21          A.    I don't think they told me he
22     said that more than once, but I remember that
23     anecdote.
24          Q.    Did they tell you that
25     Ms. Bennett said the governor said he wanted
```

Melissa DeRosa   Highly Confidential
July 05, 2021

```
 1   to be touched?

 2        A.    Yes.

 3        Q.    And did they tell you that

 4   Ms. Bennett had said in response to that,

 5   "Well, you have your daughters," and that the

 6   governor said, "That's not what I mean"?

 7        A.    I don't remember if it was in

 8   that conversation or a subsequent

 9   conversation.

10        Q.    Did you convey your shock on the

11   call with Ms. Mogul and Ms. DesRosiers?

12        A.    Yes.

13        Q.    What did you say?

14        A.    I don't remember specifically.

15   But it was very difficult for me to believe,

16   and I was upset.

17        Q.    You were upset why?

18        A.    Because it was -- it seemed crazy

19   to me.

20        Q.    I'm sorry.  I'm trying to

21   understand.  What seemed crazy about it?

22        A.    The whole concept of this

23   conversation seemed crazy.

24        Q.    Were you upset for Ms. Bennett?

25        A.    I was upset about the entire
```

1    situation.  I didn't know what to think.

2         Q.    Were you upset for Ms. Bennett?

3         A.    Of course, I was upset for her,

4    but I also didn't know what to think.

5         Q.    In that conversation, did you, in

6    essence, describe it as ridiculous?

7         A.    I don't remember, but I certainly

8    had a reaction that I thought the whole thing

9    was crazy.

10              MR. KIM:  "Crazy" meaning what?

11         Made up?

12              THE WITNESS:  No.  Like, I don't

13         know if I used the word "ridiculous."  I

14         very easily could have used the word

15         "ridiculous," but in that sense of,

16         like, this is ridiculous, like, this is

17         crazy.  What are you saying to me?  I

18         don't understand.  I couldn't wrap my

19         head around it.

20              MS. KENNEDY PARK:  What else do

21         you remember--

22              MR. KIM:  Sorry, can I ask?

23              MS. KENNEDY PARK:  Yeah, go

24         ahead.

25              MR. KIM:  You couldn't wrap your

```
 1            mind -- head around the possibility that

 2            the governor said these things?

 3                 THE WITNESS:  I was trying to --

 4            what is the word when you're, like,

 5            trying to square one thing with another

 6            thing.  It's, like, I was trying to

 7            understand how this conversation could

 8            have happened and make sense of it, with

 9            the things that they were telling me and

10            the context that I had.

11  BY MS. KENNEDY PARK:

12            Q.    The context you had meaning your

13  experience with the governor.  Is that what

14  you're saying?

15            A.    No.

16            Q.    What context?

17            A.    I'm saying the context I knew

18  about ███████████.  I'm saying the context --

19  I'm saying the red flag to me which was the

20  who are you hanging out with.  He said who --

21  or sleeping with versus hanging out with.  I

22  was trying to understand and, like,

23  reconcile -- that was the word I was looking

24  for -- reconcile in my head what if this was

25  real, not real.  What was the explanation for
```

1    it.  It all seemed crazy to me.

2         Q.    What do you mean what was real

3    and not real?

4         A.    If somebody says to you, "The

5    governor asked me who I was sleeping with" and

6    they said, "He asked you who you are sleeping

7    with?"  And she responds by saying, "Well, no,

8    he asked who I was hanging out with, but I

9    know what he meant."

10             That is somebody having a

11   different conversation.  And I have experience

12   with sexual assault survivors and the prism

13   through which they see the world.

14        Q.    I see.  So what you're saying is

15   your understanding, sitting in that

16   conversation, was that it was a red flag for

17   her to clarify that the governor didn't say

18   sleeping with, said hanging out with, but she

19   understood what he was saying because you knew

20   she was a sexual assault survivor?

21        A.    I -- when you have a perception

22   of that, and it's so different from the

23   reality, you have to wonder what else is

24   getting lost in translation.

25        Q.    Why did you understand it was

Melissa DeRosa  Highly Confidential
July 05, 2021

```
 1   different from reality?

 2        A.    Because she said it was.  She

 3   said, when pushed, "No, he didn't ask who I

 4   was sleeping with.  He asked me who I was

 5   hanging out with."

 6             And if someone asked me who I was

 7   hanging out with, I would not assume that

 8   person was inquiring about my sex life.

 9        Q.    And so you didn't understand that

10   when she said, "I knew what he was saying," it

11   was because he had also said he wanted to be

12   touched, that he had said he wanted to get on

13   a motorcycle and go away, he had asked about

14   the age of her sex partners and then asked her

15   about whether she was monogamous, and that

16   that was the basis on which she said, "I knew

17   what he was saying to me"?

18        A.    No, because it was my

19   understanding -- I thought that that came

20   earlier in the conversation.

21        Q.    I see.  So because it came

22   earlier, then you thought the hanging out was

23   separate from those comments?

24        A.    I don't know.

25             MS. CLARK:  Did they tell you
```

1    that the governor asked to talk to her about a

2    tattoo she was considering getting?

3                THE WITNESS:  I believe that was

4         in Judy's notes.

5                MS. CLARK:  Do you recall them

6         telling you a conversation about it?

7                THE WITNESS:  I don't recall

8         specifically, but she read the notes.

9         So I'm sure that she did.

10                MS. CLARK:  Did Ms. Mogul tell

11         you that she found Ms. Bennett to be

12         credible?

13                THE WITNESS:  I don't remember at

14         what point, but she said it at some

15         point.

16                MR. KIM:  Did you try to

17         reconcile in your mind also the comment

18         about whether she had been with older

19         men?

20                THE WITNESS:  Yes and no.

21                MR. KIM:  Okay.  How did you try

22         to reconcile?  And how did you know?

23                THE WITNESS:  I could see a

24         scenario where the governor was trying

25         to play therapist, where he, in his own

Melissa DeRosa   Highly Confidential
July 05, 2021

1        experience with sexual assault victims,

2        would probe and ask questions about

3        whether or not they were engaged in

4        healthy relationships.

5            MR. KIM:  That's how you tried to

6        reconcile it?

7            THE WITNESS:  That was how I was

8        reconciling it.

9            MR. KIM:  Is that the exercise

10       you were going through with every

11       comment that was being reported to you,

12       you would try to reconcile it?

13           THE WITNESS:  No.

14           MR. KIM:  So then in your mind,

15       the governor -- you didn't question

16       that -- you had no reason to question

17       that he had said that?

18           THE WITNESS:  No.  Well,

19       beyond --

20           MR. KIM:  And to reconcile it in

21       a way that is not inappropriate?

22           THE WITNESS:  Let me back up.

23       Yes, I had reason to question it based

24       on the sleeping with, hanging out with.

25       So I didn't know how much was being

1          relayed verbatim or how much was being

2          relayed through somebody's personal

3          lens.  But it wasn't really my job to.

4              MR. KIM:  So let me unpack that.

5          Based on the fact that she clarified

6          what was said, you had to question --

7          you had a basis to question whether she

8          was telling the truth when she also said

9          the governor asked her whether she had

10         been with an older man?  Is that your

11         testimony?

12             THE WITNESS:  I would not call

13         her a liar.  That's not what I'm saying.

14         I'm saying that sometimes people hear

15         things a different way than they are

16         said, and only people who know what is

17         said are the people are in the room.

18         And ...

19             MR. KIM:  So what -- so how did

20         you reconcile?  Do you think -- were you

21         thinking that Ms. Bennett had heard

22         something different when she reported

23         that he asked whether she had been with

24         an older man?

25             THE WITNESS:  I didn't know.

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1                    MR. KIM:  You thought, he must be
 2           playing therapist?  That was a --
 3                    THE WITNESS:  That was a
 4           possibility.
 5                    MR. KIM:  What else?
 6                    THE WITNESS:  I don't know what
 7           else.
 8                    MR. KIM:  Did you think for a
 9           second that maybe he was making an
10           advance?
11                    THE WITNESS:  It was very
12           difficult for me to wrap my head around
13           that.
14                    MR. KIM:  Let me ask you that
15           question again.  Did you think for a
16           second that maybe he was --
17                    THE WITNESS:  No.
18                    MR. KIM:  -- making an advance?
19           Not for a second?
20                    THE WITNESS:  No.
21                    MR. KIM:  Why not?
22                    THE WITNESS:  Because it's not
23           who I know.
24                    MR. KIM:  It's not possible?
25                    THE WITNESS:  It's not who I
```

Melissa DeRosa Highly Confidential
July 05, 2021

1          know.  And Charlotte was like a sweet

2          kid.  Like, no, I could not see him

3          coming on to Charlotte.

4                MR. KIM:  So in your mind, it was

5          impossible?

6                THE WITNESS:  It didn't really

7          matter what was in my mind.

8                MR. KIM:  I'm not asking you

9          whether it mattered or not.  In your

10         mind, was it impossible that he had made

11         an advance on her?

12               THE WITNESS:  Yes.

13               MR. KIM:  And that's how you

14         treated her allegations?

15               THE WITNESS:  I didn't treat it

16         any way.  I left it to counsel.

17               MR. KIM:  That's what you

18         assumed, that it was impossible?

19               THE WITNESS:  I couldn't wrap my

20         head around it.

21               MR. HECKER:  Why don't we take

22         two minutes?

23               MS. KENNEDY PARK:  Can we just

24         finish, please?

25               THE WITNESS:  Can I actually run

Melissa DeRosa - Highly Confidential
July 05, 2021

```
 1          to the bathroom?
 2                  MS. KENNEDY PARK:  I want to just
 3          finish out the conversation with Judy
 4          and Jill.
 5                  MR. HECKER:  With Judy and Jill?
 6                  MS. KENNEDY PARK:  Yeah.
 7                  MR. HECKER:  Go ahead.
 8                  MS. KENNEDY PARK:  Okay.
 9   BY MS. KENNEDY PARK:
10          Q.   So, is any of what you just
11   discussed with me, Ms. Clark, and Mr. Kim what
12   you conveyed to Judy and Jill on the phone
13   call with them?
14          A.   I don't remember.
15          Q.   What did you convey to Judy and
16   Jill?
17          A.   We have to figure this out.  This
18   is crazy.
19          Q.   Did you convey to them that you
20   couldn't see the governor making a sexual
21   advance on Charlotte?
22          A.   I think so.
23          Q.   What else did you convey to them?
24          A.   I don't remember specifically.
25          Q.   Do you remember generally?
```

Melissa DeRosa Highly Confidential
July 05, 2021

1        A.    Exactly what I've already told

2   you, that I thought it was crazy and that we

3   had to figure out how to deal with this.

4        Q.    Did you call it a red flag that

5   she had clarified the question about sleeping

6   with her versus hanging out with her?

7        A.    I don't know if I used that term,

8   but I think I did, yeah.

9        Q.    And what did you say about that?

10       A.    That that to me demonstrated that

11  it's possible that not everything she heard is

12  what he said, and that we needed to figure it

13  out.  And I asked Judy to consult with

14  Alphonso and Linda and come back and tell me

15  how she was going to handle it.

16       Q.    Did you in words or in substance

17  convey to Judy and Jill that the governor

18  could have never done or said these things?

19       A.    I don't remember, but I could

20  have.

21       Q.    Did you ask any questions about

22  what Charlotte had conveyed to Judy and Jill?

23       A.    I'm sure I did, but I don't

24  remember specifically.

25       Q.    Do you remember generally?

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1          A.    No.

 2          Q.    Did you ask them what they were

 3   going to do?

 4          A.    I think I said, "We need to

 5   figure this out."

 6          Q.    Right.  But did they tell you

 7   what they were going to do?

 8          A.    I don't think they knew.

 9          Q.    Were you crying during this

10   conversation?

11          A.    I don't think so.

12          Q.    Was Jill?

13          A.    I don't think so.

14          Q.    Was Judy?

15          A.    No.

16          Q.    Were you aware whether

17   Ms. Bennett was crying when she conveyed this

18   information to Judy or Jill?

19          A.    I don't remember.

20          Q.    Did they describe to you what her

21   demeanor was when she told them about her

22   conversations with the governor?

23          A.    No, because I don't know if it

24   was on the phone or in person.  I just know it

25   was a very long conversation.
```

Melissa DeRosa Highly Confidential
July 05, 2021

1       Q.    You mean it was a long

2    conversation between Judy, Jill, and

3    Ms. Bennett?

4       A.    I think like three hours.

5       Q.    And you don't recall them telling

6    you anything about her demeanor?

7       A.    They may have, but I don't

8    remember.  That wasn't the thing in the

9    conversation that I remember.

10              MS. KENNEDY PARK:  Why don't we

11        go ahead and go off the record.

12              MR. HECKER:  Okay.

13              THE VIDEOGRAPHER:  The time is

14        3:58 p.m.  This concludes Media 7.  Off

15        the record.

16              (Recess taken from 3:58 p.m. to

17        4:14 p.m.)

18              THE VIDEOGRAPHER:  The time now

19        is 4:14 p.m.  This begins Media 8.  On

20        the record.

21    BY MS. KENNEDY PARK:

22       Q.    You had previously told us in a

23    conversation you had with Jill DesRosiers

24    about Charlotte Bennett in mid-June, you don't

25    remember her mentioning that was -- she was

Melissa DeRosa Highly Confidential
July 05, 2021

1    uncomfortable with the governor.  Right?

2         A.    Correct.

3         Q.    You have to --

4         A.    Sorry.  I'm sorry.

5         Q.    And then in June you come to

6    learn that -- that what Ms. Bennett was

7    uncomfortable with related to the -- right?

8               CERTIFIED STENOGRAPHER:  I'm

9         sorry.  Can you repeat that please.

10        Q.    In June you came to understand

11   that what Ms. Bennett was uncomfortable with

12   related to the governor?

13        A.    Yes.

14        Q.    Did you raise to Ms. DesRosiers

15   why she hadn't told you earlier that

16   Ms. Bennett's concerns related to the

17   governor?

18        A.    I don't remember if I talked to

19   her about that, but in my mind, I remember

20   thinking I should have -- it should have been

21   a flag.  The word "uncomfortable" should have

22   been a flag.  I should have done something.

23        Q.    Not just the word

24   "uncomfortable," but wouldn't it have been

25   important for you to know that the concerns

Melissa DeRosa Highly Confidential
July 05, 2021

1    were about the governor in mid-June?

2           A.    I don't -- I didn't -- I don't

3    think I had a conversation with Jill about it

4    later, Except that in my mind I was like, I

5    should have done something about this earlier.

6           Q.    But you didn't speak to Jill

7    about the fact that she had not told you the

8    concerns were about the governor?

9           A.    No.

10          Q.    And that didn't made you angry

11   that she hadn't told you that it was about the

12   governor?

13          A.    No.

14          Q.    Wouldn't that be important

15   information for you to know?

16          A.    I wasn't focused on that at that

17   point.

18          Q.    And I just wanted to note, did

19   the governor ever speak to you about age

20   differences in your relationship partners?

21          A.    Not that I recall.

22          Q.    Did he ever ask you how old

23   someone would be that you would date?

24          A.    Not that I recall.

25          Q.    Did he ever ask you your thoughts

Melissa DeRosa - Highly Confidential
July 05, 2021

```
 1   on monogamy?

 2          A.     Not that I recall.

 3          Q.     Did he ever tell you that he

 4   missed being touched?

 5          A.     No.

 6          Q.     Did he ever compare you to Daisy

 7   Duke?

 8          A.     No.

 9          Q.     Did he ever tell you he was

10   lonely and wanted to get on a motorcycle and

11   drive away?

12          A.     No.

13                 MR. KIM:  Can I --

14                 MS. KENNEDY PARK:  Go ahead.

15                 MR. KIM:  After you learned this,

16          learned what Charlotte Bennett said he

17          had said, did you ask the governor

18          whether he had said any of these things

19          to her?

20                 THE WITNESS:  There was a

21          conversation between the governor, Judy

22          Mogul, and me.

23                 MR. KIM:  And you're asserting

24          privilege on that?

25                 MR. HECKER:  Yes.
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1              MR. KIM:  Other than that
 2        conversation, have you discussed
 3        Charlotte Bennett's allegations with the
 4        governor at all?
 5              THE WITNESS:  The following day.
 6              MR. KIM:  The following day.  Day
 7        after what?
 8              THE WITNESS:  The -- the day
 9        after I learned of all of this, so
10        July 1.
11              MR. KIM:  So what did you talk to
12        the governor about then?
13              THE WITNESS:  I was really upset.
14              MR. KIM:  What did you say?
15              THE WITNESS:  I think that he
16        could see that I was upset, and he asked
17        what was wrong, and I said, "I'm really
18        upset."
19              And he said, "Why?"
20              And I said some version of, "I
21        can't believe -- I can't believe that
22        this happened.  I can't believe you put
23        yourself in a situation where you would
24        be having any version of this
25        conversation."
```

```
 1   BY MS. KENNEDY PARK:

 2        Q.    And what did the governor say in

 3   response?

 4        A.    "I looked at her ████████

 5   ████████████"

 6        Q.    Sorry, say that again?

 7        A.    I looked at her ██████████████.

 8        Q.    The governor told you he looked

 9   at Charlotte Bennett and ████████████████?

10        A.    Yes.

11        Q.    And he said ████████████

12   ████████████████████████████?

13        A.    Yes.

14        Q.    And so the explanation the

15   governor gave you was he was treating

16   Ms. Bennett ████████████████████████████

17   ████████████████?

18        A.    Yes.

19        Q.    Did he convey to you that he

20   would speak to ████████████ about monogamy?

21        A.    The conversation didn't go any

22   further than that.

23        Q.    And you said -- you told him you

24   were upset.  At this point, did you understand

25   the governor was aware of what Ms. Bennett had
```

Melissa DeRosa — Highly Confidential
July 05, 2021

1   said?

2          A.    There was one conversation with

3   Judy and him.

4                MR. HECKER:  You can answer that

5          question yes or no, whether you

6          understood that he and -- he knew what

7          Ms. Bennett had alleged at that point.

8          A.    Not all of it.

9          Q.    Okay.  You knew that he was aware

10  of some of what Ms. Bennett -- Bennett had

11  alleged?

12         A.    From the conversation with Judy

13  Mogul.

14         Q.    Okay.  And the governor -- you

15  said you were upset.  How did the governor

16  know that you were upset?  Were you physically

17  upset?

18         A.    I don't hide it well, yeah.

19         Q.    Okay.  And describe that for us.

20         A.    It was like a combination of

21  anger and, like, frustration.

22         Q.    And what were you angry about?

23         A.    That we could -- that, like, he

24  would put himself in that situation.

25         Q.    And did you raise to him any

```
 1    concerns about what he had done to Charlotte

 2    Bennett?

 3         A.    Not beyond me saying, "I can't

 4    believe how stupid -- like I don't understand

 5    how this could happen."

 6         Q.    Is that what you told him, "I

 7    don't understand how this could happen?"

 8         A.    Yes.

 9         Q.    And did the governor acknowledge

10    that the conversation had occurred?

11         A.    That's when he said to me, "I

12    looked at her and ███████████."

13         Q.    Did he dispute in that, to you,

14    any of the things Ms. Bennett had said he had

15    told her?

16         A.    It was a very curt conversation.

17         Q.    How long did it last?

18         A.    30 seconds.

19         Q.    Where were you?

20         A.    In the car.

21         Q.    Which car?

22         A.    Driving from the office to the

23    helipad.

24         Q.    Do you need a moment?

25         A.    I'll be okay.
```

```
 1            Q.     There's tissues there.

 2            A.     Thank you.

 3            Q.     Do you need a minute?

 4            A.     I'm okay.

 5            Q.     Is this the kind of reaction you

 6     had in front of the governor?

 7            A.     Yeah.

 8            Q.     And you said you were frustrated.

 9     What were you frustrated about?

10            A.     I understood, based on my

11     conversation with him and Judy, what his side

12     of it was, and it just -- it just, it's like,

13     what were you thinking?

14            Q.     At any point, did you raise the

15     governor -- with the governor what should be

16     done for Ms. Bennett?

17            A.     No.

18            Q.     I think you were just saying to

19     me a moment ago you -- you were concerned

20     about "us."  I think that's what you said.  We

21     can scroll back.

22                   What did you mean by "us"?

23            A.     It was like, you know, the

24     administration, him, Charlotte, it was all of

25     it.  It was like, this -- like, you -- it's,
```

1  like, you did something that could jeopardize

2  your career.

3           It's this sexual assault victim

4  feels like, you know, you were saying these

5  things to her.  It was, like, as I was

6  learning about it from Judy the night before,

7  it was, like -- there was, like, a, like, gong

8  going off, like -- it was, like, you know,

9  like, a dinging noise of, like, what the hell

10  is happening?  Like, none of this makes any

11  sense.  It didn't comport with the person that

12  I knew.

13        Q.    And when you're in the car, how

14  does the conversation with the governor end?

15        A.    I got out of the car.

16        Q.    Was -- did you ask to get out of

17  the car?  Like, did the car stop?  You asked

18  to pull over?  Or was the --

19        A.    The car stopped and I got out.

20        Q.    Okay.  And was the car supposed

21  to stop, like, you arrived somewhere?

22        A.    I think we were, like, at a

23  light.

24        Q.    You were at a traffic light?

25  Okay.  And you got out of the car?

```
 1          A.     Yeah.

 2          Q.     And where did you go?

 3          A.     I went and met up with a

 4   girlfriend.

 5          Q.     Okay.  Did the governor try to

 6   reach you after you got out of the car?

 7          A.     Not immediately.

 8          Q.     And which girlfriend did you meet

 9   up with?

10          A.     My friend ███████

11          Q.     What did you tell -- what's

12   ██████   last name?

13          A.     ██████

14          Q.     Who's ████████████?

15          A.     A best friend from college.

16          Q.     Okay.  And how did you end up

17   meeting up with ████████████?

18          A.     We had been talking that the next

19   time I was in the city, we could get together.

20   I, like, because of COVID, really hadn't seen

21   her for a while.

22          Q.     Was it a prearranged meeting with

23   her?

24          A.     No.

25          Q.     So did you reach out to her and
```

```
 1    ask her to meet with you?

 2         A.    Yeah, I knew she was in the town.

 3         Q.    Okay.  Where did you meet?

 4         A.    At a restaurant.

 5         Q.    And what did you say to

 6    ██████████?

 7         A.    Nothing about any of this.

 8         Q.    Were you visually upset?

 9         A.    No.  I think I shook it off by

10    the time I got there.

11         Q.    You said it -- Joon?

12              MR. KIM:  Can I ask a follow-up

13         question about your conversation in the

14         car?

15              So you said he said he ████████

16         ████████████████.  And you said that you

17         understood what he meant?

18              THE WITNESS:  I understood from

19         the conversation the night before with

20         Judy his version of the events.

21              MR. KIM:  How do you explain the

22         question whether Charlotte had been with

23         older men as ██████████████████████████

24         ██?

25              THE WITNESS:  There were ████████
```



7          ▮▮▮▮▮▮▮▮▮▮▮▮  and that the

8     questions the governor was posing were,

9     like, out of concern, that ▮▮▮▮▮▮▮

10    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13    ▮▮▮▮

14         MR. KIM:  So you understood the

15    governor when saying, "Have you been

16    with older men," that he was expressing

17    concern as if she was ▮▮▮▮▮▮▮?

18         THE WITNESS:  Like, acting in a

19    ▮▮▮▮▮▮▮▮▮▮, someone who is a

20    victim of sexual assault acting in a

21    ▮▮▮▮▮▮▮▮▮▮.

22         MR. KIM:  How did you understand

23    his statement that I can -- "I, the

24    governor, am okay with, you know, anyone

25    over 22" to be explained by him seeing

1          in Charlotte Bennett ██████████?

2               THE WITNESS:  That wasn't the

3          context in which I understood that

4          comment.

5               MR. KIM:  So that you didn't

6          understand?

7               THE WITNESS:  No.  I'm saying

8          that was a direct -- I understood that

9          to be a part of a conversation where

10         Charlotte started the conversation by

11         saying, "I've been going through your

12         mail.  You're getting all these love

13         letters.  There are all these women that

14         want to date you."

15              And that he said, "You can be in

16         charge of finding me a girlfriend."

17              And she said, "What's the age

18         range I should be looking at?"

19              And he said, "Anything over 22."

20              I interpreted that to be, like, a

21         joky conversation.

22              MR. KIM:  So that was a joke in

23         your mind?

24              THE WITNESS:  Yeah.  Like banter.

25              MR. KIM:  Did the governor say

```
 1        that that was a joke?

 2             THE WITNESS:  I don't think I can

 3        talk about --

 4             MR. HECKER:  Can we -- sorry -- I

 5        just want to make sure there isn't some

 6        conflation of two different

 7        conversations.

 8             If you're asking her about the

 9        conversation in the car, you should

10        disclose everything you remember about

11        the conversation in the car.

12             And if there was this back and

13        forth with the governor about individual

14        statements, you should disclose it.  And

15        if not --

16             MR. KIM:  No, I don't think that

17        was the question.

18             So the question was:  You

19        testified that you understood after the

20        governor said, "█████████████████,"

21        so I'm following up on that question.

22        It's not any particular conversation.

23             At that point, you know that one

24        of the things the governor said was,

25        "I'm okay with anyone over 22."
```

1          So the question was:  How did

2     you -- or did you in your mind reconcile

3     that comment with his statement that I

4     saw her -- "███████████████████,"

5     and I think you were starting to answer

6     by saying that, you thought, was a

7     joking response to the letters.

8          THE WITNESS:  Yes.  Like, it was

9     in a different context.

10          MR. KIM:  So my follow-up

11     question was:  So that comment you sort

12     of put it off to the side because that

13     was a joke?

14          THE WITNESS:  Yes.

15          MR. KIM:  Correct?

16          THE WITNESS:  Like a -- like

17     banter.

18          MR. KIM:  Did you ever ask the

19     governor about whether he, in fact, made

20     that statement about him being okay with

21     22?

22          And this is where you can -- if

23     you think it -- other than in the

24     context of discussions with counsel.

25          MR. HECKER:  Right.  Outside the

Melissa DeRosa Highly Confidential
July 05, 2021

```
1          context of discussions with counsel, did

2          you ask the governor about that

3          particular statement?

4               THE WITNESS:  No.

5               MR. KIM:  So but in your mind,

6          you separate that out as a joke.

7          Correct?

8               THE WITNESS:  There's -- yeah.

9               MR. KIM:  Okay.  The comment

10         about, "Have you been with an older

11         man," that's concern?

12              THE WITNESS:  Yes.

13              MR. KIM:  The comment -- how do

14         you reconcile the comment -- how did

15         you, if at all, reconcile the comment

16         about how he wants to ride away with a

17         woman on a motorcycle in the woods?

18              THE WITNESS:  I didn't.

19              MR. KIM:  You did not that --

20              THE WITNESS:  He didn't confer to

21         me that that -- sorry -- I didn't have

22         that conversation with him outside of

23         counsel.

24              MR. HECKER:  No, the question is:

25         Did you come to some reconciliation of
```

```
 1          how that made sense to you, that

 2          statement?  That's -- either you did

 3          reconcile it or you didn't.

 4               THE WITNESS:  No, I didn't.

 5               MR. KIM:  So when you said you

 6          understood where he was coming from, you

 7          understood -- or you could try to

 8          understand bits and pieces?

 9               THE WITNESS:  Yes.

10               MR. KIM:  Did you ever understand

11          the entire exchange as somehow to be

12          explained as the governor thinking or

13          treating her ████████████?

14               THE WITNESS:  Parts of it, yes.

15          The interaction about the speech, I

16          could see him and ██████ having that

17          conversation.  I think I've seen them

18          have a version of that conversation.

19               Some of these other things, yes.

20          Some of these other things I still to

21          this day don't know if they were

22          actually said or not said.  I --

23               MR. KIM:  And I asked this

24          question earlier, but it didn't cross

25          your mind that maybe he was making a
```

```
1            sexual advance on her?

2                   THE WITNESS:  No.

3                   MR. KIM:  And that -- so that

4            conversation lasted 30 seconds?

5                   THE WITNESS:  Yes.

6                   MR. KIM:  And then you left the

7            car?

8                   THE WITNESS:  Yes.

9                   MR. KIM:  Have you spoken to the

10           governor at all about Charlotte Bennett

11           and her allegations since?

12                  THE WITNESS:  In -- sorry.

13                  MS. KENNEDY PARK:  Go ahead.

14                  THE WITNESS:  In the context of

15           press inquiries.

16                  MR. KIM:  Outside the presence of

17           counsel?

18                  THE WITNESS:  We always had

19           lawyers on those calls.

20                  MR. KIM:  Are you asserting

21           privilege over those conversations?

22                  MR. HECKER:  I don't even know

23           which conversations we're talking about.

24                  THE WITNESS:  That was like -- I

25           don't think so -- right? -- because
```

1          there were outside people on those

2          calls.

3               MS. KENNEDY PARK:   Why

4          don't -- can we --

5               MR. KIM:   Yeah, sorry, sorry.

6               MS. KENNEDY PARK:   Okay.   That's

7          okay.   We'll get to those conversations

8          that occurred after December 2020.

9    BY MS. KENNEDY PARK:

10          Q.    Let's just go back for a second.

11   And you get out of the car.   It sounds like

12   you made the car stop.   Right?

13          A.    We were stopped.   I don't know if

14   I made it stop or if it was at a light, but we

15   were stopped.

16          Q.    And you spontaneously got out of

17   the car?

18          A.    Yes.

19          Q.    Okay.   Because you were upset,

20   that's what you said.

21          A.    Okay.

22          Q.    And then you went and met with

23   ███████████?

24          A.    Yes.

25          Q.    You said none of this came up

```
1    with ██████████?

2         A.    No.

3         Q.    Did you talk about quitting the

4    executive chamber with ████████?

5         A.    No.

6         Q.    Or resigning?

7         A.    No.

8         Q.    Did you talk about anything

9    related to the executive chamber?

10        A.    Just COVID, generally.  The

11   waitress recognized me from the briefings,

12   wanted to take a selfie.  She was, like, proud

13   of me.  It was, you know, like, we hadn't seen

14   each other in months.  It was just catching up

15   with an old friend.

16        Q.    And I think you alluded to that,

17   at some point, the governor reached out to you

18   after you had gotten out of the car

19   spontaneously.

20              When did the governor reach out

21   to you?

22        A.    I don't know if he reached out to

23   me or if I reached out to him, but I spoke to

24   him later that day.

25        Q.    Okay.  Spoke to him over the
```

Melissa DeRosa — Highly Confidential
July 05, 2021

```
 1   phone?

 2        A.    Yes.

 3        Q.    And tell us about that

 4   conversation.

 5        A.    I don't remember it well.  I

 6   think at that point, Judy and Jill had come

 7   back to me.  I don't remember what order I

 8   spoke to people in.

 9        Q.    Okay.  So what do you remember

10   about the conversation with the governor later

11   in the day?

12        A.    Really not much.

13        Q.    What do you remember about the

14   conversation with the governor later in the

15   day?

16        A.    Nothing specific.

17        Q.    Anything general?

18        A.    No.

19        Q.    You don't remember anything about

20   the conversation with the governor?

21        A.    No.  I had been drinking.

22        Q.    How late at night was this?

23        A.    Call it, like, 5 o'clock.

24        Q.    What time did you get out of the

25   car?
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
1            A.    Hours earlier.  1 o'clock,

2    2 o'clock.

3            Q.    Was there any contact between you

4    and any members of the executive chamber

5    between 1 or 2 o'clock and 5 o'clock?

6            A.    I definitely talked to Jill and

7    Judy a handful of times.  I don't remember

8    specifically what times.

9            Q.    How much did you drink?

10           A.    A couple glasses of wine but I

11   hadn't eaten.

12           Q.    Did you have any pins with the

13   governor that evening?

14           A.    I don't think so.

15           Q.    Did you tell anybody about the

16   content of your conversation with the governor

17   at 5 o'clock that evening?

18           A.    I don't think so.

19           Q.    Did you tell your husband?

20           A.    I don't think so.  No, definitely

21   not.

22           Q.    And you don't remember anything

23   that was said?

24           A.    I don't remember specifically.

25           Q.    Do you remember generally?
```

```
 1          A.    No, not in a way that I feel

 2   comfortable conveying.  I don't --

 3          Q.    What was the topic of the

 4   conversation?

 5          A.    I think I was probably still mad.

 6          Q.    And what did he say to you?

 7          A.    I don't remember.

 8          Q.    Do you remember even the form of

 9   what he said?  Did he apologize to you?

10          A.    I don't remember.

11          Q.    Did he say anything about

12   Ms. Bennett?

13          A.    I don't think so.

14          Q.    Okay.  You don't think that

15   happened, but you don't remember anything else

16   about that conversation --

17          A.    I don't -- don't think I spoke to

18   him again about Charlotte, like one-on-one.

19          Q.    In any of these conversations

20   with the governor, did you ask him if there

21   were other women to be concerned about?

22          A.    No.

23          Q.    Why not?

24          A.    I don't know.  I didn't.

25          Q.    It didn't occur to you that from
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1  a, sort of, secretary-of-governor perspective

 2  that you should know whether there might be

 3  other accusers?

 4        A.   He seemed pretty shocked that

 5  Charlotte was accusing him.  And he's been

 6  someone who's been in the public eye for 40

 7  years, and everything has been written about

 8  him and every rock has been flipped over.  And

 9  there's never been allegations like this

10  before.

11        Q.   And so that gave you comfort that

12  there might not be other allegations out

13  there?

14        A.   It was not what I was focused on.

15        Q.   What were you focused on?

16        A.   I was still upset about the

17  Charlotte situation.

18        Q.   And the calls that happened

19  between one and two that day and five, when

20  you spoke to the governor again, a

21  conversation that you don't remember, what

22  were the conversations with Jill and Judy

23  about?

24        A.   Charlotte had gone back to them.

25        Q.   And what did they tell you about
```

1    what Charlotte said?

2              MR. HECKER:  Is that privileged

3         too?  I think that's going to be

4         privileged too if it's Judy.

5         Q.   Well, you can tell us what the

6    facts are about what Charlotte said, because

7    we actually have the notes of the

8    conversation.

9              MR. HECKER:  The notes were

10        produced?

11             MS. KENNEDY PARK:  Yeah.

12             MR. HECKER:  You mean the notes

13        of the conversation between Judy and

14        Charlotte?

15             MS. KENNEDY PARK:  Yeah.

16             MR. HECKER:  That I get.  But the

17        conversation --

18             MS. KENNEDY PARK:  Right.  So I

19        asked her, "What did she tell you

20        Charlotte said?"

21             MR. HECKER:  Yeah, but I don't

22        know that -- I don't know whether --

23        well, can you distinguish between facts

24        communicated to you in that conversation

25        and discussion about legal advice in

Melissa DeRosa Highly Confidential
July 05, 2021

```
1          terms of what to do?  I'm just -- that's

2          the question.

3                  THE WITNESS:  No.

4                  MR. HECKER:  Then I'm not going

5          to -- I'm going to instruct her not to

6          answer.

7    BY MS. KENNEDY PARK:

8          Q.    So you can't remember in any of

9    those conversations with Jill and Judy any

10   facts that were conveyed to you about what

11   Ms. Bennett said on July 1?

12         A.    I don't know how to differentiate

13   them from legal, like, because it was all in

14   the context of how Judy was recommending going

15   forward.

16         Q.    Right.  I'm not asking what Judy

17   said about going forward.  I'm just asking

18   what did she tell you the words were that

19   Charlotte Bennett said?

20                 MR. HECKER:  Wait.  I'm going to

21          instruct her not to parse it that

22          finely.  You -- I don't know whether you

23          can get this from Judy, but I'm going to

24          leave it to chambers and their lawyers.

25                 MS. KENNEDY PARK:  I'll ask this
```

1      question instead.

2          Q.   Do you actually remember those

3   conversations?

4          A.   I remember the conversation

5   taking place.  I don't remember the specifics

6   of the conversation, but I spoke to Judy again

7   the following day.

8          Q.   At any point in the conversations

9   with Jill or Judy, did you tell them that you

10  had been drinking?

11         A.   I don't remember.

12         Q.   Did you tell the governor that

13  you had been drinking?

14         A.   I don't remember.

15         Q.   Are there any other occasions on

16  which you drank so much that you don't

17  remember the conversations you had?

18              MR. HECKER:  That

19         mischaracterizes her testimony.

20         Q.   Are you telling me that you drank

21  so much that that's why you don't remember the

22  conversation you had with the governor that

23  night?

24         A.   I don't remember specifically,

25  no.

1        Q.    Okay.  But do you remember

2    generally?

3        A.    No.

4        Q.    Okay.  So you remember neither

5    specifically nor generally?

6        A.    No.

7        Q.    Okay.  And is the reason that you

8    don't remember because you'd been drinking?

9    Is that what you're implying by telling me how

10   much you drank?

11       A.    I had a couple of drinks, yes,

12   and I hadn't been eating.

13       Q.    What happens after the call with

14   the governor?

15       A.    Nothing.  The next day I talked

16   to Judy again.

17       Q.    So at 5 o'clock you just signed

18   off work?

19       A.    No, no.  I went back up to Albany

20   and I went to sleep.

21       Q.    Do you remember how you got back

22   to Albany?

23       A.    Yes.  I was driven.

24       Q.    By PSU?

25       A.    No.

Melissa DeRosa — Highly Confidential
July 05, 2021

```
 1          Q.     By who?

 2          A.     The driver.

 3          Q.     Okay.  And did you do any work

 4   after 5 o'clock that night?

 5          A.     I don't think so, no.

 6          Q.     Is that unusual?

 7          A.     Yes.

 8          Q.     Okay.  And what's the reason you

 9   weren't doing any work?

10          A.     I had been drinking.

11          Q.     Did you send any e-mails?

12          A.     I don't remember.

13          Q.     Did you send any pins?

14          A.     I don't think so.

15          Q.     And then you wake up on July 2.

16   What happens on July 2 related to Charlotte

17   Bennett?

18          A.     I spoke to Judy again.

19          Q.     Without getting into the

20   substance, what was the topic of the

21   conversation with Judy Mogul on July 2?

22          A.     A summary of the day prior.

23          Q.     Are you able to delineate in your

24   mind in the conversation with Judy any facts

25   that she conveyed to you about what Charlotte
```

```
 1   Bennett had said the prior day?

 2                MR. HECKER:  Look, I think that

 3           you're trying to parse this a little too

 4           finely.  My understanding is that

 5           counsel for the chamber has designated

 6           those conversations as privileged.  So

 7           I'm going to have her abide by that

 8           judgment.

 9                MS. KENNEDY PARK:  All right.

10           Just for the record, I don't think we're

11           the ones that are parsing this too

12           finely.

13   BY MS. KENNEDY PARK:

14           Q.    So you -- you're going to stand

15   on the privilege on the conversation with Judy

16   Mogul.

17                On July 2, who else did you speak

18   to about Charlotte Bennett?

19           A.    I may have spoken to Jill, I may

20   have spoken to Linda, but I don't recall

21   specifically.

22           Q.    Do you remember what you spoke to

23   Jill about?

24           A.    I'm sure it was about the

25   conversation the day prior, but I don't
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1    remember specifically.

 2          Q.    Do you remember generally?

 3          A.    A recap of the day prior.

 4          Q.    Okay.  And what was the recap you

 5    were given from Jill?

 6          A.    I don't remember specifically.

 7          Q.    Do you remember generally?

 8          A.    No.  Sorry.

 9          Q.    What about Linda Lacewell?  What

10    was the subject matter of the conversation

11    with her on July 2?

12          A.    I don't even remember if I spoke

13    to her on July 2.  I'm saying it's very

14    possible that I did because the three of us

15    were talking a lot in that, like, compact

16    period of time.

17          Q.    Who else in that compact period

18    of time was involved in discussions about

19    Charlotte Bennett?

20          A.    Alphonso David.

21          Q.    Anyone else?

22          A.    No.

23          Q.    Rich Azzopardi?

24          A.    No.

25          Q.    Peter Ajemian?
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1          A.    No.

 2          Q.    Why didn't you involve the press

 3   team?

 4          A.    Because it wasn't a public

 5   relations matter.  And it was none of their

 6   business.  There was a potential complaint.

 7   There was potential -- I didn't know how this

 8   was going to be handled legally.  It was not

 9   something I would talk about with anyone.

10          Q.    Was there any concern expressed

11   in any conversations you were a part of that

12   Charlotte Bennett might go to the press?

13          A.    No.

14          Q.    That she would make a public

15   disclosure?

16          A.    No.

17          Q.    Why was Alphonso David involved?

18          A.    Why was he involved?

19          Q.    Mm-hmm.

20          A.    We routinely involved him in

21   legal matters after he left as a matter of his

22   transition.

23          Q.    And how long had it been, before

24   July of 2020, that he had left the chamber?

25          A.    A year.
```

Melissa DeRosa - Highly Confidential
July 05, 2021

```
 1          Q.     And his transition was still
 2   going on after a year?
 3          A.     We continue to rely on Alphonso
 4   now.
 5          Q.     And what's his role now?
 6          A.     He is the executive director of a
 7   human rights campaign.
 8          Q.     So he has another job?
 9          A.     Yes.
10          Q.     He doesn't work for the state
11   anymore.  Right?
12          A.     No.
13          Q.     And yet you were seeking his
14   legal counsel?
15          A.     Yes.
16          Q.     Did the executive chamber pay for
17   those services?
18          A.     No.
19          Q.     Was there a contract for his
20   services for legal advice?
21          A.     No.
22          Q.     Did you ever raise any concerns
23   about the fact that there wasn't a contract
24   for his services?
25          A.     No.
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1          Q.    Did you ever raise any concerns
 2   about whether -- the fact that he was not
 3   being paid legal fees?
 4          A.    No.
 5          Q.    Did anyone raise any of those
 6   concerns?
 7          A.    Not to me.
 8          Q.    Okay.  What was the topic of the
 9   conversations with Alphonso David?
10          A.    I didn't speak to Alphonso
11   directly, Judy did.
12          Q.    Were you briefed on those
13   conversations?
14          A.    Yes.
15                MS. KENNEDY PARK:  And if I ask
16          the substance, I'm guessing you're going
17          to tell me, at the direction of chamber,
18          you're invoking privilege?
19                MR. HECKER:  Correct.
20          Q.    Why was Linda Lacewell involved?
21          A.    Linda is always involved in legal
22   matters that are sensitive to the chamber.
23          Q.    And why is that?
24          A.    Out of habit.
25          Q.    She's the superintendent of DFS.
```

Melissa DeRosa Highly Confidential
July 05, 2021

1    Is that right?

2          A.    Yes.  But she had just spent four

3    months living in Albany, working on the second

4    floor with us doing COVID.  And even if she

5    wasn't, I would probably say we should seek

6    her advice.

7          Q.    And why is that?

8          A.    Because I trust her and I think

9    she has good judgment.

10         Q.    And what was the subject matter

11   of the counsel that you sought from her?

12         A.    I think I told Judy to consult

13   with Linda.

14         Q.    Did you have any direct

15   conversations with Ms. Lacewell?

16         A.    Yes.

17         Q.    And what was the subject matter

18   of those conversations?

19         A.    She was --

20         Q.    Don't tell me the substance, just

21   tell me the subject matter.

22              MR. HECKER:  Subject matter.

23         A.    Charlotte.

24              MS. KENNEDY PARK:  And if I ask

25         you for the substance of those

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1              conversations, are you going to object
 2         on the grounds of privilege?
 3                   MR. HECKER:  Correct.
 4         Q.    Anyone else during this time
 5    period that was being consulted about
 6    Charlotte Bennett?
 7         A.    No.
 8         Q.    To your knowledge, was anybody
 9    from GOER consulted about Charlotte Bennett?
10         A.    I don't know.
11         Q.    Have you ever asked that question
12    of anyone?
13         A.    I don't remember if at the time
14    we talked about if she had spoken to GOER or
15    if she had contemplated speaking to GOER.
16         Q.    Who is "she"?
17         A.    Judy.
18         Q.    But it was your understanding,
19    from the handbook that we talked about
20    earlier, you told me that ultimately all
21    allegations or concerns of potential sexual
22    harassment needed to be raised to GOER.
23              Is that right?
24         A.    Well, you have to report them
25    either to counsel's office, to your
```

```
1   supervisor, and then I think based on that,

2   you decide whether or not you go to GOER.

3       Q.    Okay.  Earlier you told me it

4   wasn't decide whether to go to GOER, it was

5   that all of them had to go to GOER.  That's

6   what you testified to earlier.

7       A.    If there was a complaint.

8       Q.    Okay.  And was it your view that

9   there was not a complaint here?

10           MR. HECKER:  I don't know how she

11           can answer that without delving into the

12           conversations that she had with counsel

13           who gave her legal advice about that

14           issue.

15      A.    It wasn't my call.

16      Q.    Did you seek or receive legal

17  advice on the question of whether Charlotte

18  Bennett had made a complaint?

19      A.    I referred the matter when it was

20  relayed to me to Judy Mogul.

21      Q.    And are you saying you relied on

22  Judy Mogul's legal advice as to whether

23  Charlotte Bennett had raised a complaint?

24      A.    Correct.

25      Q.    Other than the people that we
```

1   just talked about during this June, July 2020

2   time period, did you speak to anybody else

3   about Charlotte Bennett?

4        A.    No one.

5              MR. KIM:  What about Steve Cohen?

6              THE WITNESS:  No.

7              MR. KIM:  Do you know if others

8        did?

9              THE WITNESS:  I don't think so.

10       Q.    What about Chris Cuomo?

11       A.    No.

12       Q.    Do you have any understanding of

13   who the governor was speaking to at this time

14   about Ms. Bennett?

15       A.    I assume no one.

16       Q.    After -- well, how were

17   Ms. Bennett's concerns resolved?

18             MR. HECKER:  If it requires you

19        to make reference to a privileged

20        conversation you had with Judy Mogul or

21        another lawyer within chambers, then I

22        think that's privileged conversation.

23       A.    It's privileged conversation.

24       Q.    After Ms. Bennett's concerns

25   were -- about her interactions with the

```
 1    governor were raised, were there any changes

 2    in the policies of the executive chamber?

 3            A.    Judy instituted a change --

 4                  MR. HECKER:  Go ahead.

 5            A.    -- where briefers, instead of

 6    going into the house, left the book with the

 7    gate, with the trooper at the gate.

 8                  And then one of the people from

 9    the house would come pick it up and deliver it

10    to the governor, or a trooper would bring it

11    into the house and leave it in the bin.

12            Q.    Were there any other changes made

13    to the executive chamber policies after

14    Charlotte Bennett's allegations?

15            A.    Judy didn't think -- she thought

16    that it was important that there were always

17    two people together if it was a junior staff

18    person so that there couldn't be any

19    misperceptions or any conversations that could

20    happen.

21            Q.    Sorry.  Judy thought that there

22    should be two people at all times where?

23            A.    Like, staffing the governor, if

24    you're going to have a junior staff person, so

25    that you would eliminate the possibility that
```

```
 1   there could ever be a potential misperception.

 2          Q.    So the new policy was that the

 3   governor would always be staffed by two

 4   people?

 5          A.    That was what Judy had

 6   recommended.  I don't know if it was really

 7   institutionalized.

 8          Q.    And you're understanding the

 9   basis for that recommendation was to avoid a

10   misperception?

11          A.    Yes.

12          Q.    Is that your position, that

13   Ms. Bennett misperceived her conversation with

14   the governor?

15          A.    I don't -- my opinion on this is

16   irrelevant.

17          Q.    I think you should answer the

18   question.  Was your opinion that Ms. Bennett

19   had misperceived the conversation with the

20   governor?

21          A.    Parts of it, yes.

22          Q.    And the parts of it are the parts

23   that you described to Mr. Kim earlier.  Is

24   that right?

25          A.    Yes.
```

1        Q.    The parts where he was trying to

2 play therapist with her because he viewed her

3 ███████████████ ?

4        A.    Yes.

5        Q.    But the other parts she didn't

6 misperceive?

7        A.    I didn't know.

8        Q.    Okay.  And this policy about

9 staffing the governor always with two people,

10 did that just apply when there was a woman

11 junior staffer?

12        A.    I'm not sure.

13        Q.    And who else was involved in

14 coming up with this policy, this new policy?

15        A.    I think it was Judy's

16 recommendation.  And I think she talked to

17 Jill about it.

18        Q.    Did you talk to Jill about it?

19        A.    I don't remember if Jill was in

20 the conversation I had with Judy or if it was

21 separate.  But Jill handled a lot of the

22 staffing, so ...

23        Q.    Did you talk to the governor

24 about it?

25        A.    No.

```
 1          Q.     Why not?

 2          A.     I don't know.

 3          Q.     And you said -- you intimated

 4   that it never really was instituted.  Did I

 5   understand that right?

 6          A.     I said I don't know.

 7          Q.     You don't know if it was

 8   instituted or not.  Who would know that?

 9          A.     Jill, Stephanie.

10          Q.     Did it matter to you if this was

11   instituted?

12          A.     I don't know what that means.

13          Q.     So counsel made a recommendation

14   that a staffing protocol for the governor be

15   changed.  Did you ensure that that

16   recommendation was followed?

17          A.     There was one instance when I was

18   aware that it wasn't being followed, and I

19   took action on it.

20          Q.     Okay.  And what was the instance

21   when you became aware it wasn't being

22   followed?

23          A.     There was a time when ▮▮▮▮▮

24   ▮▮▮▮▮▮ and Staffer #2    were back meeting

25   with the governor.  And I called EA#2   and
```

```
 1   asked what was happening in the office, and

 2   she said that Staffer #2    -- that S#2   and

 3   ████████ had been back there, and then S#2   had

 4   left and ██████ was back there.

 5          Q.    Sorry, I missed who you

 6   called -- you called EA#2

 7          A.    Yes.

 8          Q.    Okay.  And then what happened

 9   after that?

10          A.    I called the governor and said

11   that I didn't think that she should be back

12   there alone; that if S#2   wasn't there

13   anymore, that you should continue the

14   conversation with her later.

15          Q.    Did you tell him why?

16          A.    No.

17          Q.    And what did he say?

18          A.    "Okay."

19          Q.    And then what happened?

20          A.    I believe she left the office.

21          Q.    The governor must have told her

22   to leave?

23          A.    I think he wrapped up the

24   meeting.  I wasn't there in person.

25          Q.    Okay.  Have you ever heard of
```

1    something called the Graham-Pence rule?

2         A.    Yes.

3         Q.    What is the Graham-Pence rule?

4         A.    That the vice president -- former

5    vice president not be left alone with a woman.

6         Q.    Is what Judy was recommending

7    essentially the Graham-Pence rule for the

8    governor?

9         A.    Sounds similar, yes.

10        Q.    Did you have any concerns about

11   Judy recommending what is essentially the

12   Graham-Pence rule for the governor?

13        A.    She was doing it out of his

14   protection.  And previously I know that when

15   he was at HUD, he had a very similar policy.

16   We also don't close the door to the conference

17   room.

18             We don't close the door to the

19   inner office so that -- I mean, it's as much

20   for his protection as it is anybody else's so

21   that there's always a witness to things.

22        Q.    Do you have any concerns that the

23   Graham-Pence rule is gender discriminatory?

24        A.    No.

25        Q.    Why not?

Melissa DeRosa - Highly Confidential
July 05, 2021

```
 1          A.    Because -- I mean, if -- yes, if
 2    it applies only to women, sure, but ...
 3          Q.    And was it being applied in
 4    this -- to the governor only for women?
 5          A.    I don't remember if it was
 6    specifically to men and to women, but I think
 7    it was just if there was going to be a
 8    staffer, there should two.
 9          Q.    Right.  But you just told me
10    that, in essence, what was happening is the
11    Graham-Pence rule for Governor Cuomo.  Right?
12          A.    Well, as you were describing it.
13          Q.    What do you --
14                THE WITNESS:  Can I take a break,
15          please?
16                MS. KENNEDY PARK:  Yeah, of
17          course.  Sure.
18                THE VIDEOGRAPHER:  The time is
19          4:51 p.m.  This concludes Media 8.  Off
20          the record.
21                (Recess taken from 4:51 p.m. to
22          5:07 p.m.)
23                THE VIDEOGRAPHER:  The time now
24          is 5:07 p.m.  This begins Media 9.  On
25          the record.
```

 1    BY MS. KENNEDY PARK:

 2         Q.    Prior to December of 2020, are

 3    there any conversations you had about

 4    Charlotte Bennett that we haven't discussed

 5    yet?

 6         A.    No.  Not that I recall.  Once the

 7    matter was, sort of, closed, it wasn't

 8    discussed again.

 9         Q.    So in between -- so this is July

10    of 2020 and December of 2020 -- did you have

11    any conversations about the fact that

12    Charlotte Bennett was leaving the health

13    policy team?

14         A.    I think Judy and Jill, one or the

15    other, maybe both, let me know that she was

16    leaving.

17         Q.    And do you remember what Jill

18    told you about that -- about Charlotte

19    leaving?

20         A.    I think that she wanted to pursue

21    graduate school.

22         Q.    Did Jill or you discuss offering

23    her a different position within the

24    government?

25         A.    I don't recall.  Maybe, but I

```
1   don't remember.
2        Q.   Do you recall discussing with
3   Jill trying to keep her on the payroll until
4   she began graduate school?
5        A.   I don't remember.
6        Q.   Anything else you remember about
7   the conversation with Ms. DesRosiers?
8        A.   No.
9        Q.   Do you remember Ms. DesRosiers
10  telling you that Charlotte had an ███████
11  ████████████████?
12       A.   Yes.
13       Q.   What do you remember about that?
14       A.   That she was ███████████ and that
15  she needed a ██████████ and that, I think,
16  someone had told her that they couldn't have
17  it, and then Jill intervened to make sure that
18  she could have it if that's what she needed.
19       Q.   Okay.  And what did Jill tell you
20  about why Ms. Bennett needed ██████████████
21  ████████████?
22       A.   That she was ████████████
23       Q.   She told you it was because ████
24  ████████████████████████?
25       A.   ███████████ specifically.
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1          Q.    Okay.  And did that -- when did

 2   that conversation occur?

 3          A.    I don't remember, September,

 4   October.

 5          Q.    Was it in the time frame when you

 6   were speaking to Jill about Ms. Bennett

 7   leaving the executive chamber?

 8          A.    Yes.

 9          Q.    Okay.  How many conversations

10   with Jill did you have about Ms. Bennett

11   leaving the executive chamber?

12          A.    Not many.  One, two.

13          Q.    Were there any conversations with

14   Ms. DesRosiers about whether Ms. Bennett might

15   disclose her allegations against the governor

16   if she left the executive chamber?

17          A.    No.

18          Q.    Your conversation with Ms. Mogul,

19   can you tell us what the topic of that

20   conversation was?

21                MR. HECKER:  Topic's fine.

22          A.    I think that Charlotte was

23   leaving.

24          Q.    And as to the substance, is the

25   executive chamber directing you not to answer
```

Melissa DeRosa Highly Confidential
July 05, 2021

1    those questions on the ground of privilege?

2              MR. HECKER:  Same ruling they've

3         given us on this topic with -- of

4         discussions with Ms. Mogul, yes.

5              MS. KENNEDY PARK:  I enjoy that

6         now they have rulings.  Okay.

7              MR. HECKER:  Position.

8         Q.    So other than the --

9              MR. HECKER:  As you know,

10        Counsel, it's not our privilege to make

11        judgements about --

12             MS. KENNEDY PARK:  I understand.

13        I apologize for the joke.

14        Q.    Other than the conversation about

15   Ms. Bennett leaving the chamber, did you have

16   any conversations with anyone between July

17   of 2020 and December of 2020 about

18   Ms. Bennett?

19        A.    Not that I recall.

20        Q.    Did you tell the governor

21   Ms. Bennett was leaving?

22        A.    I don't think so.

23        Q.    Did anyone tell the governor

24   Ms. Bennett was leaving?

25        A.    I don't know.

1        Q.    You said there were a number

2  of -- you described them as kids that had been

3  involved in the original conversation with

4  Ms. Bennett at a party where she described

5  having an inappropriate interaction with the

6  governor.

7        A.    I don't think it was a party.  I

8  think that they went to a bar.

9        Q.    At a bar?

10       A.    Yeah.

11       Q.    Did anyone circle back with any

12  of those individuals to understand what

13  Ms. Bennett had said?

14       A.    I don't know.  If anyone would

15  have, it would have been Judy, but I don't

16  know.

17       Q.    Did you ever direct anyone to do

18  that?

19       A.    No.

20       Q.    Are you aware of anyone else

21  other than Ms. Bennett and the governor and

22  Staffer #4    who were spoken to about

23  Ms. Bennett's experience with the governor

24  from a factual perspective?  Do you know what

25  I mean when I say that?

1          A.    I'm not sure if Judy spoke to

2    additional people while she was gathering

3    information.  If it would have been anyone, it

4    would have been her.

5          Q.    I'm going to move off of

6    Charlotte Bennett now, unless Ms. Clark or

7    Mr. Kim have any additional questions about

8    Ms. Bennett.

9                Earlier you mentioned someone

10   named ███████████.  Did I get that right?

11         A.    Mm-hmm.

12         Q.    What was her position in the

13   executive chamber?

14         A.    She was a -- I don't remember her

15   specific title but, like, a deputy comms

16   director, deputy press secretary.

17         Q.    How did she come to be employed

18   in the executive chamber?

19         A.    Rich Bamberger recommended her.

20         Q.    How did he know her?

21         A.    I think she worked for Kivvit for

22   a period.

23         Q.    Did the governor meet her before

24   she came to work in the executive chamber?

25         A.    Yes.

```
 1            Q.    And how did he meet her?

 2            A.    I think Rich brought her up for

 3   State of the State to, like, shadow him, I

 4   think.

 5            Q.    And the governor met her on that

 6   occasion?

 7            A.    Yes.

 8            Q.    When was that?

 9            A.    January.

10            Q.    Of 2021?

11            A.    2020.

12            Q.    2020.  And whose idea was it to

13   bring ███████████ into the executive chamber

14   staff?

15            A.    I think that Rich recommended it

16   to the governor directly.

17            Q.    And how did you become aware of

18   that?

19            A.    Because Dani Lever then told me

20   that she was trying to talk to her about

21   coming over for a job.

22            Q.    And Dani Lever is the one who had

23   told you that Rich Bamberger had recommended

24   her to the governor?

25            A.    I don't remember who told me that
```

```
1   piece.  It wasn't, like, all -- you know, it

2   wasn't, like, a big, exciting piece of news.

3   It's not something I remember specifically.

4        Q.    But you have some recollection

5   that somebody told you it was Rich Bamberger

6   who recommended her?

7        A.    Yes, yes.

8        Q.    Okay.  And the governor had met

9   her on just that one occasion or on more than

10  occasion?

11       A.    I don't know if he brought her up

12  a second time, but I know for sure that one

13  time.

14       Q.    Had there been any concerns

15  raised after January 2020 about ████████

16  interactions with the governor?

17       A.    The -- I mean, the one I told you

18  about.

19       Q.    Anything other than that?

20       A.    Not about his interactions with

21  her.

22       Q.    About something else?

23       A.    No.  I think that Dani had a

24  difficult time trying to figure out the best

25  role for her in the press office.
```

```
 1         Q.    Did that relate to the governor
 2    at all?
 3         A.    No.  I think that she genuinely
 4    couldn't figure out how to best utilize her.
 5         Q.    Had the governor raised any
 6    concerns about how ███████ was being
 7    utilized?
 8         A.    I think that he thought that she
 9    was talented, based on a couple of meetings
10    that she was in.  She was assertive, she spoke
11    up, she was creative, and that he wanted to
12    make sure that they were using her.
13         Q.    How did you come to that
14    understanding, that that was the governor's
15    view?
16         A.    The governor oftentimes thinks
17    that we hire people and that they aren't
18    managed well.  And I remember there was a
19    conversation where he was asking Dani, "What
20    do you have her doing?  Do you have her
21    working on substance?  Is she engaged?  Don't
22    just hire people and leave them in a desert."
23         Q.    Any other concerns that were
24    raised about ███████ role in the
25    executive chamber?
```

1      A.      That's what I remember.

2      Q.      Any concerns raised about her

3   interactions with the governor by her or

4   anyone else?

5      A.      No.  And when she left the

6   chamber -- oh, that was another -- Judy, after

7   Charlotte, changed the policy so that anyone

8   who was leaving, there would be an exit

9   interview where they would be asked express

10  questions about their interactions with the

11  governor, their treatment in the chamber, so

12  that we could get real-time feedback and, if

13  there were any issues, try to address them as

14  they were coming up.

15          And I know that she did an exit

16  interview with ███ or Julia Kupiec or some

17  combination.  An exit interview was conducted

18  with ███.

19     Q.      And what do you know about the

20  substance of ███████ exit review?

21     A.      That she was perfectly happy,

22  that she enjoyed the time in the chamber.  She

23  didn't want to be in Albany.  She didn't like

24  working, you know, 18-hour days.  She wanted

25  more of a work-life balance, but that she was

Melissa DeRosa Highly Confidential
July 05, 2021

1   grateful to have been part of the team and

2   supported everybody.

3           Q.    In instituting this exit

4   interview protocol, were any HR professionals

5   consulted?

6           A.    I don't know how Judy came up

7   with it.

8           Q.    Was any -- to your knowledge, was

9   any research done about the value or

10  significance of exit interviews?

11          A.    I don't know.

12          Q.    Do you know if any research was

13  done about whether employees leaving are

14  truthful in exit interviews?

15          A.    I don't know.

16          Q.    Did you or anyone in the

17  executive chamber consider doing post-exit

18  interviews, meaning interview somebody a

19  period of time after they had left the

20  executive chamber?

21          A.    No.

22          Q.    You said that sometimes the

23  governor gets involved in determining whether

24  someone is being best utilized.  I apologize

25  if I'm not getting your words exactly right.

```
 1              Were there any other occasions in
 2   which the -- to your knowledge, the governor
 3   raised an issue about how someone was being
 4   utilized?
 5        A.    Yes.
 6        Q.    Who?
 7        A.    I mean, it happens all the time.
 8   I'm trying to think of something specific.
 9   I'm sorry, I can't think of anything specific.
10   But it's not an uncommon refrain for him.
11        Q.    Do you know someone by the name
12   of Kaitlin ████?
13        A.    Yes.
14        Q.    Who's Kaitlin ██████
15        A.    Kaitlin █████ is somebody who
16   worked in the chamber for a short time a
17   couple of years ago.
18        Q.    And what year was that?
19        A.    2017.
20        Q.    Okay.  And what was her role?
21        A.    She was hired to be Stephanie's
22   assistant in New York City.
23        Q.    Did you have a role in her
24   hiring?
25        A.    No.
```

```
 1          Q.    Do you know how she came to the
 2    attention of the executive chamber?
 3          A.    Yes.
 4          Q.    How did you come to your
 5    understanding of how she came to the attention
 6    of the executive chamber?
 7          A.           ███████      had just left, and so
 8    there was an opening for that position.  And
 9    the governor was at an event that ███████████
10    hosted, and he met her at that event.  And ████
11    ███████   was, like, singing her praises that
12    she was this rising star, go-getter, really
13    talented.
14                And the governor -- we had that
15    position open.  And so then afterwards, he
16    spoke to Jill and Annabel about seeing if she
17    was interested in doing that job.
18          Q.    Sorry, I think the question I
19    actually asked was how did you come to that
20    understanding?
21          A.    I was at the event.
22          Q.    Okay.  So you saw the governor
23    interact with ███████ ?
24          A.    I don't remember if I saw him
25    interact with her specifically.  But I know
```

1    the next day he asked Jill and Annabel to

2    follow up on the conversation.

3         Q.    Right.  When you were at the

4    event, did you see the governor interact with

5    ████████████?

6         A.    Yes.

7         Q.    Did you hear his conversation

8    with ████████████ about Kaitlin ████████?

9         A.    No.

10        Q.    So how did you come to understand

11   that ████████████ and Mr. -- Governor Cuomo

12   had had a conversation about Kaitlin ████████?

13        A.    Because the next day when they

14   were talking about bringing her in to see if

15   she would be interested in filling that

16   position, he said, "███ said she's great.  She

17   worked for ████████████.  Check with ████████

18   ████████████ who was ██████ assistant at the

19   time -- or chief of staff, excuse me -- at the

20   time.

21        Q.    At that time, when you were

22   having the conversation with the governor, did

23   he know what her name was?

24        A.    I don't remember.

25        Q.    Do you know anything about how

1    folks found her to contact her?

2         A.    I think that -- no, the answer is

3    no.

4         Q.    Okay.  And other than being in

5    that meeting with the governor, and it's -- I

6    think you said Ms. Walsh and Ms. Benton?  Is

7    that right?

8         A.    No.  I think it was Jill and

9    Annabel.

10         Q.    Sorry, Jill and Ms. Walsh.  Did

11    you have any other knowledge about how

12    Kaitlin        came to be employed in the executive

13    chamber?

14         A.    No.  I think it was just that

15    simple.

16         Q.    Were any concerns raised by the

17    governor when Kaitlin        was in the executive

18    chamber about whether she was being best

19    utilized?

20         A.    He wanted to make sure that she

21    wasn't set up for failure, that she was being

22    given projects, that Stephanie was engaging

23    her, that she was being properly managed.

24         Q.    When did Governor Cuomo raise

25    those concerns?

1       A.    At various points at the

2   beginning.

3       Q.    You mean at the beginning of her

4   employment?

5       A.    Yes, excuse me.

6       Q.    In those conversations, did the

7   governor ever tell you Kaitlin         had expressed

8   concerns about how she was being utilized?

9       A.    Not that I recall.

10      Q.    In those conversations, did the

11  governor ever tell you Kaitlin         had expressed

12  concerns about how she was being treated by

13  other members of the senior staff?

14      A.    No.  But he wanted to make sure

15  that she felt included.

16      Q.    Did he express to you that she

17  had said she did not feel included?

18      A.    I don't think so.  But I know

19  that he was always very much like, you know,

20  everyone should go out together, everyone

21  should be friends, everyone should socialize

22  together, you need to make sure you're

23  inclusive.

24      Q.    Was he saying those things

25  because that didn't happen?

```
 1              A.    I think that he is always a

 2     little bit like a camp counselor in that way.

 3     He's always worried, making sure that everyone

 4     feels good and comfortable and, like, they're

 5     socializing altogether, and that everyone is,

 6     like, a -- very much a group outside of the

 7     office.

 8              Q.    Ms. DeRosa, I just want to be

 9     clear.  I don't want you to mind read for the

10     governor.  I just want you to tell me what he

11     said.  Right?

12              A.    He said what I said.

13              Q.    Okay.

14              A.    "Make sure you're including

15     Kaitlin.  Don't put her on an island and set

16     her up to fail."

17              Q.    And what did you do to ensure

18     that Kaitlin      was not put on an island and

19     set up to fail?

20              A.    I didn't do anything.  She didn't

21     report to me.

22              Q.    Who did she report to?

23              A.    Stephanie and secondarily Jill

24     and Annabel.

25              Q.    Did you ever hear anything after
```

```
 1   that -- those conversations with Governor
 2   Cuomo about whether Kaitlin        was being
 3   successful in her position?
 4          A.    She was not.
 5          Q.    And tell us about that.
 6          A.    She would forget things, big and
 7   small.  She, it appeared, would get stressed
 8   out under pressure and, like, couldn't put
 9   phone calls through and would drop phone
10   calls.
11              She wouldn't necessarily make
12   herself available.  Like, we're very, you
13   know, last minute, everyone needs to come to
14   the office or, you know, working long hours.
15   And I know that there were some issues with
16   that with Annabel.
17              And I know that when they had
18   hired her, she had wanted a higher salary
19   because she said that if she was taking this
20   job, that she couldn't do waitressing on the
21   weekends or get, like, a second job.
22              So if she was going to not have
23   time for a second job, that she needed to make
24   sure that she had a salary that was
25   commiserate with what would have otherwise
```

```
 1   been full-time employment plus part-time

 2   employment.

 3              But then I know that Annabel and,

 4   I think, Stephanie were frustrated that she

 5   then, like, wasn't actually available

 6   oftentimes to work some of those hours.

 7        Q.    Did she, in fact, get that

 8   salary?

 9        A.    Yes.

10        Q.    What was her salary?

11        A.    I don't remember.

12        Q.    And the description that you're

13   giving me about how she was not being

14   successful in her role in the chamber, are

15   those issues that you were aware about in real

16   time?

17        A.    Yes.

18        Q.    Before December 2020?

19        A.    Yes.

20        Q.    Okay.  And what about including

21   her?  What do you know about whether Kaitlin

22   was being included?

23        A.    She had her own separate group of

24   friends.

25        Q.    Was she invited to social events
```

1   with the senior staff?

2         A.    If we were all downstairs and

3   she, like, walked in, we would say, "Sit

4   down."  But, no, she was junior staff, and she

5   socialized with other junior staff.

6         Q.    So when the governor told you to

7   make sure she was included, what did you

8   understand that to mean?

9         A.    I don't think I even spent two

10  minutes processing it.

11        Q.    Did you ever see Kaitlin

12  interact with the governor?

13        A.    Yes.

14        Q.    Describe those interactions.

15        A.    I always remember thinking he

16  was, like, really making an effort with her to

17  succeed.  He would put her in the room with

18  all of us during event prep meetings.  He

19  would engage with her in the room with other

20  people to make sure that she felt like she was

21  part of the discussion.

22        Q.    Did he have a nickname for her?

23        A.    Yes.

24        Q.    What was that?

25        A.    Sponge.

```
 1              Q.    Who came up with that nickname?

 2              A.    I think he did.

 3              Q.    Did you use that nickname for

 4    her?

 5              A.    Everybody did.

 6              Q.    Did anyone ask Kaitlin        how she

 7    felt being called Sponge?

 8              A.    I didn't.

 9              Q.    To your knowledge, did anyone ask

10    her how she felt about --

11              A.    I don't --

12              Q.    -- being called sponge?

13              A.    -- know.

14              Q.    Sorry, you just got to wait.

15              A.    Sorry, sorry.

16              Q.    It's okay.  We're doing better

17    now.

18                    Did you ever see the senior staff

19    yell at her?

20              A.    I don't know about yell at her.

21    I certainly was frustrated with her on a

22    couple of occasions.  But it's how I

23    characterized it before.  I can be, like, very

24    stern and animated, but I don't generally

25    raise my voice all that much.
```

Melissa DeRosa Highly Confidential
July 05, 2021

1          Q.    Can you give me an example of how

2     you interacted with her -- express your

3     frustration?

4          A.    She had the responsibility for

5     making sure the governor had the book every

6     day, which was --

7          Q.    The briefing book?

8          A.    -- the briefing book.  It was one

9     of her responsibilities, which entailed going

10    around the office and making sure that

11    everyone who had a role in the briefing book

12    had completed that task.

13              So certain people had to review

14    the remarks.  Certain people had to review the

15    substance.  Certain people had to review the,

16    you know, talking points, whatever it was for

17    the book.

18              And it just constantly -- like,

19    there was a goal when she was hired to change

20    that process and make sure that he got it in a

21    more timely manner, and it constantly didn't

22    happen.

23         Q.    So tell me about your

24    conversation with her where you said you

25    expressed frustration.

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1            A.    I don't remember specifically.
 2   But I know that there were times when I said,
 3   "You're not doing the job that you're supposed
 4   to be doing, and it's important that he get
 5   this book at this time.  And if someone isn't
 6   getting you something and you need to tell me
 7   so that I go make them get it to you, like,
 8   that conversation needs to be had.
 9                 "It can't happen after the fact
10   because the task isn't accomplished.  It needs
11   to happen on the front end."
12            Q.    Okay.  Can you recall any
13   occasions in which you observed anyone in the
14   senior staff yelling at her?  I know you were
15   saying you didn't.
16            A.    Well, I mean, I was definitely
17   stern with her.  No, not specifically or
18   generally, no.
19            Q.    See anyone berate her?
20            A.    No.
21            Q.    Belittle her?
22            A.    No.
23            Q.    Would you put calling her Sponge
24   in the category of belittling her?
25            A.    I didn't think so at the time,
```

```
1    but now I can see why someone may feel that

2    way.

3         Q.    Any occasions in which you saw

4    anyone treat her in a way you thought was not

5    respectful?

6         A.    No.

7         Q.    Treat her in a way you thought

8    was inappropriate?

9         A.    No.

10        Q.    See her cry?

11        A.    No.

12             MS. KENNEDY PARK:  I'm going to

13        switch to something else, unless you

14        guys have questions about Kaitlin    ?

15        Okay.

16        Q.    How did Executive Assistant #2 come to be

17   employed in the executive chamber?

18        A.    She was a recommendation of a

19   lobbyist, but I can't remember which one.

20        Q.    And what role was she --

21        A.    I think maybe            -- I'm

22   sorry.

23        Q.    I'm sorry.  I didn't mean to

24   interrupt you.          .  Is that right?

25        A.    I think so.
```

1      Q.    Okay.

2      A.    I don't -- I don't know.  It was

3  one of the lobbyists recommended her.

4            (Discussion off the record.)

5      Q.    And what was she hired to do?

6      A.    Be an executive assistant.

7      Q.    To who?

8      A.    To the governor.

9      Q.    That was the role she was first

10  hired into?

11      A.    I believe so.

12      Q.    She wasn't hired to be your

13  executive assistant?

14      A.    I don't think so but we share.

15      Q.    You share all the governor's

16  executive assistants?

17      A.    Not Stephanie, obviously.

18      Q.    So who else do you share?

19      A.    Executive Assistant #3, whoever is sitting

20  in the pen outside of my office, which

21  changes.  And then, in New York City, I have

22  my own executive assistant.  And then he has

23  Stephanie and then the person that sits

24  outside of Stephanie's office.

25      Q.    So in Albany, whoever sits at the

1    pen are both your executive assistants and his

2    executive assistants?

3         A.    Yes.

4         Q.    What did you do to make sure that

5    the people who sat in the pen understood that?

6         A.    I don't remember.

7         Q.    Do you recall ever speaking to

8    Executive Assistant #2 about the fact that she was hired

9    to be your assistant?

10        A.    I don't remember.

11        Q.    Do you remember what happened on

12   her first day in the office?

13        A.    No.

14        Q.    Did she travel with the governor?

15        A.    I don't remember.

16        Q.    Earlier we talked about someone

17   named Brittany Commisso.  You know

18   Ms. Commisso?

19        A.    Yes.

20        Q.    What do you know about how she

21   got hired into the executive chamber?

22        A.    I've heard differing versions.  I

23   don't know firsthand.

24        Q.    What do you know secondhand?

25        A.    I think that she had a friend

```
 1    from high school who was an assistant in

 2    counsel's office, and that she had a job

 3    working for Albany County, but ███

 4    ████████████████████████████████████

 5    ████████████   and it was, like, not a sustainable

 6    situation for her.

 7              And so her friend, like,

 8    recommended her to come in as an executive

 9    assistant.

10         Q.    Who did you hear that from?

11         A.    Rich Azzopardi.

12         Q.    When did you hear that from

13    Mr. Azzopardi?

14         A.    In the last several months.

15         Q.    Since February?

16         A.    Yes.

17         Q.    Did you ever observe the governor

18    interacting with Ms. Commisso?

19         A.    Yes.

20         Q.    How would you describe their

21    interactions?

22         A.    Friendly, respectful.

23         Q.    Did you ever observe any

24    interactions that you thought were not

25    respectful?
```

```
 1          A.    No.

 2          Q.    How tall is Ms. Commisso?

 3          A.    Maybe a little bit shorter than

 4   me.  So 5'6.

 5          Q.    How tall is the governor?

 6          A.    Well, his driver's license says

 7   5'11, but I think he believes it's 6'1.

 8          Q.    Duly noted.  Did you ever hear

 9   the governor make comments about

10   Ms. Commisso's height?

11          A.    No.

12          Q.    You ever see the governor measure

13   his height against Ms. Commisso's?

14          A.    Not that I recall.

15          Q.    We're going to talk more about

16   Ms. Commisso and Kaitlin        later when we get

17   to December of 2020.  But before then, did you

18   know Ana Liss when she worked in the executive

19   chamber?

20          A.    No.

21          Q.    Do you know Alyssa McGrath?

22          A.    Yes.

23          Q.    Okay.  And how did Ms. McGrath

24   come to be employed in the executive chamber?

25          A.    I have no idea.
```

Melissa DeRosa Highly Confidential
July 05, 2021

 1        Q.    And what's her role in the

 2   executive chamber?

 3        A.    She's an executive assistant.

 4        Q.    To whom?

 5        A.    She's rotated but for a time she

 6   sat outside in the pen.

 7        Q.    And what time period did she sit

 8   in the pen?

 9        A.    I think in the fall of 2020.

10        Q.    Have you ever observed her

11   interacting with the governor?

12        A.    Sure.

13        Q.    Okay.  And tell us about those

14   interactions.

15        A.    Same.  Friendly, respectful.

16        Q.    Have you ever seen her have an

17   interaction with the governor that you did not

18   think was respectful?

19        A.    No.

20        Q.    That you thought was not

21   friendly?

22        A.    No.

23        Q.    Would you describe the governor's

24   interactions with Charlotte Bennett that we

25   discussed earlier that you learned about in

Melissa DeRosa Highly Confidential
July 05, 2021

```
1    June of 2020 as respectful?

2         A.    I really can't -- I can't --

3         Q.    Well, you can comment on whether

4    Ms. Commisso and Ms. McGrath have had

5    respectful interactions with the governor, but

6    you're not -- you can't comment on whether --

7         A.    I never --

8              MR. HECKER:  I think she's --

9         Q.     -- you characterized those

10   interactions with Ms. Bennett as respectful or

11   not?

12             MR. HECKER:  You've asked her, I

13        can't count the number of questions,

14        about her views about the conversation

15        with Ms. Bennett, and now you're just

16        coming back to them and asking for new

17        adjectives.

18             Why don't you move on to

19        something else.

20             MS. KENNEDY PARK:  I'm actually

21        using her own adjectives, and I'd ask

22        you not interrupt and not to instruct

23        the witness on the record.  That's not

24        why you're here.

25             MR. HECKER:  I'm not instructing
```

Melissa DeRosa - Highly Confidential
July 05, 2021

```
 1           the witness at all.

 2    BY MS. KENNEDY PARK:

 3           Q.    Can you answer the question?

 4           A.    I've already talked about my

 5    views on those conversations, and I never saw

 6    the governor have the conversations that

 7    Charlotte Bennett reported to Judy Mogul, and

 8    I never saw the governor have any

 9    conversations like that with anyone.

10           Q.    With anyone else?

11           A.    Including Brittany or Alyssa.

12           Q.    Why don't we talk about the

13    governor's conversations with other people.

14    Have you ever heard the governor make a joke

15    that had sexual content?

16           A.    I'm sure at some point in the

17    last eight years, but nothing specific comes

18    to mind.

19           Q.    Why are you sure?

20           A.    I guess that's not -- I shouldn't

21    have said that.  I don't know.  Nothing

22    specific comes to mind.

23           Q.    Anything general come to mind?

24           A.    No.

25           Q.    Is it -- the reason that you said
```

```
 1    that you're sure it happened is because the

 2    governor has made jokes with sexual content?

 3         A.    Not sexual content.

 4         Q.    Okay.  So tell me about the jokes

 5    you have in mind.

 6         A.    I don't have any jokes in mind.

 7         Q.    Okay.  Have you ever -- were you

 8    there when the governor received his Emmy

 9    statue?

10         A.    Yes.

11         Q.    What did he say?

12         A.    Well, what do you mean?

13         Q.    The governor has an Emmy.  Right?

14         A.    Yes.

15         Q.    And he got awarded that Emmy in

16    2020.  Right?

17         A.    Yes.

18         Q.    Has the governor talked to you

19    about that Emmy statue?

20         A.    Sure.  I'm the one that told him

21    we were -- he was being awarded it.

22         Q.    That's great.  And has the

23    governor ever commented on the actual

24    physicality of the Emmy statue in your

25    presence?
```

```
1          A.    Not that I recall.

2          Q.    Have you ever heard about

3   the -- about him commenting about the

4   physicality of the Emmy statue?

5          A.    No.

6          Q.    Were you there when the Emmy

7   actually arrived?

8          A.    I don't think I was in the room,

9   no.

10          Q.    Have you ever heard the governor

11   tell a -- like, an anecdote about an old bull

12   and a young bull?

13          A.    I can tell you're going someplace

14   specific about this, but I'm not -- I can't --

15   no.

16               MR. HECKER:  Just answer whether

17          you've heard --

18          A.    No, I don't recall.

19          Q.    Have you ever heard the governor

20   comment on people's appearance?

21          A.    Yes.

22          Q.    Tell us about those comments.

23          A.    "Nice tie, Jim."  "Melissa, did

24   you get a new haircut?"  You know, "S#2  new

25   shoes?"  Just, you know, comments like that.
```

1        Q.    Comments about people's clothing?

2        A.    Yeah.

3        Q.    Other than comments on people's

4   clothing, have you heard the governor comment

5   about people's appearance?

6        A.    Sure.

7        Q.    And what kinds of comments?

8        A.    "You look tired."  "You look nice

9   today."  You know, like, things like that.

10       Q.    Ever observe the governor asking

11   someone wearing a dress to spin around?

12       A.    No.

13       Q.    Would that shock you that that

14   happened?

15       A.    I've never seen it.

16       Q.    You think if that happened, it

17   would be inappropriate for the workplace?

18       A.    I don't know.  No, yes, I don't

19   know.  Would it be inappropriate for the

20   workplace?  I guess I -- like everything in

21   life, there's context.  But I don't remember

22   anything.

23       Q.    Ever hear the governor comment on

24   somebody having nice legs?

25       A.    No.  But -- no.

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1          Q.    No, but what?

 2                MR. HECKER:  Wait, wait, wait.

 3                MS. KENNEDY PARK:  Let her

 4          finish.  She was going to say something.

 5                MR. HECKER:  She said, "No, but"

 6          and then you said, "No, but what?"

 7                If you have more to add, you

 8          should add it.  And if not, the question

 9          is whether you have ever heard anyone

10          comment on someone having nice legs.

11          A.    No.

12          Q.    But what?  What were you about to

13   say?

14          A.    There was reporting on it.

15          Q.    Okay.  Did you look into that

16   after the reporting?

17          A.    No.

18          Q.    Did you talk to the governor

19   about it after the reporting?

20          A.    No.

21          Q.    Have you ever heard the comment

22   make -- the governor make comments about

23   somebody's weight?

24          A.    Sure.

25          Q.    What comments?
```

1      A.     Like, ██████████ lost a lot

2  of weight at one point.  There's -- he's

3  commented on my weight, ████████████

4      Q.     Did he ever comment on █████

5  ████ weight?

6      A.     Not to me.

7      Q.     To other people?

8      A.     I don't know.

9      Q.     Have you heard about the governor

10 commenting about ██████████'s weight?

11     A.     Yes, through reporting.

12     Q.     Okay.  Did you ever ask the

13 governor if it was true?

14     A.     No.

15     Q.     Did you ever ask anybody else if

16 it was true?

17     A.     No.

18     Q.     Okay.  Have you ever heard the

19 governor yell at someone?

20     A.     Sure.

21     Q.     On the staff?

22     A.     Sure.

23     Q.     How often?

24     A.     Not often.

25     Q.     Weekly?

1          A.     No.

2          Q.     Monthly?

3          A.     No.

4          Q.     Has he yelled at you?

5          A.     Sure.

6          Q.     What about?

7          A.     I don't remember a specific but

8     I'm sure it's happened.

9          Q.     Anybody else you can remember him

10    yelling at?

11         A.     Not off the top of my head.

12         Q.     Did you ever yell at Kaitlin

13    ████

14         A.     I think we already went over

15    that.

16         Q.     I don't remember.  Can you just

17    remind me?  Did you yell at Kaitlin ████?

18         A.     Feels like this is long enough.

19    I had stern conversations with Kaitlin ████

20    when she didn't do her job.

21         Q.     Okay.  Let's look at Tab 2.

22              MS. KENNEDY PARK:  Let's mark

23         this as the next exhibit.

24              (Exhibit 12, Text message chain

25         including Melissa DeRosa, Annabel Walsh,

```
 1              and Jill DesRosiers, dated February 23,

 2              2017, marked for identification, as of

 3              this date.)

 4         Q.    This is a text message chain from

 5   you, Jill DesRosiers, Annabel Walsh -- I'm not

 6   missing anybody else -- from February 23,

 7   2017.  And you text:

 8                   "I just yelled at ██████████

 9         This is after yelling at Sponge this

10         morning."

11              Do you see that?

12         A.    I do.

13         Q.    Does that refresh your

14   recollection if you've ever yelled at Kaitlin

15   ████████

16         A.    No.  But I use the word "yell"

17   interchangeably with, like, being stern with

18   someone.

19         Q.    Those are the same thing in your

20   mind?

21         A.    Yes.

22         Q.    Have you ever seen the governor

23   kiss people?

24         A.    Yeah.

25         Q.    At events?
```

Melissa DeRosa Highly Confidential
July 05, 2021

```
 1              A.    Absolutely.

 2              Q.    What about kissing members of the

 3    executive chamber?

 4              A.    Yes.

 5              Q.    On the cheek?

 6              A.    Yes.

 7              Q.    On the mouth?

 8              A.    No.

 9              Q.    Has the governor ever kissed you

10    on the mouth?

11              A.    No.

12              Q.    Has anyone ever told you that the

13    governor kissed them on the mouth?

14              A.    No.

15              Q.    Would it surprise you to learn

16    that the governor frequently kissed Annabel

17    Walsh on the mouth?

18              A.    Yes.

19              Q.    Did she ever tell you that?

20              A.    No.

21                    THE WITNESS:  I'm sorry, guys.

22         I'm so tired.

23                    MR. HECKER:  Want to take a

24         break?

25                    MS. KENNEDY PARK:  Want to take a
```

Melissa DeRosa - Highly Confidential
July 05, 2021

```
1        break?

2              THE WITNESS:  Yeah.  Like five

3        minutes.

4              MS. KENNEDY PARK:  If you want to

5        stop for today -- let's go off the

6        record.

7              THE VIDEOGRAPHER:  The time is

8        5:41 p.m.  This concludes Media 9.  Off

9        the record.

10             (Recess taken from 5:41 p.m. to

11       5:48 p.m.)

12             THE VIDEOGRAPHER:  The time now

13       is 5:48 p.m.  This begins Media 10.  On

14       the record.

15             MS. KENNEDY PARK:  We'll close

16       out the record for the day.  Thank you.

17             THE VIDEOGRAPHER:  The time is

18       5:48 p.m.  This concludes Media 10 of

19       today's investigation.  Off the record.

20             (Time noted:  5:49 p.m.)

21                   - - -

22

23

24

25
```

Melissa DeRosa - Highly Confidential
July 05, 2021

```
1

2                C E R T I F I C A T E

3    STATE OF NEW YORK    )

4                             : ss.

5    COUNTY OF NASSAU        )

6

7              I, PATRICIA A. BIDONDE, a Notary

8         Public within and for the State of New

9         York, do hereby certify:

10             That MELISSA DEROSA, the witness

11        whose deposition is hereinbefore set

12        forth, was duly sworn by me, and that

13        such deposition is a true record of the

14        testimony given by the witness.

15             I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage, and that I

18        am in no way interested in the outcome

19        of this matter.

20             IN WITNESS WHEREOF, I have

21        hereunto set my hand this day,

22        July 8, 2021

23        _____

                PATRICIA A. BIDONDE
24              Stenographer
                Registered Professional Reporter
25              Realtime Certified Reporter
```