# Exhibit 6

# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Valdi Licul**
vlicul@wigdorlaw.com

September 28, 2021

**VIA EMAIL AND FEDERAL EXPRESS**

*CONFIDENTIAL COMMUNICATION*
*PRIVILEGED PURSUANT TO FRE 408*

Benjamin E. Rosenberg, Esq.
Dechert LLP
Three Bryant Park, 1095 Avenue of the Americas
New York, NY 10036

    Re:    Claims by Trooper 1

Dear Mr. Rosenberg,

We represent Trooper 1, a member of the Protective Services Unit of the New York State Police ("PSU"), as identified in the August 3, 2021 Report of Investigation Into Allegations of Sexual Harassment by Governor Andrew M. Cuomo (the "Report") by the Office of the Attorney General of the State of New York.  We understand that you represent Melissa DeRosa, the former Secretary to the Governor.

As you know, the Report concluded that Governor Andrew Cuomo engaged in a pattern of sexual harassment against 11 women, including Trooper 1, in violation of federal and local laws.  More specifically, the Report found that the Governor sexually harassed Trooper 1 while she was sworn to protect the Governor and his family.  Among other things, the Governor repeatedly touched Trooper 1 without her consent and subjected her to unwanted, sexually-charged comments that were thinly-veiled propositions for sex.  During this time, Ms. DeRosa aided and abetted the Governor's unlawful conduct by failing to report known instances of harassment and, even more alarmingly, taking affirmative steps to conceal the Governor's behavior and retaliating against some of his victims who protested.  Ms. DeRosa's conduct enabled the Governor to continue his pattern of harassment against Trooper 1.

As one of the Governor's victims, Trooper 1 is prepared to initiate litigation to vindicate her rights, including bringing claims against Ms. DeRosa, who aided and abetted his unlawful conduct in violation of local laws.  If your client would like to discuss a potential amicable resolution of this matter, please contact me on or before October 4, 2021.

Very truly yours,

Valdi Licul