# Exhibit 7



Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3622  Direct
+1 212 698 0495  Fax

October 4, 2021

**VIA EMAIL**

Valdi Licul, Esq.
Wigdor LLP
85 Fifth Avenue
New York, NY 10003

***CONFIDENTIAL COMMUNICATION***
***PRIVILEGED PURSUANT TO FRE 408***

Re:  **Claims by Trooper 1**

Dear Mr. Licul:

I write on behalf of Ms. Melissa DeRosa in response to your September 28, 2021, letter to me on behalf of Trooper 1, as identified in the August 3, 2021, Report of Investigation Into Allegations of Sexual Harassment by Governor Andrew M. Cuomo by the Office of the Attorney General of the State of New York.

Your letter alleges that Ms. DeRosa aided and abetted allegedly tortious acts committed by the former Governor against Trooper 1 and requests that if Ms. DeRosa would like to discuss an "amicable resolution" with Trooper 1 we should contact you on or before October 4, 2021.  Your letter indicates that the Attorney General's Report supports the threatened aiding and abetting allegations.  But the Attorney General's Report does not set forth facts that would support a claim by Trooper 1 against Ms. DeRosa.  Further, your letter states that Ms. DeRosa "failed to report known instances of harassment," but the Report shows that she did report such instances to counsel, and that she consistently sought and received advice of counsel with respect to them.  For these and other reasons, any claims by Trooper 1 against Ms. DeRosa would be meritless.

Please be advised that should you assert a claim as described in your letter, we would fight it vigorously, and seek all available remedies.  Without waiver of our position, if there are facts that you believe we have overlooked, we would appreciate you sharing them with us prior to taking further action so that we may consider them.

Sincerely,

Benjamin E. Rosenberg