# Exhibit 10

← **Tweet**



**Rich Azzopardi** ✔                                           •••
@RichAzzopardi

> "This claim relies on the AG's proven fraud of a report, as demonstrated by the five district attorneys who, one by one – Democrat and Republican – looked at its findings and found no violations of law. If kissing someone on the cheek, patting someone on the back or stomach or waving hello at a public event on New Year's Eve is actionable then we are all in trouble.  This law firm is widely known to use the press to extort settlements on behalf of "anonymous claimants" – that is Un-American and will not happen here. Gov Cuomo will fight every attempt at cheap cash extortions and is anxious to have the dirty politics stop– we look forward to justice in a court of law."

> **Gary Greenberg** @GAGreenberg · Feb 17
> "We are only aware of this case from Twitter, but according to the trooper's own testimony Melissa's only interaction with her was to say 'hello and goodbye.' It is not a viable case anywhere in America and is beyond frivolous," Schectman said. nypost.com/2022/02/17/and...

7:39 PM · Feb 17, 2022 · Twitter for iPhone

**108** Retweets    **16** Quote Tweets    **349** Likes