# Exhibit 11



**Tweet**

**Rich Azzopardi** @RichAzzopardi

Just got this. More threats.

---

**Douglas Wigdor**

Douglas Wigdor requested to connect

**Douglas Wigdor** · 9:31 pm
Your statement

Dear Rich,

As you know, today our client Trooper 1 filed a civil rights action against the former Governor for sexually harassing and retaliating against her. You responded on behalf of the former Governor with a defamatory and retaliatory public statement claiming that our firm "is widely know to use the press to extort settlement on behalf of 'anonymous claimants.'" and further referred to "cheap cash exortions." We demand that the former Governor immediately disavow the statement and that you immediately retract the statement. Otherwise, we will immediately file an action for defamation against you and the former Governor and our client will add retaliation claims.

9:36 PM · Feb 17, 2022 · Twitter for iPhone