**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TROOPER 1, | Case No.: 22-cv-00893 (LDH) (TAM) |
| Plaintiff, | |
| v. | Hon. LaShann DeArcy Hall |
| NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI, | |
| Defendants. | |

## MOTION AND DECLARATION PURSUANT TO LOCAL RULE 1.4
## FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

I, Rachel M. Fleig-Goldstein, an attorney of record for Defendants Melissa DeRosa and Richard Azzopardi hereby move the Court pursuant to Local Rule 1.4 for an order, substantially in the form attached hereto as **Exhibit A**, granting me leave to withdraw as attorney of record in this action.  In support thereof, and pursuant to 28 U.S.C. § 1746, I declare as follows:

1.       Effective as of the close of business on November 15, 2022, I no longer am associated with Morvillo Abramowitz Grand Iason & Anello P.C. ("Morvillo Abramowitz"), which firm represents Ms. DeRosa and Mr. Azzopardi in this action.

2.       Morvillo Abramowitz, including Elkan Abramowitz, Catherine Foti and Joseph Stern, will continue to represent Ms. DeRosa and Mr. Azzopardi in this action.  Mr. Abramowitz, Ms. Foti and Mr. Stern are fully familiar with the litigation and proceedings to date.

3.       Because the Motion herein will not result in a change of the law firm representing Ms. DeRosa and Mr. Azzopardi, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any party.

4.      I am not asserting a retaining or charging lien.

5.      For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon me.

6.      The filing of this Motion electronically using the Court's ECF system constitutes good and proper service on all parties and their registered attorneys of record.  A copy of this Motion and Exhibit A shall also be provided to Ms. DeRosa and Mr. Azzopardi.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2022
       New York, New York

                                        By:  *s/ Rachel M. Fleig-Goldstein*
                                              Rachel M. Fleig-Goldstein