# **<u>Exhibit A</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                              Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>                              Defendants. | Case No.: 22-cv-00893 (LDH) (TAM)<br><br>Hon. LaShann DeArcy Hall |

**[PROPOSED] ORDER GRANTING LEAVE
TO WITHDRAW AS ATTORNEY OF RECORD**

The Court, having considered the Motion and Declaration of Rachel M. Fleig-Goldstein to withdraw as an attorney of record for Defendants Melissa DeRosa and Richard Azzopardi, and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise satisfied, it is hereby

**ORDERED** that Rachel M. Fleig-Goldstein is granted leave to withdraw as an attorney of record for Ms. DeRosa and Mr. Azzopardi; and it is further

**ORDERED** that the Clerk shall terminate Rachel M. Fleig-Goldstein as an attorney of record for Ms. DeRosa and Mr. Azzopardi and remove her name and email address from the official docket of this action.

Signed this _____ day of _____, 2022.

_____
LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE