UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>　　　　　　　Defendants. | Case No. 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that the undersigned, Allegra Noonan of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Governor Andrew M. Cuomo in the above-captioned action.

Dated: New York, New York
　　　　January 5, 2023

SHER TREMONTE LLP

By: */s/ Allegra Noonan*
　　　Allegra Noonan
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
E-mail: anoonan@shertremonte.com

*Counsel for Governor Andrew M. Cuomo*