UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI, <br><br> Defendants. | 22-cv-00893 (LDH) (TAM) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michaelene Wright of the law firm Glavin PLLC, with offices at 156 West 56th Street, Suite 2004, New York, New York 10019, hereby appears as counsel for Defendant former Governor Andrew Cuomo. The undersigned hereby requests that all papers in the above-captioned action be served upon her at the address and e-mail stated below.

Dated:   New York, New York
         March 27, 2023

                                    Respectfully submitted,

                                    By:   *s/ Michaelene Wright*
                                          Michaelene K. Wright (Bar No. 5785811)
                                          GLAVIN PLLC
                                          156 West 56th Street, Ste. 2004
                                          New York, New York 10019
                                          (646) 693-5505
                                          mwright@glavinpllc.com

                                          *Counsel for former Governor Andrew Cuomo*