UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>        Plaintiff,<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>        Defendants. | Case No.: 22-cv-00893 (LDH)(TAM)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Julie R. F. Gerchik, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a partner of the firm of Glaser Weil LLP and a member in good standing of the bars of the States of California and New York, as attorney *pro hac vice* to appear as counsel for non-party subpoena recipient Lindsey Boylan in the above-captioned matter. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 15, 2023                                        Respectfully submitted,

                                                  By:    */s/ Julie R. F. Gerchik*
                                                          Julie R. F. Gerchik
                                                          Glaser Weil LLP
                                                          10250 Constellation Blvd., 19th Floor,
                                                          Los Angeles, CA 90067
                                                          JGerchik@GlaserWeil.com
                                                          310.282.6206