UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>        *Plaintiff,*<br><br>        v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>        *Defendants.* | 22-cv-00893 (LDH)(TAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that E. Danya Perry of Perry Guha LLP, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of non-party Lindsey Boylan in the above-captioned action.

Dated: May 16, 2023
       New York, New York

Respectfully submitted,

/s/ E. Danya Perry
E. Danya Perry (No. 2839983)
PERRY GUHA LLP
1740 Broadway, 15th Floor
New York, New York 10019
Email: dperry@perryguha.com
Telephone: (212) 399-8340
Facsimile: (212) 399-8331

*Attorney for Non-Party Lindsey Boylan*