UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

    *Plaintiff,*

v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

    *Defendants*.

22-cv-00893 (LDH)(TAM)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Rachel Fleder of Perry Guha LLP, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of non-party Lindsey Boylan in the above-captioned action.

Dated: May 16, 2023
    New York, New York

Respectfully submitted,

*/s/ Rachel Fleder*
Rachel Fleder (No. 5796040)
PERRY GUHA LLP
1740 Broadway, 15th Floor
New York, New York 10019
Email: rfleder@perryguha.com
Telephone: (212) 399-8343
Facsimile: (212) 399-8331

*Attorney for Non-Party Lindsey Boylan*