UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>      *Plaintiff*,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>      *Defendants*. | 22-cv-00893 (LDH)(TAM)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Julie Gerchik of Glaser Weil LLP, an attorney duly admitted to practice *pro hac vice* before this Court, respectfully enters her appearance as counsel on behalf of non-party Lindsey Boylan in the above-captioned action.

Dated: May 18, 2023
       Los Angeles, California

Respectfully submitted,

*/s/Julie Gerchik*
Julie Gerchik (No. 4064523)
GLASER WEIL LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Email: jgerchik@glaserweil.com
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorney for Non-Party Lindsey Boylan*

2289829.1