UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
TROOPER 1,

                Plaintiff,

      v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

                Defendants.
---------------------------------------X

Case No.: 22-cv-00893 (LDH)(TAM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Laura S. Schnell, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of non-party Charlotte Bennett in the above-captioned action.

Dated: June 28, 2023
       New York, New York

Respectfully submitted,

/s/ Laura S. Schnell
Laura S. Schnell
Eisenberg & Schnell LLP
233 Broadway, Suite 2704
New York, New York 10279
Ph:    (212) 966-8900
Email: lschnell@eisenbergschnell.com

*Attorney for Non-Party Charlotte Bennett*