UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TROOPER 1,

                Plaintiff,

        v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA and RICHARD
AZZOPARDI,

                Defendants.
-----------------------------------------------------------X

Case No.: 22-cv-00893 (LDH)(TAM)

**NOTICE OF PLAINTIFF'S MOTION TO QUASH SUBPOENAS**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Valdi Licul, Esq., dated June 30, 2023, the annexed Exhibits and the accompanying Memorandum of Law, Plaintiff Trooper 1, by and through undersigned counsel, respectfully seeks an Order from this Court at the 225 Cadman Plaza East, Brooklyn, NY 11201, to quash the non-party subpoenas served by Defendant Andrew Cuomo pursuant to Fed. R. Civ. P. Rule 45.

Dated: June 30, 2023
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Valdi Licul
     John S. Crain

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com

*Counsel for Plaintiff*