UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TROOPER 1,

                     Plaintiff,

        v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA and
RICHARD AZZOPARDI,

                     Defendants.
-----------------------------------------------------------X

Case No.: 22-cv-00893 (LDH)(TAM)

## DECLARATION OF VALDI LICUL IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENAS

I, Valdi Licul, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of this Court and a Partner at the law firm Wigdor LLP, attorneys for Plaintiff Trooper 1 in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to Lindsey Boylan.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to Charlotte Bennett.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to Hamilton College.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to Howard Zemsky.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to "Lindsey For New York."

7. Attached hereto as **Exhibit 6** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to the Office of the Governor of New York State (the Executive Chamber).

8. Attached hereto as **Exhibit 7** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to Verizon.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of Defendant Andrew Cuomo's subpoena to Cade Leebron.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 30, 2023
       New York, New York

By: _____
            Valdi Licul