UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TROOPER 1,<br><br>   Plaintiff,<br><br>  v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>   Defendants. | Civil No. 1:22-cv-00893 |

## NON-PARTY CHARLOTTE BENNETT'S NOTICE OF MOTION TO QUASH DEFENDANT ANDREW CUOMO'S SUBPOENAS

Non-party Charlotte Bennett, by undersigned counsel, respectfully moves pursuant to Federal Rules of Civil Procedure 45(d)(3) and 26(c)(1) to quash the Subpoena to Testify at a Deposition in a Civil Action and the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on Ms. Bennett on June 1, 2023, and the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Hamilton College noticed on May 5, 2023, by Defendant Andrew Cuomo in *Trooper 1 v. New York State Police et al.*, No. 22-CV-893 (LDH) (TAM) (E.D.N.Y. filed Feb. 17, 2022).

Dated: June 30, 2023                             Respectfully submitted,

                                                  **EISENBERG & SCHNELL LLP**

                                             _/s/ Laura S. Schnell_

                                            Laura S. Schnell
                                            Herbert Eisenberg

                                            233 Broadway, Suite 2704
                                            New York, New York 10279
                                            Ph:     (212) 966-8900
                                            Email:  lschnell@eisenbergschnell.com
                                                                    heisenberg@eisenbergschnell.com

                                            _Attorneys for Charlotte Bennett_

cc:   All Counsel of Record (via ECF)