UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TROOPER 1, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI, <br><br>　　　　Defendants. | Civil No. 1:22-cv-00893 |

**DECLARATION OF LAURA S. SCHNELL IN SUPPORT OF NON-PARTY CHARLOTTE BENNETT'S MOTION TO QUASH**

I, LAURA S. SCHNELL, hereby declare to the best of my knowledge:

1.　I am an attorney duly licensed to practice law in in the State of New York and am admitted to practice before this Court. I am a partner of Eisenberg & Schnell LLP.

2.　On June 28, 2023, I filed a Notice of Appearance in the above-captioned matter on behalf of Charlotte Bennett ("Ms. Bennett"), a non-party in this case and the plaintiff in *Bennett v. Cuomo et al.*, 1:22-cv-07846-VSB (S.D.N.Y. Sept. 14, 2022).

3.　I submit this declaration in support of Ms. Bennett's Motion to Quash.

4.　Attached hereto as **Exhibit 1** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated May 5, 2023, directed to Hamilton College and noticed by Governor Cuomo in connection with the above-captioned matter.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action, dated June 1, 2023, served by Governor Cuomo on Ms. Bennett in connection with the above-captioned matter.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated June 1, 2023, served by Governor Cuomo on Ms. Bennett in connection with the above-captioned matter.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the email exchange between counsel for Defendant Andrew Cuomo, Allegra Noonan, and counsel for Charlotte Bennett, Debra Katz, regarding acceptance of electronic service of the June 1, 2023, subpoenas from Defendant Cuomo.

8. On June 8, 2023, Ms. Bennett's counsel agreed to accept service of both of the subpoenas served on Ms. Bennett and expressed understanding that the June 30, 2023, date is a placeholder.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on this 30th day of June, 2023.

/s/ Laura S. Schnell

Laura S. Schnell