# Exhibit 4

| | |
|---|---|
| **From:** | Debra Katz |
| **To:** | Allegra Noonan |
| **Cc:** | Theresa Trzaskoma; Rita Glavin; Laura Schnell (lschnell@eisenbergschnell.com); heisenberg@eisenbergschnell.com; Debra Katz |
| **Subject:** | RE: Trooper 1 v. NYSP et al. - Rule 45 Subpoena |
| **Date:** | Thursday, June 8, 2023 2:00:39 PM |
| **Attachments:** | image001.png |

Dear Allegra,

I am authorized to accept service by email of the subpoena on behalf of our client. I understand the June 30, 2023, date for the deposition is a placeholder. That date does not work for Ms. Bennett or for her counsel. We will confer and get back to you with proposed dates for later in the summer.

Regards,

Debbie Katz

Debra S. Katz
Partner

KATZ BANKS KUMIN

11 Dupont Circle
Suite 600
Washington, DC 20036

202.299.1140  T
202.299.1148  F


Bio | VCard | katzbanks.com
Preferred Pronouns: She/her/hers

*The information contained in this e-mail message is intended for the personal and confidential use of the designated recipient(s) named in the address box. Do NOT forward this message to any third party. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone; delete this message from all your files, and return any printouts you may have made to us by regular mail.*

**From:** Allegra Noonan <anoonan@shertremonte.com>
**Sent:** Wednesday, June 7, 2023 1:08 PM
**To:** Debra Katz <katz@katzbanks.com>
**Cc:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>; Rita Glavin <rglavin@glavinpllc.com>
**Subject:** RE: Trooper 1 v. NYSP et al. - Rule 45 Subpoena

Good afternoon,

I write to follow up on the below.  Please let us know if you can accept service on behalf of your client.

Thank you,
Allegra


Allegra A. Noonan | Sher Tremonte LLP

90 Broad Street, 23rd Floor, New York, New York 10004
main office: 212-202-2600 | **cell: 203-904-7669**  | fax: 212-202-4156
anoonan@shertremonte.com | www.shertremonte.com
Pronouns: she/her

---

**From:** Allegra Noonan
**Sent:** Thursday, June 1, 2023 12:08 PM
**To:** katz@katzbanks.com
**Cc:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>; Rita Glavin <rglavin@glavinpllc.com>
**Subject:** Trooper 1 v. NYSP et al. - Rule 45 Subpoena

Dear Ms. Katz,

Attached are Rule 45 subpoenas calling for documents and testimony from your client Charlotte Bennett in connection with *Trooper 1 v. Cuomo*, 22-cv-893. Although the subpoena identifies June 30, 2023 for the deposition, that is a placeholder and we are willing to work with you and your client to determine a convenient date. Also attached for your convenience are copies of the second amended complaint and the operative protective order.

Please let us know by June 5, 2023 whether you are authorized to accept service by email of the subpoena on behalf of your client. If you are not, we will make personal service.

Best regards,
Allegra Noonan


Allegra A. Noonan | Sher Tremonte LLP

90 Broad Street, 23rd Floor, New York, New York 10004
main office: 212-202-2600 | **cell: 203-904-7669**  | fax: 212-202-4156
anoonan@shertremonte.com | www.shertremonte.com
Pronouns: she/her