UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                Plaintiff,<br><br>            v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>                Defendants. | 22-cv-00893 (LDH)(TAM)<br><br>Oral Argument Requested |

**NOTICE OF MOTION BY NONPARTY LINDSEY BOYLAN TO QUASH DEFENDANT ANDREW CUOMO'S DOCUMENT SUBPOENAS**

**PLEASE TAKE NOTICE**, that upon Nonparty Lindsey Boylan's accompanying Memorandum of Law, the Declaration of Julie R. F. Gerchik and the exhibits attached thereto, and all prior pleadings and papers on file in the above-captioned action and in *Andrew M. Cuomo v. Lindsey Boylan*, No. 23-mc-01587 (LDH) (E.D.N.Y.), Ms. Boylan hereby moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an order quashing the Additional Nonparty Subpoenas, and granting such further relief as the Court deems just and proper.

Dated: June 30, 2023
      New York, New York

Respectfully submitted,

/s/ E. Danya Perry
E. Danya Perry
Rachel Fleder
Perry Law
157 East 86th Street, 4th Floor
New York, NY 10028
Phone: 646-974-0935
Fax: 646-849-9609
Email: dperry@danyaperrylaw.com

Julie R. F. Gerchik (*pro hac vice*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Blvd.
Suite 1900
Los Angeles, CA 90067
Phone: 310-553-3000
Fax: 310-556-2920
Email: jgerchik@glaserweil.com

*Attorneys for Nonparty Lindsey Boylan*