UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

               Plaintiff,

    v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA, AND RICHARD
AZZOPARDI,

               Defendants.

---

**NOTICE OF APPEARANCE**
Case No. 22-CV-00893-LDH-TAM

    Please enter the appearance of Daniel J. Palermo as an attorney of record for Defendant

NEW YORK STATE POLICE in the above-captioned case.  I certify that I am admitted to practice

in this Court.

Dated:  July 10, 2023
      Pittsford, New York

               HARRIS BEACH PLLC


               s/Daniel J. Palermo
               Daniel J. Palermo
               *Attorneys for Defendants*
               99 Garnsey Road
               Pittsford, New York 14534
               Tel:    585-419-8800
               Fax:    585-419-8817
               Email: dpalermo@harrisbeach.com

HARRIS BEACH PLLC
ATTORNEYS AT LAW