# EXHIBIT B

1

2                    CONFIDENTIAL

3    ---------------------------- X

     IN THE MATTER OF THE

4    INDEPENDENT INVESTIGATION UNDER

     NEW YORK STATE EXECUTIVE

5    LAW SECTION 63(8)

6    ---------------------------- X

7

8                      June 4, 2021

9                      1:36 p.m.

10

11

12

13

14            CONFIDENTIAL REMOTE VIDEOTAPED

15   INVESTIGATION of WITNESS 6-4-21, taken by

16   the New York Attorney General's Office,

17   pursuant to Executive Order 63(8), before

18   Theresa Tramondo, AOS, CLR, a Notary

19   Public of the State of New York.

20

21

22

23   Reported by:

24   THERESA TRAMONDO, AOS, CLR

25   JOB NO. NY4613069

Page 2

1

2    APPEARANCE OF COUNSEL:

3

4        CLEARY GOTTLIEB STEEN & HAMILTON LLP

5        One Liberty Plaza

6        New York, New York  10006

7        BY:  ABENA MAINOO, ESQ,

8             JENNIFER KENNEDY PARK, ESQ.

9             AVION TAI, ESQ.

10       Amainoo@cgsh.com

11       Jkenndeypark@cgsh.com

12       Atai@cgsh.com

13       212-225-2000

14

15       ALSO PRESENT:

16       ROCCO MERCURIO, VIDEOGRAPHER, VERITEXT

17    LEGAL SOLUTIONS

18

19

20

21

22

23

24

25

Page 3

1

2              THE VIDEOGRAPHER:  We're now

3      going on the record.  Today is Friday,

4      June 4, 2021, and the time is

5      approximately 1:36.  This is the

6      remote video deposition of Ana Liss in

7      the matter of Independent

8      Investigation under New York State

9      Executive Law Section 63(8).

10             My name is Rocco Mercurio and

11     the court reporter is Theresa Tramondo

12     and we are from Veritext.

13             Will counsel please introduce

14     yourselves and who you represent for

15     the record.

16             MS. MAINOO:  Good afternoon.

17     Abena Mainoo from the Law firm of

18     Cleary Gottlieb Steen & Hamilton, but

19     acting as a Special Duty to the First

20     Deputy Attorney General for the

21     New York State Attorney General's

22     Office.

23             MS. PARK:  Jennifer Kennedy Park

24     from the law firm of Cleary Gottlieb

25     Steen Hamilton, and I'm also a Special

Page 4

1

2          Deputy to the first Deputy Attorney

3          General of the New York State Attorney

4          General's Office.

5                MS. TAI:  And I'm Avion Tai also

6          from the law firm of Cleary Gottlieb

7          Steen Hamilton I've been designated as

8          Special Assistant to First Deputy

9          Attorney General.

10               THE VIDEOGRAPHER:  The court

11         reporter will now swear in the witness

12         and we can now proceed.

13               MS. MAINOO:  All parties agree

14         that the court reporter can

15         swear/affirm the witness in virtually

16         via Zoom as if the witness was in the

17         same room as the court reporter.

18         Unless there are any objections by any

19         party, say it's so stipulated.

20               So stipulated.

21    A N A   L I S S,  called as a witness,

22    having been duly sworn via Zoom by a

23    Notary Public, was examined and testified

24    as follows:

25    EXAMINATION BY

```
                                          Page 5

 1                   Confidential

 2   MS. MAINOO:

 3        Q.     Good afternoon after, Ms. Liss.

 4   Thank you for meeting with us today.

 5             Before I start asking questions,

 6   I'm going to give you some background

 7   information and go over some ground rules.

 8             The New York State Attorney

 9   General has appointed the law firms Cleary

10   Gottlieb Steen Hamilton and Vladeck Raskin &

11   Clark to conduct an independent

12   investigation under New York Executive Law

13   Section 63(8) into allegations of sexual

14   harassment brought against Governor Andrew

15   Cuomo, as well as the surrounding

16   circumstances.

17             You are here today pursuant a

18   subpoena issued in connection with this

19   investigation.

20             I will note at the outset that

21   today's proceeding is being video recorded.

22   You are under oath.  That means you must

23   testify fully and truthfully just as if you

24   were in a court of law sitting before a

25   judge and jury.  Your testimony is subject
```

Page 6

1                          Confidential
2    to penalty of perjury.  If you would like to
3    make any brief sworn statement, we would ask
4    that you do so at the end of your
5    examination today.
6                Although this is a civil
7    investigation, the New York Attorney
8    General's Office also has criminal
9    enforcement powers.  You have the right to
10   refuse to answer a question if answering the
11   question would incriminate you, but any
12   failure to answer can be used against you in
13   a court of law in a civil noncriminal
14   proceeding.
15               Asserting your Fifth Amendment
16   privilege does have evidentiary
17   significance.  If you choose to assert your
18   Fifth Amendment privilege, that fact could
19   be presented to a judge or a jury in a civil
20   proceeding, who will be free to draw a
21   conclusion from your assertion of that
22   privilege.
23               I understand that your attorney
24   is not attending your testimony, but you
25   have access to him today during your

1                    Confidential

2    testimony and you can consult with your

3    attorney if you have any questions about the

4    attorney-client privilege.

5                    As you can see, we have a court

6    reporter present with us in the virtual

7    room, and she is to take my questions and

8    your answers to create a transcript.  So

9    that the reporter can create a clean record,

10   please provide a verbal response to each

11   question.  So please do not shake or nod

12   your head or give responses like um-hum.  Do

13   you understand?

14        A.    Yes.

15        Q.    If you do not know the answer to

16   the question, please say you do not know.

17   Please allow me to finish my question before

18   you begin to answer, and I will try not to

19   speak over you so that the court reporter

20   can create a clean transcript, particularly

21   since we're not all in the same room.

22                    You will not be permitted to

23   review a transcript of your testimony.  If

24   at any time today you want to clarify an

25   answer you have given, please let me know.

Page 8

1                    Confidential
2      If you do not understand a question, please
3      let me know and I will try to ask the
4      question in a different way.
5                    I will be asking about names and
6      dates and other specific information.  Even
7      if you don't remember a specific name or
8      date, I would ask that you give me your best
9      approximate answer while indicating that
10     your answer may not be exact.
11                   If you need a break at any
12     point, please let me know, but if there is a
13     question pending, please answer the question
14     first and then we can take a break.  Okay?
15          A.    Yes.
16          Q.    Please confirm that you are
17     alone.
18          A.    Yes, I am alone.
19          Q.    Please confirm that you're not
20     using any technology to create a recording
21     of the proceeding on your end including
22     using screen capturing tools.
23          A.    Yes, I can confirm I'm not
24     recording this using any technology.
25          Q.    Please confirm that you're not

                                        Page 9

1                    Confidential

2     allowing anyone else to listen in including

3     through any devices.

4          A.     Yes, no one else is listening

5     in, I can confirm.

6          Q.     And please confirm that you are

7     not and will not communicate in real-time or

8     during breaks with anyone else about the

9     substance of your testimony.

10         A.     Yes, I can confirm I won't be

11    communicating that.

12         Q.     Executive Law Section 63(8), a

13    provision under which this investigation is

14    being conducted, prohibits you as well as

15    your counsel from revealing anything about

16    what we ask or what you say during your

17    testimony to anyone.  If anyone asks you to

18    disclose any such information, please let us

19    know, including any reason they provide for

20    seeking such information and we will discuss

21    with you whether any disclosure will be

22    permitted.

23               Please note that you are

24    protected from retaliation for participating

25    in today's testimony.  We ask that you let

```
                                              Page 10
 1                        Confidential
 2     us know if you are concerned about any
 3     potential retaliation from the Executive
 4     Chamber or anyone else.
 5                     Are you taking any medication or
 6     drugs that might make it difficult for you
 7     to understand my questions?
 8          A.     No, I am not.
 9          Q.     Have you had any alcohol today?
10          A.     No, I have not.
11          Q.     Is there any reason why you
12     would not be able to answer my questions
13     fully and truthfully?
14          A.     No, there is no reason.
15          Q.     Please state your name, date of
16     birth and current home and business address
17     for the record.
18          A.     My name is Ana Liss, and my date
19     of birth is ██████  ██   ████.  My home
20     address is ███ █████ █████  ████,
21     ████████ ██  ███   ████, and my business
22     address is ██ █████ ████ ██████  █████,
23     ███████ ██  ███  █████.
24          Q.     Ms. Liss, have you ever given
25     testimony before?
```

```
                                              Page 11

 1                     Confidential

 2          A.     No, I have not.

 3          Q.     Other than conversations with

 4   your attorney, did you do anything to

 5   prepare to testify today?

 6          A.     No, I have not.

 7          Q.     Please open your electronic

 8   exhibits and open Tab 2, which we will mark

 9   as an exhibit.

10                 (Exhibit 1, Testimony subpoena,

11          Tab 2, marked for identification, as

12          of this date.)

13          A.     One moment.  One second, it says

14   it sent me an e-mail -- oh, here it is.  My

15   apologies.

16          Q.     No worries.

17          A.     I just have to activate my

18   account.

19          Q.     If it's easier, you can also

20   look on the screen.  We're sharing the

21   exhibit on the screen.

22          A.     Okay.  You said that it is Tab

23   number 2, correct?

24          Q.     Correct.

25          A.     All right.  While I'm waiting
```

```
                                      Page 12
 1                  Confidential
 2   for it to set up, I'll look on the Zoom
 3   screen, if that's okay.
 4        Q.     Absolutely.
 5               Do you recognize this document
 6   as the testimony subpoena you received from
 7   our office?
 8        A.     Yes, I did.
 9        Q.     Did you read the subpoena?
10        A.     Yes, I did.
11        Q.     And do you understand that your
12   testimony today is being taken pursuant to
13   this subpoena?
14        A.     Yes, I understand.
15        Q.     We can take the document off the
16   screen.
17               Ms. Liss, please take us through
18   your educational background starting with
19   college.
20        A.     Yes, I attended Ithaca College,
21   the Park School of Communications, and I
22   received a bachelor of arts in journalism,
23   graduated in 2007.  Subsequent to that, I
24   attended the University of Pennsylvania for
25   my master's in public administration.  I
```

```
                                              Page 13
 1                      Confidential
 2    graduated from that program in 2011.  And I
 3    also hold a certificate in graduate studies
 4    from SUNY Empire State College in innovation
 5    management and technology transfer, and I
 6    earned that certificate in 2015.
 7         Q.    And please walk us through your
 8    employment history following college.
 9         A.      Immediately following college, I
10    worked for a new station in Elmira, New York
11    WETM 18 News, the NBC affiliate, serving the
12    southern tier of New York State and the
13    northern tier of Pennsylvania, from 2007 to
14    2009.
15              Subsequent to that, I attended
16    graduate school.  After graduate school, I
17    worked for the Center for Governmental
18    Research in Rochester, New York as a
19    research associate for a period of a little
20    less than a year.
21              And then I worked for Greater
22    Rochester Enterprise as a business
23    development associate for approximately two
24    years working in Economic Development, also
25    in Rochester.
```

```
                                    Page 14
 1                    Confidential
 2              After that I received the Empire
 3    State Fellowship to work in Albany.  So from
 4    2013 to 2015 I worked in Albany for the
 5    Executive Chamber for Governor Cuomo in a
 6    variety of different roles.  Technically I
 7    was an employee of New York State Homes and
 8    Community Renewal; although, I sat in the
 9    Executive Chamber and answered up through
10    the Economic Development chain of command
11    and ultimately to the director of state
12    operation.
13              After leaving Albany, I worked
14    for Cornell University's S.C. Johnson
15    Graduate School of Business as -- of
16    Management, excuse me, as a corporate
17    relationship manager, and then that was from
18    2000 -- that was in 2015.
19              And then I was recruited to go
20    back to Greater Rochester Enterprise, my
21    employer prior to getting the Fellowship, as
22    a managing director of business development.
23    I was there from 2015 to 2020.
24              And then in 2020, last year, I
25    joined the administration of Monroe County,
```

Page 15

1                        Confidential
2    New York, County Executive Adam Bello, as
3    the director of planning and economic
4    development, and in this role I am also the
5    executive director of the Monroe County
6    Industrial Development Agency and the Monroe
7    County Industrial Development Corporation.
8         Q.    So we're going to focus on your
9    time at the Executive Chamber now.  How did
10   you come to work in the Executive Chamber
11   starting in 2013?
12        A.    I applied for the Empire State
13   Fellowship in early 2013.  It was the second
14   year of the program, and per a news release,
15   the administration was recruiting a second
16   cohort.  The Empire State Fellowship was
17   posited as though it was modeled after the
18   Presidential Management Fellowship Program,
19   recruiting young professionals with graduate
20   degrees to come work in state government
21   service.  I applied because I was interested
22   in and passionate about upstate New York
23   economics development and revitalization and
24   wrote my essay in such a way as, you know, I
25   was seeking employment to help serve the

1                    Confidential
2    Governor's administration in its efforts to
3    lift up the Regional Economical Development
4    Council initiative.
5              And I found out I got the
6    Fellowship in late spring, I believe, of
7    2013.  And I moved to Albany in August of
8    2013 and began the Fellowship in September
9    of 2013.  And before I found out that I was
10   going to be assigned to the Executive
11   Chamber on the second floor of the Capitol
12   in the Governor's Office, I attended a
13   week-long orientation program with the other
14   members of my Fellowship cohort at the
15   Rockefeller Institute of Government, part of
16   SUNY Albany, and I met the other fellows,
17   all of whom were assigned to different roles
18   in state government.  Many were assigned to
19   various state agencies.  A few of us were
20   assigned to the second floor.
21              On the final day and evening of
22   our orientation program, there was a
23   reception that we were invited to attend at
24   the Rockefeller Institute, and I was
25   introduced to ████████  ████████, who at the

```
                                                Page 17
 1                         Confidential
 2     time was the assistant secretary for
 3     Economic Development, working for Governor
 4     Cuomo.   I was informed that ████████  ████████
 5     was going to be my, quote/unquote, mentor or
 6     like my boss, and the next day I was to
 7     report to duty in my office in the Executive
 8     Chamber and ████████ was going to begin giving
 9     me assignments.
10          Q.    What work did you understand you
11     would be doing as an Empire State Fellowship
12     working out of the Executive Chamber?
13          A.    I was told that I would be
14     helping to develop and inform policy-making
15     decisions.  Given that I was assigned to the
16     Economic Development portfolio, so to speak,
17     it was my understanding that I was going to
18     help staff and administer the work of the
19     ten regional Economic Development Councils
20     and help to guide the management of that
21     initiative throughout my tenure there, and
22     all of the fellows were told that the
23     ultimate goal was for each of us to develop
24     sufficient experience and connectivity such
25     that we would become deputy secretaries.
```

```
                                    Page 18
 1                    Confidential
 2               So I thought early on that I
 3    might be tasked to be an assistant secretary
 4    or a deputy secretary for Economic
 5    Development or work in a senior leadership
 6    position within an agency.  So for me that
 7    would have been Empire State Development
 8    Corporation.
 9         Q.    When you found out that you had
10    been placed in the Executive Chamber, what
11    did you think about that?
12         A.    At first I didn't know what it
13    meant really; however, I quickly learned in
14    conversation with the people that were
15    managing the Fellowship program at
16    Rockefeller that it was a prestigious place
17    to work and that I was very fortunate and
18    that it was exciting and it was going to be
19    high pressure and that I should be proud.
20    So I was excited and nervous.
21         Q.    What was were you nervous about?
22         A.    I was nervous that I
23    wasn't -- that I couldn't cut it, you know,
24    that I was nervous that I was just a young
25    person from upstate New York with no
```

Page 19

Confidential

1
2    knowledge of how Albany really works and how
3    state government really functions,
4    especially from a political point of view,
5    and I thought that I would -- I thought that
6    I wasn't really cut out for it and that, you
7    know, they would get rid of me or something.
8    It was sort of an Imposter syndrome.  But I
9    also felt like hat I could roll up my
10   sleeves and really try.  I was committed to
11   leveling up, so to speak.
12        Q.    What excited you about the
13   opportunity?
14        A.    I was excited because the
15   Governor up to that point, you know, he had
16   established an agenda that was really
17   focused on upstate New York.  He had rolled
18   out the Buffalo Billion and had promoted a
19   lot folks in the greater Rochester region in
20   his administration.  Bob Duffy was our mayor
21   at one point and was serving at the time of
22   the Governor as Lieutenant Governor.  Our
23   regional ESD office was pretty -- had a
24   pretty solid talent bench, and I thought,
25   wow, this is so exciting for Rochester and I

```
                                          Page 20
 1                    Confidential
 2   get to serve this administration and also be
 3   a companion for my hometown, and I thought,
 4   you know, this is it, this is my ticket to
 5   the rest of my career in public service.
 6               Just the Governor had developed
 7   a reputation being kind of a lion champion
 8   for upstate economic development, and up to
 9   that point under previous governors there
10   were a lot of dark times and feelings of
11   depression upstate through the great
12   depression -- or the Great Recession and
13   later on, and it felt like there were
14   reasons to be hopeful, and I thought, wow,
15   this is really amazing, I get to play a role
16   in this larger effort to make things better.
17        Q.    I don't know if you have been
18   able to access the site yet, but we're going
19   to pull up Tab 5 and we will mark that as an
20   exhibit.
21               (Exhibit 2, announcement of 2013
22        to 2015 Class of Empire State Fellows,
23        Tab 5, marked for identification, as
24        of this date.)
25        A.    Yes, I have it pulled up.
```

1                   Confidential

2        Q.      Tab 5 should be the announcement

3    of 2013 to 2015 Class of Empire State

4    Fellows.  Do you see that?

5        A.      Yes, I do.

6        Q.      Do you recognize this document?

7        A.      Yes, I do.

8        Q.      Page 1, I'm going to put it on

9    screen.  Page 1 says that in the third

10   paragraph "The Governor appointed each

11   Empire fellow to a position that matches

12   their skills with the needs of state

13   government," and then turning to page 3 it

14   includes a profile for you, it refers to

15   your background in Economic Development,

16   fiscal policy, public budgeting, local

17   government ethics and journalism?

18       A.      Uh-hum.

19       Q.      Do you remember the first time

20   you saw that profile?

21       A.      Yeah, I don't know exactly when

22   it was.  It was not long after the

23   orientation.  I think it was towards the end

24   of orientation week that it was released and

25   publicized, and I remember feeling proud and

```
                                          Page 22
 1                     Confidential
 2    I shared it with my friends and family.
 3         Q.    We can take that off the screen.
 4               What positions did you hold when
 5    you were at the Executive Chamber?
 6         A.    It's -- it was confusing, and
 7    particularly for somebody like me, who
 8    needed structure.  There lacked a great deal
 9    of structure.  So when I started out, I was
10    working for ███████  ████████, and I was seated
11    in a -- the second floor.  It was sort of a
12    balcony atrium area in the Lieutenant
13    Governor's Office, that was dusty and off
14    the beaten path, and I sat up there at a
15    really old computer workstation next to a
16    young woman named ████████  ████, ████  ████
17    ████████  ████  ████████ on the Regional Economic
18    Development Councils.
19               And at first I was given random
20    one-off assignments.  I was asked to collect
21    mailing addresses and contact information
22    for as many commercial contractors in the
23    State of New York as possible for an event
24    that the Governor was hosting that had to do
25    with START-UP New York, I believe.
```

```
                                        Page 23
 1                  Confidential
 2             I was asked to put -- the
 3    Governor had gotten it into his head at one
 4    point per           that he wanted to bring
 5    back Formula 1 racing to New York State, and
 6    I was asked to research the feasibility of
 7    that and put a memo together.
 8             Then I was asked to do sort of
 9    random things having to do with the Regional
10    Council, so putting meeting materials
11    together, attending with          ▉        and
12    with          and other staff members,
13    attending meetings of the Regional Councils
14    in other part of the state, which was funny.
15    You know, I got to do a little bit of
16    traveling in New York.
17             And then a couple of months into
18    it, I was asked to leverage my journalism
19    background, to put some video reels together
20    for the upcoming Regional Economic
21    Development Council awards, which was
22    happening in, I think, November of that
23    year.  And I did a lot of work on that with
24    Empire State Development with their
25    multimedia crew, and I did some traveling
```

Page 24

```
 1                      Confidential
 2    and interviewed some people.
 3                 And I found out per ████████
 4    after I had spent several weeks putting
 5    those together with relatively little
 6    supervision and relatively little feedback,
 7    that the Governor had seen one of the videos
 8    and hated it and wanted us to start over.
 9    And this was the night before -- the day
10    before the award, so I had to work like kind
11    of through the night in the multimedia
12    studio underneath -- in the concourse of the
13    State Capitol with the communications team
14    to put everything together to repackage
15    everything so that the Governor would like
16    it.
17                 And he assigned his Director of
18    State Operations at the time, Howard Glaser,
19    to supervise me.  I don't know if that -- if
20    it was him that assigned it or what, but
21    Howard Glaser was put there down there with
22    me, and at the time I thought, wow, this is
23    so amazing because up until that point I was
24    sort of in this far-gone section of the
25    Executive Chamber where it was just me and a
```

Page 25

```
                        Confidential
 1      couple of people in the Lieutenant
 2      Governor's Office.  I really never saw
 3      anyone that had any name recognition, and
 4      all of a sudden I was sitting at a table
 5      with Howard Glaser, whose name was mentioned
 6      all the time.
 7          Q.    What was Howard Glaser's
 8      position?
 9          A.    He was the Director of State
10      Operations at the time.
11                And notably he was also ████████
12      ███ ██████ ████████ who was one of the other
13      accusers later on.
14                But anyhow, Howard helped work
15      with me and the other -- and the multimedia
16      crew.  There's like videographers, audio
17      editors.  And we put everything -- we
18      repackaged the videos so that the Governor
19      liked them.  We made them like sexier and
20      more exciting, kind of like movie trailers
21      almost.
22                And then the next day I remember
23      I noticed that Howard Glaser started
24      following me on Twitter.  Then I was
```

Page 26

```
 1                       Confidential
 2     notified later on by a gentleman by the name
 3     of ████ ████████, who is now a lobbyist, but
 4     ████ ████████ was ████████ ████████ ████████,
 5     I was notified that Howard wanted me to go
 6     over and work in his office.
 7                      And so then I moved my stuff
 8     over to Howard's office, and his office was
 9     right next to the Governor's Office, so when
10     the Governor was in Albany, the Governor
11     would come through, and that's when I would
12     see him.  It was a completely different
13     environment and different -- it was a lot
14     more pressure, a lot more stress.
15                      And then it got increasingly
16     unclear like what I was doing in the
17     Governor's Office because ████ ████████ was
18     running Economic Development, and I really
19     like doing the work, you know, staffing the
20     Regional Councils, and then all of a sudden
21     I was kind -- kind of sort of taken off of
22     that for the most part and like sat in
23     Howard's office and did random assignments
24     for Howard, while also on the fringes doing
25     random assignments for ██████  So I never
```

Page 27

```
                              Confidential
 1
 2    quite understood what I was doing there.  It
 3    was confusing, and I ultimately -- I tried
 4    to find my way to a spot that felt more
 5    productive and felt like it was more
 6    structured, but, you know, ultimately what
 7    made the most sense at the end of my
 8    Fellowship was just to get out, and so
 9    that's why I got out.
10         Q.    And when you sat at your
11    original location in the Lieutenant
12    Governor's Office, where was that in
13    relation to the Governor's Office?
14         A.    It was -- so the second floor of
15    the Governor's Office is like a big square,
16    and on one side of the square is the Hall of
17    Governors and that's where the Governor's
18    Office is and all of the really important
19    deputy secretaries, and on the other side
20    it's like the Hall of New York, where the
21    Lieutenant Governor's Office is and some
22    like less important assistant secretaries.
23              So I was in the Hall of New
24    York, pretty far removed, and also
25    furthermore I was up on the second floor in
```

```
                                            Page 28

 1                      Confidential
 2    one of the offices, so even further removed.
 3    And nobody from -- like I heard names like
 4    Howard Glaser and Larry Schwartz and Melissa
 5    DeRosa and Stephanie Benton.  I heard the
 6    names -- oh, and Joe Percoco, and these are
 7    all names -- besides the Governor, I didn't
 8    know who any of these people were before I
 9    started in the Executive Chamber.  I heard
10    the names tossed around all the time and
11    began to learn who are the important people
12    and they were sort of like nameless,
13    faceless individuals.  They never came over
14    to that side of the second floor.  They
15    never were visible.  So it was also like
16    there was like this barrier between the two
17    worlds.  It was a totally different world.
18    And then when I moved over, it unlocked the
19    reality of the Executive Chamber.  It felt
20    like I was in the real Executive Chamber.
21         Q.    What do you mean when you say it
22    felt like you were in the real Executive
23    Chamber?
24         A.    I went from being around -- I
25    mean, I was -- my day-to-day when I was in
```

Page 29

Confidential

1                          Confidential
2       the Lieutenant Governor's Office working for
3       ████████ wasn't very stressful.  You know you
4       could wear -- you had to dress up, but it
5       wasn't like you had to wear fancy clothes
6       all the time.  Nobody was breathing down my
7       neck or was looking at me and monitoring my
8       every move.  I felt like -- it was just less
9       stressful and more fun and relaxed.
10                    And then when I went over to the
11      Hall of Governor's and I was working in
12      Howard's office and the Governor was there
13      every so often and I would see all of these
14      people and I would hear all of the yelling
15      and screaming and the stress, it felt like I
16      went from, you know, being in Parks and Rec
17      to being like in the West Wing.
18                    And I was told I had to wear
19      high heels when the Governor was in the
20      office, and I felt it was just a much more
21      high pressure environment.  There was a lot
22      cursing and screaming.  And I began to learn
23      quickly who were our enemies and who were
24      our friends and who was important and who
25      wasn't important.  It was just -- for

```
                                        Page 30

 1                    Confidential
 2    someone with my background, I was a little
 3    naive and didn't know what that world was
 4    like.  I had some involvement in politics up
 5    until that point, you know, locally involved
 6    in some small town campaigns, but I
 7    didn't -- I didn't really know what I was
 8    walking into.  And I knew that the best --
 9    the easiest way to survive and get by and
10    not get in trouble and not get a target on
11    my back was just to look nice, be nice, do
12    what I was told.
13          Q.    I'll want to talk more about
14    that.
15                First, other than sitting in the
16    Lieutenant Governor's Office and then in
17    Howard Glaser's office, did you sit anywhere
18    else during the time you worked in the
19    Executive Chamber?
20          A.    Yes.  So after Howard -- so
21    Howard left after -- so the Governor ran for
22    his second time in 2014 and he was reelected
23    and that's when ████  █████ left and Kathy
24    Hochul joined the administration, and I
25    think Howard had promised the Governor that
```

```
                                              Page 31
 1                      Confidential
 2   he would stick with him through that and
 3   then he left to go take a lobbying job.  He
 4   left to go take a lobbying job.  He went to
 5   go work for some company that lobbied for
 6   airlines or airports.  And so he took off,
 7   and then he was replaced in -- in a quick
 8   amount of time by Jim Malatras, who was
 9   young and who had been working for SUNY for
10   the SUNY Chancellor.  He's now the SUNY
11   Chancellor himself.  But showed up and he
12   sort of inherited me as like an accessory in
13   his office, but he didn't really have
14   anything for me to do.  The only task that
15   I'd been given by Howard that kind of stuck
16   around under Jim was I was tasked with
17   overseeing and being the Executive Chamber
18   liaison to the New York State Council on the
19   Arts, which is like a really small state
20   agency.
21              And then I quickly started to
22   feel like Jim wanted me out of there.  He
23   didn't really have any use for me and
24   so -- and then ██████  ██████  was like
25   beleaguered and hadn't been promoted to dept
```

```
                                            Page 32
 1                     Confidential
 2    sec from assistant secretary and he already
 3    had a special assistant person and he didn't
 4    really need for anything.
 5              And a gentleman by the name John
 6    Maggiore, who had been serving as the chief
 7    of staff to ████  ████, was promoted, like
 8    they kind of created a job for him.  They
 9    called him the director of policy after ████
10    left, and they brought him over from the
11    Lieutenant Governor's Office to the -- to an
12    office across the hall from the Director of
13    State Operations Office, previously occupied
14    by ████ -- shoot, a ███████ ██ ██ ███ █
15    ████████ ██ ████ ███ █ ████ ███
16    █████████, ███ ██ ██ █████ ███
17    ███ ███████ ██ ███ ████, ███
18    ███████ ██ ██████, so in his office.
19    So John was had been put in that office.
20              And I had been trying to make
21    inroads with John, knowing, you know, John
22    was from Buffalo and was very policy-minded
23    and a smart person, and I thought maybe he's
24    somebody that I could align myself with,
25    maybe he has an opportunity, maybe he could
```

```
                                              Page 33
 1                       Confidential
 2   use me for something.  So I lobbied to get
 3   in with John, and he basically put me at a
 4   desk outside of his office, gave me access
 5   to his e-mail and I was like a scheduler for
 6   him and I helped him write op-eds and
 7   speeches.  I helped with the -- helped
 8   writing the State of the State policy book,
 9   things like that.
10               But again, it lacked a lot of
11   structure.  I found out through the
12   grapevine in the Chamber that the policy
13   team under John was viewed as the "land of
14   misfit toys."  It was me, a woman by the
15   name of ████ ████, a gentleman named ████
16   ████████ ███ ███ ████ ███ ████ ███
17   ████ ██ ██ ███ ███████,
18   ███████ ██████████ ██ ██ ██████ █
19   ███ ███ ███ ███ ███ ██ ██ ████,
20   ████ █ ██ ███ ████ ████ ███ ███ ████
21   ████ ███ ██ ███ ████ ███ ██ ███
22   █████.  So ██████ was there and there were a
23   couple of other random people.  And we
24   didn't really know what our jobs were.
25               So I started looking -- this was
```

```
                                            Page 34
 1                    Confidential
 2   towards the -- like the middle of
 3   2015 -- early 2015, middle of 2015, and then
 4   I started actively looking for a job just to
 5   get out, just like be closer to home and get
 6   some semblance of structure and normalcy
 7   back into my life.
 8        Q.    Did you have an understanding of
 9   what the idea -- "the land of misfit toys"
10   meant or was meant to convey?
11        A.    Yeah, it was like you guys can't
12   really cut it, you're not cut from the same
13   fabric as the other -- you know, the pit
14   bulls basically that rise to prominence in
15   Cuomoland.  So you kind sit here and take
16   what they give you and do -- but no one was
17   ever really going to get fired because they
18   didn't want to let anyone go.  I started to
19   learn early on they didn't want to allow
20   people to leave I think because of, you
21   know, knowledge of the inner workings, and
22   they like to protect the narrative and
23   control where you go after you work for the
24   Governor, so that you're in some sense of
25   beholden and you're not going to like be a
```

```
                                            Page 35
 1                  Confidential
 2    whistleblower or something.  Because I
 3    remember when I got the job at Cornell and I
 4    got out, people sort of murmuring, like,
 5    wow, you're lucky.
 6              Para but it was a lateral move.
 7    I was making the exact same salary and I had
 8    to move.  It was not like I did it -- I
 9    viewed my decision to get out and to get
10    that job, I viewed it as a personal and a
11    professional failure, like I can't cut it on
12    the second floor, I can't cut in Albany.
13              Also, I was ███ █ ███████ ██████
14    ███████ █ ████ █████ ████████ . █ █
15    ████████ █████ █████ . █ ████ ████ ████ ███████
16    ███ █ ███ ████ █ ██ ███ █ ████ █
17    ███ █ ███████ .  But some folks there were,
18    like, oh, you were lucky, you got out, you
19    didn't need to call in any favors, like
20    you're free kind of thing.
21              There was one story that I
22    learned of sort of early on, a young woman
23    named ███ ████████ , who had been working
24    for ███ █████ , who at the time was the
25    ████████ ███████ ███ ████████ , she got
```

```
                                              Page 36
 1                    Confidential
 2   a job offer, I think, working for ███, like
 3   a better job, better pay, and because she
 4   didn't ask Joe Percoco's permission to apply
 5   for the job, he like flipped out at her and
 6   yelled at her, and then he called ███ and
 7   had the job offer taken away.  And I learned
 8   of that, you know, through secondary
 9   sources, but that was the first time I
10   learned that, you know, they don't let you
11   go without a fight, particularly if you have
12   spent time working on the campaign, if had
13   seen things, heard things, which was kind of
14   disconcerting, I guess.
15          Q.    And when did you learn about
16   ███    ████████████ experience and difficulty
17   leaving to go to ████?
18          A.    How did I learn about it?
19          Q.    First, when, the first time?
20          A.    Oh, probably in early like 2014.
21   Sometime in 2014.  And I learned of it
22   through younger staffers.  There was sort of
23   a cohort in the second floor and in some of
24   the agencies of younger staffers who had
25   worked on the campaign.  They called
```

```
 1                    Confidential
 2   themselves "the crew."  And ██████  ████,
 3   who was the woman I mentioned earlier, who
 4   sat near me, was one of them.  And then
 5   there was a gentleman named ██  ██████, who
 6   was one of them.  ██████  ██████, who up
 7   until recently was still working for the
 8   Governor, was a big part of that crew.
 9   Several -- ██████  ██████  ████████.
10   ██████  ██████  ██  ██████████████  ████████.
11   ██████  ████████  worked in the Lieutenant
12   Governor's Office.  There were a bunch of
13   them.  And I -- I didn't ingratiate myself
14   to them necessarily.  They didn't like the
15   Fellowships.  They were kind of upset when
16   the Fellowships showed up because we all
17   showed up without having volunteered on the
18   campaign and we were making more money than
19   all of them and we were kind of around the
20   same age and they didn't like that.  And --
21   and because I had to work in close proximity
22   to so many of them, I used my soft skills to
23   try and just be nice and like get along with
24   them and convey to them that like, hey, I
25   don't know what the heck I'm doing here, I
```

```
                                        Page 38
 1                    Confidential
 2     don't know what I'm doing here, I'm sorry, I
 3     didn't realize that that was case.  You
 4     know, and I started to be friendly with
 5     them, and I learned through them some of
 6     that gossip, you know, I learned about ███
 7     and I learned about like other -- just other
 8     bits of gossip.
 9          Q.    What other bits of gossip did
10     you learn from them?
11          A.    Umm, there was a lot.  Like who
12     was hooking up with who kind of thing.
13          Q.    Did you learn any information
14     concerning the Governor from any members of
15     the crew?
16          A.    I learned that the Governor
17     doesn't use e-mail.  I learned that the
18     Governor -- I learned through them that like
19     the Governor could get like really, really
20     mad and scream and yell.  I learned
21     about -- there was a gentleman named ████
22     ████████  ████ ████ ████ ████ ███████
23     ████████ ██ ███████ █████ █ ████
24     ████████ ████ ██ ████████ ██████, and
25     I learned about the time that ████ pissed
```

Page 39

1                    Confidential
2    off the Governor and the Governor like got
3    up in his face with a football.  And I
4    learned that the Governor likes -- the
5    Governor likes leggy women and the Governor
6    only wears Salvatore Ferragamo ties.  I
7    learned about the time that he got down and,
8    you know, shoe-shined ██████ █████████ shoes.
9    I learned that the Governor doesn't like
10   when the guys wear anything besides white
11   dress shirts.  And I learned that the
12   Governor only likes things whenever he's --
13   because █████ ███████ was one of his advance
14   guys, and I learned how they would have to
15   like change the thermostat so that it was 60
16   degrees for the Governor, that kind of
17   stuff.  Nothing -- nothing about like the
18   Governor having sex with people or touching
19   anybody, nothing like that on that lever.
20   Just like the Governor is a tyrant
21   basically.
22           And then in terms of like other
23   gossip, I learned that ████ █████████,█████ ████
24   ████ ████ ████████ ███ ███ ███ ████
25   ████ ████ ███ ████ █████ █ ██████

Page 40

                        Confidential

1
2    ███████ ████ ██ ██ ██ ██████ ███████.  I
3    thought that was bizarre.  I learned through
4    them that ████ █████, ██ █████ █████
5    ██████ ████ █ ████ █████ ████ █ ████
6    ████ █████████ ████ ████ █████, and I
7    thought that was weird.  And I learned
8    about, oh, in Albany everybody has like an
9    Albany girlfriend, like the █████ █ █████
10   ███, you know, they stay out all night, and
11   I remember feeling kind of gross and seedy
12   about it.
13            And I could understand why the
14   crew developed like rapport with one
15   another.  You know, they were all in like
16   their 20s and from like all over New York
17   State and like their families were like from
18   all over the place and they found family in
19   each other and solace and comfort, despite
20   all of the gross savagery.
21       Q.    You mentioned that you learned
22   from the crew that the Governor doesn't use
23   e-mail.  Did anyone ever discuss any reasons
24   why the Governor didn't use e-mail?
25       A.    Yeah, I learned from ███████

```
                                              Page 41
```

```
 1                      Confidential
 2     ████████, who was tight with Rich Azzopardi,
 3     that the Governor doesn't use e-mails
 4     because he doesn't want to put stuff in
 5     writing.  He would only uses BlackBerry
 6     messaging.  And I also learned this through
 7     ██████ because ████████ -- one thing --
 8                    So I'll just say this about
 9     ████████ When I was working under him, ████
10     ████████ ██████ ██████ ████ ██████ ██████ ████
11     ██████ ██ ██ ██████████, he never -- I
12     remember he seemed sort of put off and
13     annoyed by the fact that I was chipper and
14     excited to work there, almost like he was
15     like why do you want to work here, it's the
16     worst frigging place in the world.
17                    And because -- because ████████
18     was constantly on the Governor's speed dial
19     list.  Like I remember hearing him on the
20     phone with the Governor, the Governor
21     yelling at him, the Governor constantly
22     Blackberry messaging him, and ██████ had
23     ██████ ████ ████ ████ ██████ ██ ████ ████████,
24     and I could tell it was really a strain for
25     him working there, and in some of my
```

```
                                              Page 42

 1                      Confidential
 2      traveling with  ████    for the Regional
 3      Council stuff, he would divulge stuff like
 4      that, like, yeah, he doesn't e-mail, he
 5      doesn't da-da-da.
 6                  And then just a couple of years
 7      ago, I think it was 2018, I was at a
 8      conference in San Francisco for my job at
 9      SEMICON West, and ████ was there because
10      at the time -- you know, he got out for a
11      few years and was tasked to run the center
12      for economic growth in Albany.  He's not
13      there anymore, but because he was at CEG, he
14      went to that conference, and he and I got
15      beer together and ██ █████ █████ █ ███
16      ██ ██ █████ and he was honest with me and
17      shared a lot about how awful it was and how
18      miserable he was and how chaotic it was and
19      how the job didn't make any sense.
20                  So anyways, the short answer is
21      I learned through █████ and through some
22      folks involved in the communications team
23      that the Governor doesn't put anything in
24      writing, really.
25              Q.    Let's rewind to your move to
```

```
                                      Page 43
 1                  Confidential
 2    Howard Glaser's office, after you worked
 3    with him on these reels, at the time what
 4    did you think that the move to Howard
 5    Glaser's office meant?
 6         A.    I thought it meant that I was
 7    being promoted to a higher level position
 8    and that I had taken my Fellowship a step
 9    further and sort of made it, and I
10    remember -- you know, those feelings you get
11    like if you get promoted or you get
12    something that other people want and you can
13    tell like people are sort of envious of you,
14    and you feel sort of ashamed, but you are
15    also sort of proud of yourself, I remember
16    feeling like with the other fellows, like
17    they were all kind of like envious, like,
18    wow, Ana gets to go over and work in
19    Howard's office.
20              And I remember ████  ██████, who
21    was ████ ██ ██ ████████  ███████ ██████
22    ███ ██ ██████ ██ █████ ██████ ██ ██████
23    ██████.  We had professional development
24    stuff that we would do on the side.  Tuesday
25    night we would go to the Rockefeller
```

Page 44

1                    Confidential

2    Institute and take classes and listen to

3    lectures with each other, and I remember ███

4    announcing to the team, you know, everybody,

5    Ana is working in Howard Glaser's office,

6    you know, this is evidence of the fact that

7    the Fellowship really works and, you know,

8    we're unearthing talent from different

9    corners of the state and all over the place

10   and installing you in higher levels of state

11   service.  So I thought it was a big deal.

12       Q.    Did anyone say -- did anyone

13   else say anything to you in addition to what

14   this gentleman you just mentioned say to you

15   make you think that the move to Howard's

16   office was a big deal?

17       A.    Yeah, well, when ████  ██████

18   came to my previous office space to let me

19   know that this was happening, he said

20   congratulations, you know, you caught his

21   eye.  ██████  ██████ said congratulations,

22   ███ ████ said congratulations, like, wow,

23   somebody likes you, you know, get ready for

24   bigger and better responsibilities.

25       Q.    Did you have any understanding

```
                                        Page 45
                        Confidential
 1
 2    of the reasons you were moved to Howard
 3    Glaser's office?
 4         A.    I was not informed, like he
 5    didn't call me into his office and say I
 6    really was impressed by your work ethic and
 7    your skills and I want to bring you over to
 8    do X, Y and Z.  I thought it was because he
 9    was impressed by overseeing my efforts to
10    reconfigure the Regional Council award
11    ceremony videos and that he thought I was
12    somebody who maybe he could groom into a
13    role on his team.
14              The desk that I occupied in his
15    office had previously been occupied by a
16    gentleman named ████  ██████, who was an
17    attorney.  ██████ ██████ ██████████ █████ ███████
18    ████ ██████ ███████ ██ ████████ ██ ██████████
19    ██████, and so there was this open desk and
20    Howard put me on it, and I was like, oh, I'm
21    not a lawyer, what does he want me to do,
22    and I never really got an answer to that.
23         Q.    Did you ever talk with Howard
24    about your background?
25         A.    No, he never really asked.
```

Page 46

1                    Confidential
2    There were certainly times when I might have
3    divulged like, oh, yeah, I used to work in
4    the news media.  He knew I was from
5    Rochester and that I had worked in economic
6    development, but beyond that, I don't -- I
7    don't know what he knew.
8              I quickly -- and maybe this is
9    just an assumption, but it was an assumption
10   that was like bolstered by other people's
11   observations, and it's something like when
12   you're a woman who is attractive and you can
13   tell when people are looking at you, you can
14   tell when -- you can tell when certain
15   things are granted to you because you're
16   good looking.  I felt like that was why.  I
17   quickly sort of chalked it up to that.  I
18   was like, well, I'm not here because they
19   think I'm like Elon Musk or something.  I
20   just fit the profile and I do what I'm told.
21        Q.    When did you start feeling that
22   way, that the reason for your move was
23   because they thought -- because someone
24   found you attractive?
25        A.    Not long after I went over

Page 47

Confidential

```
 1
 2   there.  You know, maybe about a week or two
 3   in.  Because ████████  ████████, who was
 4   ████████  ████████  ████████, and who had
 5   been working in that environment her whole
 6   career, like she had been ████████  ████████
 7   ████████, she was the secretary that
 8   actually -- she told me she cleaned out
 9   ████████  ████████ office when he left.  She
10   had been there forever, she was seated in
11   that office where I was situated, she was
12   very observant, she had a good relationship
13   with the Governor's secretary and briefers
14   and everything, and she was the one who told
15   me wear high heels, look attractive, wear a
16   skirt, wear a dress, you know, do your hair,
17   all that, and she had observed --
18              Like when the Governor
19   first -- it was like my second or third day
20   in the office and the Governor was there,
21   and he came through and sort of was
22   flirtatious and, you know, friendly, and she
23   said, oh, he likes you, honey.  And I was
24   told that he likes blonds, and I thought,
25   okay, well, I guess this is Mad Men.
```

Page 48

Confidential

1

2          And so I thought my currency was

3   what I looked like, and I noticed that most

4   of the other women on that side of the

5   second floor were conventionally attractive

6   women and they all dressed to the nines and

7   wore stilettos and skirts and that was the

8   environment.

9          Q.    What did you think when

10   ████    ████████  told you, oh, he likes you,

11   honey, and, oh, that he likes blonds in

12   relation to the Governor?

13          A.    I thought, oh, okay, well, that

14   means, like, he'll remember my name and

15   he'll know who I am, and I guess that's a

16   good thing.  I didn't think that that means

17   the Governor is going to try and be a

18   predator.  I just thought he was, like, a

19   creepy middle-aged man, but he was a really

20   powerful man, and in that environment he was

21   the center of gravity, and everywhere that

22   he was the most important place.  So if he

23   looked kindly upon you, it was like the sun

24   was shining upon you.

25          Q.    In what way was it like the sun

```
                                            Page 49
 1                    Confidential
 2    was shining on you if the Governor looked
 3    kindly upon you?
 4          A.    You know, that means that the
 5    most powerful man in New York State likes me
 6    and my job here is safe and maybe it means
 7    that I will get promoted and I will earn a
 8    bigger salary here and I will -- and other
 9    people will begin to know my name and I will
10    have bigger responsibilities simply because
11    Andrew Cuomo thinks that I'm cute and sweet
12    and worthy of his trust.
13          Q.    Did you see things play out that
14    way for anyone?
15          A.    Yes.
16          Q.    Who?
17          A.    Melissa DeRosa, ██████████
18    ██████, Annabel Walsh, many of his
19    briefers.  Many of his briefers, they
20    were -- his briefers were always young women
21    and they oftentimes were promoted to better
22    jobs if he liked them.
23                And certainly Stephanie Benton,
24    I mean, as an admin she was one of the most
25    powerful people on the second floor.  He
```

```
                                              Page 50
 1                    Confidential
 2   gave her carte blanche, you know, and she's
 3   a beautiful woman who -- and then
 4   ████████████ ████████, I think is her first
 5   name, █████████████ was another one.  ███████,
 6   ████████ ████████ █████████████, she was the
 7   ████████ ████████ ████████ █████ █████.
 8            And I don't want to -- it's hard
 9   to explain, but you know, it's Albany, it's
10   not known, it's not like it's Beverly Hills,
11   you know, and I was just -- there were just
12   so many beautiful women everywhere in that
13   immediate -- in those immediate -- in that
14   immediate vicinity.  And I know that that's
15   not illegal per se, but --
16        Q.    When you say "beautiful"?
17        A.    -- it raised the flag.
18        Q.    When you say "beautiful women,"
19   could you describe what they looked like?
20        A.    Long hair, long slender legs,
21   dresses and skirts, both blond and brunette,
22   you know, cleavage and jewelry and sweet
23   smelling perfume.  I felt like I kind of had
24   to step up my game there.
25        Q.    What about in terms of age, was
```

```
                                       Page 51
 1                    Confidential
 2   there a particular profile there?
 3        A.    Yeah, 20s and 30s for briefers.
 4   Secretaries working under Stephanie, any of
 5   the fellows that were elevated into
 6   assistant secretary or deputy secretary
 7   roles were younger women.  And then there
 8   were some older women too, like ████████
 9   ████████████  and ████████  ████████  and ████████
10   ██████, who were not young per se, they were
11   in their 40s, but you know, were trading in
12   the same currency.
13              And I overlapped quite a bit
14   towards the end of my Fellowship with
15   Lindsey Boylan, and I remember recalling the
16   same thing, like, oh, wow, she's so
17   beautiful and so tall, and I noticed that
18   she was always coming to Albany and meeting
19   with the Governor.
20        Q.    What about racial or ethnic
21   background, did the women that you described
22   as the beautiful women, were they a
23   particular profile?
24        A.    Yeah, they were white or in a
25   couple of cases Latino, but I did not see
```

```
                                    Page 52
 1                    Confidential
 2     black or brown women in that type of
 3     position or in that type of category or
 4     profile.
 5              Also, I remember there was a
 6     woman named ████  ████, who -- I think she
 7     was the ████  ████  ██  ████
 8     ████  or something.  I can't recall
 9     exactly.  ██  ██  █  ████  ██  ██  ██  ███,
10     ██  ██  ███  ██  ████  ██  ██  ███
11     ██  █  █████  ██, and I just remember that
12     Joe Percoco and the Governor, like, hated
13     ████  and they would make fun of her, and
14     ultimately they got rid of her.
15              I remember thinking like that's
16     probably not just based on her track record,
17     because she was really smart and had a lot
18     of credentials.  It was probably because she
19     wasn't pleasing to the eye for them.  I
20     remember that struck me as like, oh, of
21     course, they're going to throw somebody like
22     that out on the curb or make her feel so
23     unwelcome and uncomfortable here or
24     powerless here that she'll go, you know, for
25     greener pastures.
```

```
                                            Page 53
 1                      Confidential
 2          Q.     Do you remember what led to her
 3    departure, whether she left or she was
 4    dismissed?
 5          A.     I don't recall either way.  I
 6    just remember she left or she was gone.
 7          Q.     After your initial pride about
 8    moving desks to Howard Glaser's office, how
 9    did you feel about moving desks?
10          A.     I felt trapped.
11          Q.     What do you mean by that?
12          A.     I felt like on the one hand I
13    had been given this great opportunity and
14    other fellows and other staff members in the
15    Chamber were envious and thought, wow,
16    that's so cool, Ana gets to sit there, she's
17    so lucky, but then on the other hand, I felt
18    like I was collecting dust and I wasn't
19    being given a lot of meaningful work and
20    that I felt that somehow that was my fault,
21    like I didn't -- I wasn't taking enough
22    initiative, I wasn't enough of a -- I wasn't
23    aggressive enough.  Like I -- it was very
24    hollow.  I wasn't being given enough work to
25    sort of fill out eight hours a day, and I
```

Page 54

Confidential

1  wasn't being called to New York City really

2  at all.  And at the time that was really the

3  seat of New York State government.  The

4  Governor was in New York City all the time

5  and not really in Albany.  And I was like,

6  wow, my job is a real waste of taxpayers'

7  dollars.  And I also thought that it was

8  weird and ironic that, you know, I was a

9  line item in HCR's budget and I wasn't doing

10  any work that had do with housing and

11  community renewal.  And I just felt like an

12  accessory kind of thing.

13       Q.    When you say you "felt like an

14  accessory," what do you mean by that?

15       A.    Like I was allowed to

16  participate in soirees here and there at the

17  Executive Mansion and I was allowed to play

18  functional roles and things like Regional

19  Council meetings still on a case-by-case

20  basis that were public facing, but

21  internally I wasn't a real cog in any one

22  wheel, and the Governor -- so working in the

23  Executive Chamber, you're supposed to feel

24  like, okay, I work for the Governor of the

Page 55

Confidential

1

2     State of New York, the Governor is my boss.

3     The Governor didn't have any clue, I think,

4     what I was doing there or what my job was,

5     never asked me a question about it, and I

6     thought that was weird.

7                 And I thought it was my fault,

8     like I thought I'm not smart enough to be

9     here.  Even though I continuously was

10    planting seeds, I was always asking ████████

11    ████████  and John Maggiore and other folks,

12    like do you need me to do anything, what can

13    I do, do you have any projects for me to

14    work on, is there anything that I do to help

15    you out.

16                And I remember wishing that I

17    had been given a less sexy and visible

18    assignment.  Like I wished that I was put in

19    a desk at like the State Liquor Authority or

20    something and tasked with making a program

21    more efficient or something like that so

22    that I had a real purpose.  But like I was

23    doing things like checking people in at

24    mansion parties, and it was just -- it was

25    all very like a lot of one-off assignments.

```
                                                     Page 56

 1                       Confidential

 2                   And I kept track of things that

 3      I was really proud of, like the work I did

 4      for the Councils, the work I did with the

 5      New York State Council on the Arts, helping

 6      them with their budget negotiations.  It was

 7      all stuff that in the grand scheme of things

 8      that was not seen as important at all, but

 9      for me it was like this is important, this

10      is my track record.  I know I'm not going to

11      be here forever, I need to like tick off the

12      list and then finish my Fellowship and then

13      I'm going to get -- go back upstate.

14           Q.    I want to go back to the

15      comments you had made earlier, the

16      statements you made about ███  █████  ████

17      █████ , and you said that Joe Percoco and

18      the Governor used to make fun of her.  What

19      would the Governor say about ███  █████ ?

20           A.    I don't recall hearing him

21      specifically saying anything.  A lot of what

22      I knew that the Governor -- a lot of the

23      opinions that I knew he held, the sort of

24      derisiveness that -- with which he would

25      treat people, I learned through secondary
```

```
                                          Page 57
 1                      Confidential
 2   sources.  But I knew they would call her, I
 3   think it was, ████  ████  ████ █ ████  ████████
 4   or something.
 5          Q.     Do you know if the Governor
 6   called ████  ████████  that?
 7          A.     I didn't hear of any that
 8   offhand.  Part of me thinks that, you know,
 9   in some ways I was protected from it or like
10   I was intentionally -- there was like a
11   certain wall that was put up.  But I have it
12   on good authority that the Governor shared
13   those opinions.  There were certain people
14   that he was -- there was Joe Percoco, Howard
15   Glaser, Jim Malatras, certain
16   individuals -- Larry Schwartz, certain
17   individuals who were privy -- ████████  ████████
18   too, that were privy to his inner thoughts
19   and discriminatory -- the labels that he
20   would place on people.  So I can't speak to
21   those things directly.  I just believed that
22   those were things that he may have said.
23          Q.     Were there any other
24   discriminatory things that you were told the
25   Governor may have said?
```

```
                                        Page 58
 1                    Confidential
 2          A.    I would have to think about
 3     that.  I guess no.  Just that the Governor
 4     didn't like unattractive people unless you
 5     had something else to offer, I suppose.  So,
 6     no, yeah, I don't know if I could speak to
 7     that.
 8          Q.    Just continuing, completing that
 9     line of questioning, are you aware of any
10     statements other than the ████ ████ █████
11     statement by the Governor that would be
12     considered offensive regarding members of
13     the LGBTQIA community?
14          A.    Not that I was privy to.
15          Q.    Or anything that you heard
16     about?
17          A.    No, no, I couldn't speak to it,
18     but I certainly wouldn't be surprised if
19     there was other activities taking place that
20     were discriminatory.
21          Q.    And did you hear or hear about
22     any comments by the Governor that would be
23     offensive to racial or ethnic minorities?
24          A.    No, no, not that I can recall.
25                The only thing I know again that
```

```
                                    Page 59
                          Confidential
 1
 2   I think is public knowledge is that, you
 3   know, Andrew being the brainchild of Vote
 4   for Cuomo Not for the Homo, the campaign
 5   language used for his father's campaign
 6   years ago, you know, so.  And there
 7   certainly were not -- there were people
 8   across the spectrum, like racial spectrum
 9   and LGBTQAI (sic) plus spectrum in
10   administration.  But like at the upper,
11   upper echelon of his, you know, inner -- the
12   inner sanctum, it was by and large straight
13   and Caucasian except for Alphonso David.
14        Q.    You said the Governor did not
15   have unattractive people unless they had
16   something else to offer.  What did you mean
17   by unless they had something else to offer?
18        A.    Like connections, money, power,
19   knowledge credentials.  Like I remember
20   feeling like, wow, literally the only reason
21   why I'm sitting here right now is because
22   I'm good looking and because I
23   don't -- otherwise, I'm not serving any
24   other purpose here.  So I guess it's hard to
25   elaborate more on that.  It was just an
```

Page 60

1                    Confidential

2    observation, I guess.

3         Q.    After Mr. Glaser left and he was

4    replaced by Mr. Malatras, did you continue

5    to sit at the same desk in the office where

6    Mr. Glaser used to sit?

7         A.    Yes, for a period of time, a

8    handful of months, I think, until I -- you

9    know, I talked to John Maggiore to move

10   over, and I think Jim Malatras talked to

11   John to make that happen, he wanted to make

12   room for another person in his office.  I

13   don't know -- he didn't replace me until I

14   think after I left to go work for Cornell.

15   'Cause I continued -- when I switched work

16   spaces, I was working in the office across

17   the hall, so I still had sort of a view on

18   the office and my old work space.

19             Jim had a very different style

20   than Howard Glaser and there was a changing

21   of the guard, I guess.  Like he -- like ███

22   ████████ left when Howard left and then Jim

23   brought in a gentleman by the name of

24   ████████  ████████ (phonetic) who was like one

25   of his assistants, I guess, at █████.  So

1                     Confidential

2      ███████  came over, and I started to feel

3      like, okay, the vibe here is different.  Jim

4      is not giving me assignments, but he didn't

5      tell me I want you to go here, there.  I had

6      to sort of figure out on my own where I was

7      going to go if I wanted to say.

8           Q.    What kind of assignments did

9      Howard give you?

10          A.    He had me -- my first assignment

11     for him was updating a presentation

12     prevention about Super Storm Sandy recovery

13     that he was going to be delivering to the

14     Crain's New York breakfast, it was like an

15     annual Crain's New York breakfast.  He was

16     fed up with a woman named ███████, who was

17     the ████████ ████████ ████ ████ ████ ████████

18     ████████ ████ ████ ████, I don't know why, he

19     felt that she was too much of a character,

20     and he asked me -- he's like, okay, I think

21     I want you to be sort of like kind of the

22     assistant secretary for the arts.  You know,

23     we don't really have a place to put the arts

24     in any one portfolio, they don't really fit

25     in Economic Development, they don't really

```
                                          Page 62
 1                      Confidential
 2     fit anywhere else, we just need you to sort
 3     of oversee them, and that became my job, but
 4     it was such a small agency that never got
 5     any attention or any bandwidth in the
 6     perspective of Governor.
 7                    I thought that it was really
 8     cool and important.  I took that and ran
 9     with it.  It was like literally the only
10     thing that gave me any meaning from the time
11     that Howard gave it to me until I left.  I
12     was like this is it.  And I remember ███
13     sent me like a flower bouquet when I was
14     leaving, they liked having me represent them
15     on the second floor.
16                    And then beyond that, he would
17     have me wordsmith speeches and
18     presentations, he would have me take notes
19     when he was in meetings with people, he
20     would have me schedule meetings for him, he
21     would have me like get him on the phone with
22     people, so a lot of just admin stuff.
23          Q.     Did you speak with anyone about
24     your issues and challenges with getting a
25     meaningful work when you were at at Chamber?
```

```
                                        Page 63
 1                    Confidential
 2        A.      I spoke with friends.  You know,
 3    I shared some of my concerns with ██████,
 4    ██ ████████ █ ██ ██████, expressed
 5    frustrations, spoke to family, but I didn't
 6    really have recourse on the second floor.  I
 7    talked to ██████ like I said, and I talked
 8    to John Maggiore just saying, you know, I
 9    would like to stay here, I'm passionate
10    about helping carry forth the agenda, I'm
11    just looking for something with a job
12    description and a job title so I know that I
13    have a certain purpose here.  Not --
14              Those conversations turned into
15    me essentially acting as John Maggiore's
16    admin, and then I learned that we were the
17    "land of misfit toys" and then I got out.
18    And it wasn't just because of professional
19    frustration.  It was a lot of personal
20    frustration too, just feeling -- you know,
21    your job represents such a big piece of who
22    you are in our society, who -- the value
23    that you assign to yourself, and I just
24    believed at that point in time that I was a
25    big zero.
```

Page 64

1                    Confidential

2             And I learned the word "zero"

3    from the second floor actually.  That was a

4    big -- that word that was tossed around a

5    lot by the Cuomo acolytes, "loser" and

6    "zero."  And I felt if I wasn't good

7    looking, I wouldn't be sitting there and I

8    would truly be a true real zero.  And a lot

9    those, you know, they're machinations in my

10   own mind, but it played out.

11       Q.    When you say you felt like you

12   didn't have any recourse, what's the reason

13   you felt that you didn't have any recourse?

14       A.    Well, there were no secrets

15   there.  Like -- like I -- so first of all, I

16   was never briefed on the Governor's Office

17   of Employee Relations or GOER.  I didn't

18   know that there was an HR function.  That

19   wasn't part of my orientation process.  I

20   was never introduced to anyone there.  And

21   anything having to do with HR, I felt like,

22   oh, I would have to go through the New York

23   State Division of Homes and Community

24   Renewal, I don't even know anyone there, I

25   just know they sign my paychecks, and if I

Page 65

Confidential

1

2 were to go over there and say I'm frustrated

3 with my role here, I'm looking for

4 reassignment, they would have no idea what I

5 was even talking about, so that's -- you

6 know, when I said earlier I felt trapped,

7 that's kind of why I felt trapped.

8 Like the only way that I could

9 advance in my career and get to a place

10 where I would feel satisfied and moving

11 forward was if I got out and I got a job

12 somewhere else, but the only way I could get

13 a job somewhere else is if I could show some

14 sort of value contribution and structure,

15 evidence of structure of the two years I was

16 there, which is why I took it upon myself to

17 really keep a track record.

18 And you know, and I took

19 a -- and I took a -- I made a lateral move

20 to go work at Cornell, and ultimately got my

21 career back on track, but I didn't -- none

22 of that was owing to the experiences I had

23 in Albany, except for knowing, you know, how

24 things work in Albany is a value to me in

25 the job I have today, I suppose, but it was

Page 66

1                    Confidential

2    just -- it was a -- it was not a traditional

3    workplace environment.

4                 Certainly there were laws and

5    policies and rules in place that in black

6    and white were probably there to protect me

7    and to help me, but I didn't know about

8    them.  And I also knew about stories, like,

9    you know, ██████ ████████, and like ██████

10   ████████, who felt like he was trapped there,

11   and I thought, wow, well, I guess we all

12   just have to just sit here and be punished

13   until we're granted like an opportunity like

14   a parachute to get out.

15        Q.    And just following up on

16   that -- well, actually, before I move on:

17   Did you feel like you could speak with

18   anyone who was part of the Fellowship

19   program about the frustration with your

20   experience at the Chamber?

21        A.    Yeah, we were told that it was

22   like a resource and we were afforded

23   the -- you know, the folks at the

24   Rockefeller Institute who helped develop the

25   curriculum to help us learn about state

Page 67

1                    Confidential
2    government that supplemented our work
3    experience, and then there were a few staff
4    members with the New York State Department
5    of State, who were in charge of like
6    managing the Fellowship program and staffing
7    it.  I can't recall the name of the woman
8    off the top of my head, she's no longer
9    there, but she was ███████ ████ ██████
10   ████████ ████ ████ ████ ████ ████ █████ ██████
11   ██ ██ ████ ████ ████ ████ ████ █████
12   ████████ ██ ████ ██ ████ ████.  She was
13   supposed to be my -- like a resource, but I
14   didn't use it because I believed that I had
15   to survive and figure it out on my own and I
16   didn't think there was anything that she or
17   anybody in the Rockefeller Institute could
18   do to help me.
19                It was supposed to be my mentor,
20   it was supposed to ██████ ██████.  Even
21   after I was reassigned into Howard's office,
22   my mentor remained █████, and so I was
23   supposed to leverage that relationship, you
24   know, and -- so I probably could have worked
25   harder to advocate on my own behalf, but I

Page 68

1               Confidential
2    was just confused and scared and uncertain.
3        Q.    What's the reason for saying you
4    probably could have worked harder to
5    advocate for yourself?
6        A.    Well, I was scared of
7    consequences, and there was a lot that I
8    kept to myself because I was afraid if I
9    divulged to anybody that I felt like I was
10   in a ████████ ████████ ████████ or I felt that I
11   wasn't cut out for the job or that I wanted
12   to be reassigned, that that was going to
13   reflect poorly on me.  So I was really
14   careful about how I managed that.  And it
15   was a while ago, so some of it, you know,
16   it's hard to really articulate what may have
17   been going through my mind.  I wasn't even
18   30 yet.  And yeah, I felt like I was
19   failing, failing, failing, failing, failing,
20   and I just had to like keep up appearances
21   to make it look to the outside world like
22   everything was fine, even though I was
23   struggling in that workplace environment.
24       Q.    Let's go to -- actually sticking
25   with that topic, did you speak with any of

Page 69

Confidential

1

2      your peers about how you were experiencing

3      your time at the Chamber?

4          A.    Yes, I did.  There were a couple

5      of fellows that were, you know, friends of

6      mine, and we might as a group go out for a

7      drink here and there, celebrate a birthday,

8      and I remember communicating to them -- like

9      one was ███████ ██████ , I think ██████ is still

10     there, he works for the ████████████████

11     ████████████ , and then ██████ ██████ , who works

12     for the ██████ █ ████████ now, and ██████

13     ████████████ , who had been assigned to the

14     █████████████████ █████████ , I think he

15     works -- lives in ████████ now.  And I

16     remember just kind of expressing to them how

17     demoralizing it was and how stupid it was

18     and meaningless, how to the average person

19     in New York State -- you know, for the State

20     of the State, for instance, we would talk

21     about all these programs that we were

22     putting in place, but it was all -- a lot of

23     it was just phony.  We would make a big

24     announcement and attach a number to it, and

25     then we wouldn't build any of the

Page 70

1                    Confidential

2       infrastructure to support.

3                    I entered the Fellowship with

4       this Pollyanna-thinking that it was a

5       functional workplace environment and that we

6       were going to make things happen and I

7       quickly learned that that wasn't the case,

8       and I confided in some of the other fellows

9       about how frustrating and strange that was

10      and also just the fact that --

11                   Because, you know, they would be

12      like, wow, look at you sitting in the State

13      Operations Director's Office, and I'd be

14      like it's a horrible place to be, not what

15      it -- I feel like I wish that I was back

16      over in the Lieutenant Governor's Office

17      sitting in that little cubbyhole doing

18      smaller assignments because that felt in

19      some ways a little bit more meaningful.

20           Q.     Do you remember around what

21      month you moved to Howard Glaser's office?

22           A.     Yeah, it was November of 2013.

23           Q.     When you started the Fellowship,

24      did you get any kind of orientation?

25           A.     Yes, there was an orientation

Page 71

1                           Confidential
2     associated with the Fellowship where we
3     learn about state government, this is how
4     the legislature is structured, this is how
5     the budget process works, this is the
6     history of the New York State Constitution,
7     this is what the Fellowship is supposed to
8     be, this is going to be your mentor, this is
9     where you're going to be assigned, but the
10    orientation didn't involve anything having
11    to do with human resources in state
12    government; you know, like helping us get
13    our badges, knowing where we were supposed
14    to sit on day one, there was no like org
15    chart or employee handbook or anything that
16    we were given.  So it was kind of like a
17    higher level orientation of, you know, you
18    guys are the new New York State leaders,
19    congratulation, let's teach you all about
20    New York State government and then we'll
21    throw you into the professional -- like your
22    duties and then we will go from there, but
23    it wasn't like a practical orientation, I
24    guess, is the right way to put it.
25          Q.    Did you get any policies or

1                    Confidential

2    trainings on sexual harassment as part of

3    your orientation?

4         A.    Yeah, yes, we did learn about

5    sexual harassment and forms of

6    discrimination.

7         Q.    And separately from your

8    orientation, did you ever get any policies

9    or training on sexual harassment and forms

10   of discrimination?

11        A.    I think after -- wasn't there

12   like a law passed and we had to watch a

13   video, but nothing that was really robust.

14   I remember having to watch a video and like

15   click a confirmation that I had watched a

16   video.

17        Q.    Do you remember getting a

18   handbook that covered forms of

19   discrimination and sexual harassment?

20        A.    No, I don't remember getting a

21   handbook.

22        Q.    We're going back to the

23   exhibits, and we are going to refer to Tab 1

24   and we will mark it as an exhibit.

25                    (Exhibit 3, handbook, Tab 1,

```
                                        Page 73
 1                    Confidential
 2         marked for identification, as of this
 3         date.)
 4         A.    Tab 1.
 5         Q.    Tab 1.
 6         A.    Okay, I have it open.
 7         Q.    So Tab 1 should be the New York
 8  Executive Department handbook for Employees
 9  of New York State Agencies dated December
10  2011.  Do you see that?
11         A.    Yes.
12         Q.    Have you seen this document
13  before?
14         A.    Not that I can recall.  It may
15  have been given to me in a larger packet of
16  materials and I may have just not looked at
17  it.
18         Q.    Okay.  We're going to turn to
19  page 11.
20         A.    I'm on page 11.
21         Q.    Great.  The third subheading
22  under "SEX" says, "Sexual harassment" and it
23  goes on to define "sexual harassment," and I
24  can give you a couple of minutes to read
25  that.
```

```
                                    Page 74
 1                     Confidential
 2          A.     Okay, I've finished reading
 3    that.
 4          Q.     Before today have you seen that
 5    definition of "sexual harassment" before?
 6          A.     Yeah, my attorney shared
 7    the -- this language with me.  Whether it
 8    was from this document or from somewhere
 9    else, I recall seeing it.
10          Q.     And other than any discussions
11    with your attorney, have you seen this
12    definition of "sexual harassment" before?
13          A.     In theory.  Maybe not
14    specifically this language, but -- I
15    suppose, yes, but I don't know if it was
16    this exact language, you know, from New York
17    State law.
18          Q.     And specifically do you remember
19    seeing a definition of "sexual harassment"
20    from the time when you worked in the
21    Executive Chamber?
22          A.     I don't remember specifically
23    seeing a definition or being read a
24    definition.  I just knew in general what it
25    was and that it wasn't lawful.
```

Page 75

1                    Confidential

2        Q.    And as a reminder, in response

3    to any of my questions, I'm not asking you

4    for information about any communications

5    that you've had with your attorney.  That is

6    protected by your attorney-client privilege.

7        A.    Okay.

8        Q.    We will take this exhibit off

9    and move on to discuss your interactions

10   with the Governor, but before I do that, I

11   will pause and find out if Ms. Kennedy Park

12   has any questions.

13             MS. PARK:  I don't have any

14        other questions right now.  Thank you,

15        Abena.

16             MS. MAINOO:  We will take a

17        break.

18             THE VIDEOGRAPHER:  We're now

19        going off the record.  The time is

20        3:10.

21             (Recess.)

22             THE VIDEOGRAPHER:  We're now

23        going back on.  The time is 3:17.

24        Q.    Ms. Liss, I would like to turn

25   to your interactions with the Governor.

Page 76

1                  Confidential
2    When was the first time that you met the
3    Governor?
4         A.    It would have been the week that
5    I relocated to Howard Glaser's office, so
6    sometime in November of 2013.
7         Q.    Please describe that first
8    meeting with the Governor.
9         A.    He walked in to my office area,
10   which I shared with ████████ ████████ and
11   ████ ██████, and I remember, you know, he
12   was very tall, he was wearing a suit and
13   like a red tie and his pin and he went over
14   and said hello to ██████, he hugged her,
15   and then he came over and was like and who
16   is this young lady and -- to me, and I stood
17   up and, you know, I shook his hand, hello,
18   Governor.  And he asked me like where are
19   you from, and it was one -- I don't know if
20   it was the first time that we had an
21   interaction or if it was one of the
22   subsequent occasions that, you know, he had
23   kissed my hand and asked me if I had a
24   boyfriend and kissed my cheek.  I think it
25   was a subsequent interaction, but it took

Page 77

1                    Confidential
2     place in that office.
3          Q.    And how would you characterize
4     that first interaction?
5          A.    It felt kind of grandfatherly
6     and like he was sort of sussing me out, like
7     who are you, because it was important to the
8     Governor to know who was around him at any
9     given time, who might be observant of what
10    was going on in that office area, and so he
11    wanted my name, where am I from, who am I,
12    I'm one of the Empire State fellows, okay, I
13    said I worked for Howard.  I remember he
14    called me "young lady" at that point in
15    time, and I remember feeling like he liked
16    me, he was friendly.  And I remember ██████
17    observed, oh, he likes you, Ana.  That was
18    when she made that comment.
19         Q.    How did you interpret that
20    comment by █████████?
21         A.    Just that like I fit the profile
22    of the -- you know, my appearance was
23    attractive to the Governor, and that was a
24    good thing for my ability to survive and
25    stay there and that he was going to be

1                    Confidential
2    friendly towards me and I didn't have to be
3    worried or scared that I might be a target
4    of anything negative.
5            Q.    At that point had you heard
6    about anyone else being a target of any
7    negative behavior coming from the Governor?
8            A.    Well, I knew about ████
9    █████████ and getting -- you know, pissing
10   off the Governor and getting summarily fired
11   or reassigned.  And I had learned from
12   ████████ ████████ that the Governor could get
13   really angry and upset and take it out on
14   people, including ████████ who had expressed
15   to me that he'd been screamed at before.
16   So, yeah, I knew that his reputation was not
17   that he was a sweet and kind man.
18           Q.    And you described the Governor
19   as "grandfatherly" during that interaction.
20   What did you mean by that?
21           A.    Like, you know, kind of gazing
22   into my eyes and somewhat flirtatious and
23   warm.
24           Q.    What way was the Governor
25   flirtatious during that first meeting,

1              Confidential

2    somewhat flirtatious?

3         A.    The way that he held my hand,

4    held onto my hand and was making eye contact

5    and was smiling at me.

6         Q.    Describe your later interactions

7    with the Governor in the office; what

8    interactions did you have?

9         A.    Very -- it was always in that

10   office we -- he would come through and say

11   hello to ████████, sometimes he'd be singing

12   a song, whatever, and he would come over to

13   my desk, and there were playful

14   interjections.  And at one point I remember

15   him asking do you -- do you have a boyfriend

16   and I remember him kissing me on the cheek

17   and kissing me on the hand.  I remember him

18   asking me at one point, like, Miss Liss, do

19   you follow me on Twitter or something like

20   that.  I don't know.  It was never anything

21   all that substantive, but flirtatious

22   certainly.

23        Q.    How did you respond when the

24   Governor asked you if you had a boyfriend?

25        A.    I said not at the movement.  I

```
                                        Page 80
 1                     Confidential
 2    was kind of in between the time.  I was
 3    like, no, Governor, something like that.
 4         Q.    What did you think of the
 5    Governor asking you if you had a boyfriend?
 6         A.    I thought it was weird, but
 7    typical of him.  Like if it was any other
 8    workplace environment, if it had been my
 9    boss here or my boss prior to the working at
10    the Governor's offices, I'd be like that's
11    disgusting, eww, but for whatever reason in
12    his office the rules were different.  It was
13    just, you should view it as a compliment if
14    the Governor finds you aesthetically
15    pleasing enough, if he finds you interesting
16    enough to ask questions like that.
17                And so even though it was
18    strange and uncomfortable and technically
19    not permissible in a typical workplace
20    environment, I was in this mindset that it
21    was the twilight zone and the rules -- the
22    typical rules did not apply.  It was like we
23    were in a different decade.  So I didn't
24    think, oh, I'm going to go complain because
25    that would have been laughable to go
```

Page 81

1                    Confidential

2   complain about something like that.  You

3   know, in that culture, in the office

4   culture, I would have been laughed out of

5   town.

6           Q.    Who would you have complained

7   to?

8           A.    I don't even know.  Maybe ████

9   █████████, but █████████ █████████  probably would

10  have laughed at me, and I didn't know the

11  first thing about GOER and where to go to

12  talk to someone there.  I just remember

13  thinking that the broader sentiment was that

14  if the Governor thought -- if you were a

15  young woman the Governor thought was

16  beautiful and thought was interesting enough

17  to ask questions like that, you should just

18  feel flattered and, you know, maybe that

19  means -- that bodes well for your career,

20  like you're not going to get fired and

21  they're not going to talk shit about you

22  behind your back and act like you're a zero

23  and a loser and, you know, they'll want to

24  keep you around because they liked having

25  you around.

```
                                         Page 82
 1                    Confidential
 2              And for me it was like, well, I
 3    need this job because I have to pay my
 4    student loans down and I really am
 5    interested in public service and government
 6    and I'm going to white-knuckle this
 7    experience, and if it means that the
 8    Governor kissing me on the cheek and asking
 9    if I have a boyfriend like leads to I get to
10    stay here and I get to be elevated, then so
11    be it.  And it feels weird saying, but that
12    was definitely what was, you know, my mental
13    calculus at the time.
14         Q.    Did anyone communicate that
15    sentiment to you, that if the Governor spoke
16    with you and asked you those kinds of
17    questions, like if you had a boyfriend, you
18    should be flattered?
19         A.    Yeah, ███████.  ████████
20    ████████  ████  ███████   She was like, oh,
21    honey, that's good, that means he likes you.
22    You know, ████  ███████.  The younger people
23    in the crew that I mentioned, it was like
24    seen as, okay, that's a feather in your cap,
25    that means that he doesn't hate you.  The
```

```
                                     Page 83
 1                    Confidential
 2    Governor either hates you or he likes you or
 3    he doesn't -- or you're nobody to him.
 4             And I knew a lot of the people
 5    that worked there that were subject to his
 6    abuse and ire.  You know, ███████   ███████
 7    being one of them.   ██████   ██████  being another
 8    one.  These guys that were yelled at all the
 9    time and --
10             But I didn't get yelled at, and,
11    you know, Melissa didn't get yelled out.
12    Beautiful, beautiful women that were sweet
13    and docile didn't get yelled at and were
14    given fun little assignments, I suppose.
15        Q.    You made a comment about how the
16    culture was from "a different decade."  What
17    did you mean by that?
18        A.    Well, I had just around that
19    time, like I had been -- finished watching
20    Mad Men or I was in the midst of watching
21    it, and I remember thinking like, oh, wow,
22    Stephanie Benton is just like Joan Colloway
23    (sic), and you know, all of these men in
24    this have attractive female gatekeepers,
25    kind of like in Mad Men.  And when I was
```

Page 84

                          Confidential
1
2      told I had to wear heels -- you know, I -- I
3      in my previous job prior to coming to
4      Albany, it's not like I was dressing like a
5      slob or anything, but I wore pants and flats
6      and stuff, and I didn't -- I'm not good with
7      time management.  It's not like I would wake
8      up an hour before having to go work and like
9      get all dolled up, but I learned that you
10     got to kind of get dolled up, and I thought
11     that felt very Mad Men era.
12              And it was an Albany thing too,
13     so I didn't necessarily think, oh, this is
14     all just Andrew Cuomo.  I think what I
15     learned is that his MO was cooked up by, I
16     think, maybe working for his dad and like
17     running the show under his dad, like Albany
18     in the '80s and '90s, and that was very
19     much -- that culture was permeated, the
20     legislature and all the different
21     legislative offices, and it just felt like,
22     wow, I'm three and a half hours away from
23     home, but I feel like I'm a hundred.  -- you
24     know, I feel like I'm on the other side of
25     the country from Rochester.  This is just so

```
                                          Page 85

 1                      Confidential
 2    bizarre.  Like this isn't D.C., like get
 3    over yourself kind of thing.
 4              But people trade in sex and
 5    power and money in Albany, and that is very
 6    much true on the second floor and trickles
 7    down into the -- the far reaches of state
 8    government, and it has been that what way
 9    for a long time, I suppose.
10         Q.    How did you learn that you had
11    to get dolled up for work?
12         A.    From ██████, from ███, and from
13    ███████, ███████ ███████, and from general
14    observation.  You know, everybody is wearing
15    feminine attire and looks beautiful and
16    styled, and I'm not going to be the one, you
17    know, with -- I'm not going to be the one
18    not looking the part, I guess, but I knew I
19    was supposed to when he's in Albany -- and I
20    should say when he wasn't in Albany, I
21    didn't necessarily -- I didn't abide by that
22    principle, I was much more casual, but when
23    I was in Albany, I made a point to dress up
24    and to look great because I had been told
25    and I knew it was the rule.
```

Page 86

1                    Confidential
2          Q.     How  much  time  did  he  spend  in
3     Albany  during  your  time  in  the  Executive
4     Chamber?
5          A.     Maybe  a  couple  of  days  a  week  in
6     nonbudget  season.   It  was  during  budget
7     season  when  the  LEG  was  in  session.   He  was
8     there  more  frequently.   But  Albany  wasn't
9     his  favorite  place  to  be  at  the  time.   He
10    was  still  in  a  relationship  with  ██████  ████
11    at  that  point  in  time  and  he  was  in  New  York
12    a  lot,  and  I  guess  I  just  assumed  it  was
13    because  he  was  at  home  or  something.   I
14    understand  that  more  recently  in  recent
15    years  he  is  in  Albany  a  lot  more  because  the
16    Chamber  --  or  the  Executive  Mansion,  excuse
17    me,  has  become  his  primary  residence.
18         Q.     What  did  you  think  of  the
19    Governor  kissing  you  on  the  cheek  and
20    kissing  you  on  the  hand?
21         A.     I  thought  he  was  flirting  with
22    me,  that  he  thought  that  I  was  pretty  and
23    that  he  can  get  away  with  stuff  like  that
24    because  he's  the  Governor.   And  I  thought  it
25    was  like  Italian.   And  then  in  hindsight,

Page 87

1                    Confidential
2  you know, when I spoke up about all of this,
3  I did so by and large because the other
4  young women that had come forward with more
5  egregious allegations weren't being believed
6  and I believed them and I wanted to share an
7  account that was less egregious and spoke to
8  the broader culture that allowed for the
9  things that happened to them to happen to
10 them.  The tolerance for those
11 micro flirtations, I guess, that would allow
12 for him to act a certain way behind closed
13 doors with women in more serious manners.
14             You know, I didn't observe
15 anything that -- I didn't observe any of
16 those instances, but I believed that I
17 wanted to tell the truth about what I had
18 experienced because people needed to
19 understand that it's not just Andrew Cuomo
20 closing a door and grabbing someone's
21 breast.  It was a whole army of women that
22 were being, you know, subject to smaller,
23 less serious physical interactions and that
24 that's evidence to the larger -- provides
25 more evidence to the more serious stuff

Page 88

1                       Confidential
2    that's happening, I guess.
3              So I can understand, you know,
4    when people -- when I tell this story and
5    people listen to me, like that's not that
6    big of a deal, you didn't complain about it,
7    but really I didn't complain about it
8    because I didn't think that I could.  I
9    didn't think anyone would believe me and I
10   thought that would be a fool's errand to
11   complain about it, like I probably would
12   have lost my job, and I needed my job.
13             And also it was like -- like I
14   said, like the twilight zone, different
15   rules that were normalized, that were baked
16   into the environment that made it possible
17   for the Governor and other senior officials
18   in his administration to abuse women in a
19   more nefarious way.
20             So I sort of went off on a
21   tangent on that one.  I apologize.
22        Q.    No need to apologize.
23             So you referred to "rules"
24   several times.  What do you mean when you
25   use the term "rules"?

```
                                          Page 89
 1                  Confidential
 2        A.    Standards, like mores, if that's
 3    the right term.  You know, different
 4    workplace environments have different
 5    cultures.  You know, some office
 6    environments are really stiff and, you know,
 7    bucks and teats get here at 8 o'clock, talk
 8    about the weather, others are more friendly
 9    and relaxed and more casual.
10             That workplace environment had
11    its own set of standards and mores that were
12    unique to the administration and you had to
13    learn them and play the game to get along.
14    So they weren't necessarily rules that were
15    written down.  Like the rule to wear high
16    heels wasn't in some handbook that I was
17    given.  It was just murmurs and whispers and
18    observations.
19        Q.    And that's going to be my next
20    question.  How did you become aware of the
21    rules that applied at the Executive Chamber?
22        A.    Through conversations with
23    the -- the young folks that were part of
24    that group, the crew, through ████████
25    ████████, through observing interactions
```

```
                                              Page 90

 1                  Confidential
 2   between senior staffers and how --
 3   particularly how women interacted with the
 4   Governor.
 5        Q.    What did you observe about how
 6   women interacted with the Governor?
 7        A.    Obedience, ebullient, like
 8   smiley and friendly where appropriate,
 9   physically put together when around him, at
10   his beck and call, following him around
11   constantly, anticipating what he wanted,
12   needed before he asked for things, and quick
13   witted.  He liked women that were witty and
14   knew what to say and when to say it, I
15   guess.
16        Q.    Which women did you see interact
17   with the Governor in the ways that you
18   described?
19        A.    Melissa DeRosa, Stephanie
20   Benton, his briefers.  You know, I observed
21   Lindsey Boylan with him on a couple of
22   occasions and she fit that bill.  ▮▮▮▮▮
23   too.  You know, ▮▮▮▮▮ was older, but she
24   knew how to handle him and make him happy.
25   So those are just a few.
```

```
                                        Page 91
 1                    Confidential
 2        Q.    Did you observe anything in
 3   terms of how the Governor interacted with
 4   men?
 5        A.    Yes.  It was different.  It was
 6   more tense, loud, volatile, the use of curse
 7   words.  So, yeah, it was markedly different.
 8             But certainly the women
 9   observed -- observed it, were around it.  It
10   was not like he was hiding that behavior
11   from senior women in his administration.  I
12   was just -- and it wasn't just men.  It was
13   like if you didn't fit the bill of -- you
14   know, I think ████ was one of -- I think she
15   was treated the same way as some of the men.
16   And ██████, I can't remember her last name,
17   she was like ████████  ████████.  She was privy
18   to some of that type of vitriol.
19        Q.    You said privy to it.  Was she
20   subject to any of it?
21        A.    I think so.  She kind of
22   traveled in that kind of cohort of people,
23   so I would -- I would have -- and she wasn't
24   there for a long time, so I wouldn't be
25   surprised if she was treated differently
```

```
                                       Page 92

 1                    Confidential
 2   than some of the other women, but that would
 3   be just speculation.
 4        Q.    How did the Governor address you
 5   when he spoke to you?
 6        A.    He called me "sweetheart" or
 7   like "darling."  I don't recall him ever
 8   uttering my name.  I think maybe he called
 9   me Miss Liss like once.
10        Q.    And what did you think about the
11   way that the Governor addressed you?
12        A.    It was demeaning, but I also
13   felt that I wasn't worthy of his respect.
14   Like I didn't think, oh, he should be
15   calling me "Ana" and I'm going to go
16   complain.  I thought I was like a nobody
17   anyways, and I thought, well, you should be
18   so fortunate that at least he thinks you're
19   cute enough to kiss you on the cheek and
20   like he wanted to be photographed with you
21   and stuff like that.
22        Q.    What is the reason he thought
23   you were a nobody?
24        A.    Because of the types of
25   assignments I was being granted, because I
```

Page 93

1                    Confidential
2    was from Rochester and everybody there
3    seemed to be from like Downstate, and I
4    remember hearing people making fun of ███
5    ███████ accent and people making -- it was
6    pretty clear to me after entering the
7    administration that like even though on the
8    outside it was like let's make upstate
9    thrive again or whatever, internally it
10   was -- upstate residents were seen as
11   "nobodies," like not a source of power or
12   wealth or not to be taken seriously
13   necessarily, unless you were one of the five
14   billionaires from upstate New York.
15              So I believed I was -- I got
16   where I was by the hair of my
17   chinny-chin-chin, like I was just a good
18   looking young woman, who just happened to be
19   articulate enough to make it into that
20   Fellowship program and articulate enough
21   like get noticed and get elevated to that
22   office and I better sit tight and shut up
23   and survive so that I could keep my job or
24   else they'll find out that I'm just like
25   middle-class person from Rochester, New

Page 94

1                    Confidential
2    York.
3              And maybe that was my own
4    preconceived notions, but I certainly picked
5    up -- you know, the zeitgeist there
6    was -- you know, you knew who was important
7    by who was getting meetings with the
8    Governor and which lobbyists got attention,
9    and it was all representatives with special
10   interests in Manhattan, real estate, like
11   the Real Estate Board of New York, banks,
12   you know, hospital systems.  Any way that
13   was connected to money and power,
14   particularly from New York, was getting an
15   audience there.  And so I -- by my own
16   estimations and those observations, I was
17   like, well, don't -- don't let on who you
18   are, Ana, because they don't need you here.
19        Q.    Did you ever have any
20   discussions with the Governor about the work
21   you were doing at the Chamber?
22        A.    No.
23        Q.    Did you have any discussions
24   with the Governor about your professional
25   background?

Page 95

Confidential

1
2       A.    No, never.  It was very clear

3   that unless he asked you a question, you

4   weren't to like volunteer information.

5       Q.    How was that clear?

6       A.    I don't know that it was

7   expressly communicated to me by anybody

8   besides ████████, but, you know, you just

9   don't walk up to Governor Cuomo and say,

10  hey, how it's going?  You let him come to

11  you, ask you questions and then go on his

12  merry way.  I wasn't about to be like

13  Governor, Governor, do you have a second, I

14  want to talk you about my background and

15  what I'm doing here and I have this idea.

16  That was not a welcome -- that was not a

17  welcome gesture.  I would not have

18  been -- that would not have been greeted

19  with warmth or approval.

20      Q.    Did you have any views of how

21  the Governor perceived you?

22      A.    Yes.  I felt that the Governor

23  thought that I was an attractive young blond

24  women who was, you know, sweet.  That's all

25  that I believed he -- like that was his

```
                                            Page 96
 1                    Confidential
 2    estimation of me.
 3         Q.    What is the reason you felt that
 4    was the Governor's estimation of you?
 5         A.    Because our interactions were
 6    more on the grandfatherly flirtatious side
 7    of things, and because he at the 2014 budget
 8    celebration party at the mansion, he came
 9    over to me and gestured, he brought his
10    photographer over, and he put his hand
11    around my waist and kissed me on the cheek
12    and had a photo taken with me.  And then
13    people, you know, were talking about it the
14    next day, like, oh, I heard about the
15    Governor and the photo.
16              And I remember like when like
17    ██████  ████████  was handing out the photos a
18    couple of days later, everybody wanted to
19    like look at the picture of me and the
20    Governor.  And like that's not something
21    that he would ordinarily do with anybody on
22    my level 'cause I was just like basically
23    checking people's coats at that party, and
24    he came right over to me, and, you know, it
25    was, again, like wherever the Governor goes,
```

Page 97

1                        Confidential
2    that's where all the eyeballs are, and then
3    all of a sudden the eyeballs were on me and
4    I felt special and important, but I felt
5    special and important because the Governor
6    thought I was food.
7         Q.    Do you need a minute?
8         A.    Do I need a minute?
9         Q.    Yes.
10        A.    Umm, I'm okay.
11        Q.    Okay.  Did you have any
12   work-related interactions with the Governor?
13        A.    No -- well, one very small one.
14   When I -- when Howard Glaser had me at his
15   PowerPoint presentation for the Crain's
16   New York business breakfast in late -- I
17   think it was -- maybe it was early 2014, the
18   Governor wanted to give it final sign-off,
19   and he said something to Stephanie, like I
20   need a copy of this presentation, and then
21   Stephanie said it to ███████  and then
22   ███████  said it to me, and then I had to
23   present it off for the Governor and then I
24   had to hand it to him, and I remember
25   handing it to him in his -- like the

Page 98

```
 1                        Confidential
 2   conference room that's attached to his
 3   office, and I remember he said thank you and
 4   he looked me up and down, and I remember I
 5   had a run in my pantyhose and he looked
 6   right at my run in my pantyhose and thought
 7   that that was because -- I thought it was
 8   like, oh, my God, I'm such a slob, I had a
 9   run in my pantyhose and the Governor noticed
10   it.  That was literally the one time.
11              Other than like staffing mansion
12   parties or staffing events where the
13   Governor was speaking, like the State of the
14   State or whatever and like playing kind of
15   generic roles there.  But the only time I
16   ever directly had a professional interaction
17   with the Governor was like handing him a
18   PowerPoint presentation printout.
19         Q.    How did he look at you?
20         A.    Like he was just sizing me up,
21   like up and down.  He was in serious mode,
22   so he wasn't like in flirtatious mode at
23   that moment in time much, I remember.  He
24   was just looking me up and down.  I made eye
25   contact, and I remember he looked at the
```

```
                                          Page 99
 1                   Confidential
 2    little snag, run in my -- I was wearing
 3    black tights and -- and then he looked at
 4    me, and I remember, oh, crap, he looked
 5    at -- he noticed my run in my pantyhose.
 6          Q.    You used the phrase
 7    "grandfatherly flirtatious" at least a
 8    couple of times.  What do you mean by that?
 9          A.    I mean by that -- I mean that I
10    didn't take it as a sexual come-on, but it
11    was very clear that he thought that I was
12    cute and attractive and that I would welcome
13    a smooch on the hand or the cheek or a slip
14    of the hand around the waist.  I call it
15    "grandfatherly" because I didn't look at the
16    Governor as a sexual being, but I believe,
17    you know, he saw me as a sexual being.  And
18    maybe "grandfatherly" is a way for me to
19    describe -- like I had creepy, older men
20    treat me that in other aspects of my life;
21    like, oh, hello, sweetheart, hi, honey.
22    It's a generational thing, I guess.  So
23    that's why I call it "grandfatherly
24    flirtation."
25          Q.    Let's talk about your
```

```
                                          Page 100
 1                    Confidential
 2    interactions with the Governor outside the
 3    office.  You've mentioned the budget party.
 4    Did you have any other interactions with the
 5    Governor outside the office?
 6          A.    Just at those parties.  Not in
 7    any informal setting.
 8          Q.    Which parties are you referring
 9    to?
10          A.    They were -- the budget
11    celebrations, there was the pinning ceremony
12    that I participated in, there was a Father's
13    Day party that took place on his father's
14    birthday, the year that Mario passed away,
15    that was at the mansion, there was a Puerto
16    Rican association in New York State that had
17    a political party at the mansion that he
18    attended.  So official soirees like that.
19    Most of them at the mansion, a couple of
20    them happening like -- like the Regional
21    Economic Development Council post reception
22    happened somewhere near The Egg in Albany,
23    so --
24          Q.    Did you --
25          A.    Yeah, sorry.
```

1                    Confidential

2        Q.     No, please go ahead.

3        A.     No, that was it.  That was it.

4        Q.     Did you ever travel with the

5    Governor?

6        A.     No.

7        Q.     Who invited you to the soirees

8    and events that you just described?

9        A.     I don't really know.  I

10   just -- somehow my name would land on lists

11   for specific things, and then I would get an

12   official e-mail invitation and an RSVP, and

13   only certain people would get them for

14   certain parties and functions.  I think it

15   was the Governor's advance team and they

16   received direction from certain people on

17   the Governor's team, whether Stephanie or

18   Joe or someone at the time, and they would

19   say, this person, this person, this person,

20   this person, and some of them I got invited

21   to, you know, other fellows weren't there,

22   some of them I did and like all the fellows

23   were there.

24       Q.     Did you have any understand of

25   the reasons why you were invited to those

1              Confidential

2    parties and events?

3         A.    No.

4         Q.    Setting aside the budget party,

5    did you ever have any physical contact with

6    the Governor at these events and soirees?

7         A.    Yeah, where -- whenever he would

8    greet me, he would hug and kiss me.  And a

9    couple of instances that was on -- that was

10   captured in photographs, which I -- my

11   attorneys shared with you guys.

12        Q.    And where would he kiss you?

13        A.    On the cheek.

14        Q.    Would the Governor say anything

15   to you at these events and soirees where he

16   would hug and kiss you on the cheek?

17        A.    Just exchange pleasantries, how

18   are you this evening, you look lovely, stuff

19   like that.  Nothing of any substance.

20        Q.    How did he address you?

21        A.    Just "darling" or "sweetheart."

22   He didn't -- I don't know if he knew or

23   remembered my name.

24        Q.    Turning back to the budget party

25   before -- when was the budget party that you

```
                                        Page 103
 1                  Confidential
 2   mentioned earlier?
 3        A.    It was like late March 2014.
 4   The budget had passed on time, I think,
 5   prior to the April 1st deadline, which is
 6   why there was a party.
 7        Q.    You just said "March."  Is that
 8   correct, was the party in March 2014?
 9        A.    Yes, I believe so.  The date
10   stamp on the photo says the date on it.
11   There's a record of the party.  It was
12   called the "Grand Slam" because they had
13   passed four consecutive on-time budgets and
14   they were having a party to commemorate that
15   that budget had passed on time and it was
16   the fourth.
17        Q.    And when did the budget pass?
18        A.    Before the April 1st deadline
19   that year.  I don't know what day
20   specifically.
21        Q.    But the party happened in March?
22        A.    I believe so, yeah.  I can -- I
23   have the photo with me.  I can look at the
24   date stamp on the back.
25        Q.    Why don't you do that.
```

Page 104

1                    Confidential
2          A.    Okay.  This is the photo
3    (indicating).
4          Q.    Okay.
5                MS. PARK:  Abena, if we have a
6          copy of the photo in the binder, can
7          we mark it as an exhibit?
8                MS. MAINOO:  Yes.
9          A.    The date says -- oh, I
10   apologize.  I'm sorry.  It says May 8, 2014.
11         Q.    Okay.  And so this is Tab 7, and
12   it's also in your electronic exhibits, and
13   we will mark it as an exhibit and put it up.
14         A.    Great.
15               (Exhibit 4, photograph, Tab 7,
16         marked for identification, as of this
17         date.)
18         A.    Yeah, so the budget passed on
19   time that year, and they must -- they had a
20   party in early May to celebrate that the
21   budget passed and that it was the fourth
22   consecutive.
23         Q.    Before the May 2014 party, had
24   you ever taken a picture with the Governor?
25         A.    No.

```
 1                    Confidential
 2         Q.    Had you wanted to take a picture
 3  with the Governor before that time?
 4         A.    I mean, yes, I guess that
 5  would -- I wanted there to be evidence that
 6  I wasn't just saying that I worked for the
 7  Governor's Office.  There's visible evidence
 8  that I worked there.
 9         Q.    So do you recognize this exhibit
10  as the photo you took with the Governor at
11  the May 2014 budget party?
12         A.    Um-hum.
13         Q.    I think --
14         A.    And he has his hand on my waist
15  too.  You can see lower down, umm --
16         Q.    His hand?
17         A.    Yeah.
18         Q.    Okay.  And you still have this
19  picture, right?
20         A.    Um-hum.
21         Q.    What does the picture mean to
22  you?
23         A.    Well, it meant something -- it
24  meant something else up until like March of
25  this year, I guess.  It was like evidence
```

1                    Confidential

2    that I worked for the Governor's Office,

3    that I didn't just -- I wasn't just there

4    pushing paper working for someone else, but

5    that I actually was in his -- that I was

6    around him and adjacent to him, and I was

7    proud of that.  But ███ █ ████ █ ██

8    ███ █ █ ████ ████ █ █ █████ █████

9    █████ █████ ███ █ ██████ ███ █

10   ████ ████ █ █ █ ████     and it was very

11   much because of my job.

12              And it wasn't until some of this

13   broader dialogue started percolating from

14   other women about their time working there

15   and how toxic it was, and I decided to give

16   oxygen to some of like what I had

17   experienced, and the picture took on a

18   different meaning.

19              Like when I spoke to the Wall

20   Street Journal, I wasn't expecting for them

21   to like want to talk about that or ask about

22   it, and then all of a sudden it became like

23   this centerpiece to the story.  So it's

24   complicated.  You know, I still have it.

25   You know, I'm not going to burn it or

```
 1                     Confidential
 2   anything, but -- and I don't think that the
 3   Governor was trying to like rape me in that
 4   picture, that he was like grasping a breast
 5   or something.  But he came up to me, he
 6   wanted that picture taken, it got a lot of
 7   attention from senior staff and officials,
 8   and I remember feeling special in that
 9   moment and then subsequent to that moment.
10        Q.    What meaning did the picture
11   take on after March of 2021?
12        A.    It became embarrassing, like a
13   piece of evidence.  I treated it up until
14   that point like it was almost as important
15   as one of my diplomas hanging in my office.
16   I have it sitting next to my certificate of
17   completion for my Fellowship, the
18   Rockefeller Institute Fellowship Program,
19   and then all of a sudden it became like on
20   Twitter.  All these people were reacting to
21   it, like, well, if you felt like you were
22   being abused and targeted by the Governor,
23   then why do you still have a framed photo of
24   him in your office?  Which was offensive.  I
25   also -- you know, it's a reminder that even
```

1                    Confidential

2     though that chapter of my life meant a great

3     deal to me, it was also a really awful time

4     for me.

5                    And I'm sure the Governor

6     doesn't remember taking that picture.  The

7     Governor doesn't remember who I am, you

8     know.

9                    I don't know, I feel like -- I

10    feel kind of torn, like I should probably

11    recycle it or put it in a box somewhere, but

12    I also am not at a point in my life where

13    I'm willing to discount the two years I

14    spent working there because I still ascribe

15    value to it.  I don't know.  It's

16    complicated.

17         Q.    And you pointed out that the

18    Governor's hand was around your waist in

19    that picture.  What's the reason you pointed

20    that out?

21         A.    A guy that I was dating at the

22    time, I remember I showed it to him, and was

23    like, wow, hey, look at this, and he's like

24    that's crazy what is his hand doing there,

25    that's weird.  And I was like, oh, yeah.

1            Confidential
2    And, you know, that was -- I remember
3    feeling his hand there on my, you know,
4    lower waist.  You know, typically an
5    appropriate gesture would be put your hand
6    on someone's back.  So it's -- it appears
7    sexual, I guess, in a way.
8            And also when I spoke to Jimmy
9    at the Wall Street Journal and I showed him
10   the picture, his eyes went right there too.
11   And I wish instead of looking right there,
12   you know, you're like, oh, wow, look how
13   important Ana is, she's with the Governor,
14   but it's like it looks a little bit more
15   familiar than that.  You know, it looks less
16   professional and more intimate.
17       Q.    And you mentioned that
18   colleagues spoke about the picture
19   afterwards.  What did they say?
20       A.    I remember ███████ came up to me
21   the next day, ██████ ████████, and was like I
22   heard about your moment with the Governor
23   last night, you know, people are talking
24   about it.  And ████████ said something like,
25   oh, we know he likes you, something like

1                     Confidential

2     that.  You know, I can't recall exactly what

3     people said.  Just that I felt like, you

4     know, how you -- like something happens that

5     becomes the subject of some idle gossip and

6     you're a part of it and then become fodder

7     for other people's conversations.  I felt

8     like I was being talked about by people that

9     I didn't know.

10          Q.    And how did you feel about that?

11          A.    Like sort of icky because it

12    sucked that I was nominally there on this

13    Fellowship that was supposed to be

14    recognizing my intellect and my credentials

15    and I was supposed to be influencing policy

16    according to this Fellowship program, but

17    then like in practice, I was eye candy, and

18    the only significant thing that had happened

19    thus far while I was there that was worthy

20    of anyone's attention was that the Governor

21    thought I was cute and took a picture of me

22    at the mansion.  I just remember thinking

23    like ehh.  But I didn't feel icky enough

24    where I was going to trash the photo.  I

25    remember making it my LinkedIn picture at

```
                                          Page 111
 1                   Confidential
 2    one point because I was proud.
 3          Q.     Talk about other communications
 4    with the Governor.  Did the Governor ever
 5    yell at you?
 6          A.     No.
 7          Q.     Did you the Governor ever curse
 8    at you?
 9          A.     No.
10          Q.     Did the Governor ever comment on
11    your appearance?
12          A.     Yes.
13          Q.     What did he say?
14          A.     He said that -- that I -- that I
15    looked lovely, you look lovely today,
16    something along those lines.
17          Q.     Where did that happen?
18          A.     In the office, and then, you
19    know, at the Father's Day party, I think he
20    said something.  He introduced me to ████
21    ████  at the Father's Day party.
22          Q.     How did he introduce you?
23          A.     I had to kind of intro -- he --
24    I -- I don't know exactly how, like if he
25    used my name or what.  But I remember
```

1             Confidential

2    telling █████ that I worked with █████

3    █████, and I remember him saying something

4    like -- because I was wearing a dress, a

5    pretty dress, and he was like you look

6    lovely or something like that.

7         Q.    And did he say that in front of

8    █████ █? 

9         A.    Yeah, I think so.  Like

10   you -- or maybe it was like you look nice.

11   It didn't feel like he was coming on to me

12   or like it was overtly sexual.  Like it

13   didn't feel like it was inappropriate for

14   him to say it in front of someone that he

15   was in a romantic relationship with.  Like

16   he was talking to me like I was a little

17   girl almost.

18        Q.    And do you remember if you

19   approached the Governor and █████ █ or

20   they approached you or how that interaction

21   came about?

22        A.    He approached me with █████.  I

23   was positioned -- I was kind of ushering

24   party attendees from like the cocktail area

25   over to a tent where folks are supposed to

1                    Confidential
2    be seated for -- there was going to be like
3    a video that was commemorating Mario Cuomo's
4    life and his time as Governor, and that was
5    when the Governor approached, when I was in
6    that -- I was supposed to -- I was like near
7    a set a stairs, and I was like, you know,
8    please, please, this way, this way, have a
9    seat, you know, one of those types of roles.
10          Q.    Did the Governor ever ask you to
11   sing a song or jingle?
12          A.    He -- he didn't ask me,
13   but -- well, he would sing the song for
14   Riunite on ice, and I think he asked if I
15   knew the rest of the words or something, and
16   I remember looking it up and writing it down
17   so that if it came up again I would know the
18   words.  It's like a malt beverage.
19          Q.    Other than that, do you ever
20   remember any instances where you would sing
21   with the Governor or be invited to sing with
22   the Governor?
23          A.    Besides Riunite on ice, not
24   really, no.
25          Q.    Did you sing that song with the

1                   Confidential
2    Governor?
3         A.    I think I said a few bars, but
4    that was it, yeah.  I really didn't want to
5    embarrass myself necessarily.
6         Q.    Did you ever hear or hear about
7    the Governor telling jokes of a sexual
8    nature?
9         A.    Umm.  I have to think about that
10   for one second.  Umm, jokes of a sexual
11   nature?  No, I don't know -- I don't have
12   direct knowledge that he made jokes that
13   were sexual in nature.  I just knew
14   that -- that they were known -- he and the
15   men that were in his immediate surroundings
16   and some of the women too, that that was
17   commonplace, you know, that they would speak
18   on people's appearances.  So I wouldn't be
19   surprised if there was jokes -- there were
20   jokes being made of a sexual nature.  I just
21   didn't hear them directly.
22        Q.    Did you ever hear or hear about
23   the Governor making comments about the size
24   of his hands?
25        A.    No, but I knew he did do that.

Page 115

```
 1                    Confidential
 2    I heard that through -- you know, prior to
 3    the allegations that were made by one of the
 4    other accusers.  I learned something about
 5    that through members of the crew.  Like he
 6    had made a comment to like one of the
 7    briefers or something that he likes the fact
 8    that he had big hands.  So when I read about
 9    it recently, I wasn't surprised, but I never
10    heard him speak to that.
11         Q.    When did you hear about that
12    prior to the allegations?
13         A.    It would have been in like 2014
14    or 2015.
15         Q.    Did you ever hear or hear about
16    the Governor talking about sex?
17         A.    No.
18         Q.    Did the Governor ever
19    proposition you for sex?
20         A.    No.
21         Q.    Earlier you had talked about how
22    you thought your currency was what you
23    looked like.  Did you adjust your behavior
24    or do anything based on your thought that
25    your currency was what you looked like?
```

1                    Confidential

2         A.    Yes.

3         Q.    What?

4         A.    I made myself look more

5    attractive or such that I felt more

6    attractive by buying clothes that

7    were -- you know, dresses that were, you

8    know, high quality, that were somewhat

9    revealing, getting my hair done, doing my

10   makeup, wearing heels.  Like I purchased a

11   lot of heels in different colors because I

12   understood -- I knew it to be a fact that

13   the Governor had an eye for sartorial, you

14   know, fashion.  So you just couldn't wear

15   anything.  You sort of had to be dressed in

16   a certain way, you know, wearing higher

17   quality fabrics or designers and stuff like

18   that.  So I spent more money on my

19   appearance and my work wardrobe.

20        Q.    What was the intent behind doing

21   those things?

22        A.    To remain in -- to be seen as

23   a -- to be attractive so that I could stay

24   where I was and continue to succeed in the

25   workplace environment.  I guess I -- it was

1                    Confidential

2   my understanding that by being good looking

3   I could advance in my career there, and I

4   didn't want to go in the opposite direction

5   necessarily.  It just felt like the price of

6   admission.  Like you want to succeed here,

7   you want to succeed here, you want to thrive

8   here and survive, you need to look the part.

9          Q.    What did you mean when you said

10   you didn't want to go the opposite way?

11          A.    You know, by chopping my hair

12   off or wearing flats and pants, and -- you

13   know -- you know, there's some part of me

14   that, you know, even though it's

15   uncomfortable to dress up every day, and it

16   takes time, I felt that it was the price of

17   admission.

18               And it also gave me some

19   confidence, like people's eyes are on me

20   because I look good, and when their eyes on

21   me because I look good, then I will be given

22   assignments and work to do that is of some

23   import and I will be placed in -- like

24   because it worked with -- early on with

25   Howard and it would continue -- it worked

```
                                      Page 118
 1                    Confidential
 2   getting me invited to parties and getting me
 3   invited to things where I could represent
 4   the Governor's Office in public events, you
 5   know, taking people to their seats at the
 6   State of the State, stuff like that.  Like I
 7   wasn't passed over for stuff, I was noticed.
 8         Q.    Was the thinking that looking
 9   good would ultimately lead to more
10   responsibilities and more substantive work?
11         A.    Yeah, that was my calculus in my
12   head.
13         Q.    What was that calculus based on?
14         A.    Based on what I saw around me,
15   women that had risen up through the ranks.
16   You know, it wasn't because they had some
17   prestigious law degree or something.  It was
18   because they were beautiful.  They were
19   beautiful and also had other complimentary
20   qualities and characteristics that the
21   Governor found attractive, that quick
22   wittedness and smarts.
23         Q.    Earlier you mentioned you knew a
24   lot of people who were subject to the
25   Governor's abuse.  What did you mean by
```

1                    Confidential

2    that?

3         A.    I meant that I knew secondarily

4    through colleagues that the Governor had a

5    volatile, angry, short-tempered side to him

6    and that he would take out his frustrations

7    and his anger on certain people,

8    particularly men, and he was known to be in

9    contact with some of these staff members at

10   all hours.  He could be verbally abusive, I

11   believe.  I don't know anybody that had

12   risen through the ranks that, you know,

13   thought the Governor was like a nice, kind

14   man.  Everybody seemed to be afraid of him,

15   and I was afraid of him too, but he -- I

16   wasn't subject to that.  I just observed the

17   dynamic and I heard about it through the

18   office grapevine.

19        Q.    How did you interpret the

20   Governor's expectation that certain people

21   would be available to him at all hours?

22        A.    I observed it first and foremost

23   through ███████  ███████.   ███████ made it

24   clear that, you know, he slept with his

25   BlackBerry.  He was always at work.  He made

1                    Confidential
2    references to -- you know, like when I had
3    these friendly interactions with the
4    Governor, and I would be like, oh, you know,
5    yeah, he's so nice or he was so friendly,
6    like ███████ kind of making comments, like,
7    yeah, that's what he wants you to think or
8    something.  I remember hearing his voice
9    projecting on speakerphone in Howard
10   Glaser's office, like loud yelling at
11   people.  So I knew that there was this
12   predominant side of him that was mean and
13   angry and mistrusting and calculating.
14                    And the work of the office was
15   being done by these trusted people that were
16   subject to his abuse and his tirades, you
17   know, in exchange for the knowledge that
18   like they would get plum jobs afterwards.
19   You know, like ██████ got to run Center for
20   Economic Growth and some people had got some
21   pretty sweet lobbying gigs and working for
22   tech companies and big fat salaries because
23   of their connections working for ██████  So
24   -- so you put
25   up -- put up with the abuse knowing that you

```
 1                    Confidential
 2   have a golden ticket.
 3        Q.    How did you understand that
 4   people would put up with the abuse with the
 5   expectation that they would have this golden
 6   ticket?
 7        A.    How did I interpret it or --
 8        Q.    How did you know that?
 9        A.    Just observations like seeing,
10   you know, through the time that I was there,
11   people would leave when the time was right,
12   when they had like asked permission, been
13   granted a certain opportunity.  Like, for
14   instance, when Howard Glaser left to get a
15   nice gig, you know, lobbying, ████ ████
16   got a similar fat salary doing a
17   lobbying -- getting a lobbying job because,
18   you know, they had done their time.  I
19   learned through -- like ████ ████ was
20   very much a loose cannon and would talk shop
21   all the time in the office about kind of how
22   things work around here.  You know, I
23   learned that ████ ████ story early
24   on.  I knew that ████ had a long game that
25   he was playing and he wasn't planning on
```

Page 122

Confidential

1            Confidential
2    killing himself working there his whole
3    career.  He was like in his late 30s, and
4    you know, I knew that he was angling for
5    something and there was a carrot dangling
6    for him at some point.
7            There was a good deal of, you
8    know, turnover that started happening, you
9    know, early, middle the second term and has
10   continued to this day.  And a lot of the
11   turnover was, you know, people getting
12   better jobs, leveraging their time there to
13   get better jobs, and then him replacing him
14   with other people who could be put through
15   the meat grinder.  A lot of the people that
16   I worked with when I was there are no longer
17   there.
18       Q.    Did you know about anyone
19   getting tech jobs after their time -- doing
20   their time at the Chamber?
21       A.    I think ███ ████ ███ ██
22   ████ ██ ████ ████ ████ ██ ████ █
23   ████ ████ ████ ███ █████ or
24   something, and -- yeah, he's ████ ██ ███
25   █████████ ███ ██ ███.  He got that

1                    Confidential

2    job through those guys, through that team.

3    ████ was a big collector of Cuomo people

4    because like the fight that they had to

5    engage in to get approval in upstate

6    New York.  And I know there's -- most of the

7    people that were there that were high up

8    when I was there are not really there

9    anymore.

10          Q.    Do you know if the

11   administration had a hand in these former

12   Chamber employees' ability to secure

13   positions after they left the Chamber?

14          A.    Oh, yes, yeah.

15          Q.    How so, how did the Chamber have

16   a hand in that?

17          A.    They could make calls -- when I

18   was there, Joe Percoco was very much an

19   arbiter of that quid pro quo.  They could

20   make a call and get you a job if you

21   were -- if you -- if you had served your

22   time.  Like Josh Vlasto is one of them, who

23   was chief of staff to the Governor for a

24   while, and now he has a fat job in corporate

25   communications.  Annabel Walsh was like a

Page 124

```
 1                    Confidential
 2    glorified secretary, and she's in some
 3    health tech gig now.
 4                    ████████  ██████  got a job working
 5    for the Governor through his parents.  He
 6    became like one of the Governor's body men
 7    and he was sort of a gossip collector.  He
 8    was like -- I remember I learned through ████
 9    and some other people that ██████ would
10    skulk around the Chamber and get gossip on
11    who's doing what to whom, who's dating whom,
12    because the Governor liked hearing the
13    gossip.  And now ██████ is in the tech
14    industry.  He's a public affairs job and
15    it's for a tech company.  All pretty much
16    based in New York City.
17                    And it was -- you know, it was
18    clear, you stick it out and you can get a
19    really great parachute six figure job.  And
20    I opted to take a different route because I
21    couldn't -- for my own sanity, I couldn't
22    stay there anymore.
23         Q.    You used the term "quid pro quo"
24    when you were talking about Joe Percoco
25    acting as an arbiter.  What did you mean by
```

Page 125

```
                                    Confidential
 1
 2    that?
 3         A.     Well, it was -- it was an
 4    unspoken rule that you can't just -- you
 5    can't just leave on your own accord, you
 6    have to do your time and whenever they're
 7    done with you, you can -- at what time like
 8    that you feel comfort -- like you feel that
 9    you've done your time, you could have a
10    conversation and see what they could do for
11    you.
12              And the first that I learned of
13    that dynamic was through the ███████
14    ███████████ situation, and I just remember
15    hearing through the grapevine like, you
16    know, if you wanted to get out and go do X,
17    Y or Z, you got to go talk to him.
18              And I don't know who replaced
19    him in the chain of command after he was
20    like arrested and everything, but -- that
21    was just -- it was common knowledge that
22    that was -- that was rule.  You put up with
23    it and then they will find -- they will find
24    a place for you when the time is right.
25              And that happened with ██████
```

1        Confidential

2 ███, that happened with, you know, ███

3 ███ and with many of the briefers.  You

4 know, they go through two years of really

5 grueling work and they might get like a

6 nice, plush gig somewhere.

7        Q.    Did you know if any of those

8 former Chamber employees maintained their

9 ties or relationships to the Chamber after

10 they left?

11       A.    Oh, yeah, definitely.  Like I

12 know, for instance, Sr. Staffer #3, she bore

13 witness to things that no one will ever find

14 out about that very much probably were

15 illegal and she'll never talk about it

16 because she has a great job and she got that

17 job through the Governor's Office.  And I

18 know through -- I know through -- because

19 ███ ███ ███ ███ █ ███ ███ ███

20 he divulged to me that ██ ██ ███

21 ███ ███ ███ ███ ███ ██ ███

22 involving the Governor.  And I know that

23 she's been pursued by the news media and she

24 won't speak out.  And that's just one

25 example.  But, you know, a lot of these

```
                                      Page 127
                         Confidential
 1
 2    people they just have great jobs and they're
 3    going to lose their job or they might lose
 4    their job if they speak out against the
 5    Governor.
 6              I didn't think -- early on I
 7    thought I was doing the right thing and like
 8    I was speaking truth to power and speaking
 9    out in support of other women that made a
10    brave decision, and then I started even in
11    my job to pay a professional price.  Like
12    I'm no longer invited to functions in the
13    Rochester area that involve the Governor's
14    Office, even though my job is very much
15    pertinent to that.
16              Like Monroe County has
17    incentivized projects that also received
18    economic incentives from the State, and
19    there have been a couple of occasions with
20    like ribbon cuttings or tours or whatnot,
21    after March of this year where I spoke out,
22    where I would have ordinarily been invited,
23    and I have not been invited.  I'm not --
24    I've not been directly communicated with by
25    ███████  ███████    or anybody in the Governor's
```

```
                                    Page 128
 1                  Confidential
 2   Office or anybody at Empire State
 3   Development.  And it's my understanding
 4   having worked in the Governor's Office, like
 5   they do -- they do ice people out.  There
 6   are people that the Governor refuses to -
 7   not only himself to be in the same room with
 8   or be adjacent to at all, but like anybody
 9   that is anywhere adjacent to him.  So if
10   like Kathy Hochul comes to Rochester, I
11   won't get invited now.
12                So if I'm paying a professional
13   price, you know, not having gotten my job
14   through the Governor's Office, I can imagine
15   that there are individuals that have these
16   great jobs that they got through the second
17   floor connections, you know, and they're
18   worried if they were to say something, they
19   would lose their job or pay other prices.
20                There was a time in the last
21   couple of months where I thought I might
22   have to move to another state.
23       Q.    What is the reason you might
24   have to move to another state?
25       A.    Because the Governor remained so
```

1                    Confidential
2  powerful here and he's not -- he's gone so
3  far as to not only just hang onto his
4  position and, you know, not walk away, but
5  he's completely denied that any of this
6  stuff has happened, and I wouldn't be
7  surprised if like none of this amounts to
8  anything, and there are no term limits on
9  his office, and, you know, he could remain
10 in power for a very long time.
11                 And I intentionally got into an
12 economic development career.  Economic
13 development is very tied in with local and
14 state government and with politics.  My job
15 right now that I have is somewhat political
16 in nature, and it could all go to shit
17 if -- pardon my French, if, you know, he
18 continues to remain powerful and rise up in
19 positions of power.  And, you know, I
20 just -- I'm scared.
21                 So I've started recently trying
22 to -- I'm pursuing a professional
23 certification in economic development just
24 in case like I do have to get a job
25 somewhere else someday, like a credential

Page 130

Confidential

1              Confidential

2    that can get me a job anywhere in the

3    country in Economic Development and I'm not

4    just beholden to my professional connections

5    in New York State because that could go

6    away, poof.

7              So all that being said, as

8    someone not coming out that the Governor

9    grabbed my breast or propositioned me for

10   sex, as someone who is not in a job that I

11   got through the second floor, I myself am

12   experiencing what I have determined to be

13   some professional consequences, so I can

14   only imagine what somebody like someone like

15   an ███████  ██████  or an Senior Staffer #3 ██████  or a ██████

16   ██████, what they would be subject to, like

17   what consequences they would be subject to

18   if they were to say anything.

19              But they were all part of the

20   problem, I think, so I don't know that any

21   of them would ever feel like they had to say

22   anything.  They all witnessed things that

23   were certainly problematic, but they were

24   all part of the problem in propagating that

25   environment, the bullying and the ad

1                     Confidential

2    hominem, the packs and stuff like that.

3         Q.    Are there other ways in which

4    you have paid a professional price for

5    speaking out in addition to what you've

6    described?

7         A.    Well, you know, if you Google my

8    name now, it's inevitably all about Andrew

9    Cuomo now, and people have been, you know,

10   looking at my LinkedIn profile from all

11   corners of the earth.  So I think

12   reputationally (sic) it has been

13   problematic.  I suppose that's an indirect

14   consequence.  And just harassment on social

15   media.  People calling me a liar, that I'm

16   looking for attention and that I'm -- I'm

17   doing this to raise my own profile or

18   whatever.  And I view those as negative.

19   Whether they're true or not, there are folks

20   in the world that will believe those claims

21   to be true, and -- but, you know, I sort

22   of -- I knew going into this whole

23   experience that that might be an outcome.

24             But by and large the

25   professional price that I paid is before

1              Confidential

2    March of this year I was asked to attend

3    ribbon cutting ceremonies and facility tours

4    and groundbreaking ceremonies and meetings

5    having to do with the Governor's Office and

6    Empire State Development, and now I'm being

7    iced out.  And I've been keeping some record

8    of some of that just knowing when certain

9    things are happening.

10                Like, for instance, the most

11   recent Executive Committee session of the

12   Finger Lakes Regional Economic Development

13   Council, like I'm part of that group, but I

14   was asked not to appear on camera or like

15   not be part of the Zoom, but just like watch

16   it like I was a webinar attendee.  And I was

17   informed by ████████  ███████████ office that

18   they were asking a few other people to do

19   that.  But I was like but why me, though.

20   It just felt like I'm being -- it feels like

21   I'm being singled out.

22        Q.    Is that who asked you to

23   participate by webinar, ██████  ██████████████

24   office?

25             A.    Yes, it was ██████  ████████████  ████████████

1             Confidential

2  ████████.  And I remember almost drafting an

3  e-mail like asking him why have you selected

4  me to be one of these people, can you

5  explain.  And I almost like in a fit of

6  paranoia I was going to ask him is it

7  because the thing with the Governor, but I

8  didn't.

9             And then, you know, there was

10  another event where the State has given a

11  bunch of money to the Rochester area for a

12  riverfront revitalization initiative that

13  involves one of our museums and some hotels,

14  and a good chunk of the project my team

15  helped support through some tax incentives,

16  and they had this big, exciting

17  ribbon-cutting ceremony, and everybody

18  involved in the economic development

19  community was there, and Kathy Hochul went

20  and spoke, and I was not invited.

21             And Kathy Hochul came to town

22  and did a tour at Bausch & Lomb's

23  manufacturing facility, another project that

24  we were involved in involving our

25  Congressman Joe Morelle, who's very plugged

```
                          Confidential
1
2     in still with Andrew Cuomo's Office, and I
3     was not included.
4              And I haven't said anything to
5     my boss.  You know, I'm still scared that if
6     I continue to make noise, it will just make
7     it worse.
8         Q.    What is the reason you're scared
9     that if you keep making noise, it will keep
10    getting worse?
11        A.    Because the people in positions
12    of power here in this region are still by
13    and large very much connected to the power
14    structure that Andrew Cuomo has created.  So
15    when he became Governor, you know, Joe
16    Morelle, who is very powerful here, rose to
17    prominence in the Assembly and became the
18    Assembly speaker, and members of Joe
19    Morelle's staff were elevated and hired to
20    work for Andrew Cuomo, one of them being
21    ██████  ████████, ███████ ██████████ was one of
22    them, and then my boss, Adam Bello, who is
23    our County Executive, he was an acolyte of
24    Joe Morelle and thus connected to that whole
25    house of cards.
```

Page 135

1                          Confidential

2                    And it's like the bread crumb

3       trail always leads back to him, and Andrew

4       Cuomo is known as like a kingmaker, and I

5       knew that I did the right thing by speaking

6       out and telling the truth about what was a

7       very dangerous place for me to work at the

8       time and what was problematic, and I felt

9       that the evidence that I was -- the story

10      that I was sharing, which is true, provided

11      some evidence to bolster the cases that were

12      being shared by other women.

13                   You know, I wouldn't go back and

14      not do that.  I wanted to fall on that side

15      of history, but in hindsight I didn't -- I

16      guess I expected in the wake of like ME2 and

17      everything, I expected there to be more

18      solidarity with the power structure.  You

19      know, there were people that out of one side

20      of their mouth they called on the Governor

21      to resign, and on the other side of the

22      mouth they were still meeting with him and

23      supporting his agenda.  So I guess I'm still

24      afraid, but again, I wouldn't have done

25      anything differently.

1          Confidential

2          Q.     Earlier when you were talking

3     about people being in the Chamber and got

4     plush -- plum positions, you mentioned

5     Senior Staffer #3          , and you said ▮▮▮    ▮▮▮

6     divulged something to you about and Sr. Staffer #3

7     ▮▮▮       What did ▮▮▮    ▮▮▮    divulge to you?

8          A.        ▮▮▮   told me that there was a

9     time he picked her up.  So ▮▮▮ was part of,

10    like I said, the younger crew.  And so there

11    was a party at the Executive Mansion that I

12    think he staffed from like an operational

13    standpoint, and she was also there, and ▮▮▮

14    left at the appointed time when like most

15    people were leaving, but then there were

16    other people -- like I learned from ▮▮▮

17    there were pool parties that like the higher

18    level staff, the people like Sr. Staffer #3 or like

19    Sr. Staffer #1 , you know, they got to stick around

20    and late night and they got to crash at the

21    mansion on occasion.

22              And ▮▮▮ told me that there was

23    at least one occasion where he had to pick

24    her up from the Chamber -- or from the

25    Executive Mansion in the wee hours, at like

```
 1              Confidential
 2    2 a.m. or something, and that ████ ████ ██ █
 3    ████ ███ ████ ████ ████ █████ █████ ███ ███
 4    ██████ ████ ███ ██████ and I remember
 5    being like, oh, my God, that's appalling,
 6    you know, why don't more people know about
 7    that crap.  I don't think ████ ████ █████ █
 8    ███ █████ █████ ████ but I don't have any
 9    reason to believe that ███ made that up.
10         Q.    When did ███ tell you about
11    that?
12         A.    He told me like last year.
13    We've stayed in touch.  He works in ██████
14    for like -- I think he works in the ██████
15    █████ ████, but he's originally from
16    ████████, so we'll get together every few
17    months, you know, for a drink or something,
18    and I remember him telling me that story and
19    being like, oh, my God.
20         Q.    Did he tell you that story
21    before or after the public allegations
22    started coming out?
23         A.    It was after -- I think it was
24    around like the holidays because it was
25    after Lindsey first posted like a Tweet,
```

```
                                        Page 138
 1                 Confidential
 2    Lindsey Boylan, and we were all sort of
 3    talking about, oh, my God, what is she
 4    talking about, what is she referring to.
 5    And then there were murmurs in like the
 6    community of alumni of, oh, did you hear
 7    about this, did you hear about that or did
 8    you hear about this, and that was one of the
 9    the "oh, yeah, there were pool parties."
10              And I wasn't part of -- there
11    was like a cast system almost, and I wasn't
12    in that upper echelon of like staffers that
13    would have been invited, like come party at
14    the mansion until 2 o'clock in the morning.
15    I was in a lower level.
16        Q.    Did  ███  say anything about what
17    he thought happened with  Sr. Staffer #3  that night?
18        A.    He thinks that she got -- he
19    said that she was like angry at him and like
20    she wouldn't answer questions or something
21    and that that was -- maybe that was one of
22    ████ ███████ ████ ████ ██ ███████ █,
23    ████ █ ██████ █████ █ ███████ ██████
24    ████████ ███ ████████ ██████ █.
25        Q.    So --
```

Page 139

1

2      A.     But based on what has been

3  divulged from young women publicly

4  who -- based on my experience working there,

5  we're working in the same environment, in

6  the same office where [Senior Staffer #3] was, I

7  wouldn't be surprised if there were

8  similar -- there was a similar scenario.

9  She looked like those women.

10         When I was there and she was

11  there, I remember learning through ▮▮▮▮▮

12  that like she was like being groomed to be

13  the next Stephanie Benton or something, and

14  so she was in that office that was right

15  attached to the Governor's office.  She

16  traveled with the Governor.  She was with

17  him all the time.

18      Q.     To be clear, ▮▮▮▮ said he picked

19  [Sr. Staffer #3] up from the mansion and not from any

20  other location?

21      A.     Yes.

22      Q.     When you were in the Chamber,

23  did you hear or hear about the Governor

24  threatening anyone?

25      A.     Threatening anyone?  Umm, well,

1                    Confidential

2    yeah, I mean, I remember him -- I remember

3    learning through senior staff that he

4    threatened the mayor of Syracuse at the

5    time, Stephanie Miner, like he was going to

6    withhold infrastructure dollars or something

7    because she was political, you know, she had

8    been calling him out, and that was very much

9    a threat.

10              And then I just -- I can speak

11   in general terms to the fact that like

12   favors were traded back and forth based on,

13   I don't know, like -- threats were

14   commonplace in that environment, and the

15   Governor could determine a municipality's

16   fortunes or an individual politician's

17   fortunes on a whim, but I wasn't -- I never

18   was in a room with him and he was directly

19   threatening someone or something.  I can

20   only speak to that.

21              It was a very public thing that

22   ultimately ended up unfolding with the City

23   of Syracuse, but I remember hearing about it

24   and learning about it and being privy to

25   some of it before it became very public.

```
                                        Page 141
 1                      Confidential
 2          Q.    Other than what you've talked
 3    about, were you aware when you were at the
 4    Chamber of any incidents of harassment,
 5    bullying or other hostile or aggressive
 6    behavior by the Governor?
 7          A.    Well, okay, so I know about in
 8    the case of ████  ███████████  that he behaved
 9    hostile towards him and did threaten bodily
10    harm to █████  when he like put the football
11    in his face, and the question was, you
12    know -- can you repeat the question again,
13    was I aware of any hostile behavior?
14          Q.    Yes, it's says incidents of
15    harassment, bullying or other hostile or
16    aggressive behavior.
17          A.    Yeah, yes.  Towards ████████
18    ███████  in particular and towards members of
19    the legislature.
20          Q.    And what behavior are you aware
21    of?
22          A.    Yelling and name calling,
23    withholding support, like withholding of
24    certain gestures, but again, I wasn't in the
25    room with him when he was like throwing
```

```
                                    Page 142
 1                   Confidential
 2   names or barbs at anybody or anything in
 3   particular.
 4        Q.    Earlier when you were describing
 5   the reasons you spoke up, you said the
 6   Chamber was a dangerous place for you.  What
 7   did you mean by that?
 8        A.    I was a woman in my 20s who
 9   didn't have family connections in the Albany
10   area or, you know, a network of friends.  I
11   was really -- I moved there for the job
12   opportunity, and I -- so I felt like I
13   was -- I was somewhat vulnerable.  I was,
14   you know, early/mid-career and naive and I
15   was -- I survived by -- I just have to think
16   about my response for a second.  It was very
17   clear to me that being a young woman, being
18   an attractive young woman there meant two
19   things:  It meant that I was a target for
20   unwanted communication and gestures and
21   attention and that I could also hitch my
22   fortunes to being an attractive woman and
23   get a better job out of it.  Any
24   professional attention that I got there was
25   really I could assign it to what I looked
```

Page 143

1                    Confidential
2     like.
3
4
5
6
7
8     ▮.
9
10
11
12
13
14
15
16
17
18
19
20
21     ▮, ▮▮ ▮▮ ▮ ▮ ▮▮ ▮▮ ▮▮▮    It
22    felt like it wasn't a place that was for the
23    faint of heart, and particularly if you are
24    the type of person who wants to enter a
25    career in public service and follow an

Page 144

1                    Confidential
2     ethical rule book and go off your own
3     credentials, Albany is not a place for you
4     to really succeed, and that's why I said it
5     was a dangerous place for young women.
6          Q.    You mentioned being -- you used
7     ██████ ████████████ █ ████████ █ █████  Did
8     you talk to anyone about that?
9          A.    No, no.  █████ █████ █████ ████████
10    █████ ████████ █ ████████ █████ █ ████████ █████
11    █████ █ █████ █████ █████ █ █████ █ ████████ █████
12    █████ ████████████ █ █████ █ █████████████.
13         Q.    █████ ████████ █ █████ ██████
14         A.    █████
15         Q.    █████ ████████ █ █████████?
16         A.    █████ █████ ████████████ █████ █████;
17    ██████ ████ ████████ █████ █ █████ █████.
18         Q.    What about ████ █████████, did
19    anyone know about what ████ █████████ was
20    doing?
21         A.    █████ █████ █████ █████ █ ████████ █████
22    █ █████ ████████ █████ █ █████████ █████ █████ █████
23    ████████ █ ████████ █████ █ ████████████ █████
24    ████████ █████ ████████ █ ████████ █████ █
25    ████████ █████ █████ █ █████ █████  I remember him

Page 145

```
 1                    Confidential
 2    noticing it, and like I talked to him about
 3    it, like, ███ ██ ██████  ███████ ██ ██ ██ ██
 4    ███████ ██ ████ ██ ██ ████ ██ ██ ████ ██ ██
 5    ████ ██ ██ ████ ██ ████ ██ ██ ██ ██ ████
 6    ████ ██ ██ ██████ █████ ████████ ████ █
 7    ████ ██████ ████ ██ █████ ███████ ██ ██ █
 8    ████ ████ ██ ████ ████████
 9                    And then later on when the
10    Governor's Office -- █████████ ████ ███
11    ██████████ █████ ████ █████ █████ ███ ██
12    ████████ ████ █████ ████ █████████ █████
13    █████████ ██ ████ █ ███████ ███████ ███
14    ██████ ████ ███████ ████ █████████ ████
15    █████████████ █████ ████ ████ ██ ████████
16    ███ ██ ███ ██ ██ █ █████ ██████ ████
17    ██████████ ████ █████ ███████ ███████ ███████
18    ███ █ █████ ████ █████ ████████ █████ ████
19    ████ ██ ████ █ ██████ ████ ███████ ████████
20    ██████ █████ █████ █████████ .
21              █████ ██████ ███████ ██████ ███ █
22    █████ ██ ████ ██ ████ ████ █████ █████
23    █████ ██ ████████ █ █████ █████ ████ ███ ███
24    █████ ████ █████ ████████ █████ ████████
25    ███ ███ ████    It was just kind of I was
```

Page 146

1                    Confidential

2    looking out for myself.  And the way that I

3    got out of -- the way I got away from it was

4    by ███ ████████ ███████ ████ ███

5    ████████ .

6         Q.   ███ ███ ████ ███ ███ ███ ███

7    ███████ ████ ████ ███████ ███████ ████ ██

8    ██ ██████ ██████

9         A.   ██████ ████ ███ ████████████ ████

10   ██████ ██████ █████ █████████ █████ ███ ████

11   ████ ██ ████████ ████████ ████ ███ ████

12   ██ ███ ██████ ██ █ ████ ██████ ████████

13   ██████

14        Q.   ████ ████ █████ ████ █████ ████

15   ██████ ████████ █████ █████ ████ ███████

16        A.   Yes and no.  I only shared a

17   little bit with ███ ███████ , ███████ █

18   ████████████ ████████ ██████ was sort of part

19   of that social network of the crew, ███ ██

20   ███████ ██ ███ ███ █ ███ ███ ███

21   ████ ███████ ██ █████████ ████ ███ ███

22   ███ ████ █ ████ ██ █ ███████ ███████

23   ████████ ██ █████ ███████ ████ ███████ ██

24   ███████ ██ ███████ ████ █████ ███ ██ █

25   ███████ ███████ ██ ███████ .

Page 147

1          Confidential

2          ███ █████ █████ ███ ████ ,

3  ███ ██ █ ███ ███ █████ ███ ███ ████

4  ██ ████ ███ ██ ███ ████ ████ ,

5  ████ ██ ███ ██ ████ ███ ██████

6  ███ ███ █ █████ ████ ███ ███ ███

7  ███ ██ ████ ████ ███ ███ ██

8  ███ ███ ████ ███ ████ ████ ██

9  ███ ██ ███ ████ ████ ███ ████

10 █ ████ ██ █ ███ █ █████ ████ █ ███

11 █ ██ █ ████ ███ ██ ████ ███ ███ █

12 ██ ███ ███ ███ ███ █ ███

13 ████ ███ ████ █ ███ ██ ███ █

14 ███ ████ █ ███ ███ ███ █

15 ███ ████ ████ ███ ███ █ ████

16 ███ ██ ███ ███ ███ ███

17 ███ ███ ███ ██ ███ ███ █

18 ██ ███ ███ █ ███ ██ ██ █

19 ███ ███ █ ███ ███ ███

20 ███ ███ ██ ███ ███ ████

21 ████

22          And then, of course, later on ██

23 ███ ██ ███ ███ ███ ███ ███

24 ███ ███ ██ ███ ████ , and then I

25 was just glad by that point that I was back

Page 148



1                    Confidential

2     in Rochester and out of that world.

3          Q.

4

5          A.

Page 149

1                    Confidential

2    ████████████  ████  ██████████  ████  ██  ██

3    ████  ████  ██ █ ████  ████  ██ █  ████  ███

4    ██████  ████████  ████  ██  ████  ████  ████

5    ████  ██  ████  ████  ██  ████  ██  ██  █

6    ████  ████  ████  ████  ██  ██  ████  ████

7    ██  ████  ████  ██████████████  .

8         Q.      ██████  ████

9         A.      ████  ██  ████  ██████  ██  ████

10   ████████  ████  ████  ████  ██  ████  ██

11   ██  ████  ██ █ ████  ████  ████  ██  ██

12   ██████████  ██████  ████  ████████  ███

13              But the fear in the workplace

14   about your value here is only as good as

15   like your reputation as a human being,

16   knowing that  ██████  ████  is out there

17   collecting gossip about everyone's personal

18   lives and your merit in the workplace, it

19   doesn't just speak for itself.  Like

20   you're -- it's hard to explain.

21              ████  ████████  █  ████  ████

22   ████████  ██████  ██████  ██████  ██████

23   ████ █ ██  ████████  ████  ████  ██████

██
25         Q.      When you worked at the Executive

1             Confidential

2   Chamber, what impact did you think your

3   personal life and what happened in your

4   personal life could have on your

5   professional life and professional

6   experience?

7       A.   Well, at first I didn't think it

8   would have any relevance, but I quickly

9   learned that you -- who you hang out with,

10  who you're romantically involved with is all

11  very -- it's all very much part of how

12  you're viewed in the workplace, and

13  ████ -- █ ████ ████ █ ███ ████ █

14  ████ ███ █ ████ ███ ████ ███ ███

15  ██ █ ████ ███ █ █ ████████

16  ██ █ ███ ███ █ ███ ██ █

17  ███ ███ █ ███ █ ███ ████ ██

18  ███ ██ █ ██ █ ███ ██, ███ ██ █

19  ███ █ ███ ███ ███ ███

20  ███ █ ██ █ ███

21  ███ ███ ███ ███ ███ ██

22  ███ ███ ███ ███ ████

23  ███, ███ ███ █ ██ █ ███ ███

24  ███ ██ ███ ███ ████

25  ███ █ ███ ███ ██ █ ██ ███

1               Confidential

2  ████████ ████ █ ████████   ████████  ████ █ ████████

3  █ ██ █████████

4          And I had some of the fellows

5  too, but it really -- it's hard to explain.

6  I didn't really -- I wasn't really

7  socializing with them as much.

8       Q.    Is there a reason you were not

9  socializing with the fellows as much?

10       A.    Well, I think once I got pushed

11  over to that other side of the second floor,

12  I was made to feel as though I was like

13  running in a different circle, and I noticed

14  that they all started hanging out, weren't

15  telling me when they were having

16  get-togethers, and then I felt like they

17  didn't really want to hang out with me,

18  maybe because they thought that I thought

19  that I was better than them or something.

20  It was one of those weird social

21  machinations, I guess, but I wished -- I

22  wished that I would have viewed them as more

23  of like a support network.

24       Q.    Earlier you said the easiest way

25  to survive, you were describing another

Page 152

1                    Confidential
2    survival mechanism, was not to get in
3    trouble, to look nice, be nice and do what I
4    was told.  What did you mean by that?
5          A.    The only way you would get in
6    trouble and that your professional situation
7    might be under threat is if you attract
8    negative attention to yourself.  You attract
9    negative attention to yourself there by
10   screwing up or by being a slob, and so by
11   being docile, doing what I was told, not
12   speaking out of turn, not speaking unless
13   spoken to and also looking the part, the
14   only attention that I might attract to
15   myself is, oh, she's a nice, attractive
16   young lady and I wasn't going to get slammed
17   or screamed at or punished.
18         Q.    You weren't going to get slammed
19   or screamed at or punished by who?
20         A.    By -- well, at the time Joe
21   Percoco was like the punisher.  I wasn't at
22   the level where the Governor himself might
23   have words with me that were punitive in
24   nature, but I just knew just working there
25   that like it wasn't that hard to screw up.

Page 153

1                    Confidential

2                    You might be seen out and about

3    consorting with some staffer from some

4    legislator's office or you might -- it

5    might -- the Governor might catch wind that

6    you're talking about something that he

7    doesn't want you to talk about or, you know,

8    and I just didn't want to be -- I didn't

9    want to have any sort of target on my back.

10       Q.    When you worked in the Executive

11   Chamber and you had the interactions that

12   you described with the Governor, including

13   where he would call you sweetheart or kiss

14   you on the cheeks or kiss your hand, did you

15   have any views at the time whether the

16   Governor's conduct was appropriate?

17       A.    I knew and I believed that it

18   was technically not appropriate for a

19   workplace environment; however, I also knew

20   that we were working in a political

21   environment where certain rules just didn't

22   apply and I knew that --

23                I remember telling people at

24   home that, you know, wow, I didn't realize

25   that in order to like effectively govern the

1                    Confidential

2     State of New York, you have to like skirt

3     the law all the time, you have to make sure

4     that certain things aren't in writing and

5     ignore certain bureaucratic processes and

6     push things through just to govern the State

7     of New York, and just in the way that you

8     sort of have to skirt the law to govern, you

9     skirt the law to be a politician of his ilk.

10                    Like even though on the face of

11    it, sexual harassment is illegal, like you

12    saw how the Governor reacted to the claims

13    in recent months and weeks.  He laughed it

14    off, and I know that is how senior members

15    of the administration would have treated it

16    too.  You know, granted, this was pre-Harvey

17    Weinstein and everything, but, you know,

18    like that's why even the whole ███  ████████

19    stuff, I'm like, ugh, what a creepy, gross

20    old man, but I never thought to report it.

21         Q.    And just so I understand, what's

22    the connection you're drawing between not

23    thinking to report the ████  ████████ stuff and

24    the Governor's conduct?

25         A.    Just that even though I knew

```
 1                     Confidential
 2   that it's not appropriate and it's
 3   tantamount to harassment that the Governor
 4   asked me if I have a boyfriend, that ████
 5   ██████ asked me about my love life, that
 6   the Governor kisses me on the cheek, that
 7   ████  ██████ kisses me on the cheek, the
 8   culture and standards at the time
 9   were like I would have been seen like sort
10   of a Gloria -- or like an Uber-feminist to
11   speak up even in 2014, 2015.
12          Q.    When is the first time that
13   you -- sorry, I missed --
14          A.    Oh, sorry, I just -- like I
15   would have been laughed at.
16          Q.    When is the first time you spoke
17   with anyone about how the Governor
18   interacted with you during your time in the
19   Executive Chamber?
20          A.    I spoke to my family at home,
21   not -- like probably the day that he first
22   interacted with me in his office, just
23   saying like that, wow, the Governor he came
24   right up to me, and I remember telling them
25   about how he behaved at that party, but I
```

```
                                          Page 156
 1                       Confidential
 2   didn't characterize it like the Governor
 3   finds me sexually attractive.  It was just
 4   like the Governor is kind of like flirty and
 5   whatever, you know.  He's a -- he's an old
 6   Italian man from New York City, da, da, da.
 7           Q.     When is the first time you
 8   characterized the Governor's conduct towards
 9   you during your time in the Executive
10   Chamber in a different way?
11           A.     Like in negative way?
12           Q.     In a negative way or differently
13   from how you characterized it previously.
14           A.     A few months into the
15   experience, as I started to feel more and
16   more like it was grating to work there, and
17   like I remember not long after ████████ told
18   me about the high heels rule, thinking like
19   that's so bizarre and that's so backwards,
20   and I remember telling -- I think it was
21   like at Christmas that year when I was home
22   telling some of my cousins about it and
23   people in my family.  Like my ████████ ████████,
24   ██ ████████ are kind of like old-school
25   feminists from like the '70s, and I remember
```

1                    Confidential

2    telling them about it, and they were like,

3    oh, my God, and that was sort of -- but I

4    remember like saying it as, though, yeah,

5    it's super screwed up and it's so backwards,

6    but that's just how the guy is and that's

7    how things are and whatever, whatever.

8              And then so later on this past

9    year, when I went public, I recall, you

10   know, several of those members of my family,

11   people in my friend network reached out and

12   were like, wow, Ana, I remember you telling

13   me about that, I remember you telling me

14   about that, and that was validating to me

15   like, yeah, I wasn't -- it wasn't like I was

16   just blind thinking like this is all

17   hunky-dory.  I was open about the fact that

18   it was not appropriate.

19        Q.    Did any of the family members or

20   friends in your network, who said they

21   remembered you telling them about your

22   experiences, did any of that happen by text,

23   e-mail or otherwise in writing?

24        A.    No, not that -- not that I have

25   record of.  I probably have like G-Chats

```
                                        Page 158

 1                   Confidential
 2   with ████   ████    about certain things.   I
 3   remember like G-Chatting with him in my
 4   office, but he would put those chats on
 5   private or whatever.   There was some
 6   security setting.   But those stories that I
 7   would share with my family and friends were
 8   all like verbal interaction.
 9          Q.    What about later this year when
10   they said I remember you telling me about
11   it, did that all happen orally?
12          A.    Oh, well, I remember my ████
13   ████   ████   posted it on my Facebook
14   account, so I do have that record.   I posted
15   a link to Rebecca Traister's piece that she
16   had written in New York Magazine that
17   included some of my account just because I
18   felt she did a good job of capturing really
19   what I was trying to convey, and she plugged
20   that into the broader culture using other
21   people's stories.   So I felt like it was an
22   appropriate thing for me to share with my
23   friend network.   And, yeah, my ████   ████
24   posted, wow, that's crazy, I remember you
25   telling us about that.
```

1          Confidential
2          Q.    Based on your experiences from
3     your time working in the Executive Chamber,
4     how do you see the Governor as a man?
5          A.    I see the Governor as cowardly,
6     megalomaniac and a narcissist.  █ ██ █
7     ██████████ and that's helped me kind of
8     articulate some of that.  Like I see
9     narcissistic tendencies in his behavior.  He
10    believes that rules that apply to the
11    broader populus don't apply to him.  I go
12    back to like the way that they were so quick
13    to decry ██ ███████ and say ████ ███████,
14    you better resign, and then the Governor is
15    accused of doing just the same stuff, and
16    he's standing his ground.  And so I see him
17    as a disingenuous, narcissist, an abuser,
18    abuse of power and abuse of vulnerable young
19    women's bodies.
20         Q.    Based on your experiences, how
21    do you think the Governor views women in the
22    workplace?
23         A.    I think he views all people in
24    the workplace as a means to an end.  I think
25    he views women in the workplace as both a

```
                                    Page 160
 1                      Confidential
 2   means to an end and a pool from which to
 3   enjoy eye candy and entertain some of his
 4   sexual proclivities and fantasies, much the
 5   way you see it depicted in popular culture,
 6   hire beautiful women to flank you all over
 7   the place and you're constantly surrounded
 8   with beautiful things to look at and women
 9   to flirt with, especially when you're the
10   most powerful person in the room and the
11   most powerful person in the office.  Nobody
12   can say boo about it.  You could be the
13   Hunchback of Notre Dame, but they're going
14   to talk to you.
15          Q.     When you worked in the Executive
16   Chamber, did you see or hear about the
17   Governor touching anybody else?
18          A.     Not when I worked there.  I just
19   knew that the same way that he behaved with
20   me, he behaved with many other women.  So I
21   knew that he was touching and flirtatious,
22   but I didn't know that -- I couldn't have
23   imagined at the time that the Governor might
24   overtly sexually abuse a woman's body or
25   proposition a woman.
```

Page 161

1          Confidential

2          Q.     Did you hear about that kind of

3     conduct after you left the Executive Chamber

4     and separate from the public allegations?

5          A.     I heard about -- this past year

6     after I spoke up, Lindsey Boylan divulged

7     some things to me that I did not know to be

8     true at the time, but she divulged that the

9     Governor was -- had ███████  ███████ with

10    female staffers, including, she named,

11    Sr. Staffer #1  ███████ , Senior Staffer #3  and  ███████ .

12              And I remember thinking that

13    that was so disgusting and I couldn't even

14    imagine, because when I was there, he was

15    still dating ███████  ███ and in public they

16    were kind of physically affectionate towards

17    one other, and I guess I just thought that

18    even though he likes to flirt with young

19    women, he wasn't having sex with people that

20    worked for him.

21              So it was through a secondary

22    source and it was after the public

23    allegations came out, but it was like

24    something that Lindsey said to me that I

25    don't think she said to any public, like,

```
                                    Page 162
 1                 Confidential
 2   media outlet and what not.
 3        Q.    Did Lindsey tell you what her
 4   source was?
 5        A.    She said -- yeah, I would have
 6   to look through my text messages, but she
 7   observed some of it and I think she knew
 8   through her own network.  She didn't tell me
 9   any names like so and so told me that this
10   happened.
11        Q.    Did you ever see anyone sitting
12   in the Governor's lap?
13        A.    No.
14        Q.    Have you ever heard about
15   someone sitting in the Governor's lap?
16        A.    Yes.
17        Q.    What did you hear?
18        A.    I think there were -- there were
19   allusions to it in some of the public
20   allegations that came out this year.
21        Q.    Other than what's in the public
22   allegations, did you hear about anyone
23   sitting in the Governor's lap?
24        A.    No.  I don't think I can answer
25   that question with any -- like I don't
```

Page 163

1                    Confidential
2    remember anything specifically about that.
3           Q.    Did you ever hear anything about
4    ▮Senior Staffer #3▮         ▮▮▮▮▮ sitting in the Governor's lap?
5           A.    No.  I just heard about the pool
6    parties and ▮Sr. Staffer #3▮ ▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮
7    and then, you know, Lindsey's claim that ▮▮▮
8    ▮▮ ▮▮ ▮▮▮▮ ▮▮▮▮▮ with the Governor.
9           Q.    Did you ever see or hear about
10   the Governor hiring a woman after meeting
11   her at an event?
12          A.    Yes.
13          Q.    What did you see or hear about?
14          A.    I saw and heard about it from
15   the public allegations in the media.
16          Q.    But other than what's in the
17   public allegations, you didn't hear about
18   the Governor hiring a woman after meeting
19   her at an event?
20          A.    No.
21          Q.    When you were in the Executive
22   Chamber, did you hear any rumors about the
23   Governor having ▮▮▮▮ ▮▮▮▮▮ ▮▮ ▮
24   ▮▮▮▮▮▮ with any members of the staff?
25          A.    I remember hearing through the

```
                                    Page 164
```

1              Confidential

2   rumor mill that like he had ███████ ██ ████████

3   Senior Staffer #2 █████████ ██ ██████████, but I didn't

4   take it seriously because I thought --

5   again, I was probably naive, but I thought

6   he was in a happy relationship with ████████

7   ████ and I thought that like people were just

8   making things up.

9        Q.     When you were in the Chamber,

10  did you hear anybody say that the Governor

11  made her or him uncomfortable?

12       A.     Yes.

13       Q.     Who did you hear say that?

14       A.     ████████ █████████, █████ ████████.  I

15  never -- women didn't really talk about it.

16  I can only speak to like men talking, you

17  know, ███████ ████████ too, about like, oh, God,

18  he's in rare form today.  And like -- like

19  not like, oh, the Governor touched me and it

20  made me uncomfortable.  It was more just

21  like, oh, God, just had the worst meeting, I

22  got berated for 45 minutes, stuff like that.

23            MS. MAINOO:  Before we move to

24       the next topic, I will just pause and

25       find out if Ms. Kennedy Park has any

```
                                      Page 165
 1                  Confidential
 2        questions.
 3              MS. PARK:  I apologize,
 4        Ms. Liss, if I'm going to ask this and
 5        I missed it, but on any occasion when
 6        the Governor touched you, did he ask
 7        permission to touch you?
 8              THE WITNESS:  No.
 9              MS. PARK:  On any occasion in
10        which you witnessed him touch someone
11        else, who was a staff member in the
12        Executive Chamber, did you hear him
13        ask permission to touch them?
14              THE WITNESS:  No.
15              MS. PARK:  Is there a difference
16        in the way that you saw him touch
17        women in the Chamber versus men in the
18        Chamber?
19              THE WITNESS:  Yes.
20              MS. PARK:  What's the
21        difference?
22              THE WITNESS:  He didn't touch
23        men in the Chamber, and he was gruff
24        and kind of aggressive with men, and
25        he was flirtatious and -- flirtatious
```

```
 1                     Confidential
 2         and silly, I guess, with women.  He
 3         would always just -- he was very much
 4         like an alpha male, I suppose, in his
 5         interactions.  It seemed like --
 6              MS. PARK:  Did the Governor --
 7         apologies.  Go ahead, Ms. Liss.
 8              THE WITNESS:  I was going to
 9         say, it seemed like for the most part
10         the men who worked for him that were
11         doing a lot of like the heavy lifting
12         there really hated working there and
13         really hated working for him, and a
14         lot of the women, they weren't subject
15         to the same sort of verbal abuse.  It
16         was just a different type of -- it was
17         like -- they was sexualized and that
18         wasn't pleasant, but at least they
19         weren't getting verbally harassed
20         and -- but I know that wasn't true for
21         every -- every woman.
22              MS. PARK:  If the Governor had
23         asked your permission to kiss you,
24         what would you have said?
25              THE WITNESS:  Probably, sure.  I
```

```
                                        Page 167
 1                    Confidential
 2        mean, he's the Governor.
 3              MS. PARK:  Why is that; why
 4        would you say "sure"?
 5              THE WITNESS:  Because -- well,
 6        first of all, I wouldn't view it as
 7        like -- I mean, if he asked to kiss me
 8        on the lips or something, no way, but
 9        I wouldn't have viewed it as a
10        violation of my personal space, but
11        also he's the Governor and I'm not
12        going say no to the Governor.
13              MS. PARK:  And why don't you say
14        no to the Governor?
15              THE WITNESS:  You don't say no
16        to that Governor because you might
17        black -- get blackballed.  With
18        Governor Cuomo, if you're asked to do
19        something and then you fail at that
20        task, you might never get asked to do
21        anything ever again.  You might get
22        reassigned somewhere else.
23              MS. PARK:  Is that what you mean
24        by "blackballed"?
25              THE WITNESS:  Um-hum.
```

```
                                            Page 168
 1                    Confidential
 2              MS. PARK:  That's all I have.
 3              MS. MAINOO:  Thank you.
 4   BY MS. MAINOO:
 5         Q.    Miss Liss, did you ever observe
 6   anyone say no to the Governor during your
 7   time at the Executive Chamber?
 8         A.    No.
 9         Q.    Did you ever hear about anyone
10   saying no to the Governor?
11         A.    Only political adversaries.
12         Q.    Are there examples that come to
13   mind?
14         A.    Well, his fight with De Blasio
15   about, you know, the New York City schools
16   and issues on that level, but there was no
17   tasks big or small that you would say no to
18   that the Governor asked you to do no matter
19   how important or unimportant you were.
20         Q.    What's the reason for that?
21         A.    Because he's the most powerful
22   person in that environment.  If you say no,
23   then you risk losing your job or being
24   reassigned.
25              I guess to more accurately
```

1                    Confidential

2    answer your first question, specifically I

3    don't have an example, but I believe that

4    Howard Glaser said no to the Governor and

5    disagreed with the Governor on a couple of

6    important matters and they thus had some

7    sort of a falling out, which is what

8    pressed -- which is what led to Howard

9    leaving to go work elsewhere in 2014 -- in

10   2015 after the Governor was reelected, and I

11   remember seeing that as sort of, wow, that

12   was brave on Howard's part.  I think they

13   disagreed on certain higher level political

14   or policy matters and had somewhat of a

15   professional falling out.  They went in

16   different directions.

17        Q.    What did you know about the

18   falling out?

19        A.    I just remember observing the

20   frequency with which they met dissipating

21   significantly in the months leading up to

22   his election and then immediately thereafter

23   the re-election and the second term, and I

24   remember hearing through the grapevine just

25   that like they're not getting along, Howard

```
                                        Page 170
 1                    Confidential
 2    wants out or something.
 3              I remember also thinking
 4    selfishly what does that mean for me if
 5    Howard is leaving, and of course, that meant
 6    Jim Malatras came and I had to start to make
 7    some moves.
 8         Q.    Did you have a sense of whether
 9    Howard's attitude toward the Governor
10    changed or the Governor's attitude toward
11    Howard changed or both after Howard
12    disagreed with the Governor?
13         A.    I think -- I think it was both,
14    but I observed more so Howard's dynamic,
15    that like he didn't take the Governor as
16    seriously and that he was pretty fed up
17    with the circumstances, which was
18    demoralizing for me too because I was like
19    I'm here every day, I work for you, you hate
20    your job, what does that mean for me, where
21    am I going to go.
22              I took Howard to be, you know, a
23    bit of an intellectual, and I don't know
24    what specifically was driving his
25    frustrations, but it's probably a lot of
```

```
                                        Page 171
 1                    Confidential
 2     things.  He had been with the Governor since
 3     the Governor was HUD secretary.
 4          Q.     You referred several times to
 5     the culture in the Executive Chamber.  How
 6     would you describe it from the time when you
 7     worked there?
 8          A.     Cutthroat, hostile, hyper image
 9     focused and -- you know, it was all about
10     like power and connections.
11          Q.     In what way was it all about
12     power and connections?
13          A.     How many people you knew and
14     what types of people they were and
15     how -- you know, like for instance, Melissa
16     DeRosa's ███ ███ █████ █████ █████, and
17     there were folks that were related to high
18     level officials in New York City, are
19     connected to powerful wealthy families, and
20     there was a lot of, like, oh, don't you know
21     who his or her dad is or his or her uncle
22     and, oh, so and so got their job because
23     of -- they're related to this person or they
24     know this person, which exacerbated some of
25     my own insecurities about, like, I'm not
```

1                    Confidential
2     really related to anybody and I don't really
3     know anybody.  So there was that.  And, you
4     know, you don't get an audience with the
5     Governor unless you have something to offer
6     him.
7          Q.     What was the work environment
8     like in the Chamber?
9          A.     It was chaotic and it was
10    depressing and it was all consuming.
11         Q.     How was it chaotic?
12         A.     There was just no -- nothing was
13    really systematic, like your job was
14    different on any given day.  There was no
15    consistency.  It was always just like
16    putting out fires, being part of a crew that
17    was putting out fires.  In that Rebecca
18    Traister piece, somebody described it as
19    like policy-making paint by numbers, and I
20    thought that kind of nailed it.  It was like
21    we were just figuring out as we went along
22    day to day what the matters -- like what
23    were the priorities on any given day.
24         Q.     What did you think were the
25    reasons for that?

```
                                          Page 173

 1                      Confidential

 2        A.      Hanging onto power.  You know,

 3   survival was everything, and there was a lot

 4   of energy paid to snuffing threats, a lot

 5   of -- the communications team was really the

 6   most important team anywhere, and their

 7   whole focus -- like they ran like a newsroom

 8   that was constantly turning out press

 9   releases, announcements, announcements,

10   announcements, and then planting negative

11   words and narratives about enemies of the

12   Governor.

13              When I began to learn that it

14   was all about PR and communications and less

15   so about policy making, I remember feeling a

16   little alarmed by that, but then also like,

17   well, I suppose it's not that much of a

18   surprise because that's just how things are

19   nowadays, I guess.  And I used to work in

20   the journalism world, and I understand the

21   importance of press announcements and stuff

22   like that.

23        Q.      How did you learn it was all

24   about PR and communications?

25        A.      Well, I really -- I really
```

Page 174

Confidential

1                               Confidential

2  figured it out or got a heavy does of it

3  when I was given that early assignment to

4  put the Regional Economic Development

5  Council videos together, and what I learned

6  was like he watched like 30 seconds of my

7  Long Island video, and we had done an

8  interview with somebody who -- there was

9  like a fishery project that got some

10  financing through the State, like a

11  restoration of a fishery, and the Governor

12  watched, and he was like I don't know who

13  the fuck these people are.  And then he made

14  us redo the whole thing to be like bigger,

15  splashier, sexier, and we reproduced all of

16  them to focus on projects, many projects

17  that didn't even have anything to do the

18  Regional Economic Development Councils.

19          And that was my first

20  realization that it was a dog and pony show

21  or it was like the Wizard of Oz hip, like

22  don't pay attention to the man behind the

23  curtain, like watch the flashy show, and I

24  felt a little foolish from that.

25          I also learned in my Fellowship

1              Confidential

2   orientation ████ ████ was invited to

3   come -- ████ ████ ████ ████ ████ ████

4   ████ ████ ████ were invited to come

5   and speak to the fellows. And ████ had

6   worked for ████ ██ ████, I think

7   it's Channel 6. A lot of the communication

8   shops -- like Channel 6 was almost like a

9   feeder to that crew. And he told us that

10  the Governor's Office treats -- like the

11  communications team is a news organization

12  and they have newsroom meetings every

13  morning and they're constantly -- you know,

14  they're constantly monitoring the news

15  cycle, and the Governor is constantly

16  getting these press clippings sent to his

17  BlackBerry, and that's like everything that

18  he pays attention to. So I learned really

19  early on it was the most important thing.

20          Q.    How did people -- how did staff

21  treat each other in the Chamber?

22          A.    It was a sort of mixed bag.

23  There was hostility and mistrust,

24  particularly like young women, I think. And

25  then there was anger and yelling, and then

```
 1                    Confidential
 2   there was some camaraderie.  There was some
 3   Stockholm syndrome.  You know, I think like
 4   particularly that group of young people,
 5   that crew, they took some solace in each
 6   other, drinking.
 7        Q.    You referred to hostility and
 8   mistrust particularly with young women.
 9   What did -- can you elaborate on that?
10        A.    Yeah, I just remember like mean
11   girl culture and being looked at sideways
12   and treated with sort of like -- especially
13   people like Melissa, Melissa always
14   definitely treated me like that, like you
15   felt kind of like nothing.  Just disrespect.
16   Women at that level looked down upon women
17   that were at a lower level and didn't treat
18   them like -- really like human beings.
19        Q.    And other than Melissa, who are
20   the other women at the higher level that you
21   just referred to?
22        A.    Stephanie Benton was definitely
23   one of them, and Jill DesRosiers was one as
24   well.  She was quieter.  I didn't really get
25   a read on her really much, but that was
```

1           Confidential
2   definitely like a trifecta.
3        Q.    What was Melissa DeRosa's
4   position at the time?
5        A.    She was director of
6   communications or she was in whatever role
7   she was just prior to being director of
8   communications.  It wasn't long
9   after -- like she had come from
10  Schneiderman's office to go work there, and
11  she certainly like wasn't secretary to the
12  Governor or anything like that.  She was
13  working in the communications shop.
14       Q.    Do you remember where she sat?
15       A.    Yeah, she was in the
16  communications office, which was -- like if
17  I was here (indicating), the Governor's
18  Office was like this suite(indicating) and
19  then the communication -- then like the red
20  room was there (indicating) and then like
21  around the corner from the red room was the
22  communications office.  It was all attached
23  by an internal corridor that went through
24  each office so you didn't have to go out in
25  the main hallway.

```
 1                      Confidential
 2          Q.      And you referred to "mean girl
 3      culture" just now.  What did you mean by
 4      that?
 5          A.      Like -- I mean, it's one of
 6      those things Melissa DeRosa didn't have to
 7      look at me square in the eye and say, well,
 8      I think you're a stupid little bitch, you
 9      know.  People can make you feel like you're
10      nothing and nobody just by not acknowledging
11      your presence and never knowing your name or
12      looking and glancing your direction, and
13      that's how it was.
14              Like I saw her and Stephanie
15      almost every day when they were in the
16      office, and I don't think either one of them
17      ever uttered my name or glanced in my
18      direction.  I was certainly on e-mails with
19      them a bunch, but -- and I learned obviously
20      later on that was true across the board.
21      They were made to feel they were the chosen
22      ones, that they were really important, they
23      were the Governor's main women, and then we
24      were all seen as sort of like wannabees, I
25      guess, but they didn't really know that I
```

1                    Confidential

2    didn't want to be them.

3         Q.     What's the reason you didn't

4    want to be them?

5         A.     Because I wanted to go home and

6    just have a regular job and not have to -- I

7    didn't want my whole professional -- I

8    didn't want to feel defined by this man and

9    his legacy and his administration.  I was

10   like -- I learned in a few short months that

11   it was a pretty meaningless existence, and I

12   realized that I could probably do more good

13   in my career by getting out of there and

14   working at the -- in a lower level somewhere

15   else.

16        Q.     You mentioned I think at the

17   beginning of our interview that Cuomo

18   acolytes use terms like "loser" and "zero."

19   How did they use those terms and who did you

20   mean by "Cuomo acolytes"?

21        A.     Well, I just remember -- so ███

22   █████████ is someone who has been around that

23   world since his campaign for his first term

24   and had ingratiated himself to Howard, and

25   Howard was really tight to the Governor for

Page 180

```
 1                        Confidential
 2    a really long time, and I picked up on their
 3    language really quickly, and they
 4    were -- ████   ████     was -- like I said, he
 5    had kind of loose lips, and he would talk
 6    about, oh, this person, he's fucking zero,
 7    he's a loser, and I guess I took some of his
 8    language -- and I remember hearing Howard
 9    using the same language, ████ picking it up
10    from Howard, and I learned like maybe this
11    is like the dictionary according to the
12    Cuomo administration.  I remember ████
13    talking about women like they're smoke shows
14    and she's a 10.
15         Q.    What is a "smoke show"?
16         A.    I didn't know what it was then,
17    up until that point, but like a hot women, a
18    beautiful woman, a smoke show.
19                And ████  and Howard would smoke
20    cigars in Howard's office, and I remember
21    thinking smoke cigar, it's illegal to smoke
22    inside the State office building, so
23    whatever, and using those kind of
24    language -- that kind of language, and I
25    took that to mean that this is like
```

```
 1              Confidential
 2  Cuomo-ese, I guess, "smoke shows" and
 3  "zeros" and "losers" and "fuckups" and stuff
 4  like that.
 5         Q.    Were you ever privy to the
 6  Governor's use of that type of language?
 7         A.    No.   I did hear him use the
 8  F-bomb.  Like "what the fuck is this," you
 9  know, stuff like that, but never -- I don't
10  think I ever heard him call someone a name
11  outright, but I didn't -- there were very,
12  very few occasions when I might have been in
13  that vicinity where I might pick up on
14  something like that.  I could tell that
15  there was some isolation that took place.
16  Like when the Governor is ready to have one
17  of those types of conversations, the doors
18  are closed and there is only certain people
19  in the room, so...
20         Q.    And who were the people who
21  would be in the room under those
22  circumstances?
23         A.    █████ █████; Jim Malatras;
24  █████ █████, depending on the subject;
25  Joe Percoco; █████ █████, when he was
```

1          Confidential
2     alive; Larry Schwartz; Stephanie; Melissa;
3     Josh Vlasto, when he was there; ████ ███,
4     when he was there; like those guys, like the
5     inner -- ██████ █████; the inner circle, the
6     circle of trust, so to speak, I guess.
7          Q.    How much overlap did you have
8     with Josh Vlasto?
9          A.    Very small amount.  He left not
10    long after I came onboard.  I remember
11    seeing him come through a bunch of times and
12    then he disappeared, and now he's working, I
13    think, at one of those blue chip, whether
14    it's a tech company or something.  He's in
15    the private sector.
16         Q.    What position did he hold when
17    you overlapped?
18         A.    He was chief of staff, I
19    believe.
20         Q.    Did you observe how he
21    interacted with people in the Executive
22    Chamber?
23         A.    Yeah, he was █ ███████.  Sorry.
24    He was just a jerk.
25         Q.    How so?

1          Confidential

2          A.    In the same manner that like

3    Melissa -- ██████ █ ██████ █ ██████ ██ ██ █

4    ██████ █ ██ ███ █ ███ █ ██████ █ █ ██ █ ████

5    ██████ █ ██ █ ███ █ ██████ █ ████ █ ██ █ ██ █

6    ██ ███ ██ ██ .

7          Q.    ███ █ ████ █ ███ █ ████ █ ██ █ ████

8    ██████

9          A.    Yeah, he saw me -- I think he

10   and I interacted like in passing on a couple

11   of occasions, one being the regional council

12   award ceremony that first year, and then,

13   you know, when he observed me in Howard

14   Glaser's office and kind of glanced --

15   ██████ █ ██ █ ███ █ ██████ █ ██ █ ██████ .

16         Q.    Earlier you referred to people

17   breathing down my neck and monitoring your

18   every move after you moved over to Howard

19   Glaser's office.  Who was breathing down

20   your neck and monitoring your moves?

21         A.    I guess I should amend that

22   statement because I felt like I was in a

23   fish bowl and that people were looking at me

24   constantly and like they knew I was there,

25   but the people weren't really monitoring

1              Confidential
2    what I was working on.  It was just
3    what -- that I was there, that I was sitting
4    at my computer, what I was wearing.  I felt
5    like I was being -- you can feel watched and
6    you don't necessarily feel like -- like it's
7    not like they were monitoring my attendance
8    and what time I got there and when did I
9    leave.  It was I felt like I was on display.
10         Q.    Were there any individual people
11   who made you feel like you were on display?
12         A.    No.  I guess I don't really know
13   how to answer that question.  Just, you
14   know, there were a lot of the same people
15   that came in and out of that office that
16   were very important people, whether they
17   were going to meet with the Governor or with
18   Howard, and when they would come into that
19   room, you know, they would observe
20   who's -- who is around, and I felt observed
21   or seen by those people, and there was some
22   pressure associated with that, I guess.
23         Q.    You referred several times to
24   
25

Page 185

1              Confidential

2     ███████.  Can you speak more generally as to

3 how your time in the Chamber affected you?

4         A.    Yes, yes, ███ ████ ████ ████ ███

5 ████ ████ ████ ██ █ █ ████████ ██

6 █████████ ██████████ █ ████

7 █████ █████ ████ ███ █ ████ █████ ████

8 █████ ███████ █. █ █ ████ █████ █████

9 █████ █████ ████████ █████ ███

10 ████████ █. █ █████████ ████ ████ ████████

11 █ ███████ ████ ███ █ █████ █████

12 █████ ███████ █████ █████ ███ ████

13 █████ ████ █ ████ █ ████ █████ ████████

14 █ ████████ ████ ████ ████ ███████ ███

15 ████████ ████ █████ ████ █

16 █████████ ████ ███ █████ ████ ██████████

17 █ █ ████ ████ █. ████ ████ ████████

18 █████ █████ ████ █ ████ █████ █████ ████

19 █████ █████ ████ █ ███ █████ ████ █

20 █████ ████ █ ███ █ █████ █.

21            ████ █ ████ █████ ███ █████

22 █████ ████ █████ █████ ████ █████ ████

23 █████ █████ █████ █████ ███ ███ ███ ████

24 ████ █ ██ █ █████ █ ████ █████ ████ ███

25 █████ ████ ██ ████ █████ █████ ████



Page 187

1          Confidential

2  ███████ ████ █ ██████ █ ██████ ██ ███ ████.

3  █ ████ ████ ████ █ ████ ██ ████

4  ██████ █ █ █████ ████ █████ . ████

█ ███████ ████ ██ ████ ████ ██████ █

█ █████ ██████ ██ █ █ ██████ ████ █

█ ████ ████ ████ █ ████ ██████ ████

█ ██████ ███ █ ████ ████ ██ █ ████ ████

█ ██████ ██████ █████ ██████ and it

10  was sort of like that because even though I

11  hated it, I was very fiercely protected of,

12  well, I work for Governor and it's very

13  important and I have this very important job

14  and, no, mom, I'm not going to quit my job

15  and move home, █ ████ ████ ████ ████

█ ██████ ████ ████ ████ █████ █

█ █████ ████ ████ █████ █████

█ ██████ █████ ████ ████ ██ █ ████

█ ███ ██ ████ ████ █

█ ██ █ ████ ████ ███ ████

█ ████ ██ ███████ █████ █████ ██████

█ ██ ████ █ █ █ █

█ █████ █ ████ ████ ████ █ ████ ██████

█ ██████ ████ █ ████ ████ ██████ ████

█ ████ ██ ██ █ █ ████

```
                                      Page 188

  1                  Confidential

  2        Q.    How long was the Fellowship

  3   slated to be?

  4        A.    Two years.

  5        Q.    When was it supposed to end?

  6        A.    The summer of 2015.

  7        Q.    When did you start looking for

  8   your next job after the Chamber?

  9        A.    The spring of 2015.

 10        Q.    What led to your decision to

 11   look for a new job?

 12        A.    Escapism.  I wanted to just get

 13   out and I wanted -- I found it really

 14   appealing like any job that has structure

 15   and is not political.  I was sort of lusting

 16   after the idea that like I could maybe

 17   leverage the experience as a golden ticket,

 18   so to speak, and get a job somewhere that

 19   was more normal, but I couldn't do so in the

 20   traditional way that others were doing

 21   because I didn't have -- I couldn't say

 22   like, oh, use the Governor as a reference,

 23   like that wasn't -- I couldn't tell anybody

 24   that I was looking for a job.

 25        Q.    What's the reason you couldn't
```

1                    Confidential
2   tell anybody that you were looking for a
3   job?
4        A.    Because, again, that ████████
    ██████████████ example that -- it was common
6   knowledge that, you know, you stick it out,
7   you stick around until a member of the
8   administration identifies an opportunity for
9   you or something opens up within the circle
10  of influence that's tied to the State, and
11  that just wasn't going to happen for me.  I
12  couldn't really envision it.
13       Q.    Did you ever speak with anyone
14  about opportunities for a position as a
15  deputy secretary for Economic Development or
16  other work in leadership within --
17       A.    Yeah, I -- I thought that that
18  might be in the cards for me, but ████████
19  ██████████  sort of laughed it off the couple of
20  times that I brought it up because he had
21  been looked over for the deputy secretary
22  position.  He had been functioning for a few
23  years being paid as an assistant secretary
24  functioning as the deputy secretary and the
25  assistant secretary, and I was informed

1                    Confidential
2    that, like, the Governor was looking for a
3    name, you know, some splashy sort of a brand
4    name, like person to appoint, and as long as
5    ████     was in the assistant deputy role,
6    that wasn't in the cards.
7              So I thought maybe a job at
8    Empire State Development, and I talked to a
9    woman named ████ ██████  ██████ there, I can't
10   remember her title, but I had helped worked
11   on the Global New York policy language, and
12   I thought -- I worked, I collaborated at ESD
13   on that.  I thought could there be a
14   position with Global New York, and they
15   didn't really have anything.
16             And she was like, well, what do
17   you think about moving into New York City.
18   I don't think I -- I'll think about it, but
19   nothing materialized.  There were just a lot
20   of fits and starts.
21        Q.    Looking back, how do you assess
22   your time in the Executive Chamber?
23        A.    Survival and really an expensive
24   lesson, expensive lessons learned about my
25   personal and professional tenacity and about

1                    Confidential

2    how the State of New York is governed and

3    how politics functions in the State of New

4    York.

5         Q.    What are those expensive lessons

6    that you learned?

7         A.    I learned that I'm not cut from

8    the kind of aggressive fabric that -- like

9    I'm not the type of person that wants to cut

10   other people down, I don't have like a

11   fiercely competitive spirit, and so I don't

12   believe that I could be successful rising

13   through the ranks of a political operation,

14   like what Andrew Cuomo operates as Governor,

15   and I learned that -- like I said earlier,

16   it seems like the only way to govern the

17   State of New York in such a way that people

18   think you're actually doing your job and

19   getting things done is to break the law and

20   find shortcuts around legal processes, find

21   shortcuts around legislative processes.

22              And, you know, it was an

23   expensive lesson learned because it was two

24   years of my life.  I didn't really save any

25   money.  You know, I learned a lot of lessons

1                    Confidential

2    and I made some solid, good-lasting

3    connections, but not -- not necessarily what

4    I thought was going to come out of it in

5    terms of my network and in terms of my

6    professional work experiences.

7          Q.     You referred a couple of times

8    to legality or breaking the law.  Did you

9    observe or hear about the Governor or anyone

10   in the Executive Chamber breaking the law

11   during your time in the Chamber?

12         A.     Well, yeah.  I mean, I knew and

13   was privy to what -- you know, that ████

14   ████████ ███ calling ███ █████████ and

15   complaining that ██████ wasn't being paid

16   enough money, and so then ████ ████████ got

17   ██████ another job and got him more money,

18   and that was one of the things that ended up

19   landing ████ in jail, and I remember like

20   knowing about it and understanding that it

21   was problematic.

22               And I remember learning about

23   the Governor not putting anything in

24   writing, not even a text message, and

25   understanding there is a reason for that

1                    Confidential

2    because there is no paper trail for certain

3    conversations and certain things.

4                    Yeah, like just witnessing

5    nepotism and favoritism, knowing that it's

6    not legal, knowing also people were -- there

7    was a lot of blending between personal and

8    professional life and drinking on the job

9    and stuff like that, and I knew that that

10   wasn't legal, but certainly --

11                   I don't know if I can give you a

12   specific example, but I know from working

13   there that the whole goal was to push

14   through the Governor's agenda, avoiding at

15   all costs any influence on the part of

16   members of the State legislature.  It had to

17   be his budget, his policies, and a lot of

18   that involved wheeling and dealing, I think,

19   outside of the law.

20        Q.    In what way was there

21   blending -- let me start again.

22                   In what ways was there blending

23   between the personal and professional in the

24   Chamber?

25        A.    Well, like I told you, you know,

Page 194

1                        Confidential

2     that crew of young friends and

3     everybody -- everybody there, it seemed like

4     their whole entire social life was their

5     work colleagues and it was like a cult or a

6     religion.  When you weren't there, you were

7     drinking with the people that you worked

8     with.  The parties at the Executive Mansion

9     and the after parties, you know, those were

10    all colleagues drinking together, and it

11    was -- it was that type of a place where it

12    was just 24/7 grind.

13          Q.    Any things that you're proud of

14    during your time working in the Chamber?

15          A.    Yes, yup.  I'm --

16          Q.    What?

17          A.    I'm proud that I wordsmithed and

18    helped to develop a lot of the language that

19    was used in the 2014 and 2015 State of the

20    State policy books.

21                I advocated for the New York

22    State Council on the Arts, and I got him a

23    $5 million budget increase one of those

24    years.  It was their first in a very long

25    time.  And I participated in budget

1                    Confidential

2      negotiations with the legislature for the

3      Council on the Arts.

4                    And I was proud of the network

5      that I cultivated and some of the

6      educational skills that I was able to

7      develop on the road, working through the

8      Regional Economic Development Council

9      process.

10                    MS. MAINOO:  Before we move to

11          the next topic, I will pause to give

12          Ms. Kennedy Park a chance to ask any

13          additional questions.

14                    MS. PARK:  I don't have any

15          questions on that topic.  Thank you,

16          Abena.

17                    THE VIDEOGRAPHER:  We're now

18          going off the record.  The time is

19          6:07.

20                    (Recess.)

21                    THE VIDEOGRAPHER:  We are now

22          going back on.  The time is now 6:20.

23      BY MS. MAINOO:

24          Q.    Ms. Liss, I want to just go back

25      to the May 2014 budget party.  Can you

Page 196

Confidential

1
2       describe any physical contact that you had
3       with the Governor then?
4               A.     Yes, he came over to me and
5       embraced me and kissed me on the cheek, and
6       when he gestured to the photographer to take
7       our photos, he slipped -- he slipped his
8       hand around my waist.
9               Q.     So since leaving the Executive
10      Chamber in 2015 and before going public with
11      your allegations against the Governor, have
12      you said anything publicly about the
13      Governor?
14              A.     No.  I mean -- well, yes, I've
15      posted social media, like on Twitter, you
16      know, reTweeting or saying, you know,
17      complimentary things like, wow, great job,
18      Governor, things like that.
19              Q.     What kind of things have you
20      said complimentary things about the Governor
21      regarding?
22              A.     Like about some policy things,
23      like, oh -- like how he handled COVID, you
24      know, when he was really popular during the
25      COVID briefings and everybody was watching

1                    Confidential

2    him.  I think I publicly commended him and I

3    had wished him -- I remember posting

4    something about it -- happy birthday.

5                    Because, you know, it's

6    important -- I want to clarify that to me up

7    until very recently the Governor was

8    infallible, just -- even though I felt like

9    I -- I felt awful working there, I never

10   could have foreseen the Governor ever

11   being -- ever having a public fall from

12   grace, just knowing how he func -- how he

13   operates his office.  He's just -- you can't

14   bring the man down.  So it's more out of

15   survival and in order to maintain your

16   dignity, you stay in his good graces;

17   otherwise, you become a nobody.

18       Q.    Even after --

19       A.    Sorry.

20       Q.    Even after you had left the

21   Executive Chamber, was that the way you

22   felt?

23       A.    Yes.

24       Q.    What's the reason for that,

25   given that you no longer worked for the

```
                                         Page 198
 1                   Confidential
 2   Governor?
 3        A.    Well, I believed that even
 4   though it was a personal and professional
 5   failure that I couldn't survive there and
 6   stick around there, and I didn't want to, I
 7   didn't feel that I had what it took.  I
 8   needed to maintain a public semblance that
 9   it was a valuable and honorable use of my
10   time, and I maintained bragging rights that
11   I worked there, I survived there, I have
12   this photograph, look at me.
13             It was more beneficial for me to
14   couch it that it was a valuable experience
15   than for me to say, oh, yeah, that was a
16   massive waste of my time, that guy is a
17   total dick.  Publicly at least.  Privately I
18   would be honest with people that it was a
19   total waste of my time and ███ ███ █ ███████
20   ██████  but publicly I have a job that still
21   kind of -- the stuff that I do now is
22   germane to stuff that I did then, so...
23        Q.    What do you mean when you say
24   stuff you do now is germane to what you did
25   then?
```

1          Confidential
2          A.    I still work in economic
3    development and I work for a unit of local
4    government in the State of New York.  In
5    fact, my boss was one of the men that was
6    one of the county executives that was
7    directly called by Larry Schwartz.
8              In light of the vaccine
9    distribution, you may know that there
10   was -- that Larry was calling around to
11   county executives and engaging their
12   loyalty, you know, perhaps in exchange for
13   vaccines, and I know that Adam Bello was one
14   of those county executives.
15        Q.    How did you feel about the
16   statements that you made that were
17   complimentary about the Governor?
18        A.    Like I never deleted them or
19   anything.  I just -- I suppose I was being
20   like a public sycophant, I guess, in a way.
21   I'm not going to be somebody who goes on
22   Twitter and says the Governor ██ ██ ████████
23   at least at that point in time.
24        Q.    What did you think OF how the
25   Governor seemed to be managing COVID?

                                        **Page 200**

1                        Confidential

2          A.    It was very much the way he

3     managed everything else.  He loves a crisis.

4     You know, when I was there, I -- I wasn't

5     part of a crew that managed Superstorm

6     Sandy, but I was part of a crew that worked

7     through -- there was a huge snowstorm in

8     Buffalo, a deadly snowstorm, just awful, and

9     I was part of the crew that set up the --

10    you know, there was like a command center

11    and they set up like a call center for folks

12    to call in emergencies and the Governor did

13    daily briefings.

14              I remember noticing that he was

15    managing through COVID or governing through

16    COVID the same way he does through other

17    emergencies.  He used them as opportunities

18    because all eyes, all attention is focused

19    on the emergency, and so then he becomes a

20    savior.

21              And I knew that these daily

22    briefings about statistics weren't in and of

23    themselves acts of governing, but they were

24    perhaps promoting a sense of calm and

25    consistency during a certain point in time,

```
 1                    Confidential
 2    and it was again governing by PR versus
 3    actually doing something.
 4               And, of course, I knew that
 5    somewhere along the way behind the scenes
 6    stuff is not right and there are inequities
 7    and certainly special treatment is being
 8    doled out to certain people as it always is,
 9    so I wasn't surprised when, of course, we
10    learned about nursing homes and we learned
11    about members of the family and high-level
12    staffers getting access to testing and
13    vaccines and stuff like that.
14               And I knew too with the book
15    situation, when I was there, he was on the
16    tail end of writing his last book, which was
17    kind of a flop, and he had members of the
18    staff working on that, like his
19    communications team especially.  I remember
20    him being followed around by like a
21    ghostwriter.  And so when that whole thing
22    came out, I wasn't surprised, of course, he
23    had people on his staff working on the book.
24               He's obsessed with his own
25    public persona and public profile and his
```

```
                                    Page 202
 1                     Confidential
 2   polling numbers and his media, how much time
 3   is being dedicated to him in the news, and
 4   it was true back then, it was even more so
 5   true these last several months, so none of
 6   it was surprising to me.
 7           Q.    Given your current position, did
 8   you feel free to post Tweets that were
 9   critical of the Governor before March 2021?
10           A.    No.  In fact, prior to joining
11   the administration and getting that
12   Fellowship, when I was still in Rochester, I
13   was involved with a local organization, the
14   Monroe County Young Democrats, and I helped
15   them with their e-mail newsletters and with
16   their social media and I helped set up a
17   Twitter account.
18               And I remember one year like
19   Tweeting, live Tweeting the Governor's State
20   of the State, and I can't recall what I
21   posted that was critical, but something in
22   regards to young people and, you know, our
23   policy that -- that the young democrats have
24   taken a stance, I don't recall what it was,
25   but I remember the next day I was at the gym
```

1                     Confidential
2    and I got a phone call from one my fellow
3    volunteers that he had gotten a phone call
4    from the Governor's regional director at the
5    time telling us to take the Tweet down.
6              And I remember thinking we are
7    just these little peon young democrats of
8    Monroe County, I think we maybe have like 50
9    Twitter followers, and the Governor himself
10   apparently, or somebody is paying attention
11   to what we were Tweeting, and I remember
12   from that point forward knowing you don't go
13   public with anything critical of the
14   Governor if you ever want to be in his good
15   graces or be on the receiving end of his
16   powers as Governor.
17             So I knew when I spoke out in
18   March that that was it.
19        Q.    Have you had any contact with
20   current or former members of -- well, let's
21   start again.
22             Have you had any contact with
23   current members of the executive Chamber
24   since Lindsey Boylan's allegations became
25   public in December 2020?

1              Confidential

2        A.     Yes.

3        Q.     Who?

4        A.     Rich Azzopardi called me on my

5   cell phone in December, not longer after

6   Lindsey posted that Tweet, and I remember

7   thinking like why is Rich Azzopardi calling

8   me, and I thought maybe it had to do with my

9   job and, oh, neat, the Governor's Office is

10  calling me.  And then he sounded sort of

11  nervous and asked me if Lindsey -- if I had

12  been in touch with Lindsey Boylan, if she

13  had tried to contact me and if I had spoken

14  with her at all, and I said no.  And then he

15  said, you know, can you just let -- reach

16  out, let me know if she does try to contact

17  you.

18            And then I remember thinking

19  like how many other people is he reaching

20  out to, why is he reaching out to me, you

21  know.  What would -- what would he or

22  someone else have observed that would have

23  made them think to contact Ana who hasn't

24  worked there since 2015.

25        Q.     Did you have any thoughts about

Page 205

1                       Confidential
2      why Rich or anyone else would have thought
3      to contact you?
4            A.     Yeah, I thought it was because
5      maybe they saw the Governor flirted with me
6      on occasion and they thought that I might be
7      somebody who would feel emboldened to speak
8      up, and maybe they thought Lindsey is going
9      to try to -- maybe Lindsey is going to
10     cultivate a network of other women who had
11     similar experiences, and they want to
12     neutralize that threat because that's what
13     they do, that's their MO.
14                 It certainly wasn't like -- he
15     wasn't trying to reach out and say, oh, you
16     know, we're trying to collect women who used
17     to work here who have good things to say
18     about the Governor, because I remember that
19     was out there, that was a narrative, like
20     that they were trying to -- and maybe they
21     were.  I just -- that was not the nature or
22     the tone and tenor of the call.  It was like
23     he was trying to figure out has Lindsey
24     contacted me, have I spoken to Lindsey, and
25     I thought that was weird because, you know,

```
 1                    Confidential
 2   I felt like a lot of what I had experienced
 3   was kind of invisible there.  You know, I
 4   wasn't -- it wasn't like I was special, like
 5   I was the only person that was special that
 6   was being kissed on the cheek, and
 7   I didn't -- when I looked back on the
 8   experience, I didn't characterize the whole
 9   thing like that was two years of me being
10   sexually harassed by the Governor, that
11   wasn't it.  I didn't think that that was a
12   defining thing, so it felt strange that Rich
13   would have observed something or somebody
14   else would have and said to him to call me.
15               And that -- I remember because I
16   was with ██ ██████ at the time, we were on
17   ██ █████████, and it was like that's weird
18   the Governor's office just called me and
19   they asked me if -- I remember he thought it
20   was weird.
21        Q.    When was it -- when did Rich
22   call you?
23        A.    In December 2020.  So I got
24   ████████ ███████ ██████ █████ █████ ███ ███
25   ████████ █ ███████ ████, and then it was
```

```
                                        Page 207
 1                  Confidential
 2    like Monday the 21st, I think, in the
 3    morning.
 4          Q.    Did Rich call you on your cell
 5    phone?
 6          A.    Uh-hum.
 7          Q.    Had Rich ever called you before?
 8          A.    No.
 9          Q.    Did you ever speak with Rich
10    after that?
11          A.    No.
12          Q.    Did you ever communicate in any
13    other way with Rich after that call?
14          A.    No.
15          Q.    Did any other current Chamber
16    staff reach out to you after December 1,
17    2020?
18          A.    No.
19          Q.    How about former Chamber staff?
20          A.    Actually -- yes, yeah.  ████████
21    ████████  reached out to me,  ████  ████ █ ████
22    ████  , and  ████  ██████  reached out to me.
23          Q.    What did  ██████  have to say?
24          A.    Well, at first  ██████  -- because
25    I spoke on background to -- to Gothamist,
```

Page 208

Confidential

1
2    and when that story hit, he reached out.  He
3    was like are you -- I think the code name
4    they gave me was Sara.  He goes, are you
5    Sara.  All these people are asking me if you
6    are Sara.  And I lied and I said no.
7                    And then I decided to just
8    attach my name to it because I just had a
9    change of heart and I thought I don't care,
10   I don't have much to lose really, and it's
11   more powerful to attach my identity.  I just
12   know because I have a journalism background,
13   I studied journalism, when you -- interviews
14   that you give on background are valuable,
15   but it's better when you can identify a real
16   source.  That lends credibility to the
17   story.  So I felt it was a public service.
18   So then I outed myself, and then he sent me
19   some mean text messages like you liar.
20                    And then ███ reached out and
21   just was like, hey, I'm thinking of you, you
22   know, that was really brave, he like called
23   me.
24        Q.    Did ███ say anything else
25   other than what you've already described?

1          Confidential
2       A.    No, not really.  He goes -- I
3   think he said something like lose my number
4   or whatever.  I just blocked him.  I should
5   have had him blocked anyways.
6            He had been like let go from his
7   position in the ███████   ██████   █████  last
8   year, I think, so he's ███  ██████  █████, I
9   believe, but -- so he was -- was with the
10  Chamber recently as of last year, but not
11  this year.
12      Q.    Did ██████ ever try to discourage
13  you from talking about your experience in
14  the Chamber?
15      A.    Well, when he -- well, I guess
16  when years ago he made it clear to me like
17  that anybody that speaks out against the
18  Governor like loses his shirt basically, but
19  when he texted me about like, oh, are you
20  Sara, he was like -- and I had said no, he
21  was like, well, good, because whoever that
22  is like -- kind of I think he alluded to
23  something like they were just trying to get
24  attention or something disparaging.
25      Q.    I know earlier you said that you

```
                                                    Page 210
 1                      Confidential
 2    know Lindsey Boylan.  Do you know any of the
 3    other women who have made allegations of
 4    sexual harassment by the Governor?
 5          A.    Not personally, and I didn't
 6    overlap with any of them professionally.
 7          Q.    Have you spoken with Lindsey
 8    about any of your respective interactions
 9    with the Governor?
10          A.    Not in detail.  I -- she didn't
11    ask me questions about it, and I didn't ask
12    her questions about her experience.
13    We -- when she contacted me, it was just
14    kind of to say like, wow, you know, thank
15    you for speaking up and I've got your back
16    kind of thing.
17          Q.    When did you speak?
18          A.    It was not long after the Wall
19    Street Journal article came out.  I think it
20    was right after that.
21          Q.    Before the Wall Street Journal
22    article came out, had you communicated with
23    Lindsey about experiences with the Governor?
24          A.    No, but -- well, so she
25    contacted me not long after her blog post
```

1                        Confidential

2      and indicated that she was working with

3      Rebecca Traister to create like a safe space

4      if other women and other staffers felt like

5      they wanted to share stories, and she

6      wasn't -- she made it clear that she wasn't

7      trying to pressure or anything, but that

8      because of the harassment that she was

9      getting and like the fact that the -- she

10     was being called, you know, a liar, she was

11     trying to be strategic about airing the

12     truth, and she knew from the time that we

13     had interacted with each other and

14     overlapped that she had identified me as

15     maybe somebody that had experienced

16     something similar, and so I --

17                 I said that I would be happy to

18     talk to Rebecca Traister on background, and

19     then after I talked to Rebecca, I started to

20     feel more comfortable and -- well, I felt

21     like -- because I hadn't talked about it

22     really before to anybody, and then I felt

23     more comfortable with not being anonymous

24     and being -- and attaching my name to it, so

25     Lindsey had expressed gratitude.

1                    Confidential
2                    I didn't know at the time like
3        how big of a deal it would be.  I suppose
4        that's naive, but -- because I didn't come
5        out and say, oh, the Governor grabbed my
6        body parts, but because there had been so
7        few people that had shared their stories and
8        attached their names to their stories, it
9        ended up really blowing up and I didn't
10       exactly expect that, so.
11                   But Lindsey and I we did overlap
12       and work on a couple of things together, and
13       later on when I worked at Cornell, actually
14       she stayed in touch with me, and I helped
15       her when she worked for the ESD, had a
16       couple of meetings at Cornell when she was
17       in that job.  So it's not as though we
18       didn't know each other at all and didn't
19       have any -- like I remember at Ithaca, when
20       she came to Ithaca to meet -- to have the
21       meeting at Cornell, we were exchanging
22       pleasantries and sort of -- I recall having
23       sort of an eye-roll conversation about like,
24       oh, God, that place, so awful, so good to be
25       out.  So maybe that's part of the reason why

1                    Confidential

2      she had me in her Rolodex of people to reach

3      out to.

4           Q.    Have you spoken with any of the

5      other complainants about your respective

6      experiences with the Governor?

7           A.    No.

8           Q.    You mentioned that when you

9      spoke with Rebecca Traister was sort of one

10     of the first times you spoke with anyone

11     about that.  What did you mean by that?

12          A.    It was the first time that I had

13     ever answered pointed and detailed

14     questions, like informed questions about the

15     toxic workplace environment and felt

16     validated that I wasn't crazy, that it

17     wasn't -- it wasn't that I couldn't hack it.

18     It was just a bad place to wok.

19                Rebecca shared some of the

20     anecdotes that had been shared with her by

21     other interviewees, and New York Magazine

22     had a team of fact-checkers.  So it wasn't

23     as though these were made up stories, and a

24     lot of them were like really eerily

25     identical to what I had been talking about,

1                  Confidential
2    and it felt kind of therapeutic in a way.
3                  She is a writer who had
4    written -- she has written books about this
5    type subject matter and had a unique level
6    of expertise on it beyond your typical
7    journalist that's seeking a sound bite.  So
8    it was cathartic, I think, to talk to her.
9                  MS. MAINOO:  Before I wrap up,
10        Jen, do you have any questions?
11              MS. PARK:  Yes.  Thanks, Abena.
12              Since you've have gone public,
13        are you aware of any efforts by staff
14        of the Executive Chamber to try to
15        discredit you or impugn your
16        character?
17              THE WITNESS:  No, not at this
18        time.  Immediately after I spoke out
19        through the Wall Street Journal, you
20        know, the Governor was asked about my
21        account and he did not deny it;
22        however, later on, more recently he
23        has categorically denied everything,
24        but nobody came out and tried to
25        malign my character.  I was expecting

Page 215

1                  Confidential
2          that that was a possibility.
3               I was bothered when it was
4          brought up that like they had like a
5          dossier about Lindsey.  I remember
6          thinking, well, gosh, I didn't even
7          know what -- who my HR contact was.  I
8          had nobody giving me performance
9          evaluations in any regularity, I had
10         nobody monitoring where I was at any
11         given time, I didn't even have a
12         formal way to put in for vacation, so
13         who was keeping a dossier on Lindsey?
14         Was somebody keeping a dossier on me?
15         Can somebody make something up about
16         me, like did they make up whatever the
17         allegations were against her.  So I
18         was afraid of that.
19              And certainly that's the style
20         of their communications operation is,
21         you know, deny, deny, deny, character
22         assassinate.  So I was fully expecting
23         that.  So when I spoke out, I was
24         clear to those journalists that,
25         listen, if they try to call me a

Page 216

Confidential

1
2      nobody and say that I didn't have any
3      influence and I didn't have access,
4      they're right, I didn't have any
5      influence, I didn't have any access.
6      These are the things that happened.
7      This was on film.  These are the
8      things I can attach date stamps to.
9          I made sure that like I wasn't
10     speaking in platitudes about, well, I
11     felt it was like this, and -- I was
12     very careful, because I knew they
13     could come out and say Ana is a loser
14     and she's making it up for attention.
15         MS. PARK:  I know you said that,
16     you know, they haven't publicly tried
17     to malign you or discredit you.  Are
18     you aware of them privately trying to
19     do that?
20         THE WITNESS:  I can only
21     speculate based on the fact that like
22     I know how they deal with event
23     management and control who can be in
24     the room and who shouldn't be invited,
25     and I haven't been included in things,

Confidential

1
so...

2

3          MS. PARK:  You're talking about

4      at your current job?

5          THE WITNESS:  Yeah, since --

6      since this came out, you know,

7      any -- anything in my official

8      capacity in this job I would have -- I

9      would interface with State level

10     officials, and where the Executive

11     Chamber would be involved, I have not

12     been included where I otherwise would

13     have been included and was up until

14     March of this year in other events.

15         MS. PARK:  What about

16     information from reporters, have any

17     reporters told you that they have

18     heard information about you that is

19     negative?

20         THE WITNESS:  Not that I know

21     of.  Nobody has said anything to me, I

22     haven't really talked to any reporters

23     since -- I mean, I've had reporters

24     follow up with me asking me about the

25     investigation and stuff like that, but

Page 218

Confidential

```
 1                    Confidential
 2      nobody has divulged anything to me.  I
 3      wouldn't be surprised, though, if
 4      there was some campaign.
 5           MS. PARK:  I think, you know,
 6      you've said that there are things
 7      about your current job have changed
 8      since you've gone public.  Has anyone
 9      at current job told you that you're
10      protected from retaliation for
11      disclosing your claim?
12           THE WITNESS:  Yes, my boss, the
13      County Executive, said that he has my
14      back.  Our ████████ █ ████████████
15      and the ██████ ███████ ███████  both
16      also said that they have my back and I
17      should not be afraid that -- of
18      anything.
19           MS. PARK:  Have you raised any
20      of your concerns about your change in
21      how you're being treated at your
22      current job to any of those
23      individuals who told you you were
24      protected from retaliation?
25           THE WITNESS:  Not yet.
```

1                  Confidential

2              MS. PARK:  You a few moments ago

3        mentioned that when you first came

4        out, the Governor did not deny what

5        you had said, but more recently has

6        done that.  Are you referring to the

7        Governor more recently saying he

8        didn't do anything wrong?

9              THE WITNESS:  Yes.

10             MS. PARK:  And what's your

11       reaction to Governor Cuomo saying he

12       didn't do anything wrong?

13             THE WITNESS:  It's not up to him

14       to determine whether his actions were

15       right or wrong.  It's up to the

16       individual that was subject to the

17       actions.  And if I came out and said

18       it was wrong or inappropriate for him

19       to touch and kiss and ask personal

20       questions of a young female staffer

21       without asking permission, then it's

22       not okay and it's inappropriate.

23             MS. PARK:  And a while ago you

24       mentioned that in your current role

25       supporting a county executive you were

```
                                          Page 220
 1                    Confidential
 2          aware of an allegation that members of
 3          the Governor's senior staff made phone
 4          calls to county executives related to
 5          support for the Governor.  Is your
 6          knowledge of that entirely based on
 7          what you've read in the press or do
 8          you have any personal knowledge about
 9          those phone calls?
10               THE WITNESS:  No, the County
11          Executive told me.  I have personal
12          knowledge.
13               MS. PARK:  What did the County
14          Executive tell you?
15               THE WITNESS:  He told me Larry
16          Schwartz called him and was gauging,
17          you know, his level of support for the
18          Governor and was referencing the
19          vaccine supply, and Adam was
20          acknowledging that reports in the
21          media were accurate, and that he was
22          one of the folks that was called, and
23          he alluded to like -- he thought it
24          was strange because he thought maybe
25          he was being targeted because I was
```

1                    Confidential

2          one of the people that spoke out and

3          I'm very publicly working for Adam

4          Bello.

5               MS. PARK:  Did Mr. Bello connect

6          the two, did he connect support -- did

7          he convey to you that Mr. Schwartz was

8          connecting support for the Governor to

9          vaccine supply?

10              THE WITNESS:  Yeah -- well, he

11         said that that was what it felt like

12         and that was very clear to him that

13         that was the nature of the call.

14              MS. PARK:  What did you say to

15         Mr. Bello?

16              THE WITNESS:  I was just like,

17         wow, I'm not surprised, that's crazy.

18         I was like I'm sorry, you know, I put

19         you on the spot.  He was like, no,

20         don't apologize.  He's been very

21         gracious about the whole thing.

22              I thought before I spoke out

23         publicly, before I attached my name to

24         it, that I would certainly be losing

25         my job or whatever.  So before I

1                    Confidential
2          decided I'm going to identify myself,
3          I spoke to Adam, I spoke to the ███
4          █████  ████████, and I said, listen,
5          I'm thinking about doing this, this is
6          what I experienced, what are your
7          thoughts?
8               And then they said, wow, they
9          were really sensitive and gracious
10         about the whole thing, and he said
11         we've got your back, you know, you do
12         what you need to do.
13              MS. PARK:  Did Mr. Bello tell
14         you he was going to do anything about
15         the call from Mr. Schwartz?
16              THE WITNESS:  No, he just sort
17         of -- like it was an eye-roll type of
18         a situation.  Adam had had a few
19         interactions with Larry Schwartz about
20         the vaccine effort because Larry was
21         kind of running the show from the
22         stateside, and Adam was really
23         beleaguered from like -- you know, he
24         runs the county health department and
25         is being publicly held accountable for

1                    Confidential
2          vaccine distribution in Monroe County,
3          and yet so much of it was outside of
4          his control and being arbitrarily
5          determined by the Governor's Office,
6          and, you know, he's a first-term
7          county executive and dealing with this
8          stuff for the first time.  I mean,
9          obviously everybody was dealing with
10         COVID for the first time, but he
11         already had a bad taste in his mouth
12         about the administration, about Larry
13         and how they were -- how they were
14         operating the whole thing in a chaotic
15         way, and this was just another thing,
16         it was par for the course,
17         politicizing -- politicizing it,
18         politicizing vaccine distribution and
19         politicizing the pandemic.
20              MS. PARK:  Abena, I don't have
21         anything else.
22              MS. MAINOO:  Thank you.
23              THE VIDEOGRAPHER:  Anybody else?
24              MS. MAINOO:  Yes, a few more
25         questions.

Page 224

2    BY MS. MAINOO:

3        Q.    Ms. Liss, you may have already

4    spoken to this so I apologize if I'm

5    repeating myself, but I want to make sure to

6    cover this.

7             At the time when you were in the

8    Executive Chamber and you had physical

9    contact with the Governor, how did you feel

10   about that?

11       A.    I felt objectified and I felt

12   like I was attractive to the Governor.  In

13   some ways I felt special, not like, oh, wow,

14   look at me, the Governor -- but I felt like

15   it was a differentiating factor that

16   separated me from other rank and file

17   members of the staff, like he saw me.

18       Q.    Did you feel comfortable with

19   the physical contact you had with the

20   Governor?

21       A.    I didn't feel threatened by it.

22   I didn't feel comfortable, but I didn't feel

23   incomfortable -- or uncomfortable.  It was

24   sort of in between.

25             MS. PARK:  Was the physical

1              Confidential

2         contact from the Governor welcome?

3              THE WITNESS:  When you say

4         "welcome," like do you think -- are

5         you asking like did I invite it, did I

6         want it?

7              MS. PARK:  Yes, let's take that

8         definition.  Did you want it?

9              THE WITNESS:  No.

10             MS. PARK:  And the comments that

11        the Governor made about using terms of

12        endearment for you, "sweetheart,"

13        "darling," did you want him to do

14        that?

15             THE WITNESS:  No.  I wanted him

16        to use my name.

17             MS. PARK:  And the comments --

18             Sorry, I didn't mean to cut you

19        off.  You said you wanted him to use

20        your name?

21             THE WITNESS:  Uh-hum

22        (nodding).

23             MS. PARK:  And the comments the

24        Governor made about your appearance,

25        did you want him to make those

```
                                              Page 226
                          Confidential
 1
 2        comments?
 3                    THE WITNESS:  No.
 4                    MS. PARK:  I'm done.
 5   BY MS. MAINOO:
 6        Q.    Since you last spoke to our
 7   team, have you spoken to anyone about your
 8   interactions with the Governor?
 9        A.    No.
10        Q.    Have you spoken to anyone about
11   our investigation?
12        A.    No, just that I am having this
13   conversation today.  I had indicated that
14   that's what I'm doing on Friday night.
15        Q.    Who did you indicate that to?
16        A.    My husband, my parents.
17                    I had been contacted a while ago
18   by the media like -- and I let them know,
19   yes, I'm speaking, yes, it's happening, but
20   I didn't divulge anything like what -- who
21   I'm talking to, et cetera, et cetera.  And I
22   told my boss as well, sorry.  I shared the
23   subpoena with my boss.
24        Q.    What was the reason for sharing
25   the subpoena with your boss?
```

1                    Confidential

2        A.    So that he knew that on Friday

3   afternoon I would be engaged in this

4   conversation and not available.

5        Q.    Is there anything you would like

6   to add or any answers you wish to clarify

7   before we finish?

8        A.    No, I think I'm all set.

9        Q.    Is there anything else that you

10  can think of that's relevant to our

11  investigation?

12       A.    Not at this time.

13       Q.    If you would like to make a

14  brief sworn statement, you may do so now.

15       A.    I'm all set.  I don't need to

16  say anything.

17            MS. MAINOO:  We're going to

18         conclude our examination.

19            Thank you very much for speaking

20         with us today.

21            THE WITNESS:  Thank you all.  I

22         appreciate your time.

23            MS. MAINOO:  And I'll

24         take -- before we go off the record,

25         I'll take this opportunity to remind

1          Confidential
2          you that you have continuing
3          obligations under our document
4          subpoena and our subpoena for
5          testimony.  If we need you to come
6          back to answer additional questions,
7          we will contact you, and if you have
8          documents that are responsive to our
9          document subpoena, you are still under
10         the obligation to produce them to us.
11              THE WITNESS:  Okay.  Thank you.
12              MS. PARK:  Ms. Liss, let me just
13         add this too as well:  As Abena told
14         you at the beginning, under Executive
15         Law 63(8), you may not share
16         what -- your testimony here today with
17         anyone.  Do you understand?
18              THE WITNESS:  Yes, I understand.
19              MS. PARK:  Thank you.
20              MS. MAINOO:  Thank you.
21              THE VIDEOGRAPHER:  This ends
22         today's deposition.  The time is 7:01
23         and we're now off the record.
24              (Time noted:  7:01 p.m.)
25

Page 229

C E R T I F I C A T E

STATE OF NEW YORK      )

                       : ss.

COUNTY OF NEW YORK     )


        I, THERESA TRAMONDO, a Notary
Public within and for the State of New
York, do hereby certify:
        That ANA LISS, the witness whose
testimony is hereinbefore set forth, was
duly sworn by me and that such testimony
is a true record of the testimony given by
the witness.
        I further certify that I am not
related to any of the parties to this
action by blood or marriage, and that I am
in no way interested in the outcome of
this matter.
        IN WITNESS WHEREOF, I have
hereunto set my hand this 10th day of June,
2021.

_____

        THERESA TRAMONDO