# EXHIBIT C



PL 022348



**+1 (845) 4[redacted]**

iMessage
Sunday 05:36

> This is Marks number. Obviously you're upset about the call I had gotten from your attorney. He called me out of the and began interviewing me over the phone. I told him I did not feel comfortable talking to him on the phone. I need to know more about what is going on first before I speak to anyone. Mark still has to work for the SP. I'm not sure if you're suing Division or that dick . You need to fill me in on what's going on first before I talk to anyone.
>
> You never gave me a chance to explain. I'm really surprised by this

> I get it u have been brainwashed

> You hung up why ?

The sender is not in your contact list.
Report Junk