UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>      Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>      Defendants. | Case No. 22-cv-00893 (LDH) (TAM) |

### NOTICE OF CROSS-MOTION BY FORMER GOVERNOR ANDREW M. CUOMO TO COMPEL NONPARTY CHARLOTTE BENNETT'S COMPLIANCE WITH SUBPOENAS

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, and the declaration of Theresa Trzaskoma and all exhibits attached thereto, former Governor of the State of New York Andrew M. Cuomo ("Governor Cuomo"), by and through his attorneys, Sher Tremonte LLP and Glavin PLLC, cross-moves pursuant to Federal Rule of Civil Procedure 45(d)(2) before the United States District Court for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order granting Governor Cuomo's Motion to Compel Charlotte Bennett's Compliance with Subpoenas, and for such other relief as the Court may deem just and proper.

Dated: New York, New York
      July 19, 2023

Respectfully submitted,

   */s/ Theresa Trzaskoma*

Theresa Trzaskoma
Allegra Noonan
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
ttrzaskoma@shertremonte.com

Rita Glavin
GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, NY 10019
Tel: (646) 693-5505
rglavin@glavinpllc.com

*Counsel for former Governor Andrew M. Cuomo*