

**Valdi Licul**
vlicul@wigdorlaw.com

July 31, 2023

<u>**VIA ECF**</u>

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Trooper 1 v. Cuomo, *et al.*; Case No. 22-cv-00893 (LDH) (TAM)</u>

Dear Judge Merkl:

We represent Plaintiff Trooper 1 ("Plaintiff" or "Trooper 1") in the above reference matter and write to respectfully request an extension of the briefing schedule for Trooper 1 to file a reply to Cuomo's Opposition to the Motion to Quash, from August 2, 2023 to August 9, 2023, in order to permit Trooper 1 adequate time to respond to the issues raised in Cuomo's opposition (and in alignment with the identical request granted by the Court to Respondent Lindsay Boylan on July 28, 2023). The extension will not impact any other dates in this matter. This is Trooper 1's first request for an extension of this briefing, and Petitioner-Defendant Cuomo consents to the extension.

Respectfully submitted,

Valdi Licul