UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TROOPER 1, | Civil No. 1:22-cv-00893(LDH)(TAM) |
| Plaintiff, | |
| v. | |
| NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI, | |
| Defendants. | |

**DECLARATION OF LAURA S. SCHNELL IN FURTHER SUPPORT OF NON-PARTY CHARLOTTE BENNETT'S MOTION TO QUASH DEFENDANT ANDREW CUOMO'S SUBPOENAS AND IN OPPOSITION TO DEFENDANT ANDREW CUOMO'S CROSS-MOTION TO COMPEL**

I, LAURA S. SCHNELL, hereby declare to the best of my knowledge:

1. I am an attorney duly licensed to practice law in in the State of New York and am admitted to practice before this Court. I am a partner of Eisenberg & Schnell LLP.

2. On June 28, 2023, I filed a Notice of Appearance in the above-captioned matter on behalf of Charlotte Bennett ("Ms. Bennett"), a non-party in this case and the plaintiff in *Bennett v. Cuomo et al.*, 1:22-cv-07846-VSB (S.D.N.Y. Sept. 14, 2022).

3. I submit this declaration in further support of Ms. Bennett's Motion to Quash and in opposition to Defendant Andrew Cuomo's Cross-Motion to Compel.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated May 5, 2023, directed to Hamilton College and noticed by Governor Cuomo in connection with the above-captioned matter.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action, dated June 1, 2023, served by Governor Cuomo on Ms. Bennett in connection with the above-captioned matter.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated June 1, 2023, served by Governor Cuomo on Ms. Bennett in connection with the above-captioned matter.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action, dated July 13, 2023, directed to John Doe and noticed by Governor Cuomo in connection with *Bennett v. Cuomo et al.*, 1:22-cv-07846-VSB (S.D.N.Y. Sept. 14, 2022).

8. Attached hereto as **Exhibit 5** is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action, dated July 13, 2023, directed to David Wippman and noticed by Governor Cuomo in connection with *Bennett v. Cuomo et al.*, 1:22-cv-07846-VSB (S.D.N.Y. Sept. 14, 2022).

9. Attached hereto as **Exhibit 6** is a true and correct copy of the Plaintiff's Rule 26(a) Initial Disclosures in the above-captioned matter, dated June 13, 2022, as reflected in the filing at Doc. 97-1 and attached to the Declaration of Theresa Trzaskoma, Doc. 97.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on this 2nd day of August, 2023.

/s/Laura S. Schnell
Laura S. Schnell