# SHER TREMONTE LLP

August 7, 2023

**BY ECF**

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Trooper 1 v. New York State Police et al.*, **22-cv-00893 (LDH)(TAM)**

Dear Judge Merkl:

    We write concerning the briefing schedule for nonparty Charlotte Bennett's Motion to Quash. ECF No. 83. In addition to opposing that Motion, Governor Cuomo cross moved to compel. ECF No. 95. The original briefing schedule on Ms. Bennett's and Trooper 1's Motions to Quash did not include a date for Governor Cuomo to file a reply in further support of his Cross Motion to Compel. *See* ECF No. 80.

    With the consent of Ms. Bennett's counsel, we respectfully request that Governor Cuomo's deadline to file a reply in further support of his Cross Motion to Compel be set for August 11, 2023. Because Trooper 1 will be filing her reply to her Motion to Quash on August 9, ECF No. 104, and because Ms. Boylan will be filing her reply to her own Cross Motion to Quash on the same day, ECF No. 102, an August 11 filing deadline for Governor Cuomo's reply will not meaningfully affect the overall schedule.

    We appreciate the Court's attention to this request.

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma