## Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

cfoti@maglaw.com
(212) 880-9530

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 18, 2023

By ECF

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

>   Re:   Trooper 1 v. NYSP et al., No. 22-cv-893, SDNY (LDH) (TAM)

Dear Judge Merkl:

This firm represents Melissa DeRosa and Richard Azzopardi in the above-captioned matter.  I am writing with regard to the letter just filed by JB Nichols, a reporter from the Free Lance News Corp. seeking permission to intervene in this matter and a matter pending in the SDNY, Boylan v. Cuomo, No. 23-mc-01587 (LDH)(TAM).  I am not writing to take a position on Mr. Nichols's motion but only to clarify the record.

In his letter, Mr. Nichols states that he has a copy of Ana Liss-Jackson's transcript. To be clear, Mr. Nichols has a copy of the redacted transcript, as do other reporters.  As noted in our clients' prior submissions and submissions by Governor Andrew M. Cuomo, the redacted transcript was released after notification to and agreement with Ms. Liss-Jackson's attorney.

Thank you for your attention to this matter.

>   Respectfully submitted,
>
>   /s/  Catherine M. Foti
>   Catherine M. Foti