UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>       *Plaintiff*,<br><br> -against-<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>       *Defendants*. | No. 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Zoe Salzman of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel for non-party subpoena recipient, Kaitlin in the above-entitled action, and requests that all papers filed through the ECF system be served upon her by email at zsalzman@ecbawm.com.

Dated: New York, New York
   August 21, 2023

               EMERY CELLI BRINCKERHOFF ABADY
               WARD & MAAZEL LLP

               By:    /s/
                 Zoe Salzman
                 600 Fifth Avenue, 10th Floor
                 New York, New York 10020
                 (212) 763-5000

                 *Attorney for Non-Party*