UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>        *Plaintiff*,<br><br>-against-<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>        *Defendants*. | No. 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Nicholas Bourland of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel for non-party subpoena recipient, Kaitlin in the above-entitled action, and requests that all papers filed through the ECF system be served upon him by email at nbourland@ecbawm.com.

Dated: New York, New York
    August 21, 2023

                EMERY CELLI BRINCKERHOFF ABADY
                WARD & MAAZEL LLP

                By:    /s/
                   Nicholas Bourland
                   600 Fifth Avenue, 10th Floor
                   New York, New York 10020
                   (212) 763-5000

                   *Attorney for Non-Party*