

**Valdi Licul**
vlicul@wigdorlaw.com
August 21, 2023

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Trooper 1 v. Cuomo, *et al.*; Case No. 22-cv-00893 (LDH) (TAM)</u>

Dear Judge Merkl,

  We represent Plaintiff Trooper 1 in this employment discrimination case against the New York State Police ("NYSP"), Andrew Cuomo ("Cuomo"), Melissa DeRosa ("DeRosa") and Richard Azzopardi ("Azzopardi"). Attached is a communication we received from Donald Rehkopf, counsel to Ana Liss-Jackson, about Ms. Liss-Jackon's deposition transcript. As mentioned in previous correspondence, Mr. Rehkopf does not intend to appear in this action or file his submission in this action, but we are providing it to Your Honor as a courtesy to the Court.

Respectfully Submitted,

Valdi Licul