# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1<br><br>*Plaintiffs,*<br><br>-against-<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI<br><br>*Defendants.* | **NOTICE OF APPEARANCE FOR NON-PARTY ALESSANDRA BIAGGI**<br><br>Case No. **22-cv-00893 (LDH) (TAM)** |

The undersigned, Ali Najmi, Esq., hereby respectfully notifies the clerk of this court and all parties of his appearance as retained counsel for non-party subpoena recipient, Alessandra Biaggi in the above-entitled action, and requests to be notified of all proceedings and filings through the ECF system and by e-mail to ali@najmilaw.com

Respectfully Submitted,

_____/s/_____
Ali Najmi, Esq.
32 Broadway, Suite 1310
NY, NY 10004
T: (212) 401-6222
E: ali@najmilaw.com

*Attorney for Non-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023 I served a true and correct copy of this document upon all counsel of record electronically via the Court's CM/ECF system.

_____/s/_____
Ali Najmi, Esq.
32 Broadway, Suite 1310
NY, NY 10004
T: (212) 401-6222
E: ali@najmilaw.com