# **Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>       Plaintiff,<br><br>  v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>       Defendants. | Case No.: 22-cv-00893 (LDH) (TAM) |

**[PROPOSED] ORDER GRANTING LEAVE FOR THE
WITHDRAWAL OF KYLE FRASER AS ATTORNEY OF RECORD**

  The Court, having considered the Motion and Declaration of Catherine M. Foti for the withdrawal of the individual appearance of Kyle Fraser as an attorney of record for Defendants Melissa DeRosa and Richard Azzopardi, and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise satisfied, it is hereby

  **ORDERED** that Kyle Fraser is granted leave to withdraw as an attorney of record for Ms. DeRosa and Mr. Azzopardi; and it is further

  **ORDERED** that the Clerk shall terminate Kyle Fraser as an attorney of record for Ms. DeRosa and Mr. Azzopardi and remove his name and email address from the official docket of this action.

Signed this ____ day of _____, 2023.

                   _____
                     HON. TARYN A. MERKL
                   UNITED STATES MAGISTRATE JUDGE