UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                                    Plaintiff,<br><br>          v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>                                    Defendants. | 22-cv-00893 (LDH) (TAM) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the declaration of Rita M. Glavin and all exhibits attached hereto, former Governor of the State of New York Andrew M. Cuomo ("Governor Cuomo"), by and through his attorneys, Glavin PLLC and Sher Tremonte LLP, will move pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) before the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the court, for an Order granting Governor Cuomo's Motion to Compel Kaitlin's Compliance with Subpoenas, and for such other relief as the Court may deem just and proper.

Dated: August 31, 2023

                                                                    Respectfully submitted,

                                                                     /s/ Rita M. Glavin
                                                                    Rita M. Glavin
                                                                    GLAVIN PLLC
                                                                    156 West 56th Street, Ste. 2004
                                                                    New York, NY 10019
                                                                    Tel: (646) 693-5505
                                                                    rglavin@glavinpllc.com

Theresa Trzaskoma
Allegra Noonan
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
ttrzaskoma@shertremonte.com

*Counsel for former Governor
Andrew M. Cuomo*