UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                    Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>                    Defendants. | 22-cv-00893 (LDH) (TAM) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kayasha Lyons hereby appears as counsel for Defendants Melissa DeRosa and Richard Azzopardi in the above-captioned action, certifies that she is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
       September 5, 2023

                                                    MORVILLO ABRAMOWITZ GRAND
                                                       IASON & ANELLO P.C.

                                                    By:   /s/ *Kayasha Lyons*
                                                          Kayasha Lyons
                                                    565 Fifth Avenue
                                                    New York, NY 10017
                                                    Telephone: (212) 880-9435
                                                    Fax: (212) 856-9494
                                                    klyons@maglaw.com

                                                    *Attorney for Defendants Melissa DeRosa and Richard Azzopardi*