# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
DAVID BERMAN
NICK BOURLAND
DANIEL M. EISENBERG
SARA LUZ ESTELA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

September 6, 2023

*Via ECF*

U.S. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Trooper 1 v. Cuomo*, No. 22 Civ. 893 (LDH) (TAM)

Dear Judge Merkl:

  On behalf of non-party Kaitlin, we write with Defendant Cuomo's consent to request the following briefing schedule for our opposition to Defendant Cuomo's motion to compel, *see* Dkt. 140, and our forthcoming cross-motion for a protective order and to quash or modify Defendant Cuomo's subpoenas, as follows:

- Kaitlin's combined memorandum of law in opposition to Defendant Cuomo's motion to compel and in support of Kaitlin's cross-motion for a protective order and to quash or modify the subpoenas: **September 21, 2023**.

- Defendant Cuomo's combined reply memorandum of law in further support of Defendant Cuomo's motion to compel and in opposition to Kaitlin's cross-motion for a protective order and to quash or modify the subpoenas: **September 28, 2023**.

- Kaitlin's reply memorandum of law in further support of Kaitlin's cross-motion for a protective order and to quash or modify the subpoenas: **October 5, 2023**.

              Respectfully submitted,

              /s/
              Zoe Salzman
              Nick Bourland