UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TROOPER 1,

                Plaintiff,

    -against-                          Index No. 22-cv-00893 (LDH)(TAM)

NEW YORK STATE POLICE, ANDREW        **NOTICE OF APPEARANCE**
CUOMO, MELISSA DEROSA, and RICHARD
AZZOPARDI,

                Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that Mariann Meier Wang of Cuti Hecker Wang LLP, with offices located at 305 Broadway, Suite 607, New York, NY 10007, hereby appears on behalf of non-party subpoena recipients Virginia Limmiatis and Alyssa McGrath in the above-captioned matter, and requests that all documents filed through the ECF system be served upon her by email at mwang@chwllp.com.

Dated:  September 8, 2023
          New York, New York

                                        Respectfully submitted,

                                        By:    s/Mariann Meier Wang
                                                Mariann Meier Wang
                                                CUTI HECKER WANG LLP
                                                305 Broadway, Suite 607
                                                New York, New York 10007
                                                Telephone:    (212) 620-2603
                                                Email:        mwang@chwllp.com

                                                *Attorneys for Virginia Limmiatis and Alyssa*
                                                *McGrath*