UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TROOPER 1,

                Plaintiff,

     -against-                              Index No. 22-cv-00893 (LDH)(TAM)

NEW YORK STATE POLICE, ANDREW          **NOTICE OF APPEARANCE**
CUOMO, MELISSA DEROSA, and RICHARD
AZZOPARDI,

                Defendants.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE that Alice G. Reiter of Cuti Hecker Wang LLP, with offices located at 305 Broadway, Suite 607, New York, NY 10007, hereby appears on behalf of non-party subpoena recipients Virginia Limmiatis and Alyssa McGrath in the above-captioned matter, and requests that all documents filed through the ECF system be served upon her by email at areiter@chwllp.com.

Dated: September 8, 2023
       New York, New York

                                     Respectfully submitted,

                                     By:    s/Alice G. Reiter
                                             Alice G. Reiter
                                             CUTI HECKER WANG LLP
                                             305 Broadway, Suite 607
                                             New York, New York 10007
                                             Telephone:   (212) 620-2604
                                             Email:        areiter@chwllp.com

                                             *Attorneys for Virginia Limmiatis and Alyssa*
                                             *McGrath*