**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------X

TROOPER 1,                                    :

                                              :        Case No.: 22-cv-00893 (LDH)(TAM)
                        Plaintiff,            :

                                              :
        v.                                    :

                                              :
NEW YORK STATE POLICE, ANDREW                 :        **NOTICE OF APPEARANCE**
CUOMO, MELISSA DEROSA and                     :
RICHARD AZZOPARDI,                            :

                                              :
                        Defendants.           :
------------------------------------X


        PLEASE TAKE NOTICE that Herbert Eisenberg, an attorney duly admitted to practice

before this Court, respectfully enters his appearance as counsel on behalf of non-party Charlotte

Bennett in the above-captioned action.



Dated: September 12, 2023                     Respectfully submitted,
        New York, New York


                                              /s/ Herbert Eisenberg
                                              Herbert Eisenberg
                                              Eisenberg & Schnell LLP
                                              233 Broadway, Suite 270
                                              New York, New York 10279
                                              Ph:     (212) 966-8900
                                              Email: heisenberg@eisenbergschnell.com

                                              *Attorney for Non-Party Charlotte Bennett*