UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

    *Plaintiff,*

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,

    *Defendants.*

---

**NOTICE OF APPEARANCE**

22-CV-00893 (LDH) (TAM)

## NOTICE OF APPEARANCE

Please take notice that Thomas Capezza of Capezza Hill, LLP appears as attorney in this case for non-party subpoena recipient, State Entity Employee #2, in the above-entitled action, requests that all papers filed through the ECF system by served upon him by email at tom@capezzahill.com, and certifies that that he is admitted to practice in this Court.

DATED: September 21, 2023

        **CAPEZZA HILL, LLP**

        _____
        Thomas Capezza, Esq.
        *Attorneys for Non-Party*
        30 South Pearl Street, Suite P-110
        Albany, New York 12207
        518-478-6065
        tom@capezzahill.com