UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

TROOPER 1,

                *Plaintiff*,

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA, and RICHARD
AZZOPARDI,

                *Defendants*.
_____

**NOTICE OF APPEARANCE**

22-CV-00893 (LDH) (TAM)

## NOTICE OF APPEARANCE

Please take notice that Abby McCormick-Foley of Capezza Hill, LLP appears as attorney in this case for non-party subpoena recipient, State Entity Employee #2, in the above-entitled action, requests that all papers filed through the ECF system by served upon her by email at abby@capezzahill.com, and certifies that that she is admitted to practice in this Court.

DATED: September 21, 2023

                **CAPEZZA HILL, LLP**

                _____
                Abby McCormick-Foley, Esq.
                *Attorneys for Non-Party*
                30 South Pearl Street, Suite P-110
                Albany, New York 12207
                518-478-6065
                abby@capezzahill.com