UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>            Plaintiff,<br><br>  -against-<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>            Defendants. | Index No. 22-cv-00893 (LDH) (TAM) |

**PLEASE TAKE NOTICE** that, on the accompanying declaration of Zoe Salzman, Esq., dated September 21, 2023; the exhibit annexed thereto; and the accompanying memorandum of law, non-party witness Kaitlin will move this Court at 225 Cadman Plaza East, Brooklyn, NY, for an order, pursuant to Federal Rules of Civil Procedure 26 and 45, to quash, or protect non-party witness Kaitlin from, Defendant's subpoenas.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers are due September 28, 2023, and non-party witness Kaitlin's reply is due on October 5, 2023, as ordered by this Court on September 7, 2023.

Dated: September 21, 2023
       New York, New York

                                          EMERY CELLI BRINCKERHOFF
                                          ABADY WARD & MAAZEL LLP

                                                    /s/
                                          Zoe Salzman
                                          Nicholas Bourland
                                          600 Fifth Avenue, 10th Floor
                                          New York, New York 10020
                                          (212) 763-5000
                                          *Attorneys for Non-Party Kaitlin*