# Exhibit 2

**Subject:** V. Limmiatis Deposition
**Date:**  Thursday, September 7, 2023 at 3:33:39 PM Eastern Daylight Time
**From:**  Rita Glavin
**To:**    Mariann Wang, Alice Reiter
**CC:**    Catherine Foti, Leo Korman

Mariann,
Cathy Foti, who represents Richard Azzopardi and Melissa DeRosa and is copied on this email, agrees that we believe we can complete questioning of Ms. Limmiatis within four hours.  Can you please  send me dates this month and the first week of October for her deposition?

Thank you,
Rita

Rita M. Glavin

Glavin PLLC

156 West 56th Street, #2004

New York, NY 10019

tel: (646) 693-5505

rglavin@glavinpllc.com

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Glavin PLLC by return e-mail and destroy the original message and all copies thereof.