UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>   Plaintiff,<br><br>  v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>   Defendants. | 22-cv-00893 (LDH) (TAM) |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of Court and all parties of record:

 PLEASE TAKE NOTICE that Carrie H. Cohen from the law firm of Morrison & Foerster LLP is admitted to practice before this Court and hereby appears as counsel of record in this matter for Non-Party Karen Hinton.

Dated: September 22, 2023     Respectfully submitted,

               MORRISON & FOERSTER LLP

               By: */s/ Carrie H. Cohen*
                  Carrie H. Cohen
                  250 West 55th Street
                  New York, NY 10019-9601
                  Telephone: (212) 468-8000
                  Facsimile: (212) 468-7900
                  Email: CCohen@mofo.com

               *Counsel for Non-Party Karen Hinton*

`