

**Valdi Licul**
vlicul@wigdorlaw.com

October 17, 2023

**VIA ECF**

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Trooper 1 v. Cuomo, *et al.*; Case No. 22-cv-00893 (LDH) (TAM)

Dear Judge Merkl:

We represent Plaintiff Trooper 1 ("Plaintiff" or "Trooper 1") in the above-referenced matter and write jointly with counsel for Defendant Andrew Cuomo to respectfully request an extension of the deadline for the Parties to meet and confer, from October 17, 2023 to October 31, 2023. While the parties have met and conferred regarding the matters discussed at the September 26, 2023 conference, we wish to confer one to two more times in the coming week to see if there is any further possibility of coming to an agreement.

The extension will not impact any other dates in this matter. This is the parties' first request for an extension of this deadline.

Respectfully submitted,

Valdi Licul