**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

October 18, 2023

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

**DANIEL J. MOORE**
MEMBER
DIRECT:   585.419.8626
FAX:       585.419.8801
DMOORE@HARRISBEACH.COM

**VIA ECF**

Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    **Trooper 1 v. New York State Police, et al.**
           **USDC-EDNY Case No. 22-cv-00893 (LDH)(TAM)**

Dear Judge Merkl:

    This firm represents Defendant, New York State Police ("NYSP") with respect to the above matter. We apologize for the delay in filing this submission. NYSP respectfully joins the letter motion filed by the remaining parties in this case to respectfully request an extension of time to file a report updating the Court on the status of the parties' meet and confer negotiations.

    We thank the Court for its consideration of this request.

    Respectfully,

    *s/Daniel J. Moore*

    Daniel J. Moore

cc:    All Counsel of Record (via ECF)