UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

                Plaintiff,

    v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

              Defendants.

22-cv-00893 (LDH) (TAM)

---

**MOTION AND DECLARATION PURSUANT TO LOCAL RULE 1.4
FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

    I, Joseph Stern, an attorney of record for Melissa DeRosa and Richard Azzopardi hereby move the Court pursuant to Local Rule 1.4 for an order, substantially in the form attached hereto as **Exhibit A**, granting me leave to withdraw as attorney of record in this action. In support thereof, and pursuant to 28 U.S.C. § 1746, I declare as follows:

    1.    Effective as of the close of business on October 20, 2023, I will no longer be associated with Morvillo Abramowitz Grand Iason & Anello P.C. ("Morvillo Abramowitz"), which firm represents Melissa DeRosa and Richard Azzopardi in this action.

    2.    Morvillo Abramowitz, including Catherine Foti, Elkan Abramowitz, and Kayasha Lyons will continue to represent the aforementioned parties in this action. Ms. Foti, Mr. Abramowitz, and Ms. Lyons are fully familiar with the litigation and proceedings to date.

    3.    Because the Motion herein will not result in a change of the law firm representing said parties, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any party.

    4.    I am not asserting a retaining or charging lien.

5. For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon me.

6. The filing of this Motion electronically using the Court's ECF system constitutes good and proper service on all parties and their registered attorneys of record. A copy of this Motion and Exhibit A shall also be provided to Melissa DeRosa and Richard Azzopardi.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2023
New York, New York

                MORVILLO ABRAMOWITZ GRAND
                IASON & ANELLO P.C.

                By:   *s/ Joseph Stern*
                         Joseph Stern

                565 Fifth Avenue
                New York, New York 10017
                (212) 856-9600 (phone)
                (212) 856-9494 (fax)
                jstern@maglaw.com