# **Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                Plaintiff,<br><br>     v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>                Defendants. | 22-cv-00893 (LDH) (TAM) |

**[PROPOSED] ORDER GRANTING LEAVE
TO WITHDRAW AS ATTORNEY OF RECORD**

The Court, having considered the Motion and Declaration of Joseph Stern to withdraw as an attorney of record for Defendants Melissa DeRosa and Richard Azzopardi, and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise satisfied, it is hereby

**ORDERED** that Joseph Stern is granted leave to withdraw as an attorney of record for Melissa DeRosa and Richard Azzopardi; and it is further

**ORDERED** that the Clerk shall terminate Joseph Stern as an attorney of record for Melissa DeRosa and Richard Azzopardi and remove his name and email address from the official docket of this action.

Signed this ____ day of _____, 2023.

                                                                      JUDGE LASHANN DEARCY HALL
                                                                      UNITED STATES DISTRICT JUDGE