# Exhibit 1

**Exhibit To Be Filed Under Seal**