# SHER TREMONTE LLP

November 17, 2023

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

We write to provide a joint update to the Court pursuant to the Court's November 3, 2023 order, addressing "whether the accommodations agreed upon in *Bennett v. Cuomo* may help narrow the disputes in the current action, and whether the protective order in this case needs to be modified."

Ms. Bennett has informed us that there is no agreement in *Bennett v. Cuomo* that narrows the disputes related to Ms. Bennett in this case. We are informed that Ms. Bennett will file a letter setting forth her position, as per the Court's Order, on November 20, 2023.

The parties have been unable to reach any further agreement to narrow the remaining discovery issues in this case. The parties will address nonparty discovery procedures in separate letters.

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma