

**Valdi Licul**
vlicul@wigdorlaw.com

November 17, 2023

**VIA ECF**

The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Trooper 1 v. Cuomo, *et al.*; Case No. 22-cv-00893 (LDH) (TAM)

Dear Judge Merkl:

We represent Plaintiff Trooper 1 ("Plaintiff" or "Trooper 1") in the above-referenced matter. As set forth in the parties' joint status report, the parties have made no further progress in narrowing the issues in this case. Plaintiff writing on her own behalf concurs with and consents to the procedures proposed in the non-parties' letter filed yesterday, Dkt. No. 179, as a means of managing discovery going forward.

We thank the Court for its time and consideration in connection with this matter.

Respectfully submitted,

Valdi Licul