# Exhibit 3









PL023340