# Exhibit 1

# Fwd: Cuomo to earn $5M from book on COVID-19 response

 **me** May 17, 2021
to DIANE

He'll get the crap kicked out of him
This week. Good stuff
---------- Forwarded message ---------
From: **Times Union | Breaking News** <newsletters@mailer.timesunion.com>
Date: Mon, May 17, 2021 at 3:23 PM
Subject: Cuomo to earn $5M from book on COVID-19 response
To: <snevs03@gmail.com>

  View in browser

# Breaking News

May 17, 2021

## Cuomo to earn $5M from book on COVID-

NEVINS-T1-000001



NEVINS-T1-000002



**To:** Trooper 1

> Ok
> Ill call you later

May 5, 2021 at 11:48 AM

Hey if you're free- give me a call

> Working now
> Ill call you when Im clear

> Are you ok?

Yes. I got some good intel I wanted to share. It's easier over the phone

> Sounds good
> Probably done by 230-3p.

NEVINS-T1-000003

**New iMessage**  Cancel

To: Trooper 1

> Are you clear to talk?

Yes

*May 21, 2021 at 10:56 AM*

> Just checking to see how you're doing. Did you have your 2nd interview?

*May 21, 2021 at 2:32 PM*

Hey. Everything went great. Told my truth. Looks like it's moving along in the right direction

> So they left you feeling positive?

NEVINS-T1-000004

**New iMessage**     Cancel

To: Trooper 1

> So they left you feeling positive?

Yes. Hopefully Tish James does the right thing too. I don't think she'll have a choice

> Stay safe
> The Cuomo ship is taking some more big hits today. …..eventually they'll all sink.
>   Strong people, like you stood up and did the right thing.

Thanks major! And yes! The book. His brother. It's sinking. We're all patiently waiting

NEVINS-T1-000005

New iMessage    Cancel

To: Trooper 1

Hey it's Trooper 1 - this is my personal number. I thought I saw FBI is now looking into cuomo for the priority testing.. I know a trooper on PSU that actually met a nurse off LIE to transport Chris cuomos sample straight to Albany. And gac bullshit excuse of "they tested anyone around gov" gac wasn't around Chris/ his mother/ sister at any point in early March/ April. They barely see each other. We know that. PSU pins can prove that. The FBI needs to look our way LOL

NEVINS-T1-000006

**New iMessage**     Cancel

To: Trooper 1

Aug 9, 2021 at 7:20 PM

> These guys are playing off your strength...amazing
>
> 
>
> **State Police investigators seek to limit Cuomo's control of protective detail**
> timesunion.com

Oh wow. Good for Tim

Maybe we can bring it

NEVINS-T1-000007

**To:** Trooper 1

> Maybe we can bring it back to the "Nevins Day's"! When state police had a back bone

> It starts with you
> Good for you
> It took you to wake them up.

> Don't sweat it, if the news gets your ID.
>   You will be greatly respected for standing up for not only yourself, but all the others. ...
>   If you have to, keep your response very brief.
>   (Like YOU said, make him uncomfortable..not you)

NEVINS-T1-000008

**New iMessage**     Cancel

To: Trooper 1

> Do you think cuomo will resign? I'm shocked Melissa left

> Once (if) the Assembly files the Articles of Impeachment, I think he'll resign
> The Assembly Leaders said they're not going to offer him a deal....
> He'll never go through an Impeachment Trial...
> I hope it all happens w/in a few wks.
> Derosa going is a huge hit. (Trying to save herself)
> Stephanie will go down with the ship

NEVINS-T1-000009

**To:** Trooper 1

> You have much to be proud of.
>   You stepped up and faced down a ruthless bully
>   In the end he folded because he's a lying coward.
>     Your SP career has just begun.

I cannot believe he resigned

Aug 17, 2021 at 5:51 PM



NEVINS-T1-000010



**New iMessage**  Cancel

To: Trooper 1

> I cannot believe he resigned

Aug 17, 2021 at 5:51 PM



**Churchill: Fear of further revelations spurred Cuomo to quit**
timesunion.com

> Good article.

> Yes. And I earned my rank.

  iMessage 

      

NEVINS-T1-000011

Hello there, my name is Shelly Ridenour and I am an editor at the New York Post.
Thank you so much for your very interesting letter to Michael Goodwin. He passed it along to the PostScript section in the hopes that we might be able to expand it into a larger op-ed from you. Would you be willing to work with me with that goal in mind? I think this would be a strong addition to the lineup on Sunday, and I would very much like to feature it. I've taken the liberty of reworking the letter a bit to better fit the op-ed format. The revision is below, including a note (in all-caps) where I am hoping you can expand on your thoughts.

As it is an op-ed, I won't be able to pay you but you would have a byline. I would also like to include a photo of you, if you can please email one.

Please let me know if you approve, and thank you so much.

Best,
Shelly


The symbolic gesture of lowering the American flag to half-staff has been historically reserved to recognize military line of duty deaths, First Responder line of duty deaths or in special circumstances, to recognize the death of a notable public servant — as it was recently for Supreme Court Associate Justice Ruth Bader Ginsburg.
In mid-March, Gov. Andrew Cuomo ordered all flags at state government buildings lowered in recognition of coronavirus deaths throughout New York. The idea was to continue this while the state was on "pause"; the flags have now been at half-staff for seven months.
Our flag represents all the great things this country stands for. Subliminally, the message to New Yorkers is, "we have been beaten."
With more than 32,000 deaths, New York State has been in a perpetual state of mourning since March. There have been service members, as well as law enforcement and firefighters, killed during this never-ending period of mourning. Recognition of their sacrifices have become a footnote to seeing the flag lowered.
In laying down COVID restrictions, Gov. Cuomo has completely controlled the state's economy, industry, schools and houses of worship since March. By keeping the flags at half-staff, he is keeping New York in a perpetual state of misery — with our national flag as the ultimate symbol.
Now, it is time to raise spirits and raise the flag.
These are unquestionably unprecedented times. But the guidelines and protocols for the flying of the United States flag are quite straightforward.
Per US Code, the President can order the American flag — at all government buildings, offices, public schools and military bases — to be flown at half-staff upon the death of principal figures of the federal government and others.
(While the term "half-mast" is commonly used in place of half-staff, US law and post-WW-I military tradition indicate that "half-mast" is reserved to usage aboard a ship.)
Compliance is voluntary, and any enforcement would be a violation of the 1st Amendment.
The guidelines are as such:
For 30 days after the death of a current or former president or president-elect.
For 10 days after the death of a current vice president, current or retired chief justice, or current Speaker of the House of Representatives.
From the day of death until interment of an Associate Justice of the Supreme Court Justice and others including a secretary of an executive or military department, a former vice president, a former Speaker of the House or a governor.
On the day of death and the day after for a Member of Congress.
Certain days — including Pearl Harbor Remembrance Day and Sept. 11 — are annually marked by lowering the flag to half-staff. On Memorial Day, it's only until noon.
But those are all by the president's executive order. Governors are a different story.
"Governors are authorized by federal law to order all US and state flags in their jurisdiction flown at half-staff as a mark of respect for a former or current state official who has died, or for a member of the armed forces who has died in active duty," the code reads. "The governor's authority to issue the order is more restricted than the president's, and does not include discretion to issue the order for state residents who do not meet the criteria stated."
Gov. Cuomo, it is time to raise the flag high. Not doing so before Election Day gives the appearance of Old Glory being used as a partisan political prop. CAN YOU EXPAND ON THIS THOUGHT A BIT MORE-- HOW DO YOU SEE IT AS A PARTISAN POLITICAL PROP? WHAT IS THE PARTISAN MESSAGE CUOMO COULD BE SENDING?
Now more than ever, we need uplifting messages of hope and the strength of our great country. What better symbol than our flag at full staff?

NEVINS-T1-000012

 Gmail

Stephen Nevins <snevs03@gmail.com>

### Re: Your letter to Michael Goodwin at the New York Post
2 messages

**Shelly Ridenour** <sridenour@nypost.com>  
To: Stephen Nevins <snevs03@gmail.com>

Wed, Oct 14, 2020 at 9:00 AM

Nice to hear from you. These changes are all fine and I am happy to make them. Thanks again for highlighting this important issue. Please send me your phone number and a good time to speak, and I will give you a call today. I do need to use a photo of your choice to meet our standard format, but our designers turn it into a illustration—so we are not running your photograph, per se.
Best,
Shelly

Sent from my iPhone

On Oct 13, 2020, at 10:13 PM, Stephen Nevins <snevs03@gmail.com> wrote:

Hi Shelly
I'd still like to talk just to give you some important background info -

Ref the letter/corrections:
- Line 6
On April 8, 2020 Governor Andrew Cuomo ordered all flags....

-Line 11
Subliminally, the message to New Yorkers is "you have been beaten"

-following the last line regarding the US Code...
I would not start the sentence with "Governor Cuomo, it is time....
I would just say, "It is time to raise the flag high.

- following that sentence, I would not use the term " Old Glory"
It is a term I would never use. I would simply state,
"Not doing so before Election Day gives the appearance of our flag being used as a partisan political prop.
Given that the flags have been lowered for over 6 months, what result, event, or condition will be the factor to raise the flags fully?
Now more than ever, we need uplifting messages of hope and strength of our great country. What better symbol than our flag at full staff?

Please let me know your thoughts.
I would prefer not to submit a picture.
Thank you for you consideration,
Steve

On Mon, Oct 12, 2020 at 1:04 PM Shelly Ridenour <sridenour@nypost.com> wrote:

NEVINS-T1-000013