# Exhibit 2

From: PARROTTA, DIANE (TROOPERS) <DIANE.PARROTTA@troopers.ny.gov>
Sent: Monday, May 17, 2021 3:54 PM
To: Trooper 1 (TROOPERS) Trooper 1 @troopers.ny.gov>; PLASKOCINSKI, FABRICIO (TROOPERS) <FABRICIO.PLASKOCINSKI@troopers.ny.gov>
Subject: Fwd: Cuomo to earn $5M from book on COVID-19 response

Sent from my iPhone

Begin forwarded message:

> From: Stephen Nevins <snevs03@gmail.com>
> Date: May 17, 2021 at 3:29:11 PM EDT
> To: "PARROTTA, DIANE (TROOPERS)" <DIANE.PARROTTA@troopers.ny.gov>
> Subject: Fwd: Cuomo to earn $5M from book on COVID-19 response
>
> &#0;257 ?
>
> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected em(
>
> He'll get the crap kicked out of him
> This week. Good stuff
> ---------- Forwarded message ---------
> From: **Times Union | Breaking News** <newsletters@mailer.timesunion.com>
> Date: Mon, May 17, 2021 at 3:23 PM
> Subject: Cuomo to earn $5M from book on COVID-19 response
> To: <snevs03@gmail.com>



TIMES UNION                                                View in browser

## Breaking News

May 17, 2021

### Cuomo to earn $5M from book on COVID-19 response



Gov. Andrew M. Cuomo is set to make over $5 million for writing "American Crisis: Leadership Lessons from the COVID-19 Pandemic," a significant outside payment to the state's most influential public official.

The payment was revealed on Cuomo's tax return for 2020, made available by the governor's office on Monday after months of declining to disclose the amount that Cuomo had been paid for the book deal. Cuomo's office said he was paid $3.12 million last year from the book contract, and would make an additional $2 million over the next two years.

Read More »

MOST POPULAR

Cuomo: New York will adopt CDC rules on masks for the vaccinated

Get half off the bill at Albany restaurants on Tuesday

Photos: Delmar landslide makes parts of two backyards vanish

Do you still need a mask inside businesses? In New York, the answer is 'yes'

Pictures: Car crashes into house in Bethlehem

NYSPESI000037696



   

Unsubscribe | Manage Preferences | Privacy Notice

Times Union
Times Union
645 Albany Shaker Rd, Albany, NY 12211
© 2021 Hearst Communications

NYSPESI000037697