# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

TROOPER 1,                                              Civil No. 1:22-cv-00893

           Plaintiff,

v.

NEW YORK STATE POLICE, ANDREW
CUOMO, MELISSA DEROSA, and
RICHARD AZZOPARDI,

_____

## NONPARTY ALESSANDRA BIAGGI'S OBJECTIONS TO DEFENDANT'S SUBPOENA PURSUANT TO RULE 45 FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party Alessandra Biaggi ("Biaggi") states her objections to Defendants's Subpoena pursuant to Rule 45 For the Production of Documents as follows:

### GENERAL OBJECTIONS

1. Biaggi objects to the Document Requests as vague, overly broad, unduly burdensome, not relevant to the *Trooper One* case, and not reasonably calculated to lead to the discovery of admissible evidence.

2. Biaggi objects to the Document Requests, and any implied or express instruction or direction in the Document Requests, that imposes or seeks to impose burdens greater than those imposed by the Federal Rules of Civil Procedure.

3. Biaggi objects to the Document Requests to the extent they seek disclosure of information protected under the legislative privilege, or any other applicable privilege or immunity.

4. Biaggi reserves all objections as to the competence, relevance, materiality, admissibility, or privileged status of any information provided in response to these Document Requests, unless Biaggi specifically states otherwise.

5, Biaggi objects to the Document Requests to the extent they call for information which "concerns" or "relates to" a particular topic on the ground that gathering all documents containing any reference or relationship to a particular topic is unduly burdensome and out of proportion to the documents' potential relevance.

6. Biaggi's general objections are applicable to, and included in, Biaggi's specific objections and answers set forth below.

## SPECIFIC OBJECTIONS

**Request #1:**

For the time period December 1, 2020 through November 30, 2021, all nonprivileged communications with or about Lindsey Boylan (or any representative of Boylan, including her campaign staff, agents or consultants), Karen Hinton, Charlotte Bennett, or Kaitlin concerning allegations of sexual harassment or misconduct against Governor Cuomo.

**Response:** Biaggi objects on the grounds that these documents dated during the period of her Senate service ("Service") are subject to the legislative privilege, and also on the grounds that they are not relevant to the Trooper One case and therefore not reasonably calculated to lead to the discovery of admissible evidence.

**Request #2:**

For the time period December 1, 2020 through November 30, 2021, all nonprivileged Documents or Communications concerning any allegations by You of sexual harassment or misconduct by Governor Cuomo, including communications with OAG and any documents or other materials provided by you to OAG.

**Response:** Biaggi objects on the grounds that these documents dated during Service are subject to the legislative privilege, and also on the grounds that all documents are not relevant to the *Trooper*

*One* case and therefore not reasonably calculated to lead to the discovery of admissible evidence. Biaggi construes the words "allegations by You of sexual harassment or misconduct" to mean conduct directed at her, Biaggi, personally, and states that there are no documents responsive to this part of the Request.

**Request #3:**

For the time period January 1, 2017 through November 30, 2021, all nonprivileged communications by You concerning the work environment in the New York State Executive Chamber under Governor Cuomo.

**RESPONSE:** Biaggi objects on the grounds that this Request is vague, overly broad, unduly burdensome, not relevant to the *Trooper One* case, and not reasonably calculated to lead to the discovery of admissible evidence. Biaggi also objects on the grounds that documents dated during Service are subject to the legislative privilege.

DATED: September 21, 2023

Respectfully submitted,

Ali Najmi, Esq.
Law Office of Ali Najmi
32 Broadway, Suite 1310
New York, NY 10004
T: (212) 401-6222
Attorney for Alessandra Biaggi
