UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>  *Plaintiff*,<br><br> v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>  *Defendants*. | Case No. 22-cv-00893 (LDH) (TAM) |
| ANDREW M. CUOMO,<br><br>  *Movant*,<br><br> v.<br><br>LINDSEY BOYLAN,<br><br>  *Respondent*. | Case No. 23-mc-01587 (LDH) (TAM) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4 of the Local Civil Rules, I, Rachel Fleder, respectfully move to withdraw my appearance as counsel for Lindsey Boylan in the above-referenced related matters because of my upcoming departure from Perry Law. Ms. Boylan will continue to be represented by Julie R.F. Gerchik of Glaser Weil Fink Howard Jordan & Shapiro LLP and E. Danya Perry of Perry Law. My withdrawal as counsel will not cause disruption to the proceedings and will not involve assertion of a charging or retaining lien.

Dated: December 15, 2023
   New York, New York

              Respectfully submitted,

              */s/ Rachel Fleder*
              Rachel Fleder (No. 5796040)