# SHER TREMONTE LLP

December 19, 2023

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

    We write on behalf of Governor Cuomo, and with the consent of all parties, to request a two-day extension of the Court's December 12, 2023 order directing that the parties file a joint letter by December 19, 2023 reporting back on the matters discussed at the December 12, 2023 conference. While the relevant parties have met and conferred, we need additional time to draft a joint letter to the Court outlining our respective positions.

                      Respectfully submitted,

                      */s/ Theresa Trzaskoma*

                      Theresa Trzaskoma