UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                              Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>                              Defendants. | 22-cv-00893 (LDH) (TAM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Leo Korman of the law firm Glavin PLLC, with offices at 156 West 56th Street, Suite 2004, New York, New York 10019, hereby appears as counsel for Defendant former Governor Andrew Cuomo. The undersigned hereby requests that all papers in the above-captioned action be served upon her at the address and e-mail stated below.

Dated:    New York, New York
          December 22, 2023

                              Respectfully submitted,

                              By:    *s/ Leo Korman*
                                     Leo Korman
                                     GLAVIN PLLC
                                     156 West 56th Street, Ste. 2004
                                     New York, New York 10019
                                     (646) 693-5505
                                     Lkorman@glavinpllc.com

                                     *Counsel for former Governor Andrew Cuomo*