

E. DANYA PERRY
917-543-1866 PHONE
dperry@danyaperrylaw.com EMAIL

December 26, 2023

**VIA ECF**

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Trooper 1 v. NYSP et al.*, No. 22-cv-893
          *Cuomo v. Boylan*, No. 23-mc-01587

Dear Judge Merkl:

    We represent non-party Lindsey Boylan in the above-referenced matters. We write to request the Court's leave for Julie R. F. Gerchik to appear telephonically at the upcoming January 11, 2024 discovery conference. While Ms. Gerchik is unable to attend the hearing in-person, her co-counsel on behalf of Ms. Boylan, E. Danya Perry, will be physically present at the hearing and will take the lead in addressing the Court's questions regarding the pending motions pertinent to Ms. Boylan.

    We thank the Court for its time and consideration.

                                              Sincerely,

                                              /s/ E. Danya Perry
                                              E. Danya Perry

                                              *Attorney for Respondent Lindsey Boylan*