UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TROOPER 1,<br><br>     *Plaintiff*,<br><br> v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>    *Defendants*. | Case No. 22-cv-00893 (LDH) (TAM) |
| ANDREW M. CUOMO,<br><br>    *Movant*,<br><br>   v.<br><br>LINDSEY BOYLAN,<br><br>    *Respondent*. | Case No. 23-mc-01587 (LDH) (TAM) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Krista Oehlke hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for nonparty Lindsey Boylan in the above-captioned matter.

I am a member in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit in compliance with Local Rule 1.3.

Dated: December 26, 2023

Respectfully submitted,

By: *Krista Oehlke*

Krista Oehlke
E. DANYA PERRY PLLC
157 East 86th Street, 4th Floor
New York, NY 10028
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

*Counsel for Respondent Lindsey Boylan*