UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>        *Plaintiff*,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>        *Defendants.* | Case No. 22-cv-00893 (LDH) (TAM) |
| ANDREW M. CUOMO,<br><br>        *Movant*,<br><br>v.<br><br>LINDSEY BOYLAN,<br><br>        *Respondent.* | Case No. 23-mc-01587 (LDH) (TAM) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Krista Oehlke, being duly sworn, hereby depose and state:

1. I am an attorney with E. Danya Perry PLLC d/b/a Perry Law, which maintains an address at 157 East 86th Street, 4th Floor New York, NY 10028.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I have been a member in good standing of the bar of the Commonwealth of Massachusetts since I was admitted on January 13, 2021, with a Bar Number of 707566.

4. There are no pending disciplinary proceedings against me in any state or federal court.

1

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with and agree to be bound by the standards of professional conduct imposed upon members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility. If the Court grants my admission *pro hac vice* in the above-captioned matter, I agree to be subject to its jurisdiction as if I were a regularly admitted member of the Bar of this State.

8. Under penalty of perjury, I certify that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: December 22, 2023

*Krista O ehlke*

Krista Oehlke
E. DANYA PERRY PLLC
157 East 86th Street, 4th Floor
New York, NY 10028
Tel: (212) 213-3070
koehlke@danyaperrylaw.com

*Counsel for Respondent Lindsey Boylan*

Subscribed and Sworn to this

22 day of December, 2023

*Gina B Deane*
Notary Public


Gina B. Deane
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
January 22, 2027

2