UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>        *Plaintiff*,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>        *Defendants*. | Case No. 22-cv-00893 (LDH) (TAM) |
| ANDREW M. CUOMO,<br><br>        *Movant*,<br><br>v.<br><br>LINDSEY BOYLAN,<br><br>        *Respondent*. | Case No. 23-mc-01587 (LDH) (TAM) |

PLEASE TAKE NOTICE that Krista Oehlke of Perry Law, an attorney duly admitted to practice *pro hac vice* before this Court, respectfully enters her appearance as counsel on behalf of Nonparty Lindsey Boylan in the above-captioned action.

Dated: January 4, 2024
      New York, New York

Respectfully submitted,

*/s/ Krista Oehlke*
Krista Oehlke
PERRY LAW
157 East 86th Street, 4th Floor
New York, NY 10028
Email: koehlke@danyaperrylaw.com
Telephone: (212) 213-1181
Facsimile: (646) 849-9609

*Attorney for Nonparty Lindsey Boylan*