UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>                    Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,<br><br>                    Defendants. | 22-cv-00893 (LDH) (TAM) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kathleen E. Cassidy hereby appears as counsel for Defendants Melissa DeRosa and Richard Azzopardi in the above-captioned action, certifies that she is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
       January 5, 2024

                                            MORVILLO ABRAMOWITZ GRAND
                                            IASON & ANELLO P.C.

                            By:   /s/ *Kathleen E. Cassidy*
                                            Kathleen E. Cassidy

                                            565 Fifth Avenue
                                            New York, NY 10017
                                            Telephone: (212) 880-9413
                                            Fax: (212) 856-9494
                                            kcassidy@maglaw.com

                                            *Attorney for Defendants Melissa DeRosa and*
                                            *Richard Azzopardi*