SHER TREMONTE LLP

January 25, 2024

**BY ECF**

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Trooper 1 v. NYSP et al.*, No. 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

      We write to address the Court's January 24, 2024 order concerning the sealing of our recent filing (T1 ECF No. 221). We had understood based on the Court's December 26, 2023 Order (T1 ECF No. 204) that the Court had already ordered us to continue to file under seal the materials in question and any quotations from or citations to those materials, which is why we did not make a separate application. We apologize if our understanding of the Court's prior order was in error.

      Respectfully submitted,

      */s/ Theresa Trzaskoma*

      Theresa Trzaskoma