**SHER TREMONTE LLP**

January 26, 2024

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

    We represent Governor Cuomo in the above-referenced matter and write jointly with counsel for Plaintiff Trooper 1, counsel for the New York State Police ("NYSP"), and counsel for Melissa DeRosa and Richard Azzopardi, regarding the submission of a case management plan and schedule pursuant to Your Honor's January 16, 2024 Order (ECF No. 220). Although the Parties are working on the case management plan, we believe a one-week adjournment of the January 30, 2024 deadline is necessary to allow additional time for the Parties to meet and confer regarding the schedule requested by the Court. Accordingly, we respectfully request that the Court adjourn the January 30, 2024 deadline for the case management plan to February 7, 2024.

    Respectfully submitted,

    */s/ Theresa Trzaskoma*

    Theresa Trzaskoma