**SHER TREMONTE LLP**

May 31, 2024

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

    We represent former Governor Andrew M. Cuomo in the above-referenced action. We write to request an extension of the time to file Governor Cuomo's Answer from June 4, 2024 to June 25, 2024. We make this request in light of scheduling conflicts, including the conflict that several members of our team have been preparing for trial in another matter. The other parties do not object to this extension.

    We thank the Court for its attention to this matter.

        Respectfully submitted,

        */s/ Theresa Trzaskoma*

        Theresa Trzaskoma

cc:    All Parties of Record