

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

June 24, 2024

**By ECF**

Honorable Taryn A. Merkl  
United States Magistrate Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re:    *Trooper v. NYSP et al.*, 22-cv-893 (LDH)(TAM)

Dear Judge Merkl:

    We represent former Governor Andrew M. Cuomo in the above-referenced action. We write to request an extension of the time to file Governor Cuomo's Answer from June 25, 2024 to July 19, 2024. We make this request due to other professional obligations that diverted our attention from being able to complete a draft of the Answer by June 25. All Parties consent to this extension.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

*Rita M. Glavin*  
Rita M. Glavin

Cc:    All Parties of Record