HARRIS BEACH
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

DANIEL J. MOORE
MEMBER
DIRECT: 585.419.8626
FAX: 585.419.8801
DMOORE@HARRISBEACH.COM

August 2, 2024

VIA ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Trooper 1 v. New York State Police, et al., 22-CV-893 (LDH)(TAM)

Dear Judge DeArcy Hall:

This firm represents Defendant, New York State Police ("NYSP") with respect to the above-referenced action. We submit this letter in opposition to the Plaintiff's July 26, 2024 pre-motion conference letter requesting leave to file a Motion to Amend the Second Complaint. (Dkt. No. 262). NYSP opposes this request for the reasons set forth in Defendant DeRosa's letter dated August 2, 2024.

Respectfully,

HARRIS BEACH PLLC

s/Daniel J. Moore

Daniel J. Moore

DJM:kam