# HARRIS BEACH
## ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

DANIEL J. MOORE
MEMBER
DIRECT:   585.419.8626
FAX:        585.419.8801
DMOORE@HARRISBEACH.COM

August 23, 2024

**VIA ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Trooper 1 v. New York State Police, et al., 22-CV-893 (LDH)(TAM)

Dear Judge DeArcy Hall:

      This firm represents Defendant, New York State Police ("NYSP") with respect to the above-referenced action. We submit this letter in opposition to the Plaintiff's Motion for Leave to Amend the Second Amended Complaint. NYSP opposes this motion for the reasons set forth in Defendant DeRosa's opposition papers dated August 23, 2024.

      Respectfully,

      HARRIS BEACH PLLC

      s/Daniel J. Moore

      Daniel J. Moore

DJM:kam