UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TROOPER 1, | ) | 22-CV-893 (LDH) (TAM) |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR LEAVE** |
| | ) | **TO WITHDRAW AS COUNSEL** |
| NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI, | ) | |
| Defendants. | ) | |

## MOTION OF KAYLA MORIN FOR LEAVE TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4

I, Kayla Morin, declare the following under penalty of perjury:

1. I am an associate at Katz Banks Kumin LLP. Along with other attorneys from Eisenberg & Schnell LLP, I am an attorney of record for non-party Charlotte Bennett in the above-captioned action.

2. I will no longer work at Katz Banks Kumin LLP effective the close-of-business on October 15, 2024.

3. Attorneys Laura S. Schnell and Herbert Eisenberg of Eisenberg & Schnell LLP will continue to represent Ms. Bennett in this action.

4. Because this above motion will not result in a change of representation for Ms. Bennett, I respectfully submit that my withdrawal as counsel will not alter the posture of this case and will not prejudice any party.

5. I am not asserting a retaining or charging lien.

6. Accordingly, for the above reasons, I respectfully request that the Court remove me as counsel of record from the Electronic Case Filing ("ECF") system and terminate me as counsel for Ms. Bennett.

7. Under penalty of perjury, I certify that the forgoing statements are true to the best of my knowledge, information, and belief.


Dated: October 9, 2024                    Respectfully Submitted,


/s/ *Kayla Morin*
Kayla Morin
Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Washington, D.C. 20036
Ph:    (202) 299-1140
Fax:   (202) 299-1148
Email: morin@katzbanks.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2024, I electronically filed the above **MOTION OF KAYLA MORIN FOR LEAVE TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4** via the Court's Electronic Case Filing System, which will automatically send email notification of such filing to all parties and their attorneys of record, and also served a copy of the above motion via email on non-party Charlotte Bennett.

By: /s/ *Kayla Morin*

Dated: October 9, 2024