UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TROOPER 1,

          Plaintiff,

v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

          Defendants.

Case No. 22-CV-00893(LDH)(TAM)

## NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION

**PLEASE TAKE NOTICE** that effective January 1, 2025, Harris Beach, PLLC has changed its name and e-mail addresses. The new firm name is **Harris Beach Murtha Cullina PLLC**. The mailing address and contact telephone numbers remain unchanged. The following attorneys, who are counsel of record for **New York State Police**, may now be reached at the following email addresses:

| Attorney Name | E-mail Address |
| --- | --- |
| Daniel J. Moore | DMoore@harrisbeachmurtha.com |

Counsel for **New York State Police**, respectfully requests that the Clerk and all counsel update this firm's new name and email address information.

1

Dated: January 6, 2025					Respectfully submitted,

							HARRIS BEACH MURTHA CULLINA PLLC


							By: <u>s/Daniel J. Moore</u>
							    Daniel J. Moore
							    *Attorneys for Defendant*
							    99 Garnsey Road
							    Pittsford, New York 14534
							    DMoore@harrisbeachmurtha.com
							    (585) 419-8800


TO*:	All Counsel of Record via CM/ECF*