UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TROOPER 1,

       *Plaintiff*,

v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

       *Defendants*.

Case No. 22-cv-00893 (LDH) (TAM)

---

PLEASE TAKE NOTICE that Joshua Perry of Perry Law, an attorney duly admitted to practice before this Court, respectfully enters his appearance as counsel on behalf of Nonparty Lindsey Boylan in the above-captioned action.

Dated: January 17, 2025
       New York, New York

Respectfully submitted,

*/s/ Joshua Perry*
Joshua Perry (Ct. Bar No. 439166)
PERRY LAW
445 Park Avenue FL 7
New York, NY 10022
Email: jperry@danyaperrylaw.com
Telephone: (504) 444-3015
Facsimile: (646) 849-9609

*Attorney for Nonparty Lindsey Boylan*