# Exhibit 3

**Kyle Shillingford (Owner)**
3/2/2021 9:33:13 AM
They are encrypted from hacking but I feel like we would just have to give up our phones.

**Trooper 1**
3/2/2021 9:36:15 AM
Yeah but it's not like there's any thing on it besides movements

**Kyle Shillingford (Owner)**
3/2/2021 9:36:38 AM
True.

**Trooper 1**
3/2/2021 9:36:54 AM
Did you tell Charlotte about gac being creepy with me?

**Trooper 1**
3/2/2021 9:37:01 AM
She's prob waiting for me to come out 🤦

**Kyle Shillingford (Owner)**
3/2/2021 9:37:39 AM
No but I think she knows. I spoke to Sophia last night and she mentioned you.

**Trooper 1**
3/2/2021 9:37:49 AM
Emphasized "No but I think she knows. I spoke to Sophia last night and she mentioned you."

**Trooper 1**
3/2/2021 9:37:53 AM
Omgg 🤦🤦

**Kyle Shillingford (Owner)**
3/2/2021 9:38:00 AM
Like didn't gac request you and talk to you