UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TROOPER 1,

                Plaintiff,

      v.

NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA and RICHARD AZZOPARDI,

                Defendants.
-------------------------------------------------------------------X

Case No.: 22-cv-00893 (LDH)(TAM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Carrie Goldberg, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of non-party Charlotte Bennett in the above-captioned action.

Dated: February 4, 2025
       New York, New York

Respectfully submitted,

*/s/ Carrie Goldberg*
Carrie Goldberg
C.A. Goldberg PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Ph:   (646) 666-8908
Email: carrie@cagoldberglaw.com

*Attorney for Non-Party Charlotte Bennett*