**GLAVIN.**

Glavin PLLC
156 W. 56th Street, Suite 2004
New York, NY 10019

glavinpllc.com
646.693.5505

April 3, 2025

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

I represent former Governor Andrew M. Cuomo in the above-referenced action and write to request an extension of the time to file Governor Cuomo's Answer. Per the Court's August 9, 2024 Order, the deadline for Governor Cuomo to file his Answer was set two weeks after Judge DeArcy Hall decided Trooper 1's motion for leave to amend her Complaint. On March 31, 2025, Judge DeArcy Hall denied that motion, so, per the Court's Order, Governor Cuomo's Answer is due on April 14, 2025.

I respectfully request an extension of the time to file Governor Cuomo's Answer to April 28, 2025, given other scheduling conflicts, including that I will be in trial in another matter with members of my team. The other parties consent to this extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rita M. Glavin*

Rita M. Glavin

cc:   All Parties of Record