Attachment











**Lindsey Boylan**
@lindseyboylan.bsky.social    + Follow

I told my daughter I'm reading a book that has a chapter on me when she asked what I was reading.

She said, "It's positive right?"

Kids. Always keeping us humble 😅🤣😅💀

February 15, 2025 at 7:56 AM · Everybody can reply

7 reposts    224 likes

🗨 1          ⇄ 7          ♡ 224          ↥          ⋯

**Lindsey Boylan**
@lindseyboylan.bsky.social    + Follow

It's clear to me that political writers don't really know the figures and cities they're writing about

> ● Dave Weigel @daveweigel.bsky.social · 3d
> There is a world we don't live in yet - maybe never will - where Hochul recovers and gets elected bc of Trump backlash, and has to deal with Mayor Andrew Cuomo, who gets elected partially because of Trump backlash.*
>
> *Adams was cooked already but the quid pro quo was fatal

February 13, 2025 at 7:57 PM · Everybody can reply

3 reposts    1 quote    43 likes

🗨 2          ⇄ 4          ♡ 43          ↥          ⋯

👤 Write your reply

**Lindsey Boylan** @lindseyboylan.bsky.social · 2d
Normative judgements aside, I don't think a majority of New York primary voters care about the Trump quid pro quo. I'm hearing much more about the perception of safety and the migrant crisis.
🗨 1          ⇄ 1          ♡ 14          ⋯

**Lindsey Boylan** @lindseyboylan.bsky.social · 2d
This feels extremely pre 2024 thinking or even 2016 thinking.

Better to spend time analyzing the campaign finance and biz community sentiment alongside real voter polling not more ivory tower stuff like this,
🗨 1          ⇄ 1          ♡ 6          ⋯

**Lindsey Boylan** @lindseyboylan.bsky.social · 2d
And it's clear to me they have not studied the electeds they profess to know well at all.

Kind of embarrassing.
🗨 1          ⇄          ♡ 3          ⋯

⇄ Lindsey Boylan is on bluesky reposted
**Lindsey Boylan is on bluesky**
@LindseyBoylan                          𝕏 ⋯

Is any of this based off of any information that you have, Ben,or just shit that people have passed to you?

> ● Ben Max @TweetBenMax · 22h
> many of these people are concerned about a leftist mayor, most 'yearning' for Cuomo is about that fear. still, the vast majority of people across sectors who've dealt with him are dreading the notion of his return
> x.com/lizkimtweets/s…

5:28 PM · Feb 15, 2025 · **2,102** Views

🗨          ⇄ 1          ♡ 6          🔖 1          ↥

4













