

JOSHUA PERRY
Partner
212-251-2619 PHONE
jperry@danyaperrylaw.com EMAIL

March 7, 2025

**Via ECF**

Hon. Taryn A. Merkl
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Trooper 1 v. NYSP et al., 22-cv-893 (LDH) (TAM)*
        **Response to Andrew Cuomo's Repetitive and Harassing Letters**

Dear Judge Merkl:

Andrew Cuomo's persecution of Lindsay Boylan has degenerated into internet stalking. Once again, his taxpayer-funded graphomania – manifesting in two more letters written in just the past week, ECF 329 and 331– cuts against him, showing why he should not be given free rein to depose Ms. Boylan.[1]

Mr. Cuomo's letters are another reminder that any deposition will be focused not on case-related issues but on his collateral and irrelevant quest for personal vindication. His February 28 letter, bizarrely, complains that Ms. Boylan retweeted criticism of Hakeem Jefferies – who, it goes without saying, has nothing to do with this case. Even weirder: his March 4 letter complains about direct messages that Ms. Boylan purportedly sent to two people who have nothing to do with this case, and asks the Court to leap to the unsupported conclusion that those messages show a "widespread" campaign of "doxing" that "almost certainly includes" witnesses here. It is at best unseemly, and at worst chills First Amendment conduct, for a former public official to use public dollars policing the campaign-related speech of a private individual.

Nothing in those posts or messages could conceivably be the subject of unobjectionable questions in a focused deposition limited "as to time and topics." ECF 220, p. 13 n. 11. But Mr. Cuomo does not want a focused deposition. As the smears and insinuations in his letters show, he wants to tear down Ms. Boylan in an attempt to rehabilitate his public image and launch a political comeback.

All along, this Court has had to restrain Mr. Cuomo's abusive litigation practice, substantively and procedurally. *See, e.g.,* ECF 220 (ordering Mr. Cuomo to notify counsel in advance of third party subpoenas). Just like when this Court curtailed his salacious inquiries into Ms. Boylan's personal life, Mr. Cuomo has gone "beyond the pale." Jan. 11, 2024 Hearing Tr.,

---

[1] Mr. Cuomo compounded this harassment by giving notice on March 4 that he will subject Ms. Boylan to yet another document subpoena – fully fourteen months after this Court significantly curtailed his last one. That untimely and irrelevant subpoena will be the subject of a joint letter.

The Honorable Taryn A. Merkl
March 7, 2025

ECF No. 226 at 74:5-6, 80:20-24. These vexatious letters illuminate nothing and waste judicial resources. They succeed only in harassing Ms. Boylan and costing her money.

     Mr. Cuomo's letters show only one thing relevant to this case: ███████████████

███████████████████████████████ This Court should order him not to file any more letters about Ms. Boylan without the Court's advance consent.

                    Sincerely,

                    */s/ Joshua Perry*
                    Joshua Perry
                    Perry Law
                    445 Park Avenue, 7th Floor
                    New York, NY 10022
                    Email: jperry@danyaperrylaw.com
                    Telephone: (212) 251-2619
                    Facsimile: (646) 849-9609