**SHER TREMONTE** LLP

April 17, 2025

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

    We write jointly on behalf of Governor Cuomo and nonparty Kaitlin Doe, pursuant to the Court's April 14, 2025 Scheduling Order, which set hearing on April 25, 2025 to address disputes relating to Kaitlin's deposition and further directed the parties to meet and confer in advance of the hearing to narrow remaining disputes. *See* April 14, 2025 Order; *see also* ECF Nos. 302, 312.

    We are pleased to inform Your Honor that the pending disputes regarding Kaitlin's deposition have been resolved. The parties have agreed that Kaitlin will appear in-person for her deposition, for a duration of four hours, and that none of the parties will be in attendance.

    Because no disputes remain regarding Kaitlin's deposition, we respectfully request that the April 25, 2025 hearing be removed from the calendar.

    We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma