# SHER TREMONTE LLP

April 28, 2025

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

    We represent Governor Cuomo in the above-referenced matter and write jointly with counsel for all Parties and counsel for nonparty Ms. Bennett to request a brief adjournment of the conference concerning Ms. Bennett's objections to the deposition subpoena served by Governor Cuomo in this action currently scheduled for April 29, 2025 at 3:30 PM. Certain of Governor Cuomo's counsel have an unresolvable conflict for that date and time. Counsel for all Parties and for Ms. Bennett are available after 1 PM on May 8, 2025 and therefore request that the Court reschedule the conference for a time convenient for the Court that day. We are mindful that the Court's schedule in May is very full and greatly appreciate the Court's consideration of this request. We also acknowledge that this request is made on short notice and sincerely apologize for any inconvenience this may cause. We note that we worked diligently over the weekend to coordinate workable dates for all Parties to minimize the disruption caused by this request.

    Respectfully submitted,

    */s/ Allegra Noonan*

    Allegra Noonan

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156