

JOSHUA PERRY
Partner
212-251-2619 PHONE
jperry@danyaperrylaw.com EMAIL

August 13, 2025

**VIA ECF**

Hon. Taryn A. Merkl
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)
      **Response to Andrew Cuomo's Misrepresentations in his Motion for Extension of Time to Complete Discovery**

Dear Judge Merkl:

Andrew Cuomo's August 11 letter gratuitously misrepresents non-party Lindsey Boylan's behavior. *See* ECF No. 412. Before the Court, right now, is a discovery dispute about Mr. Cuomo's attempts—in contravention of two clear Court orders—to question Ms. Boylan yet again about her purported romantic history. *See* ECF No. 402. The Court should consider Mr. Cuomo's apparently irresistible urge to slur Ms. Boylan in evaluating that outstanding dispute.

On May 2, this Court ordered Mr. Cuomo to propound written questions to Ms. Boylan about an alleged interaction between Ms. Boylan and a witness. Those questions, the Court envisioned, would precede any oral deposition. *See* ECF No. 370 at 63:14-16 ("[I]n terms of scheduling, I do agree with you, Ms. Trzaskoma, that you should circulate your written questions to Ms. Perry in advance [of the in-person deposition].").

For five weeks, Mr. Cuomo did nothing at all. Then, on June 9, he emailed counsel about deposition dates—without ever mentioning the written questions that the Court had ordered. On June 12, Ms. Boylan responded, explaining that she would certainly provide dates once he complied with the Court's order.[1]

---

[1] Counsel's full response to Mr. Cuomo agreed to provide the dates that Mr. Cuomo wanted: "To confirm: Since you haven't circulated proposed written questions regarding 'Defendant Cuomo's request to inquire into an alleged threat by Ms. Boylan to another witness,' nor have you met and conferred with us on the scope of those proposed questions pursuant to the Court's May 2, 2025 Order, we now understand your client will not be pursuing that portion of the Order. Please confirm that our understanding is correct at your earliest convenience. If our understanding is correct, we will revert with possible dates for scheduling the oral deposition shortly. If it's not, we would ask that you provide a proposed schedule for the following first, so that we have time to address any disputes regarding the written questions with the Court if necessary prior to the in-person deposition: (1) date by which the proposed written questions for Ms. Boylan will be circulated to us; (2) proposed date for filing a joint letter to the Court, should it still be necessary after we meet and confer; and (3) proposed return date for Ms. Boylan to sign and return the written deposition questions." Mr. Cuomo responded to counsel's fidelity to the Court's order with silence until after his election loss.

The Honorable Taryn A. Merkl
August 13, 2025

Mr. Cuomo then disappeared, wordlessly, until after New York City's Democratic primary. He resurfaced only on July 1. But by then, the calendars for the parties, including Trooper 1 and NYSP, and Ms. Boylan (and her counsel) had already filled up for the summer.

That history—all recorded in email correspondence between counsel for Ms. Boylan and Mr. Cuomo—rebuts Mr. Cuomo's highly misleading contention that "Boylan refused to provide any dates for her deposition for nearly a month between June 9, 2025 and July 6, 2025."

Counsel is happy to provide the full exchange to the Court if Mr. Cuomo keeps insisting on stepping on rakes. He could, after all, have sought his extension without misrepresenting Ms. Boylan's position. But he can never resist. That is just another reason why he should be given no leeway in questioning Ms. Boylan, and why the Court should rule against him in the outstanding discovery dispute about the written questions that he finally propounded. *See* ECF No. 402.

Next: Mr. Cuomo, while complaining about the number of discovery disputes in this case, invents a new one. He advises the Court that "there remains a minor dispute between Governor Cuomo and Ms. Boylan regarding her privilege log" and that "Governor Cuomo anticipates filing a joint dispute letter within the week." ECF No. 412 at 1.

That is the first Ms. Boylan has ever heard about such a joint letter, and she cannot echo Mr. Cuomo's confidence about a filing "within the week." Mr. Cuomo did ask questions about Ms. Boylan's privilege log. In February. Mr. Cuomo has never mentioned it since.

Mr. Cuomo admits that he missed the discovery deadline for seven different witnesses. ECF No. 412 at 1. He admits that he has been part of thirty different discovery disputes. *Id.* Lindsey Boylan isn't the common denominator. With his political and legal gamesmanship, Andrew Cuomo is.

> Sincerely,
> */s/ Joshua Perry*
> Joshua Perry
> E. Danya Perry
> Krista Oehlke
> Perry Law
> 445 Park Avenue, 7th Floor
> New York, NY 10022
> Email: jperry@danyaperrylaw.com
> Telephone: (212) 251-2619
> Facsimile: (646) 849-9609