|  |  |
|---|---|
| TROOPER 1,<br><br>                Plaintiff,<br><br>    v.<br><br>NEW YORK STATE POLICE and ANDREW CUOMO,<br><br>                Defendants. | 22-cv-893 (LDH) (TAM) |

Upon submission of a written application to this Court, it is hereby

**ORDERED** that the following individuals are authorized to bring the below-listed electronic devices into the Courthouse on September 15, 2025 for the duration of the deposition of nonparty Lindsey Boylan.

**ORDERED** that, for the device(s) checked below, EDNY Courthouse Wi-fi access shall be permitted.

| Name | Email | Device(s) | WIFI Granted |
|---|---|---|---|
| E. Danya Perry, Attorney, Perry Law | dperry@danyaperrylaw.com | iPhone; Laptop | Yes |
| Krista Oehlke, Attorney, Perry Law | koehlke@danyaperrylaw.com | iPhone; Laptop | Yes |
| Ariella Mitchell, Paralegal, Perry Law | amitchell@danyaperrylaw.com | iPhone; Laptop | Yes |

IT IS FURTHER ORDERED that, although recording and transcription of the deposition is permitted in the room designated for the deposition, no other electronic or video recording, or taking of photographs, is permitted or authorized in any place within the courthouse. The parties are expressly directed that they may not use any photographic equipment or activate the "record" function on any device capable of making a recording in any place inside the courthouse other than the room where the deposition is taking place. *See*

E.D.N.Y. Administrative Order No. 2025-02 (Mar. 31, 2025) (attached).

Dated: September 12, 2025
       New York, New York

*Taryn A. Merkl*
The Honorable Taryn A. Merkl
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In Re:

Courthouse Security and Limitations on the Use of
Electronic Devices Within the United States
Courthouses in the Eastern District of New York

**ADMINISTRATIVE ORDER
NO. 2025-02**

-------------------------------------------------------------------X

      The Federal Rules of Criminal Procedure, Judicial Conference Policy, and Local Civil Rule 1.8 prohibit the taking of photographs, recordings, and broadcasting of judicial proceedings.[1] Local Civil Rule 1.8 also prohibits anyone other than court officials engaged in the conduct of court business from bringing any camera, transmitter, receiver, recording device, cellular telephone, computer, or other electronic device into any courthouse, unless authorized to do so by an administrative or standing order of the court, the clerk, or the district executive.[2] Administrative Order 2007-10 permits attorneys presenting appropriate verification of bar membership to enter the courthouses of the Eastern District of New York in possession of Personal Digital Assistants ("PDAs"), laptop computers, and cellular telephones, while retaining the authority of a district judge or magistrate judge to curtail or permit the presence or use of such devices as circumstances may warrant.[3]

      As technology has advanced, there is an increasing number of devices that have the capability of recording and/or transmitting photographs, audio, and video. Currently, these devices include, but are not limited to, smart phones, PDAs, laptops, tablets, and wearable technology such as watches, jewelry, and eyeglasses.

      In order to enforce the Federal Rules of Criminal Procedure, Judicial Conference Policy, and the Local Rules, this administrative order sets forth the limitations on the use of electronic devices in the United States Courthouses within the Eastern District of New York and the relevant screening procedures that will be enforced by the United States Marshals Service and Court Security Officers. This administrative order applies to all existing and emerging technology that has the capability of recording and/or transmitting photographs, audio, and video and refers to all such devices as electronic devices.

---

[1] Fed. R. Crim. P. 53 provides "Except as otherwise provided by a statute or these rules, the court must not permit the taking of photographs in the courtroom during judicial proceedings or the broadcasting of judicial proceedings from the courtroom." Judicial Conference Policy "does not allow either civil or criminal courtroom proceedings in the district courts to be broadcast, televised, recorded, or photographed for the purpose of public dissemination." Guide to Judiciary Policy, Vol. 10, Ch. 4 § 410(a). Local Civil Rule 1.8 states: "Proceedings may not be broadcast or streamed unless authorized by the presiding judge in accordance with Judicial Conference policy." Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Local Civ. R. 1.8(b).

[2] Local Civil R. 1.8.

[3] Administrative Order 2007-10 (E.D.N.Y. Dec. 17, 2007).

(1) No person may bring electronic devices into the courthouse except:
    a. Court officials engaged in the conduct of court business;
    b. Attorneys presenting appropriate verification of bar membership;
    c. Law enforcement officers with appropriate credentials, and
    d. Persons authorized to do so by an order of the court, the clerk, or the district executive.

(2) All persons entering the courthouse are subject to appropriate screening and search by the United States Marshals Service or Court Security Officers.
    a. Attorneys presenting appropriate verification of bar membership, law enforcement with appropriate credentials, and persons authorized by an order of the court, the clerk, or the district executive to bring electronic devices must submit all electronic devices and other items carried by them for screening. After the screening, such persons may retain their electronic devices.
    b. All other persons must turn off all electronic devices and give them to the Court Security Officers prior to screening. The Court Security Officers will store the electronic devices and provide a numbered claim ticket so that the devices can be retrieved when leaving the courthouse.

This administrative order does not limit in any way the authority of a district, magistrate or bankruptcy judge to curtail or permit the presence or use of such devices as circumstances may warrant. In accordance with the rules explained above, the use of any form of photographic, video and audio recording in the courthouse are strictly forbidden. Violations of this order may result in court-imposed sanctions, including, but not limited to, fines and forfeiture of the privileges hereby extended.

                                                    SO ORDERED:

Dated: March 31, 2025
       Brooklyn, New York

                                                    s/ MKB
                                             MARGO K. BRODIE
                                             Chief United States District Judge