

E. DANYA PERRY
Partner
212-251-2619 PHONE
dperry@danyaperrylaw.com EMAIL

September 14, 2025

**VIA ECF**

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)
                Request for Extension of Time

Dear Judge DeArcy Hall:

      We represent nonparty Lindsey Boylan in the above-captioned matter. We respectfully request an extension of time for Ms. Boylan to respond to Defendant Andrew Cuomo's frivolous and tardy Appeal of the Honorable Taryn Merkl's August 20, 2025 text order (the "Appeal") (*see* ECF No. 429-1). The requested extension would move Ms. Boylan's current response deadline from September 17, 2025, to October 15, 2025. This is Ms. Boylan's first request for an extension of this deadline.

      At issue here is Mr. Cuomo's out-of-time appeal of a discovery order barring his irrelevant inquiry into a supposed sexual relationship between two non-parties. This is at least the fourth time that he has sought to relitigate that same issue—including in an appeal already pending before this Court. *See* ECF No. 232.

      Most relevantly: on May 2, 2025, Judge Merkl ruled that Mr. Cuomo could not question Ms. Boylan about her purported relationship with a male supervisor.[1] *See* May 2, 2025 Text Order. Mr. Cuomo did not appeal that ruling. Instead, in written deposition questions propounded more than a month later, he simply asked the very questions that had been explicitly forbidden by Judge Merkl. When Ms. Boylan objected, Judge Merkl enforced her earlier ruling. *See* August 20, 2025 Text Order (quashing questions 1-3 and reminding "counsel … to consult prior discovery determinations in this case when contemplating filing requests for relief with the Court.").

      So Mr. Cuomo's appeal is out of time. He was not entitled to disobey the May 2 Order, in the hopes that Judge Merkl might reverse herself, and only then to appeal. If that were the rule, a party could endlessly relitigate decided issues and their time to do so would never expire.

---

[1] May 2, 2025 Hr'g Tr., 60:11-12 ("All this history" about the purported relationship "is no. Absolutely out of bounds … It's undue and disproportionate. That's the ruling. That ship has sailed. I ruled on that a year and a half ago.")

The Honorable LaShann DeArcy Hall
September 14, 2025

      In light of that history (and a broader history of harassment), on September 11, counsel for Ms. Boylan served Mr. Cuomo's counsel with a Rule 11 safe harbor letter, demanding that he withdraw his procedurally-defaulted appeal. Because Mr. Cuomo has 21 days to respond to the letter, the requested 30-day extension would conserve judicial resources by potentially eliminating the need for further briefing.

      An extension would also help to alleviate the undue burden that this litigation has imposed on Ms. Boylan. Mr. Cuomo has apparently limitless taxpayer funded resources to litigate (and relitigate, and relitigate) his gratuitous and salacious insinuations. But Ms. Boylan, who wants nothing to do with this lawsuit, does not. She has already expended more than a million dollars in legal fees fending off Mr. Cuomo's inquisition. She should not have to pay to file her umpteenth legal brief in this case with a Rule 11 safe harbor letter pending.

      Counsel for Defendant Cuomo does not consent to this request "in light of the September 30, 2025 discovery deadline." Mr. Cuomo himself has sought at least six extensions of the discovery deadline that he now holds sacrosanct. *See, e.g.,* ECF No. 412. And the only reason Mr. Cuomo is up against a discovery deadline is that he failed to timely appeal the May 2 ruling. Ms. Boylan should not bear the burden of his gamesmanship.

      We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ E. Danya Perry*
E. Danya Perry
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Email: dperry@danyaperrylaw.com
Telephone: (212) 251-2619
Facsimile: (646) 849-9609

*Counsel for Nonparty Lindsey Boylan*