October 17, 2025

**BY ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

    The Parties write jointly concerning today's deadline to certify the close of fact discovery.

    Defendants' position, as detailed in Governor Cuomo's recent filings, ECF Nos. 442, 446, is that there are various remaining discovery disputes that need to be resolved before anyone can certify the close of fact discovery. Further, Defendants believe that an expert discovery schedule will be necessary and do not believe this schedule can be set at this time given the outstanding fact discovery issues.

    Plaintiff disagrees that there are "various remaining discovery disputes that need to be resolved before the parties can certify the close of fact discovery."[1] Plaintiff believes that discovery is closed as a matter of fact and it is respectfully submitted that the Court should accept this letter as a certification of same. In addition, Plaintiff believes that expert discovery is not necessary, because there have already been numerous independent medical examinations.

---

[1] Plaintiff naturally does not object to the Court's resolving pending disputes already documented in timely filed joint letters.

WIGDOR LLP

By: /s/ Valdi Licul
Valdi Licul
John S. Crain
Kat Vask
85 Fifth Avenue
New York, New York 10003
Tel. (212) 257-6800
vlicul@wigdorlaw.com
jcrain@wigdorlaw.com
kvask@wigdorlaw.com
*Counsel to Plaintiff Trooper 1*

HARRIS TRZASKOMA LLP

By: /s/ Theresa Trzaskoma
Theresa Trzaskoma
Allegra Noonan
156 West 56th Street, #2004
New York, New York 10019
Tel. (212) 970-6465
ttrzaskoma@harristrz.com

GLAVIN PLLC
Rita Glavin
156 West 56th Street, #2004
New York, New York 10019
Tel. (646) 693-5505
rglavin@glavinpllc.com
*Counsel to Governor Cuomo*


HARRIS BEACH MURTHA

By: /s/ Joshua D. Steele
Joshua D. Steele
Daniel J. Moore
99 Garnsey Road
Pittsford, New York 14534
Tel. (585) 419-8800
jsteele@harrisbeachmurtha.com
dmoore@harrisbeachmurtha.com
*Counsel to New York State Police*