

October 17, 2025

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Trooper 1 v. NYSP et al.*, 22-cv-893 (LDH) (TAM)

Dear Judge Merkl:

  We write in very brief response to the letter filed this evening by Plaintiff's counsel. That letter is grossly misleading.

  As reflected in our detailed filing on October 15, 2025—which remains under seal in its entirety and will largely remain under seal because of Plaintiff's confidentiality designations—the issues concerning Plaintiff's medical records are complex and complicated. In this case, Plaintiff attributes a litany of serious physical symptoms and ailments to the alleged harassment.

  We have repeatedly made clear to Plaintiff's counsel that we are not seeking discovery concerning any medical records that do not bear on the symptoms Plaintiff has claimed, including her severe emotional distress and mental anguish. For that reason, we specifically informed Plaintiff that <u>we do not seek breast cancer screenings</u> unless there was some abnormal result that could account for Plaintiff's claimed symptoms, and we specifically excluded from our request for unredacted records any pelvic exam records. We did, however, express our concern about Plaintiff's redaction of blood panels, other physical exams, and billing records, as those records could easily relate to the long list of physical symptoms Plaintiff claims in her interrogatory responses.

  Moreover, Plaintiff's effort to mislead the public by revealing only small aspects of the dispute should not be countenanced. If Plaintiff wants to air her medical issues to the public, that is fine. But she should not be permitted to do so through selective disclosure that continues the false narrative that Governor Cuomo is seeking personally sensitive information without the public also knowing the reasons why that information is relevant to Plaintiff's extreme damages claims. [1]

---

[1] We note the manifest unfairness of keeping confidential Plaintiff's claimed ailments, which includes a host of physical symptoms that could be caused by medical issues having nothing to do with any claimed harassment. We reserve all rights to challenge the confidentiality of Plaintiff's discovery responses so that the public record on these issues is clear.

Hon. Taryn A. Merkl
October 17, 2025
Page 2

                                                          Respectfully submitted,

                                                          */s/ Theresa Trzaskoma*

                                                          Theresa Trzaskoma