

<div style="text-align: right;">November 4, 2025</div>

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Trooper 1 v. NYSP et al.*, **22-cv-893 (LDH) (TAM)**

Dear Judge Merkl:

    We write concerning the October 9, 2025 joint dispute letter concerning Plaintiff's redactions to Kiran Miner's records. *See* ECF No. 445-1. Pursuant to the Court's October 17 text order, Plaintiff was required to provide the Court with the unredacted records for *in camera* review by October 24. We presume Plaintiff complied with that order.

    In accordance with the Court's October 17, 2025 Order, ECF No. 450, Miner's deposition is currently scheduled for this Friday, November 7. We therefore respectfully request that the Court rule expeditiously on the redaction issue so that the Parties have the Court's ruling in advance of the deposition.

    We thank the Court for its consideration.

<div style="margin-left: 50%;">

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma

</div>