

**John S. Crain**
jcrain@wigdorlaw.com

November 19, 2025

**VIA ECF**

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Trooper 1 v. Cuomo, *et al.*; Case No. 22-cv-00893 (LDH)(TAM)

Dear Judge Merkl,

We write in response to Defendant Cuomo's ("Cuomo") letter response to Plaintiff Trooper 1's ("Plaintiff" or "Trooper 1") October 31, 2025 letter regarding the status of expert discovery. Dkt. 475. Cuomo's filing, once again and as part of a long-running pattern of such filings, was uninvited and in contravention of Court rules, and Plaintiff therefore moves to strike it. In any case, Trooper 1 will be prepared to discuss the propriety of expert discovery at the hearing on December 5, 2025.

Respectfully submitted,

John S. Crain

cc: All Counsel of Record (via ECF)