**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

TROOPER 1,                                    :
                                              :      Case No.: 22-cv-00893 (LDH) (TAM)
                              Plaintiff,       :
                                              :
            v.                                :
                                              :
NEW YORK STATE POLICE and ANDREW             :
CUOMO,                                        :
                                              :
                              Defendants.      :
----------------------------------------------------------X

<u>**NOTICE OF PLAINTIFF'S MOTION FOR RECONSIDERATION**</u>

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Plaintiff

Trooper 1, by and through undersigned counsel, will move before the Honorable Taryn A.

Merkl, at the United States District Courthouse, Eastern District of New York, 225 Cadman

Plaza East, Brooklyn, NY 11201, on a date and time to be scheduled by the Court, for an Order

pursuant to Local Civil Rule 6.3 granting Plaintiff's Motion for Reconsideration of the Court's

December 8, 2025 Order, and for such other relief as the Court may deem just and proper.

Dated: December 16, 2025
      New York, New York               Respectfully submitted,

                                  **WIGDOR LLP**

                                  By: _____
                                      Valdi Licul
                                      John S. Crain
                                      Katherine Vask

                                85 Fifth Avenue
                                New York, NY 10003
                                Telephone: (212) 257-6800
                                Facsimile: (212) 257-6845
                                vlicul@wigdorlaw.com
                                jcrain@wigdorlaw.com
                                kvask@wigdorlaw.com

                                *Counsel for Plaintiff*