UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROOPER 1,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEW YORK STATE POLICE, et al.,<br><br>　　　　　　Defendants. | **ORAL ARGUMENT REQUESTED**<br><br>Case No. 22-cv-00893 (LDH) (TAM) |

## NOTICE OF DEFENDANT FORMER GOVERNOR ANDREW M. CUOMO'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, and the declaration of Theresa Trzaskoma and all exhibits attached thereto, former Governor Andrew M. Cuomo, by and through his undersigned attorneys, Harris Trzaskoma LLP and Glavin PLLC, will move pursuant to Federal Rule of Civil Procedure 12(c), and the Court's direction during the April 28, 2025 premotion conference, before the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for partial judgment on the pleadings dismissing Plaintiff's Second Cause of Action for retaliation under § 1983 and the Equal Protection Clause.

| | |
|---|---|
| Dated: January 23, 2026<br>New York, New York | */s/ Theresa Trzaskoma*<br>Theresa Trzaskoma<br>Allegra A. Noonan<br>Neesha Chhina<br>HARRIS TRZASKOMA LLP<br>125 Broad Street, 10th Floor<br>New York, NY 10004<br>Tel. (212) 970-6465<br>ttrzaskoma@harristrz.com<br><br>Rita Glavin<br>GLAVIN PLLC<br>156 West 56th Street, Ste. 2004<br>New York, NY 10019<br>Tel. (646) 693-5505<br>rglavin@glavinpllc.com<br><br>*Counsel for former Governor Andrew M. Cuomo* |