UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
TROOPER 1,

                     Plaintiff,

         v.

NEW YORK STATE POLICE, and ANDREW CUOMO,

                     Defendants.
---------------------------------------------------------X

Case No.: 22-cv-00893 (LDH)(TAM)

# DECLARATION OF VALDI LICUL IN OPPOSITION TO DEFENDANT CUOMO'S MOTION FOR PARTIAL JUDGMENT

I, Valdi Licul, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of this Court and a Partner at the law firm Wigdor LLP, attorneys for Plaintiff Trooper 1 in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of relevant excerpts from the August 9, 2023 deposition of Richard Azzopardi.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 13, 2026
       New York, New York

By: _____
      Valdi Licul