**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | | |
|---|---|---|
| TROOPER 1, | : | |
| | : | |
| Plaintiff, | : | 22-cv-893 (LDH) (TAM) |
| | : | |
| v. | : | |
| | : | **NOTICE OF WITHDRAWAL** |
| | : | |
| NEW YORK STATE POLICE, ANDREW | : | |
| CUOMO, MELISSA DEROSA and | : | |
| RICHARD AZZOPARDI, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------X

      **PLEASE TAKE NOTICE** that John S. Crain, Esq. hereby withdraws his appearance as

counsel on behalf of Plaintiff Trooper 1 in the above-captioned matter, as he is no longer affiliated

with the law firm Wigdor LLP, counsel of record for Plaintiff.

Dated: March 17, 2026
      New York, New York

**WIGDOR LLP**

By: _____
      Valdi Licul

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
vlicul@wigdorlaw.com