

March 18, 2026

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *Trooper 1 v. NYSP et al.*, **22-cv-893 (LDH) (TAM)**

Dear Judge Merkl:

We write to respectfully move for leave to preliminary file under seal Governor Cuomo's response to Plaintiff's motion to seal, ECF No. 521 (the "Motion"). Governor Cuomo's response to the Motion is attached as **Exhibit A**. As described more fully in Exhibit A, Governor Cuomo disputes Plaintiff's presumptive assertion that all of the information she requests to be sealed in the Motion is Confidential under the operative Protective Order in this action. Although Governor Cuomo does not believe any of the information contained in Exhibit A should remain sealed—as it is all currently available on the public docket—we nevertheless request sealing at this juncture in an abundance of caution, as the Court has yet to rule on the Motion.

Pursuant to our understanding of the Court's previous instructions, the rules in this District, and the Court's January 20, 2026 Text Order, we will file Exhibit A under seal pending the Court's ruling on the Motion. Once the Court has ruled on the Motion, Governor Cuomo will refile Exhibit A in compliance with the Court's instructions.

                Respectfully submitted,

                */s/ Theresa Trzaskoma*

                Theresa Trzaskoma