

May 22, 2026

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *Trooper 1 v. NYSP et al.*, **22-cv-893 (LDH) (TAM)**

Dear Judge Merkl:

We write regarding the Parties' joint dispute letter concerning Plaintiff's interrogatory responses (the "Joint Dispute Letter"), and accompanying exhibits.

The Joint Dispute Letter and exhibits contain information that the Parties seek to file under seal. This information has been designated as Confidential by Plaintiff pursuant to the operative Protective Order filed at ECF No. 68. Governor Cuomo takes no position on the propriety of those designations at this time but reserves the right to challenge these designations if and when appropriate.

The Joint Dispute Letter contains information concerning Plaintiff's medical diagnoses and treatment, which Plaintiff has designated as Confidential:

- On Page 2: The chiropractor records also contain references to ███████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████████████, several years before she ever met Governor Cuomo.

- On Page 2, Footnote 4: Defendants are now subpoenaing those providers with Plaintiff's consent, including for records concerning chronic pain and ████████, a rare autoimmune disease that could cause many of Plaintiff's symptoms.

- On Page 3: Those previously undisclosed records indicate the ████████ ████████, a condition that may cause headaches, sleep issues, and nausea—some of the symptoms Plaintiff attributes to Defendants' alleged conduct.

- On Page 3: Moreover, the new production reflects a June 2025 visit to a different (undisclosed) PCP who noted that Plaintiff suffers from ███████████ which can cause fatigue and brain fog—symptoms Plaintiff associates with her claimed distress.

- On Page 5: For instance, Cuomo speculates that reference to a ████████ in 2024 and ████████ in 2025 somehow caused Trooper 1's headaches, sleep issues, nausea, and other symptoms at the time of Cuomo's sexual harassment years earlier and for which she had to seek treatment, including medication, in 2021.

The Joint Dispute Letter also attaches Plaintiff's responses to Governor Cuomo's interrogatories and deposition transcript excerpts, designated as Confidential by Plaintiff, as Exhibits A–C and E. Plaintiff's Exhibit 1, furthermore, contains information concerning her medical diagnoses and symptoms, which she has designated as Confidential:

- Exhibit 1, Page 13:

- Exhibit 1, Page 18: Whether Plaintiff has seen any provider other than Jordan B. Smith for treatment for █████

For the reasons stated above, the Parties seek to file under seal unredacted versions of the Joint Dispute Letter, including Exhibits A, B, C, E, and 1. Pursuant to our understanding of the Court's previous instructions and the rules in this District, we will file the Joint Dispute Letter and its exhibits under seal pending the Court's ruling and/or further guidance from the Court.

Respectfully submitted,

*/s/ Theresa Trzaskoma*

Theresa Trzaskoma